Shengmao Mu (SBN 327076)
Whitewood Law
2570 N. First Street, 2nd Floor
San Jose, CA, 95131
Tel: 917-858-8018
Fax:917-591-0618
smu@whitewoodlaw.com

Attorney for Plaintiffs

HTTMT GROUP LLC, SECRET EQUIPMENT INC., XKH GROUP INC., AND HK MOTO INC.

# UNITED STATE DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HTTMT GROUP LLC, SECRET EQUIPMENT INC., XKH GROUP INC., AND HK MOTO INC.<br><br>Plaintiffs,<br><br>vs.<br><br>Arlen Ness Enterprises, Inc.,<br><br>Defendant. | Case No.: 22-cv-1656<br><br>**PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Date: March 15, 2022

By: __/s/Shengmao Mu_____
    SHENGMAO MU

Whitewood Law
2570 N. First Street, 2nd Floor
San Jose, CA, 95131
Tel: 917-858-8018
Fax:917-591-0618
smu@whitewoodlaw.com

COMPLAINT - 1

Attorney for Plaintiffs

COMPLAINT - 2