Daniel M. Anderson (SBN 167652)
John Cannizzaro (SBN 305047)
Ice Miller LLP
250 West Street
Suite 700
Columbus, Ohio 43215
Tel:  614-462-2700
Fax:  614-228-4847

Counsel for Defendant/Counterclaim-Plaintiff
Arlen Ness Enterprises, Inc.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| HTTMT GROUP LLC, SECRET EQUIPMENT INC., XKH GROUP INC., and HK MOTO INC., <br><br> Plaintiffs, <br><br> v. <br><br> ARLEN NESS ENTERPRISES, INC., <br><br> Defendant. | Case No.: 5:22-cv-01656 – NC |
| ARLEN NESS ENTERPRISE, INC., <br><br> Counterclaim-Plaintiff, <br><br> v. <br><br> HTTMT GROUP LLC, SECRET EQUIPMENT INC., XKH GROUP INC., HK MOTO INC., <br><br> Counterclaim-Defendants. | Magistrate Judge Nathanael M. Cousins <br><br> **DEFENDANT'S ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS** <br><br> DEMAND FOR JURY TRIAL |

**DEFENDANT ARLEN NESS ENTERPRISES, INC.'S ANSWER TO PLAINTIFFS'**
**COMPLAINT, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS**

Plaintiffs are counterfeiters, knock-off artists, trademark infringers, and patent infringers. Defendant Arlen Ness Enterprises, Inc. is one of the most critically acclaimed, longest standing, and highly regarded companies in the aftermarket motorcycle parts industry.  Plaintiffs have brought this retaliatory action in an effort to punish Defendant Arlen Ness Enterprises, Inc. for

ICE MILLER LLP

4872-7554-0762.7

protecting its valid intellectual property and for challenging Plaintiffs' infringing listings on Amazon.com and other online marketplaces. Accordingly, Defendant Arlen Ness Enterprises, Inc. ("Arlen Ness"), by and through its undersigned counsel, hereby answers Plaintiffs HTTMT Group LLC, Secret Equipment Inc., XKH Group Inc., and HK Moto Inc.'s (together, "Plaintiffs'") Complaint, pleads affirmative defenses, and brings counterclaims against Plaintiffs. In support thereof, Arlen Ness states as follows:

## I.      NATURE OF THE ACTION

1.      Arlen Ness admits that it competes with Plaintiffs in the sale of motorcycle parts, admits that Arlen Ness registered the '507 Mark, and admits that Arlen Ness caused reports to be sent to Amazon.com. Arlen Ness denies all other allegations in Paragraph 1 of the Complaint.

## II.      THE PARTIES

2.      Arlen Ness admits that Plaintiffs own internet stores on Amazon.com that sell motorcycle parts. Arlen Ness lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 2 of the Complaint and, therefore, denies the same.

3.      For its response to Paragraph 3 of the Complaint, Arlen Ness denies that Plaintiffs' products are of "premium" quality. Arlen Ness lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 3 of the Complaint and, therefore, denies the same.

4.      Arlen Ness lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 4 of the Complaint and, therefore, denies the same.

5.      Arlen Ness admits that Arlen Ness competes with Plaintiffs to sell motorcycle parts to consumers through online stores and that Arlen Ness sells motorcycle parts on Amazon.com. Arlen Ness denies all other allegations in Paragraph 5 of the Complaint.

6.      For its response to Paragraph 6 of the Complaint, Arlen Ness admits that it is a California corporation with a registered address of 6050 Dublin Blvd., Dublin, California. Answering further, Arlen Ness states that Exhibit 2 to the Complaint speaks for itself; however, to

1  the extent that Exhibit 2 is inconsistent with the California Secretary of State's records, Arlen Ness

2  denies the allegations contained in Paragraph 6 and Exhibit 2.

3  **III.    JURISDICTION AND VENUE**

4  7.    Arlen Ness states that Paragraph 7 of the Complaint sets forth legal conclusions to

5  which no response is required.  To the extent that Paragraph 7 of the Complaint sets forth factual

6  allegations, Arlen Ness denies said allegations.

7  8.    Arlen Ness states that Paragraph 8 of the Complaint sets forth legal conclusions to

8  which no response is required.  To the extent that Paragraph 8 of the Complaint sets forth factual

9  allegations, Arlen Ness admits that it is a California corporation with its principal place of business

10  in Dublin, California.

11  9.    Arlen Ness states that Paragraph 9 of the Complaint sets forth legal conclusions to

12  which no response is required.  To the extent that Paragraph 9 of the Complaint sets forth factual

13  allegations, Arlen Ness admits that it reported Plaintiffs' infringing activities to Amazon.com in

14  or around January of 2022 stating that Plaintiffs' products infringed on Arlen Ness's trademark

15  rights. Arlen Ness lacks knowledge or information sufficient to for a belief as to whether Plaintiffs

16  responded to inquiries from Amazon.com regarding the subject listings or whether Plaintiffs took

17  any action whatsoever in response other than the filing the above-captioned action.  Arlen Ness

18  lacks knowledge or information sufficient to for a belief as to truth of the remaining allegations in

19  Paragraph 9 of the Complaint and, therefore, denies the same.

20  10.    Arlen Ness states that Paragraph 10 of the Complaint sets forth legal conclusions

21  to which no response is required.  To the extent that Paragraph 10 of the Complaint sets forth

22  factual allegations, Arlen Ness admits said allegations.

23  **IV.    FACTUAL ALLEGATIONS**

24  11.    For its response to Paragraph 11 of the Complaint, Arlen Ness admits that on

25  October 20, 2017, Arlen Ness filed a federal trademark application for the mark "DEEP CUT."

26  Arlen Ness states that said application speaks for itself; however, to the extent that the allegations

27  contained in Paragraph 11 are inconsistent with Arlen Ness's application, Arlen Ness denies the

28

*ICE MILLER LLP*

1   allegations in Paragraph 11 of the Complaint.  Arlen Ness further denies that its claim that it used

2   the DEEP CUT mark as early as August 1, 2008, was false.

3          12.     For its response to Paragraph 12 of the Complaint, Arlen Ness states that the records

4   of the United States Patent and Trademark Office ("USPTO") speak for themselves; however, to the

5   extent that Exhibit 4 is inconsistent with the USPTO's records, Arlen Ness denies the allegations

6   contained in Paragraph 12 of the Complaint and Exhibit 4.

7          13.     For its response to Paragraph 13 of the Complaint, Arlen Ness states that the records

8   of the USPTO speak for themselves; however, to the extent that the allegations in Paragraph 13 are

9   inconsistent with the Office Action Response Arlen Ness filed with the USPTO, Arlen Ness denies the

10  allegations contained Paragraph 13 of the Complaint.

11         14.     For its response to Paragraph 14 of the Complaint, Arlen Ness denies that, as of

12  August 6, 2018, its competitors, including Plaintiffs, were using DEEP CUT in a non-infringing

13  manner in connection with motorcycle products.  Arlen Ness alleges and avers that DEEP CUT is

14  suggestive of Arlen Ness's products, is inherently distinctive, and was protectable as an Arlen Ness

15  trademark as early as August 1, 2008, more than ten years before the response to the USPTO Office

16  Actin referenced in the Complaint.  Arlen Ness alleges and avers that third-party uses of DEEP

17  CUT in or around August 6, 2018, were either infringing Arlen Ness's common-law trademark

18  rights or were uses referring to Arlen Ness's legitimate Deep Cut branded products.

19         15.     Arlen Ness states that Paragraph 15 of the Complaint sets forth legal conclusions

20  to which no response is required.  To the extent that Paragraph 15 of the Complaint sets forth

21  factual allegations, Arlen Ness lacks knowledge or information sufficient to form a belief as to the

22  truth of the allegations in Paragraph 15 and, therefore, denies the same.

23  **FIRST CLAIM FOR RELIEF**

24  **(Declaratory Judgement of the Non-infringement of Plaintiffs' Products)**

25         16.     For Arlen Ness's response to Paragraph 16 of Plaintiffs' Complaint, Arlen Ness

26  reasserts the responses set forth in Paragraphs 1 through 15 above as if fully stated here.

27

28

ICE MILLER LLP

17.     For its response to Paragraph 17 of the Complaint, Arlen Ness admits that it is alleging, and continues to allege, that Plaintiffs infringe Arlen Ness's registered DEEP CUT trademark.  The remainder of Paragraph 17 of the Complaint sets forth legal conclusion to which no response is required.  To the extent that the remainder of Paragraph 17 sets forth factual allegations, Arlen Ness denies said allegations.

18.     Arlen Ness states that Paragraph 18 of the Complaint sets forth legal conclusions to which no response is required.  To the extent that Paragraph 18 of the Complaint sets forth factual allegations, Arlen Ness denies said allegations.

19.     Arlen Ness states that Paragraph 19 of the Complaint sets forth legal conclusions to which no response is required.  To the extent that Paragraph 19 of the Complaint sets forth factual allegations, Arlen Ness denies said allegations.

## SECOND CLAIM FOR RELIEF

### (Declaratory Judgement of Invalidity of Defendant's Alleged Trademark)

20.     For Arlen Ness's response to Paragraph 20 of Plaintiffs' Complaint, Arlen Ness reasserts the responses set forth in Paragraphs 1 through 19 above as if fully stated here.

21.     Arlen Ness states that Paragraph 21 of the Complaint sets forth legal conclusions to which no response is required.  To the extent that Paragraph 21 of the Complaint sets forth factual allegations, Arlen Ness denies said allegations.

22.     Arlen Ness states that Paragraph 22 of the Complaint sets forth legal conclusions to which no response is required.  To the extent that Paragraph 22 of the Complaint sets forth factual allegations, Arlen Ness denies said allegations.

23.     For its response to Paragraph 23 of the Complaint, Arlen Ness admits that it registered DEEP CUT as a trademark. Arlen Ness states that the records of the USPTO speak for themselves; however, to the extent that the allegations in Paragraph 23 are inconsistent the USPTO's February 6, 2018 Office Action, Arlen Ness denies the allegations contained in Paragraph 23 of the Complaint.  The remainder of Paragraph 21 sets forth legal conclusions to

ICE MILLER LLP

which no response is required.  To the extent that the remainder of Paragraph 21 sets forth factual allegations, Arlen Ness denies said allegations.

24.   Arlen Ness states that Paragraph 24 of the Complaint sets forth legal conclusions to which no response is required.  To the extent that Paragraph 24 of the Complaint sets forth factual allegations, Arlen Ness denies said allegations.

### THIRD CLAIM FOR RELIEF

**(Unfair Business Practices Bus. and Prof §§ 17200 and 17500**

25.   For Arlen Ness's response to Paragraph 25 of Plaintiffs' Complaint, Arlen Ness reasserts the responses set forth in Paragraphs 1 through 24 above as if fully stated here.

26.   For its response to Paragraph 26 of the Complaint, Arlen Ness denies that it knowingly made any false statements to the USPTO in connection with the application to register DEEP CUT as a trademark.  Arlen Ness admits that it formally objected to several of Plaintiffs' Amazon.com listings, which wrongfully and unlawfully used DEEP CUT to sell infringing products contrary to Arlen Ness's federal and common-law rights.  Arlen Ness lacks knowledge or information sufficient to form a belief as to what actually prompted Amazon.com to remove any Amazon.com listing originally posted by any of the Plaintiffs.  Arlen Ness states that the remainder of Paragraph 26 sets forth legal conclusions to which no response is required.  To the extent that the remainder of Paragraph 26 forth factual allegations, Arlen Ness denies said allegations.

27.   Arlen Ness denies the allegations in Paragraph 27 of the Complaint.

28.   Arlen Ness admits that it registered the '507 Mark with Amazon brand registry and that Arlen Ness sells 12-765 billet housings in chrome branded with the names "Arlen Ness" and "Deep Cut."  Arlen Ness states that the image shown Paragraph 28, speaks for itself; however, to the extent that the image shown in Paragraph 28 is not genuine, Arlen Ness denies all allegations arising from or related to that image.  Arlen Ness further states that any reference by Arlen Ness to "Deep cut styled billet housings" is to indicate to consumers that the subject product is part of Arlen Ness's DEEP CUT branded family of aftermarket motorcycle products.  Arlen Ness denies

ICE MILLER LLP

all other allegations in Paragraph 28 of the Complaint including, in particular, that the registration for DEEP CUT was fraudulently obtained.

29. Arlen Ness states that Paragraph 29 of the Complaint sets forth legal conclusions to which no response is required. To the extent that Paragraph 29 of the Complaint sets forth factual allegations, Arlen Ness denies said allegations.

30. For its response to Paragraph 30 of the Complaint, Arlen Ness denies that it made any false statements regarding its lawful ownership of the DEEP CUT trademark registration. Arlen Ness lacks knowledge or information sufficient to form a belief as to why Amazon took any action with respect to any of Plaintiffs' listings at any time, including in or around January 2022. Arlen Ness denies that any Plaintiff suffered any harm or damage as a result of any wrongful act by Arlen Ness.

31. Arlen Ness states that Paragraph 31 of the Complaint sets forth legal conclusions to which no response is required. To the extent that Paragraph 31 of the Complaint sets forth factual allegations, Arlen Ness denies said allegations including, in particular, that Arlen Ness engaged in any unlawful, unfair, or fraudulent business act or practice with respect to any Plaintiff or the DEEP CUT trademark.

32. Arlen Ness denies all of the allegations in the Complaint that are not specifically admitted elsewhere herein.

## AFFIRMATIVE AND OTHER DEFENSES

1. One or more of the claims in Plaintiffs' Complaint fails to state a claim upon which relief may be granted.

2. Plaintiffs' conduct constitutes trademark infringement; therefore, Arlen Ness's enforcement efforts were lawful.

3. Plaintiffs' claims against Arlen Ness are barred, in whole or in part, by the doctrine of laches, waiver, estoppel, bad faith, unclean hands, and/or expiration of statute of limitations and/or statute of repose.

ICE MILLER LLP

ICE MILLER LLP

4.      Plaintiffs' claims are barred in whole or in part by Plaintiffs' failure to mitigate its damages.

5.      Plaintiffs' claims are barred in whole or in part by Plaintiffs' failure to exhaust its administrative remedies.

6.      One, many, or all of the Plaintiffs may lack standing or capacity, or both, to bring some or all of the claims alleged. At this time, Arlen Ness has not yet verified with certainty ownerships of the online stores referenced in the preamble to the Complaint. Arlen Ness reserves the right to pursue this defense based on additional information obtained through discovery from the Plaintiffs, Amazon.com, or otherwise.

WHEREFORE, based upon the foregoing admissions, denials, and averments, Arlen Ness states that Plaintiffs should take nothing by their Complaint. Arlen Ness respectfully requests that the Court dismiss Plaintiffs' claims with prejudice, and award Arlen Ness its costs and fees incurred in connection with this action, as well as all such other legal and equitable relief as this Court deems appropriate under the circumstances.

## **COUNTERCLAIMS**

Counterclaim-Plaintiff Arlen Ness Enterprise, Inc. ("Arlen Ness"), by and through its counsel, Ice Miller LLP, hereby brings counterclaims against Plaintiffs/Counter-Defendants HTTMT Group LLC, Secret Equipment Inc., XKH Group Inc., and HK Moto Inc. (together, "the Internet Store Owners"). In support thereof, Arlen Ness alleges and avers as follows:

### **NATURE OF THE ACTION**

1.      This action is for the counterfeiting and infringement of a federal trademark registration in violation of the Lanham Act, 15 U.S.C. § 1114, false designation of origin and unfair competition in violation of the Lanham Act, 15 U.S.C. § 1125(a), patent infringement in violation of 35 U.S.C. § 271, and unfair and fraudulent business practices in violation of Cal. Bus. & Prof Code §§ 17200 *et seq.* In particular, this action is based on the Internet Store Owners' unauthorized use of counterfeit and infringing versions of Arlen Ness's registered DEEP CUT mark and A-SHIELD registered logo mark; infringement of Arlen Ness's United States Design Patent Nos.

1   D522,942 and D570,755; infringement of Arlen Ness's Utility Patent No. 6,374,815; and, unfair
2   and fraudulent business practices based on the Internet Store Owners' sales of motorcycle parts to
3   consumers in California and elsewhere through online stores on internet marketplaces such as
4   Amazon.com.

5   **THE PARTIES**

6   2.      Arlen Ness is a California corporation with a principal office located at 6050
7   Dublin Blvd., Dublin California 94568.  Among its portfolio of intellectual property assets, Arlen
8   Ness owns national and international common-law rights to, and a federal trademark registration
9   for, the mark DEEP CUT® for motorcycle parts, the nationwide common-law rights to, and a
10  federal trademark registration for, the below logo mark for motorcycle parts:



13  as well as two design patents and one utility patent for some of those motorcycle parts.

14  3.      Upon information and belief, Counterclaim-Defendant HTTMT Group LLC d/b/a
15  HTTMT (hereinafter, "HTTMT") is a California limited liability company. HTTMT purportedly
16  owns and operates at least the Amazon online store with Store ID A100GIT8L9BL7B.

17  4.      Upon information and belief, Counterclaim-Defendant Secret Equipment Inc. d/b/a
18  Secret E ("Secret E") is a California corporation with a principal office allegedly located at 2910
19  S. Archibald Ave., Suite A #111, Ontario, CA 91761. Secret E owns and operates at least the
20  Amazon online store with Store ID AU47PMH7TBVX6.

21  5.      Upon information and belief, Counterclaim-Defendant XKH Group Inc. ("XKH")
22  is a California corporation with a principal office allegedly located at 2910 S. Archibald Ave.,
23  Suite A #111, Ontario, CA 91761. XKH owns and operates at least the Amazon online store with
24  Store ID A18132C77AG5IR.

25  6.      Upon information and belief, Counterclaim-Defendant HK Moto Inc. ("HK") is a
26  California corporation with a principal office allegedly located at 2910 S. Archibald Ave., Ste A

ICE MILLER LLP

1   #103, Ont., CA 91761. HK owns and operates at least the Amazon online store with Store ID A I

2   T7DIMHB0ZNRO.

3                                              **JURISDICTION**

4          7.     The Court has subject-matter jurisdiction over Arlen Ness's federal claims pursuant

5   to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338(a), which each confer original jurisdiction

6   upon the Court for civil actions arising under the laws of the United States and any act of Congress

7   relating to patents and/or trademarks. The Court has supplemental jurisdiction over Arlen Ness's

8   state-law claims pursuant to 28 U.S.C. §§1338(b) and 1367 because the state-law claims are so

9   related to the federal claims that they form part of the same case or controversy and derive from a

10  common nucleus of operative facts.

11         8.     This Court has personal jurisdiction over the Internet Store Owners because, based

12  upon information and belief, the Internet Store Owners: (1) are organized and incorporated in the

13  State of California; (2) each have a principal office within the State of California and within this

14  district; (3) advertise and provide services under Arlen Ness's DEEP CUT® mark (or an infringing

15  version thereof) within the State of California and within this judicial district; (4) have committed

16  multiple other tortious acts specified herein within the State of California; (5) have committed

17  tortious acts outside of the State of California causing injury to persons or property within the State

18  of California, and (6) regularly do or solicit business, engage in other persistent courses of conduct,

19  and/or derive substantial revenue from services rendered, within the State of California. The Court

20  also has jurisdiction over the Internet Store Owners because they have purposefully availed

21  themselves of this jurisdiction's benefits and protections by commencing the above-caption action

22  against Arlen Ness.

23                                                **VENUE**

24         9.     Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b) and (c)

25  because a substantial part of the events giving rise to Arlen Ness's claims occurred in this district,

26  the Internet Store Owners conduct business within this district, the acts giving rise to the asserted

27  claims are being committed within this district, and Arlen Ness is suffering harm in this district.

28

ICE MILLER LLP

ICE MILLER LLP

1    Venue is also proper in this District pursuant to 28 U.S.C. § 1400(b) because, upon information

2    and belief, this is a judicial district where the Internet Store Owners have committed acts of patent

3    infringement as alleged in these Counterclaims. Further, the Internet Store Owners are

4    incorporated in this state with principal offices in this District.

5                                    **BACKGROUND FACTS**

6          10.    Arlen Darold Ness is known worldwide as the "godfather" of custom motorcycles.

7    *See* Exhibit 1.

8          11.    After buying his first motorcycle (a 1947 Harley-Davidson® Knucklehead) in 1963

9    with $300 he earned in bowling winnings, which he subsequently customized, Mr. Ness soon

10   found himself winning motorcycle show after motorcycle show.

11         12.    With demand quickly rising for his unique customized motorcycles, Mr. Ness

12   began selling custom-painted motorcycles out of his garage in San Leandro, California, in the mid-

13   1960s.

14         13.    While operating his custom-motorcycle business, Mr. Ness continued to enter into

15   and win motorcycle shows, rebuilding his original '47 Knucklehead every year to compete.

16         14.    During this frequent dismantling and rebuilding of his 1947 motorcycle, Mr. Ness

17   discovered there was a lack of variety of motorcycle parts for the aftermarket and customized

18   motorcycle industry.

19         15.    In 1970, as a result of this shortage of custom aftermarket parts, Mr. Ness started

20   what is now a multi-billion-dollar-a-year custom motorcycle industry.

21         16.    Today, the company that Mr. Ness founded sells a catalogue of hundreds of custom

22   motorcycle parts under internationally famous brands such as Arlen Ness®, ⬢®, Deep Cut®,

23   Monster Sucker®, Beveled®, and many others.

24         17.    Arlen Ness, the company that Mr. Ness founded, has been an innovator in

25   motorcycle parts manufacturing, being the first manufacturer to use computer numerical control

26   (i.e., "CNC") machining to produce high-quality, show-ready motorcycle components.

27

28

ICE MILLER LLP

18.     Arlen Ness takes great pride in its products and expends extraordinary time and energy to protect its intellectual property. Arlen Ness's products are protected by both utility and design patents, as well as trademarks.

19.     Motorcycles and parts from the Mr. Ness's eponymous brand have been featured in numerous collections, publications, movies, and television shows, including the New York Times®, Motorcyle.com, the movie "Why We Ride," the documentary "Biker Build-Off," and FX's "Sons of Anarchy."

20.     Before passing in 2019, Mr. Ness sealed his immortal status in custom motorcycle lore by being inducted into the AMA Motorcycle Hall of Fame and the Sturgis Motorcycle Museum & Hall of Fame, and by earning the first Sturgis Motorcycle Museum & Hall of Fame Lifetime Achievement Award, an annual award that now bears his name. Mr. Ness's company, Arlen Ness, remains one of the largest custom motorcycle parts companies in the U.S.

21.     Indeed, after *fifty years* in business, Arlen Ness and its well-known brands have become synonymous with high-quality custom motorcycle parts, which are sought after today by riders and museums throughout the world.

**Arlen Ness's DEEP CUT® Mark**

22.     The phrase "deep cut" (like "deep wound" and "serious cut") means a penetrating laceration of the skin and is used by Arlen Ness as a trademark to evoke and suggest the "rugged toughness" of motorcycles and of motorcycle riders.

23.     In 2008, Arlen Ness, the entity, originally conceived of and first began using DEEP CUT® for motorcycle parts—none of which have or exhibit literal "deep cuts." Instead, Arlen Ness motorcycle parts feature either complete holes or smooth, shallow grooves.

24.     "Deep Cut" is not a term of art in the motorcycle industry and does not describe any CNC process or characteristic, nor any motorcycle product trait or feature.

25.     When Arlen Ness first conceived of and adopted the DEEP CUT® brand in 2008, Arlen Ness was not aware of any other use of the phrase by anyone for motorcycle parts—or even for automotive parts in general.

26.     Arlen Ness uses its DEEP CUT® mark to advertise and sell a unique line or "style" of motorcycle parts; Arlen Ness does not use DEEP CUT® in any descriptive or generic manner.

27.     Arlen Ness has continuously and substantially exclusively used DEEP CUT® for custom motorcycle parts since 2008, with only a handful of third-party infringers using some variation of the DEEP CUT® mark for motorcycle parts during that time period. Other uses of DEEP CUT® by third parties have used that name to refer to Arlen Ness's products.

28.     Arlen Ness has policed unauthorized third-party uses of Arlen Ness's DEEP CUT mark by, among things, (i) registering the mark with the United States Patent and Trademark Office ("the USPTO"), (ii) instituting an anti-counterfeiting program in collaboration with Red Points® anti-counterfeiting detection service, and (iii) sending infringement notices to online platforms and to counterfeiters and infringers.

29.     Arlen Ness registered the DEEP CUT® trademark for motorcycle parts in Class 7 and Class 12 before the United States Patent and Trademark Office ("USPTO") on January 1, 2019. A true and correct copy of the registration certificate for DEEP CUT (Reg. No. 5,640,507) is included in Exhibit 2 attached hereto.

30.     Registration No. 5,640,507 is valid, subsisting, in full force and effect, and constitutes *prima facie* evidence of the validity of, and Arlen Ness's exclusive right to use, the DEEP CUT® mark pursuant to 15 U.S.C. § 1057(b).

**The Arlen Ness "A" Logo**

31.     Arlen Ness also owns a registration for its unique logo design used for motorcycle parts in Class 7 and clothing and other attire in Class 25. A true and correct copy of the registration certificate for the logo design is included as Exhibit 3 attached hereto. The logo appears as follows:



ICE MILLER LLP

ICE MILLER LLP

1    32.    This registration is valid, subsisting, in full force and effect, and constitute *prima*

2 *facie* evidence of the validity of, and Arlen Ness's exclusive right to use, the logo mark pursuant

3 to 15 U.S.C. § 1057(b).

4    **Arlen Ness's United States Design Patent No. D522,942**

5    33.    On June 13, 2006, the USPTO issued United States Design Patent No. D522,942

6 (the "'942 Patent"), titled "FOUR-POINT MIRROR FOR MOTORCYCLES." The face of the

7 '942 Patent lists Cory Ness as the inventor, and identifies Arlen Ness Enterprises, Inc. as the

8 assignee.

9    34.    The '942 Patent expired on June 13, 2020. Arlen Ness remained owner by

10 assignment of the '942 Patent throughout its entire term.

11    35.    The '942 Patent claims the ornamental design for a four-point mirror for

12 motorcycles, as shown in the figures.

13    36.    A true and correct copy of the '942 Patent is attached hereto as Exhibit 4.

14    **Arlen Ness's United States Design Patent No. D570,755**

15    37.    On June 10, 2008, the USPTO issued United States Design Patent No. D570,755

16 (the "'755 Patent"), titled "VEHICLE MIRROR WITH FLARING SHAPE." The face of the '755

17 Patent lists Cory Ness as the inventor, and identifies Arlen Ness Enterprises, Inc. as the assignee.

18    38.    The '755 Patent does not expire until June 10, 2022. Arlen Ness Enterprises, Inc.

19 is the current assignee of the '755 Patent.

20    39.    The '755 Patent claims the ornamental design for a vehicle mirror with flaring

21 shape, as shown in the figures.

22    40.    A true and correct copy of the '755 Patent is attached hereto as Exhibit 5.

23    **Arlen Ness's Utility Patent U.S. 6,374,815**

24    41.    On June 13, 2006, the USPTO issued United States Patent No. 6,374,815 (the "'815

25 Patent"), titled "AIR CLEANER BASE ASSEMBLY WITH CRANKCASE BREATHER

26 VENTS." The face of the '815 Patent lists Cory A. Ness and Jeffrey D. Border, as the inventors,

27 and identifies Arlen Ness Enterprises, Inc. as the assignee.

28

42.  The '815 Patent expired on January 4, 2021. Arlen Ness remained owner by assignment of the '815 Patent throughout its entire term.

43.  The '815 Patent claims a combination backing plate and crankcase breather for a motorcycle engine having at least a pair of cylinders, a cylinder head mounted on each cylinder, and a valve for connecting each cylinder head to the crankcase for venting the crankcase through an exit port in the cylinder head.

44.  A true and correct copy of the '815 Patent is attached hereto as Exhibit 6.

**Counterfeiting Is A Significant Problem the U.S.**

45.  The sale of counterfeit products, especially by foreign individuals and entities over the internet, continues to be a major problem in the U.S.

46.  For example, U.S. Customs and Border Protection personnel seized over 26,000 shipments containing counterfeit goods worth nearly $1.3 billion in fiscal year 2020 alone. *See* Exhibit 7 (report on counterfeiting from United States Customs and Border Protection Agency).

47.  Notably, the "bulk of counterfeit products to the US come from China and its dependent territories," accounting for over 90.6% of all cargo with IP rights violations, according to a report from the Buy Safe America Coalition. *See* Exhibit 8.

48.  Additionally, the report states: "Of the $1.23 billion in total violations intercepted, $1.12 billion was from China…[and] it is estimated that $44.3 billion in additional illicit cargo is escaping detection. *Id.*

49.  The online sale of counterfeit goods, especially by foreign actors in China, costs over 750,000 U.S. jobs a year, including jobs in Arlen Ness's Dublin, California, headquarters. *See* Exhibit 7.

**The Internet Store Owners' Counterfeit Operation**

50.  Based on information and belief, the Internet Store Owners include and/or involve an unincorporated group of individuals located in China. This group uses Chinese manufacturers to manufacture counterfeit and infringing motorcycle parts and goods, imports them into the U.S., and then advertises and sells the goods through multiple online stores.

ICE MILLER LLP

51.     Considerable information supports Arlen Ness's belief referenced above.  First, the Internet Store Owners' California entities each originally listed the <u>exact same address</u> for their principal offices: 337 Paseo Sonrisa, Walnut, California 91789. *See* Combined Exhibit 9.

52.     Second, three of the Internet Store Owners' California entities originally listed, and still list, an individual with the last name of "Hu" as the Manager/Member or Director (and sometimes also the CEO, Secretary, and Agent) of the entity. Specifically, Secret E lists "Tiezhuan Hu," XKH lists "Zhenkai Hu," and HK lists "Hongbai Hu." *See* Combined Exhibit 10.

53.     Based on information and belief, these "Hu" individuals are merely aliases for the true identities of the Internet Store Owners that are used to conceal the true to hide the full scope and interworkings of their counterfeiting operation

54.     Third, three of the Internet Store Onwers (Secret E, XKH, and HK) list the same principal office address of 2910 South Archibald Ave., Ontario CA 91761.

55.     Said shared principal "office" at 2910 South Archibald Ave., Ontario CA 91761, however, upon information and belief, is a UPS store rather than an actual "office":



*See* Exhibit 10.

1      56.    Fourth, <u>the same UPS store</u> is listed as the <u>personal</u> address for each of the

2  aforementioned "Hu" individuals. *See* Exhibit 10.

3      57.    Fifth, the Internet Store Owners sell several of the same products, with all four

4  Internet Store Owners even selling the same product that includes the "HTT MOTO" watermark

5  on the photographs accompanying the product listing:



HTTMT's "HTTMT" Amazon Store



Secret E's "Secret E" Amazon Store

ICE MILLER LLP

ICE MILLER LLP



HK's "HK MOTO INC." Amazon Store



XKH's "XKHmoto" Amazon Store

*See* Exhibit 11.

58.     Sixth, based on information and belief, each of the four Internet Store Owners manufactures its products in, and imports its products from, China.

59.     Seventh, the four Internet Store Owners hired the same attorney to bring the instant lawsuit.

60.     Based on information and belief, the Internet Store Owners use multiple seller aliases and owner aliases to conceal their true identities, to hide the full scope and interworking of their counterfeiting operation, and to avoid or mitigate liability.

61.     On information and belief, the Internet Store Owners reside in, and operate their online stores from, the People's Republic of China—a country with a lax patent and trademark enforcement system.

62.     Based on information and belief, the Internet Store Owners also maintain off-shore bank accounts and regularly move funds from their financial accounts to off-shore bank accounts outside the jurisdiction of this Court to avoid payment of any monetary judgment awarded to Arlen Ness.

63.     The Internet Store Owners also rely on third-party service providers that do not adequately subject new sellers to verification and confirmation of their identities, allowing them to "routinely use false or inaccurate names and addresses when registering with these e-commerce platforms."  Daniel C.K. Chow, *Alibaba, Amazon, and Counterfeiting in the Age of the Internet*, 40 NW. J. INT'L L. & BUS. 157, 186 (2020); *see also* Exhibit 12 (report on "Combating Trafficking in Counterfeit and Pirated Goods" prepared by the U.S. Department of Homeland Security's Office of Strategy, Policy, and Plans (Jan. 24, 2020) that finds for "at least some e-commerce platforms, little identifying information is necessary for a counterfeiter to begin selling" and recommending that "[s]ignificantly enhanced vetting of thirdparty sellers" is necessary).

64.     By selling the same products through multiple online stores on multiple platforms, the Internet Store Owners take advantage of the "bureaucratic or technical hurdles" created by e-commerce platforms that reduce the ability of brand owners like Arlen Ness to locate and stop the sale of counterfeits.  *See* Daniel C.K. Chow, *Alibaba, Amazon, and Counterfeiting in the Age of the Internet*, 40 NW. J. INT'L L. & BUS. at 186-87.

65.     The Internet Store Owners import and then sell hundreds of counterfeit and infringing products to U.S. consumers, including but certainly not limited to products using famous third-party brands such as Harley-Davidson®, Honda®, Yamaha®, Suzuki®, and even smaller brands like AlloyArt™:

ICE MILLER LLP

ICE MILLER LLP




Harley-Davison® Willie G Skull Hand Grips

HTTMT Knockoff Product
(Sold on "HTTMT" Amazon Store)



(Knockoff Honda® Product Sold on "HTTMT" Amazon Store)



(Knockoff Honda Valkyrie® Product Sold on "HTTMT" Amazon Store)



(Knockoff Kawasaki Ninja® Product on "Secret E" Amazon Store)

ICE MILLER LLP

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



(Knockoff Kawasaki Ninja® Product on "Secret E" Amazon Store)



(Knockoff Kawasaki Ninja® Product on "ZKHmoto" Amazon Store)



Alloy Art™ Heavy-Duty Handlebar
Handlebar Riser Bushings



"XKMT-Alloy Art Heavy-Duty TPU
Handlebar Riser Bushings"
(Sold on "XKMT" Amazon Store)

*See* Combined Exhibit 13.

66.     The Internet Store Owners knowingly and willfully sell counterfeit and infringing items evidenced, by among other things, their online stores using listings that blur out the counterfeit trademarks on hundreds of products:













ICE MILLER LLP

1
2
3
4
5
6
7
8



9
10
11
12
13
14
15
16
17



18    *See* Combined Exhibit 14.

19    67.    The Internet Store Owners' attempt to hide their sale of products with counterfeit

20    trademarks only highlights the willfulness of their counterfeiting.

21    **The Internet Store Owners' Sale of Counterfeit and Infringing Arlen Ness® Products**

22    68.    In or around April of 2019, the Internet Store Owners' four Amazon stores triggered

23    over 200 infringement alerts from Arlen Ness's anticounterfeiting program.

24    69.    After reviewing each of those listings, Arlen Ness caused infringement reports to

25    be filed with Amazon.com against the 65 most egregious listings, all of which used Arlen Ness's

26    DEEP CUT® as a trademark in the title of clear knockoff products.

27
28

1      70.     It was clear from these listings, and several others, that the Internet Store Owners

2  knowingly and intentionally used Arlen Ness's identical mark for identical goods in order to profit

3  off the goodwill that Arlen Ness built up in the DEEP CUT® mark over years of investment and

4  commercial success, as shown in the screenshots of the Internet Store Owners' Amazon.com

5  listings below:



Secret E's "Secret E" Amazon Store



HKH's "HKHMoto" Amazon Store



HTTMT's "HTTMT" Amazon Store

1

2

3

4

5

6

7

8

9



Secret E's "Secret E" Amazon Store

10   *See* Combined Exhibit 15.

11   71.   Upon information and belief, the Internet Store Owners used Arlen Ness's well-

12   known DEEP CUT® trademark in product titles and meta tags in order to generate traffic from

13   consumers on Amazon and to attract various search engines crawling the Internet looking for

14   websites relevant to consumer searches for genuine goods.

15   72.   The Internet Store Owners also used—and still use—virtually identical versions of

16   Arlen Ness's DEEP CUT® mark for clear knock-off products:

17

18

19

20



21

22

23

24

25   Arlen Ness <u>Authorized</u> Reseller on Amazon

26

27

28

ICE MILLER LLP



XKH's "XKHmoto" Amazon Store



HTTMT's "HTTMT" Amazon Store



Secret E's "Secret E" Amazon Store

*See* Exhibit 16.

73.    In addition, the Internet Store Owners sold—and today still sell—knockoff

ICE MILLER LLP

ICE MILLER LLP

products infringing on Arlen Ness's design and utility patents, including the following:



| Arlen Ness® Four Point Chrome Mirror | Knockoff Version (Sold on "HTTMT" Amazon Store) |
| Arlen Ness® Four Point Chrome Mirror | Knockoff Version (Sold on "Secret E" Amazon Store) |
| Arlen Ness® Rad 2 Micro Mirror | Knockoff Version (Sold on "HK MOTO INC." Amazon Store) |

Arlen Ness's '815 Patent

(Sold on "XKHmoto" Amazon Store)

*See* Combined Exhibit 17.

74.    The Internet Store Owners also utilize other deceptive means to trick consumers into purchasing their products, such as pirating photographs of Arlen Ness's products and using

those photographs in their infringing listings.

75.     For example, in several product listings, the Internet Store Owners use parts of photographs ripped from Arlen's Ness's online product catalogue.  The photographs even feature Arlen Ness's registered logo:



*See* Exhibit 18.  The full Arlen Ness image and call-outs therefrom showing the Arlen Ness logo as it appeared in the Internet Store Owners' ads are shown below and in Exhibit 19.

Arlen Ness's Catalog Photographs and Enlargements



ICE MILLER LLP

1  *See* Exhibit 19.

2      76.   HTTMT's website uses the same pirated photographs:



13  *See* Exhibit 20.

14      77.   The Internet Store Owners unauthorized and willful use of Arlen Ness's

15  trademarks, Arlen Ness's patents, and copyright-protected photographs in connection with their

16  advertisement, distribution, offering for sale, and sale of counterfeit and infringing products to

17  consumers in the U.S. (including consumers in this district) is likely to cause confusion, mistake,

18  and deception by and among consumers, and is irreparably harming Arlen Ness.

19                          **COUNT I**
                       **COUNTERFEITING**
20            **OF ARLEN NESS'S DEEP CUT® TRADEMARK**
                      **(15 U.S.C. § 1114)**
21

22      78.   Arlen Ness hereby re-alleges and incorporates by reference the allegations set forth

23  in the preceding paragraphs.

24      79.   Arlen Ness is the exclusive owner of the DEEP CUT® trademark.

25      80.   The DEEP CUT® trademark is registered with the United States Patent and

26  Trademark Office and said registration remains valid and in force on the USPTO's Principal

27  Register.

28

ICE MILLER LLP

81.     The DEEP CUT® trademark is well-known and is inherently distinctive or is otherwise distinctive by virtue of acquired distinctiveness.

82.     Consumers have come to expect the highest quality from products sold or marketed under the DEEP CUT® trademark.

83.     The Internet Store Owners, through their four Amazon stores, and likely elsewhere, have sold, offered to sell, marketed, distributed, and advertised, and are still selling, offering to sell, marketing, distributing, and advertising products using counterfeit reproductions of the DEEP CUT® mark, without Arlen Ness's permission, for competing products—namely motorcycle parts.

84.     The Internet Store Owners' use of counterfeit copies of the DEEP CUT® trademark was—and remains—inauthentic and without authorization.

85.     The Internet Store Owners knowingly and intentionally used counterfeit versions of the DEEP CUT® trademark to sell motorcycle parts and products that are listed in Arlen Ness's DEEP CUT® federal trademark registration.

86.     The Internet Store Owners' unauthorized and willful use of the DEEP CUT® trademark has caused, and likely will continue to cause, confusion, mistake, and deception as to the origin and quality of the counterfeit "DEEP CUT" products among the general public.

87.     The Internet Store Owners' unauthorized and willful use of the DEEP CUT® trademark has directly and proximately caused damages and injuries to Arlen Ness's brand and business.

88.     The Internet Store Owners' activities constitute counterfeiting under Section 32 of the Lanham Act, 15 U.S.C. § 1114.

89.     Arlen Ness has no adequate remedy at law, and if the Internet Store Owners actions are not enjoined, Arlen Ness will continue to suffer irreparable harm to its reputation and the goodwill of its well-known DEEP CUT® mark.

**COUNT II**
**COUNTERFEITING**
**OF ARLEN NESS'S Ⓐ® LOGO TRADEMARK**
**(15 U.S.C. § 1114)**

90.   Arlen Ness repeats and realleges the allegations of the preceding paragraphs as though fully set forth herein.

91.   Arlen Ness is the exclusive owner of the Ⓐ® mark, which is inherently distinctive or is otherwise distinctive by virtue of acquired distinctiveness.

92.   The Ⓐ® mark is registered with the United States Patent and Trademark Office as Registration No. 3,147,815.  Said registration is incontestable and remains valid and in force on the USPTO's Principal Register.

93.   Consumers have come to expect the highest quality from products sold or marketed under the Ⓐ® mark.

94.   The Internet Store Owners, through their four Amazon stores, and likely elsewhere, have sold, offered to sell, marketed, distributed, and advertised, and are still selling, offering to sell, marketing, distributing, and advertising products using counterfeit reproductions of the Ⓐ® mark without Arlen Ness's permission for competing products—namely, motorcycle parts.

95.   The Internet Store Owners knowingly and intentionally used counterfeit versions of the Ⓐ® to sell motorcycle products that are listed in Arlen Ness's Ⓐ® registration.

96.   The Internet Store Owners' use of counterfeit copies of the Ⓐ® trademark was—and remains—inauthentic and without authorization.

97.   The Internet Store Owners' unauthorized and willful use of the Ⓐ® mark has caused, and likely will continue to cause, confusion, mistake, and deception as to the origin and quality of the counterfeit products among the general public and have directly and proximately caused damages and injuries to Arlen Ness's brand and business.

98.   The Internet Store Owners' activities constitute counterfeiting under Section 32 of the Lanham Act, 15 U.S.C. § 1114.

ICE MILLER LLP

1  99.  Arlen Ness has no adequate remedy at law, and if the Internet Store Owners actions

2 are not enjoined, Arlen Ness will continue to suffer irreparable harm to its reputation and the

3 goodwill of its ⬥® mark.

**COUNT III**
**INFRINGEMENT**
**OF ARLEN NESS'S REGISTERED DEEP CUT® TRADEMARK**
**(15 U.S.C. § 1114)**

100.  Arlen Ness repeats and realleges the allegations of the preceding paragraphs as though fully set forth herein.

101.  Without Arlen Ness's consent or authorization, the Internet Store Owners have used in interstate commerce, and continue to use, confusingly similar versions of Arlen Ness's registered DEEP CUT® trademark for motorcycle parts.

102.  The Internet Store Owners' use of confusingly similar versions of Arlen Ness's registered DEEP CUT® trademark for motorcycle parts is likely to cause confusion or mistake as to the source, approval, sponsorship, affiliation, connection, or association of the Internet Store Owners' products with Arlen Ness and Arlen Ness's products.

103.  The goodwill associated with Arlen Ness's registered DEEP CUT® trademark is of significant value to Arlen Ness, and Arlen Ness has suffered, is suffering, and will continue to suffer, irreparable harm should the Internet Store Owners continue to use Arlen Ness's registered DEEP CUT® mark.

104.  The Internet Store Owners' use of Arlen Ness's registered DEEP CUT® trademark has diverted, and will continue to divert, Arlen Ness's goodwill, customers, and potential customers to the Internet Store Owners' four Amazon stores, and likely elsewhere, for the benefit of the Internet Store Owners and to the injury of consumers and Arlen Ness.

105.  The Internet Store Owners' acts constitute infringement of Arlen Ness's registered DEEP CUT® mark under 15 U.S.C. § 1114.

106.  Based on information and belief, the Internet Store Owners knowingly and willfully infringed Arlen Ness's DEEP CUT® trademark.

ICE MILLER LLP

107.   Unless enjoined, the Internet Store Owners will continue to use Arlen Ness's DEEP CUT® trademark, thereby confusing the public and causing Arlen Ness irreparable harm.

## COUNT IV
## FEDERAL FALSE DESIGNATION OF ORIGIN AND UNFAIR COMPETITION
### (15 U.S.C.§ 1125(a))

108.   Arlen Ness hereby re-alleges and incorporates by reference the allegations set forth in the preceding paragraphs.

109.   The Internet Store Owners' promotion, marketing, offering for sale, and sale of motorcycle products to U.S. consumers using copyrighted photographs of Arlen Ness products in product listings on the Internet Store Owners' four Amazon stores and the HTTMT website, using products intentionally manufactured to look identical to, or virtually identical to, Arlen Ness's uniquely designed and constructed products, and using similar product descriptions have created, are creating, and will create a likelihood of confusion, mistake, and deception among the general public as to the affiliation, connection, or association with Arlen Ness or the origin, sponsorship, or approval of by Arlen Ness.

110.   The Internet Store Owners aforementioned actions have created, are creating, and will create a false designation of origin as to the origin and sponsorship of motorcycle parts sold through the Internet Store Owners' four stores and HTTMT website.

111.   Unless enjoined, the Internet Store Owners will continue to engage in unfair competition, thereby confusing the public and causing Arlen Ness irreparable harm in addition to financial harm.

## COUNT V
## PATENT INFRINGEMENT OF DESIGN PATENT NO. D522,942
### (35 U.S.C. § 271(a))

112.   Arlen Ness hereby re-alleges and incorporates by reference the allegations set forth in the preceding paragraphs.

113.   Arlen Ness is the assignee and owner of all right, title, and interest in and to the '942 Patent. Arlen Ness had the exclusive right to make, use, sell, and offer to sell any product

embodying the '942 Patent throughout the United States, and to import any product embodying the '942 Patent into the United States throughout the lifetime of the '942 Patent.

114.    The '942 Patent claims the ornamental design for a four-point mirror for motorcycles, as shown in the figures thereof.

115.    Since April 1, 2016, HK MOTO has offered for sale its "HONGK-4-Point Micro Chromed Mirrors Compatible with Suzuki Kawasaki Victory Harley Davidson [B01DQ06WIE]" product through its Amazon storefront ([https://www.amazon.com/HK-4-Point-Chromed-Kawasaki-Davidson/dp/B01DQ06WIE](https://www.amazon.com/HK-4-Point-Chromed-Kawasaki-Davidson/dp/B01DQ06WIE), last visited April 5, 2022) and likely elsewhere. HK MOTO's product listing includes the following pictures:






116.    Similarly, HTTMT offers for sale its "Chrome Diamond Rear Mirrors For Harley CVO Dyna Heritage Softail Sportster new" product on its website ([https://www.httmotor.com/products/usmt378-cd](https://www.httmotor.com/products/usmt378-cd), last visited April 5, 2022) and likely elsewhere. HTTMT's listing for this product includes the following pictures:

ICE MILLER LLP

ICE MILLER LLP



117.    Since May 14, 2015, HTTMT offered for sale on its "SMT-4-Point Micro Black Mirrors Compatible With Suzuki Honda Kawasaki Victory Harley Davidson [B00XM7K5XA]" product on its Amazon store (https://www.amazon.com/motorcycle-4-Point-Mirrors-Kawasaki-Davidson/dp/B00XM7K5XA/ref=sr_1_84?keywords=mirrors&m=A1OOGIT8L9BL7B&qid=1649167095&s=merchant-items&sr=1-84&th=1, last visited April 5, 2022) and likely elsewhere. HTTMT's listings for this product include the following photos:





  

118.    Since May 14, 2015, Secret E has offered for sale its "SMT-4-Point Micro Black Mirrors Compatible With Suzuki Honda Kawasaki Victory Harley Davidson [B00XM7K5XA]" product through its Amazon store front (https://www.amazon.com/motorcycle-4-Point-Mirrors-Kawasaki-Davidson/dp/B00XM7K5XA, last visited April 5, 2022) and its "SMT-4-Point Micro Chromed Mirrors Compatible With Suzuki Honda Kawasaki Victory Harley Davidson [B00XM7K4UE]"           https://www.amazon.com/motorcycle-4-Point-Chromed-Kawasaki-Davidson/dp/B00XM7K4UE?th=1, last visited April 5, 2022). These products are likely available from Secret E elsewhere as well.  Secret E's Amazon listings for these products include the following photos:

  

 

ICE MILLER LLP

  

119.    Since May 26, 2015, XKH has offered for sale its "XKH Group Chrome Diamond Rear Mirrors For Harley CVO Dyna Heritage Softail Sportster new" product through, among others, its Amazon store front (https://www.amazon.com/Diamond-Mirrors-Heritage-Softail-Sportster/dp/B074T5RR25, last visited April 5, 2022). XKH's listing for this product includes the following photos:



ICE MILLER LLP



120.    On information and belief, each of the Internet Store Owners sells identical "4-point" or "Diamond" style mirror products.

121.    Arlen Ness obtained one of the Internet Store Owners' "SMT-4-Point Micro Black Mirrors Compatible With Suzuki Honda Kawasaki Victory Harley Davidson [B00XM7K5XA]" products on Amazon.com, the advertisement and receipt for which identified HTTMT as the seller. On information and belief, this product is representative of the "4-point" or "Diamond" style mirror products sold by each of the Internet Store Owners.

122.    The Internet Store Owners' "4-point" or "Diamond" style mirror products appear, to an ordinary observer, to embody or colorably copy the design shown in the '942 Patent:



| U.S. Design Patent No. D522,942 | Representative Accused Product |
|---|---|

ICE MILLER LLP

ICE MILLER LLP



123.    The Internet Store Owners infringed the '942 Patent in this State, in this District, and elsewhere in the United States, by, among other things, directly or through intermediaries, making, using, selling and/or offering for sale their respective "4-point" and/or "Diamond" style mirror products. The Internet Store Owners were thus directly infringing, literally infringing, and/or infringing the '942 Patent under the doctrine of equivalents, and are liable for infringement of the '942 Patent pursuant to 35 U.S.C. § 271(a).

124.    The Internet Store Owners' direct infringement of the '942 patent has irreparably harmed Arlen Ness.

ICE MILLER LLP

125.    Pursuant to 35 U.S.C. § 284, Arlen Ness is entitled to damages adequate to compensate for the infringement.

126.    The Internet Store Owners' infringement has been willful and, pursuant to 35 U.S.C. § 284, Arlen Ness is entitled to treble damages. The Internet Store Owners' willful infringement is based at least on their knowledge of Arlen Ness and Arlen Ness's patent-protected products. The Internet Store Owners have either willfully and wantonly infringed the '942 Patent or have otherwise recklessly avoided knowledge of their own infringement, even when faced with knowledge of Arlen Ness's products and patents.

127.    This case is "exceptional" within the meaning of 35 U.S.C. § 285, and Arlen Ness is entitled to an award of attorneys' fees.

<u>COUNT VI</u>
**PARENT INFRINGEMENT OF DESIGN PATENT NO. D570,755**
**(35 U.S.C. § 271(a))**

128.    Arlen Ness hereby re-alleges and incorporates by reference the allegations set forth in the preceding paragraphs.

129.    Arlen Ness is the assignee and owner of all right, title, and interest in and to the '755 Patent. Arlen Ness has the exclusive right to make, use, sell, and offer to sell any product embodying the '755 Patent throughout the United States, and to import any product embodying the '755 Patent into the United States

130.    The '755 Patent claims the ornamental design for a vehicle mirror with flaring shape, as shown in the figures.

131.    Since February 20, 2016, HK MOTO has offered for sale its "Claw Style Rearview Mini Mirror For Harley Street Sports Cruiser Chrome New" product (https://www.amazon.com/Rearview-Mirror-Harley-Street-Cruiser/dp/B01C0SS678, last visited April 5, 2022) and its "HONGK- Claw Style Rearview Mini Mirror Compatible with Harley Street Sports Cruiser Chrome [B01C0SS6SW]" product (https://www.amazon.com/Rearview-Mirror-Harley-Street-Cruiser/dp/B01C0SS6SW, last visited April 5, 2022) through its Amazon store front and likely elsewhere. HK MOTO's Amazon product listing includes the following pictures:

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ICE MILLER LLP





132.    Since January 7, 2015, HTTMT has offered for sale its "HTTMT MT377- Claw Style Rearview Mini Mirror Compatible with Harley Street Sports Cruiser Chrome New" product (https://www.amazon.com/Rearview-Mirror-Harley-Street-Cruiser/dp/B00RY8JMKK, last visited April 5, 2022) and since July 16, 2014, has offered its "HTTMT MT377- Claw Style Rearview Mini Mirror Compatible with Harley Street Sports Cruiser Chrome New" product (https://www.amazon.com/Rearview-Mirror-Harley-Street-Cruiser/dp/B00LULIIAM, last visited April 5, 2022), through its Amazon storefront and likely elsewhere. HTTMT's Amazon listing for this product includes the following photos:









ICE MILLER LLP



133.    Since June 11, 2020, Secret E has offered for sale its "SMT- Chrome Claw Raindrop Style Rearview Mini Mirror Compatible With Harley Street Sports Cruiser [P/N: MT377-CHROME2]"    product    (https://www.amazon.com/Chrome-Raindrop-Rearview-Compatible-Cruiser/dp/B08B1WF7H5, last visited April 5, 2022) through its Amazon store front and likely elsewhere. Secret E's Amazon listings for this product include the following photos:

1
2
3
4
5
6
7
8
9
10
11



12   134.   Since December 31, 2014, XKH has offered for sale its "SMT-Claw Style Rearview

13   Mini Mirror Compatible With Harley Street Sports Cruiser Chrome New [B00RNISE9G]" product

14   (https://www.amazon.com/SMT-MOTO-Motorcycle-Rearview-Mirror-

15   Cruiser/dp/B00RNISE9G, last visited April 5, 2022) through its Amazon store front and likely

16   elsewhere. XKH's Amazon listing for this product includes the following photos:

17
18
19
20



21
22
23
24
25
26
27
28

ICE MILLER LLP

ICE MILLER LLP

1
2
3
4
5
6
7
8
9
10
11
12



13   135.   On information and belief, each of the Internet Store Owners sells identical

14   "teardrop" style mirror products.

15   136.   Arlen Ness obtained one of HTTMT's "HTTMT MT377- Claw Style Rearview

16   Mini Mirror Compatible with Harley Street Sports Cruiser Chrome New" products from

17   Amazon,com, the advertisement and receipt for which identified HTTMT as the seller. On

18   information and belief, this product is representative of teardrop or "claw" style mirror products

19   sold by each of the Internet Store Owners.

20   137.   The Internet Store Owners' "claw" style mirror products appear, to an ordinary

21   observer, to embody or colorably copy the design shown in the '755 Patent:

22
23
24
25
26
27
28

ICE MILLER LLP



| U.S. Design Patent No. D570,755 | Representative Accused Product |
|---|---|
| Fig. 1 | |
| Fig. 2 | |
| Fig. 3 | |

138.   The Internet Store Onwers have been, are now, and are continuing to infringe the '755 Patent in this State, in this District, and elsewhere in the United States, by, among other things, directly or through intermediaries, making, using, selling and/or offering for sale their

ICE MILLER LLP

respective "claw" style mirror products. The Internet Store Owners are thus directly infringing, literally infringing, and/or infringing the '755 Patent under the doctrine of equivalents, and are liable for infringement of the '755 Patent pursuant to 35 U.S.C. § 271(a).

139.    On information and belief, the Internet Store Owners will continue to directly infringe the '755 Patent unless enjoined.

140.    The Internet Store Owners' direct infringements of the '755 patent have irreparably harmed Arlen Ness.

141.    Pursuant to 35 U.S.C. § 284, Arlen Ness is entitled to damages adequate to compensate for the infringement.

142.    The Internet Store Owners' infringements have been and are willful and, pursuant to 35 U.S.C. § 284, Arlen Ness is entitled to treble damages. The Internet Store Owners' willful infringements are based at least on their knowledge of Arlen Ness, its products and patents. The Internet Store Owners have either willfully and wantonly infringed the '755 Patent or have recklessly avoided knowledge of their own infringement, even when faced with knowledge of Arlen Ness's products and patents.

143.    This case is "exceptional" within the meaning of 35 U.S.C. § 285, and Arlen Ness is entitled to an award of attorneys' fees.

**COUNT VII**
**PARENT INFRINGEMENT OF U.S. UTILITY PATENT 6,374,815**
**(35 U.S.C. § 271)**

144.    Arlen Ness hereby re-alleges and incorporates by reference the allegations set forth in the preceding paragraphs.

145.    Arlen Ness was and remains the assignee and owner of all right, title, and interest in and to the '815 Patent. Arlen Ness had the exclusive right to make, use, sell, and offer to sell any product embodying the '815 Patent throughout the United States, and to import any product embodying the '815 Patent into the United States throughout the life of the '815 Patent.

146.    The '815 patent claims, *inter alia*, an invention that relates to motorcycle engines and, more particularly, to air cleaner base assemblies that couple an air cleaner to a carburetor or

ICE MILLER LLP

fuel injection system and provide conduits for venting blow-by gases from the crankcase into a venturi air intake thereof.  The claimed air cleaner base assembly functions both as a support to mount and seat the air cleaner and as a crankcase breather device to vent blow-by gases from the crankcase directly into the venturi portion of the base assembly just prior to the air intake of the fuel system. The strategic location of these exit ports of the communication conduits at the venturi portion enable direct venting of the blow-by gases into the air intake of the fuel system (i.e., the carburetor of fuel injection system). Such direct venting minimizes fouling of the components (e.g., the air cleaner) by residual oil and unburned fuel contained in the blow-by gases.

147.   Since at least December 11, 2017, HTTMT has offered for sale its "HTTMT MT229–Air Cleaner Kits Compatible with 2008-2012 Harley Dyna Electra Glide Flhx Road King Chrome" product (https://www.amazon.com/Triangle-Cleaner-2008-2012-Harley-Electra/dp/B07872D5BH, last visited April 5, 2022) through its Amazon store front. HTTMT's product listing includes the following image:



148.   Since at least February 13, 2020, HTTMT has also offered for sale its "HTTMT-Glossy Black Bullet Air Cleaner Intake Compatible with Harley 2010 Harley Dyna Touring models [P/N: MT230B]" product (https://www.amazon.com/HTTMT-Glossy-Cleaner-Compatible-Touring/dp/B084RPT8RF, last visited April 5, 2022) through its Amazon store front. HTTMT's product listing includes the following image:

1
2
3
4
5
6
7
8
9
10



11   149.   Since at least March 19, 2015, HTTMT has also offered for sale its "HTTMT

12   MT230C- Chromed Triangle Spike Air Cleaner Kits Compatible with Harley Dyna Touring

13   models"           product           (https://www.amazon.com/Chromed-Triangle-Cleaner-Harley-

14   Touring/dp/B00UWZEMPW, last visited April 5, 2022) through its Amazon store front.

15   HTTMT's product listing includes the following image:

16
17
18
19
20



21
22
23
24
25

26   150.   Since at least May 18, 2015, HTTMT has also offered for sale its "HTTMT MT240-

27   Spike Air Cleaner Kits Compatible with 2014 Harley Davidson Electra Glide FLHTCU Chrome"

28

ICE MILLER LLP

product through its Amazon store front (https://www.amazon.com/Cleaner-Harley-Davidson-Electra-FLHTCU/dp/B00OYR8H32, last visited April 5, 2022) and likely elsewhere. HTTMT's Amazon listing for this product includes the following image:



151. Since at least March 19, 2015, HTTMT has also offered for sale its "HTTMT MT231C- Triangle Spike Air Cleaner Kits Compatible with 1991-2006 H-D Xl Models Sportstar Chrome" product (https://www.amazon.com/Triangle-Cleaner-1991-2006-Davidson-Sportstar/dp/B00UWZEY00, last visited April 5, 2022) through its Amazon store front and likely elsewhere. HTTMT's Amazon listing for this product includes the following image:



ICE MILLER LLP

152.    Arlen Ness purchased one "HTTMT MT229–Air Cleaner Kits Compatible with 2008-2012 Harley Dyna Electra Glide Flhx Road King Chrome" product through HTTMT's Amazon storefront for inspection.  The sample MT229 product that Arlen Ness received matched the pictures and description on HTTMT's Amazon storefront.  On information and belief, the sample MT229 product obtained by Arlen Ness is representative of the products described above and sold by the Internet Store Owners.

153.    The sample MT229 product was confirmed upon inspection to be an air cleaner support member having a first side positioned adjacent the air intake port and an opposite second side adapted to seat the air cleaner thereto, and further including a venturi portion defining an intake aperture extending from the second side to the first side, and having a transverse cross-sectional dimension substantially similar to that of the air intake port of the fuel system for air flow from the air filter, through the intake aperture and into the air intake port.  The sample MT229 product also included a flange member mounted to the support member, and adapted to mount said support member to the cylinder head of a motorcycle engine, said flange member defining a communication conduit extending therethrough, and having an entrance port in flow communication with the communication port of the cylinder head and an opposite exit port terminating at the venturi portion.  Inspection of the MT229 product thus revealed that it met the limitations of the claims of the '815 Patent.

154.    Based on the review of the purchased product and the images from HTTMT's product listings, HTTMT has infringed at least claims 1, 11, and 20 of the '815 Patent in this State, in this District, and elsewhere in the United States, by, among other things, directly or through intermediaries, making, using, selling and/or offering for sale its "HTTMT MT229– Air Cleaner Kits Compatible with 2008-2012 Harley Dyna Electra Glide Flhx Road King Chrome," "HTTMT– Glossy Black Bullet Air Cleaner Intake Compatible with Harley 2010 Harley Dyna Touring models [P/N: MT230B]," "HTTMT MT230C – Chromed Triangle Spike Air Cleaner Kits Compatible with Harley Dyna Touring models," "HTTMT MT240 – Spike Air Cleaner Kits Compatible with 2014 Harley Davidson Electra Glide FLHTCU Chrome," and "HTTMT

ICE MILLER LLP

ICE MILLER LLP

1   MT231C– Triangle Spike Air Cleaner Kits Compatible with 1991-2006 H-D Xl Models Sportster

2   Chrome" products and others substantially similar thereto (collectively, the "Accused Air Cleaner

3   Products") through its Amazon store front and likely elsewhere. HTTMT was thus directly

4   infringing, literally infringing, and/or infringing the '815 Patent under the doctrine of equivalents,

5   and, therefore, is liable for infringement of the '815 Patent pursuant to 35 U.S.C. § 271(a).

6       155.    In addition, HTTMT has contributorily infringed at least claims 1, 11, and 20 of the

7   '815 Patent by offering to sell and/or selling within the United States, and/or importing into the

8   United States, Accused Air Cleaner Products. HTTMT knew that the Accused Air Cleaner

9   Products were each components of a patented machine, constituting a material part of the

10  invention, and also knew that the Accused Air Cleaner Products were especially made or adapted

11  for use in an infringement of at least claims 1, 11, and 20 of the '815 Patent, and not a staple article

12  or commodity of commerce suitable for substantial noninfringing use. HTTMT was thus

13  contributorily infringing the '815 Patent and is liable for infringement of the '815 Patent pursuant

14  to 35 U.S.C. § 271(c).

15      156.    Pursuant to 35 U.S.C. § 284, Arlen Ness is entitled to damages adequate to

16  compensate for the infringement.

17      157.    HTTMT's infringement has been willful and, pursuant to 35 U.S.C. § 284, Arlen

18  Ness is entitled to treble damages. HTTMT's willful infringement is based at least on its

19  knowledge of Arlen Ness, its products and patents. HTTMT has either willfully and wantonly

20  infringed the '815 Patent or has recklessly avoided knowledge of its own infringement, even when

21  faced with knowledge of Arlen Ness's products and patents.

22      158.    This case is "exceptional" within the meaning of 35 U.S.C. § 285, and Arlen Ness

23  is entitled to an award of attorneys' fees.

24                          **COUNT VIII**
                **UNFAIR AND FRAUDULANT BUSINESS PRACTICES**
25                  **(Cal. Bus. & Prof Code §§ 17200 *et seq.*)**

26      159.    Arlen Ness hereby re-alleges and incorporates by reference the allegations set forth

27  in the preceding paragraphs.

28

160.   The Internet Store Owners have engaged in, and continue to engage in, acts or practices that constitute unfair competition and unlawful business practices as defined in Cal. Bus. & Prof Code §§ 17200 *et seq*. These acts or practices include, but are not limited to, using Arlen Ness's trademarks and patents, as well as copyright-protected photographs, without authorization in ways likely to confuse consumers into falsely believing the Internet Store Owners' motorcycle parts are sold by, licensed by, sourced by, or are otherwise affiliated or associated with Arlen Ness.

161.   The Internet Store Owners' aforementioned actions are likely to deceive members of the consuming public.

162.   The Internet Store Owners' aforementioned conduct was knowing and intentional.

163.   The Internet Store Owners' aforementioned conduct violates California law and federal law, including 17 U.S.C. § 101 *et seq*.

164.   The Internet Store Owners' conduct was in continuing violation of the Unfair Competition Law, beginning at a time currently unknown to Arlen Ness but no later than January 2019, and continuing to within four years of the filing of this Complaint.

165.   The Internet Store Owners' unfair and fraudulent actions and practices caused Arlen Ness substantial injury and harm, including loss sales, a diminution of goodwill, and impossible-to-correct confusion in the marketplace.

## **PRAYER FOR RELIEF**

WHEREFORE, Arlen Ness prays for judgment against the Internet Store Owners as follows:

A.   Permanently enjoining the Internet Store Owners from doing any of the following acts, either directly or indirectly, and from doing any act prefatory to the prohibited acts:

(1) Using without Arlen Ness's express authorization any reproductions, counterfeit copies, or colorable imitations of Arlen Ness's DEEP CUT® mark, Ⓐ® logo, or any mark or any designation that is confusingly similar to the aforementioned marks for motorcycle parts or any other good or service related thereto;

ICE MILLER LLP

4872-7554-0762.7

ICE MILLER LLP

(2) Advertising, displaying, or promoting in any manner any motorcycle parts or related product or service using Arlen Ness's DEEP CUT® trademark or ⚫® logo or any designation that is confusingly similar thereto;

(3) Holding out or suggesting in any manner whatsoever that the Internet Store Owners or their online stores or products, are in any way sponsored by, associated with, or affiliated with Arlen Ness or Arlen Ness's products;

(4) Engaging in any other activity constituting unfair competition with Arlen Ness;

B.     Ordering the Internet Store Owners, pursuant to 15 U.S.C. § 1116(a), to promptly file with the Court, and serve upon Arlen Ness, a report, in writing and under oath, setting forth in detail the manner in which the Internet Store Owners have complied with any injunction issue by the Court;

C.     Ordering, pursuant to 15 U.S.C. § 1118, that the Internet Store Owners deliver to Arlen Ness, at the Internet Store Owners' costs, all labels, signs, prints, packages, wrappers, receptacles, logo items, and advertisements in the possession of the Internet Store Owners that bear the DEEP CUT® mark or ⚫ ® logo, or any other confusingly similar designation;

D.     Ordering the Internet Store Owners to promptly eliminate all advertising under the DEEP CUT® mark or ⚫® logo mark, or any other confusingly similar designations, from all media including, but not limited to, websites, newspapers, flyers, coupons, promotions, signs, printed and online or electronic telephone books, printed and online or electronic telephone directory assistance listings and mass mailings, all at the Internet Store Owners' costs, including closing, deleting, or revising all social media accounts bearing or displaying the aforementioned marks and/or confusingly similar designations thereof;

E.     Ordering that, upon Arlen Ness's request, those with notice of the injunction, including, without limitation, any online marketplace platforms such as eBay, AliExpress, Alibaba, Amazon, Wish.com, and Dhgate (collectively, the "Third Party Providers") shall disable and cease displaying any advertisements used by or associated with the Internet Store Owners in connection with the sale of motorcycle parts or any related goods and services using reproductions,

counterfeit copies, colorable imitations of Arlen Ness's DEEP CUT® mark, ® logo, or any other confusingly similar designation;

F.   Ordering the Internet Store Owners to disgorge and pay over to Arlen Ness all gains, profits, and advantages realized by the Internet Store Owners from their unlawful acts and omissions complained of herein, pursuant to 15 U.S.C. § 1117, or, in the alternative, ordering the Internet Store Owners to pay statutory damages to Arlen Ness pursuant to 15 U.S.C. § 1117(c), of up to $2,000,000 for each trademark that the Internet Store Owners counterfeited and/or infringed, as well as Arlen Ness's attorneys' fees and costs;

G.   Declaring this case an exceptional case under 15 U.S.C. § 1117(a);

H.   Ordering the Internet Store Owners to pay to Arlen Ness the costs of this action, including Arlen Ness's reasonable attorneys' fees, and all damages suffered by Arlen Ness in an amount to be determined at trial, plus interest as allowed by law, and that such damages be trebled pursuant to 15 U.S.C. § 1117;

I.   Entering judgment that the Internet Store Owners infringed the Patents-In-Suit;

J.   Entering judgment that the Internet Store Owners are jointly and severally liable for infringement of the '942, '755, and '818 Patents;

K.   Entering judgment that the Internet Store Owners have willfully infringed the '942, '755, and '818 Patents and increase the damages award to Arlen Ness up to three times the amount assessed, pursuant to 35 U.S.C. § 284;

L.   Ordering the Internet Store Owners to make a detailed accounting to Arlen Ness with respect to all transactions relating to their unlawful acts and omissions complained of herein, including: (1) gross revenues resulting from such actions and (2) their total profits generated, including a detailed explanation of any alleged deductions to be made in the calculation of profits;

M.   Ordering the Internet Store Owners to pay over to Arlen Ness damages adequate to compensate for the infringement, but in no event less than a reasonable royalty, for the use of Arlen Ness's patented inventions made by the Internet Store Owners, together with interest and costs as fixed by the court, pursuant to 35 U.S.C. § 284.

ICE MILLER LLP

ICE MILLER LLP

1     N.      Declaring this case an exceptional case under 35 U.S.C. § 285;

2     O.      Ordering the Internet Store Owners to pay to Arlen Ness the costs of this action,

3 including Arlen Ness's reasonable attorneys' fees, and all damages suffered by Arlen Ness in an

4 amount to be determined at trial, plus interest as allowed by law, and that such damages be trebled

5 pursuant to state law;

6     P.      Ordering Arlen Ness be awarded all damages available under California law; and

7     Q.      Ordering the Internet Store Owners such other and further relief as the Court may

8 deem just and proper.

9 Dated: <u>April 11, 2022</u>          Respectfully submitted,

10                      /s/Daniel M. Anderson

Daniel M. Anderson (SBN 167652)
Email: Daniel.Anderson@IceMiller.com
John Cannizzaro (SBN 305047)
Email: John.Cannizzaro@IceMiller.com
T. Earl LeVere (*Pro Hac Vice* Motion to be filed)
Email: Earl.LeVere@IceMiller.com
Ice Miller LLP
250 West St., Suite 700
Columbus, OH 43215
Tel: 614-462-2700
Fax: 614-228-4847


Matthew R. Grothouse (*Pro Hac Vice* Motion to be filed)
Email: Matt.Grothouse@IceMiller.com
Tom Rammer (*Pro Hac Vice* Motion to be filed)
Email: Tom.Rammer@icemiller.com
Ice Miller LLP
200 West Madison, Suite 3500
Chicago, IL 60606
Tel: 312-726-1567
Fax: 312-726-7102
*Attorneys for Arlen Ness Enterprises, Inc.*

1

## <u>DEMAND FOR JURY TRIAL</u>

2

    Defendant/Counterclaimant-Plaintiff Arlen Ness Enterprises, Inc. hereby respectfully

3

demands a trial by jury on all issues asserted by any party in this action that are so triable.

4

Dated: <u>April 11, 2022</u>                    Respectfully submitted,

5

6

                    /s/ Daniel M. Anderson
                    _____
                    Daniel M. Anderson (SBN 167652)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ICE MILLER LLP

# EXHIBIT 1

🔒 PageVault

| | |
|---|---|
| Document title: | Arlen Ness, 'king of custom motorcycles,' dies at 79 |
| Capture URL: | https://www.mercurynews.com/2019/03/25/arlen-ness-king-of-custom-motorcycles-dies-at-79/ |
| Page loaded at (UTC): | Mon, 11 Apr 2022 17:47:38 GMT |
| Capture timestamp (UTC): | Mon, 11 Apr 2022 17:50:07 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 8 |
| Capture ID: | 7bb4f067-6ee1-4cb5-bd83-6b7b21a9188b |
| User: | im-cmauney |

PDF REFERENCE #:          2Y8gE37V88CZsBcUq3EfBX

# The Mercury News

All Sections

46°F ☁ Monday, April 11th 2022
Today's E-Edition

California News

Subscribe    Log in    🔍

Latest News   Crime   Politics   Environment   Science   Education   Health   Transportation   California   Nation

TRENDING:   Next COVID vaccine   No Twitter seat for Musk   Steph Curry's status   Retirement at age 16   Elite NYC school buys SJ site   Daily gas price tracker



BREAKING NEWS   Live Updates | City official: 10,000-plus killed in Mariupol   ✕

NEWS / CALIFORNIA NEWS

# Arlen Ness, 'king of custom motorcycles,' dies at 79

Industry legend bought his first bike with $300 in bowling winnings

f  🐦  🖨  ✉



4 of 10
Arlen Ness outside his Dublin, Calif. custom motorcycle business on April 7, 2008. (Jim Stevens/Tri-Valley Herald Archives)

By **PETER HEGARTY** | phegarty@bayareanewsgroup.com and **LINDA ZAVORAL** | lzavoral@bayareanewsgroup.com | Bay Area News Group
PUBLISHED: March 25, 2019 at 11:32 a.m. | UPDATED: March 26, 2019 at 4:08 a.m.

**CLICK HERE** *if you are having a problem viewing the photos or video on a mobile device*

HAYWARD — They called him the king of custom motorcycles.

Arlen Ness, a designer whose wildly colorful customized motorcycles are sought after by riders and museums alike, died March 22 in the East Bay after a long illness, family and friends reported. He was 79.

Ness grew up in San Lorenzo and San Leandro and customized bikes at home before he set up shop on East 14th Street in San Leandro.



Top Articles

READ MORE

For the past few decades, his Alan Ness Motorcycles has operated out of a Dublin dealership, a 72,000-square-foot location that features new and used bikes, as well as riding gear and apparel.

"My dad was extremely well-respected around the world," said Ness's son, Cory Ness. "Everyone



GROCERY OUTLET
PRODUCE GO Bananas
THIS WEEK'S CIRCULAR
GROCERY OUTLET
HOVER FOR CIRCULAR

Get Morning Report and other email newsletters
SUBSCRIBE

Follow Us
f  🐦  📷  📶



GROCERY OUTLET
PRODUCE GO Bananas
THIS WEEK'S CIRCULAR
GROCERY OUTLET

# The Mercury News

For the past few decades, his Alan Ness Motorcycles has operated out of a Dublin dealership, a 72,000-square-foot location that features new and used bikes, as well as riding gear and apparel.

"My dad was extremely well-respected around the world," said Ness's son, Cory Ness. "Everyone loves his artistic side and the creative things he did with motorcycles."

Ness's company announced on its Facebook page Saturday that he had died, describing him as a "visionary, loving husband, father, grandfather and leader of our family."

"Arlen once said that, 'Motorcycling has been a great ride … my whole life since I've been motorcycling has been wonderful. I've met so many nice people. Friends all over the world. … We can go almost anyplace and stay with friends. It's been great,'" the company said.

The motorcycle world and other fans, including country music star Travis Tritt, took to social media to mourn and pay tribute to him.



MD: If You Have Dark Spots, Do This Immediately (it's Genius!)

GundryMD                                    Learn more ›



Travis Tritt ✔
@Travistritt

Very saddened to hear of the passing of the great motorcycle designer, Arlen Ness today. Every bike he created was literally a work of art. He will be sorely missed by everyone in the motorcycle community. Deepest sympathy and condolences to his family.
#RIPArlenNess

1:17 AM · Mar 24, 2019                        ⓘ

♡ 711    ⬁ Reply    ⎘ Copy link

Read 35 replies

As a young man, Ness earned money as a semipro bowler, parlaying $300 of winnings into his first motorcycle purchase, a 1947 Harley-Davidson Knucklehead, according to Bay Area News Group archives.

"I was into cars — hot rods," Ness once recalled, according to a biography on the AMA Motorcycle Museum website. "On Friday nights, we'd cruise East 14th Street (in Oakland and San Leandro). That was what you did back then. There was a place where all the guys with bikes would hang out. I'd go by that place 20 times a night just to look at the bikes. I didn't really know one from another, but I knew I liked the ones that had a low-slung look."

With just his high school shop experience, Ness took the Knucklehead apart, added a peanut-shaped gas tank, painted it green and entered it in a motorcycle show.

Soon local bikers were visiting Ness, who made his own parts, asking him to customize his bikes, too.

That first Knucklehead ended up being part of a California lifestyle exhibit at the Oakland Museum.

"Nobody was doing what he was doing," said Danny Perez, the retail manager of the Dublin shop, which features a museum of some of Ness's creations.

The motorcycle pioneer's work was showcased in numerous other collections and publications, plus was featured on FX's "Sons of Anarchy."

His achievements included helping found the Hamsters Motorcycle Club, made of riders who want to counter the popular image of custom bikers as outlaws and criminals, according to Buck Lovell, a longtime motorcycle magazine editor. Instead of patches, Hamsters wear yellow T-shirts.

"He's considered the godfather of custom motorcycles," Lovell said about Ness. "In the motorcycle industry, he was huge."

Ness was inducted into the AMA Motorcycle Hall of Fame in 1992. In 2016, he earned the Sturgis Lifetime Achievement Award.

Ness is survived by his wife of 59 years, Beverly, and his children and grandchildren. His son Cory and grandson Zach are also noted custom motorcycle builders who run the Dublin operation.

The family said a memorial service and celebration of life will be held at a later date.

"He was the nicest guy," Cory Ness said, adding that people have contacted the family from around the world as news has spread about the death of his father. "A true gentleman."

Ness is survived by his wife of 59 years, Beverly, and his children and grandchildren. His son Cory and grandson Zach are also noted custom motorcycle builders who run the Dublin operation.

The Ultimate Motorcycling website said a memorial service and celebration of life will be held at a later date.

HOVER FOR CIRCULAR

RECOMMENDED FOR YOU

1  Three wounded in separate Oakland shootings about 40 minutes apart

2  PG&E resolves potential criminal liability from Dixie, Kincade fires

3  Property Brothers' new furniture line reveals twins' differences

4  Aaron Boone: Yankees will 'probably' keep using new PitchCom system

5  Seiya Suzuki: Get to know the new Chicago Cubs outfielder

6  'Emotionally needy' Harry taken over by Meghan; Sussexes 'addicted to drama,' Tina Brown says

7  Pit bull attacked California girl inside day care center – not yard, mother says

8  Top 8 best beach towns on the West Coast

9  Photos: Huge fire destroys Home Depot near Oakridge Mall in San Jose

10 San Jose Home Depot fire was first reported around lumber section, fire department says

GROCERY OUTLET
Bargain Market



THIS WEEK'S CIRCULAR

HOVER FOR CIRCULAR

TRENDING NATIONALLY

1  NYC Mayor Adams Tests Positive For COVID

2  Huge Fire Destroys Home Depot In San Jose

3  Speeding Car Rams Pedestrians, Chicago Police Sergeant

4  Your Next COVID-19 Vaccine Will Be Different

5  Colorado GOP Embraces Election Conspiracy Theories In Nominations For Secretary Of State, Senate



Document title: Arlen Ness, &#39;king of custom motorcycles,&#39; dies at 79
Capture URL: https://www.mercurynews.com/2019/03/25/arlen-ness-king-of-custom-motorcycles-dies-at-79/
Capture timestamp (UTC): Mon, 11 Apr 2022 17:50:07 GMT

Ness is survived by his wife of 59 years, Beverly, and his children and grandchildren. His son Cory and grandson Zach are also noted custom motorcycle builders who run the Dublin operation.

The Ultimate Motorcycling website said a memorial service and celebration of life will be held at a later date.

Report an error    Policies and Standards    Contact Us

The Trust Project

Start your weekday with all the news you need, from the Bay Area and beyond.

## Get the Morning Report newsletter

Enter your email

SIGN UP

By signing up, you agree to our privacy policy and terms of service.

Tags: East Bay Editors' Picks, Lifestyle, Obituary

**Peter Hegarty | Local News Reporter**
is a reporter for the Bay Area News Group. Contact Peter at 510-748-1654.

phegarty@bayareanewsgroup.com   Follow Peter Hegarty @Peter_Hegarty

**Linda Zavoral | Assistant features editor**
Linda Zavoral is a Features reporter and editor who writes about restaurants, libations, travel and the arts for the Eat Drink Play and Eye/Timeout sections. She's a Bay Area native and a San Jose State University journalism graduate. Her previous roles at the Mercury News include Lowell Thomas award-winning editor of the Travel section, Alameda County bureau chief and Getting Ahead editor.

lzavoral@bayareanewsgroup.com   Follow Linda Zavoral eatdrinkplaybayarea   Follow Linda Zavoral @Buh_byeTRAVEL

SUBSCRIBE TODAY!
ALL ACCESS DIGITAL OFFER FOR JUST 99 CENTS!

## Join the Conversation

We invite you to use our commenting platform to engage in insightful conversations about issues in our community. We reserve the right at all times to remove any information or materials that are unlawful, threatening, abusive, libelous, defamatory, obscene, vulgar, pornographic, profane, indecent or otherwise objectionable to us, and to disclose any information necessary to satisfy the law, regulation, or government request. We might permanently block any user who abuses these conditions.

## Trending Articles



ADVERTISEMENT

Roofers Tested 17 Gutter Guards
(Here's What They Discovered)

This Bay Area city is trying a little birth control to ...
2 comments

Inside the exodus from Bay Area neighborhood schools
23 comments

Mass shooting in Sacramento: What we know so far
19 comments

## Conversation   FOLLOW

LOG IN | SIGN UP

Start the conversation

ALL COMMENTS                                    Newest

Start the conversation

ADVERTISEMENT

COTOSEN up to 50% OFF   SHOP NOW >>

Powered by viafoura



EXHIBIT 2

# United States of America

## United States Patent and Trademark Office

# DEEP CUT

**Reg. No. 5,640,507**

**Registered Jan. 01, 2019**

**Int. Cl.: 7, 12**

**Trademark**

**Principal Register**

Arlen Ness Enterprises, Inc.  (CALIFORNIA CORPORATION)
6050 Dublin Blvd.
Dublin, CALIFORNIA 94568

CLASS 7: parts of motorcycle engines, namely, air cleaner covers, ignition covers, oil filters, oil filter covers, oil filter housings, push rod covers, rocker boxes

FIRST USE 8-1-2008; IN COMMERCE 8-1-2008

CLASS 12: Motorcycle parts, namely, structural parts for motorcycles; structural parts for motorcycles, namely, fork legs, fork boots, stabilizer links, engine mounts; parts of motorcycles, namely, brake arms, brake levers, coil covers, fuel doors, switch covers, derby covers, point covers, pushrod covers, latch covers, latch levers, shift rods, shift arms, shift pegs, master cylinder covers, frame grills, footpegs, brake pegs, decorative instrument trim, muffler tips, turn signals levers, license plate frames, license plate holders, windshield trim, warning horns for motorcycles; horns for vehicles; handlebar grips for motorcycles; motorcycle foot pegs; motorcycle foot boards; parts of motorcycles, namely, front dash panels

FIRST USE 8-1-2008; IN COMMERCE 8-1-2008

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SEC.2(F)

SER. NO. 87-654,114, FILED 10-20-2017



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

EXHIBIT 3

**Int. Cls.: 12 and 25**

**Prior U.S. Cls.: 19, 21, 22, 23, 31, 35, 39 and 44**

**United States Patent and Trademark Office**

**Reg. No. 3,147,815**
Registered Sep. 26, 2006

## TRADEMARK
### PRINCIPAL REGISTER



ARLEN NESS ENTERPRISES, INC. (CALIFOR-
NIA CORPORATION)
6050 DUBLIN BOULEVARD
DUBLIN, CA 94568

FOR: MOTORCYCLE KICKSTANDS, MOTOR-
CYCLE SADDLEBAGS, MOTORCYCLE SIDECARS,
MOTORCYCLES AND STRUCTURAL PARTS
THEREFOR, PARTS OF MOTORCYCLES, NAME-
LY, BRAKE CABLES, CLUTCH CABLES, FORK
BEARINGS AND RACES, FORK DUST BOOTS,
FORK SEALS, HANDLE BARS, HANDLE BAR
CONTROL LEVERS, HANDLE BAR DAMPERS,
HANDLE BAR GRIPS, BRAKE CALIPERS, BRAKE
PEDALS, BRAKE ROTORS, FRONT DASH PANELS,
SHIFT LEVERS, HEADLIGHT MOUNTS; AUTOMO-
BILES, PARTS FOR AUTOMOBILES, NAMELY GAS
CAPS FOR LAND VEHICLES, DIP STICKS FOR OIL
AND TRANSMISSIONS OF LAND VEHICLES,
BRAKE PEDALS, ACCELERATOR PEDALS,
CLUTCH PEDALS, TIRES, TOW HITCHES, TOW
HITCH COVERS, AUTOMOBILE FRONT GRILLS,
LICENSE PLATE FRAMES, LICENSE PLATE FAS-
TENERS, AUTOMOBILE SEATS, AUTOMOBILE
SEAT COVERS; HUBS FOR MOTORCYCLE
WHEELS; AUTOMOBILE EMBLEMS, TIRE VALVE
STEMS, TIRE VALVE STEM CAPS, BRAKE HAN-
DLES, SHIFT KNOBS; MOTORCYCLE ENGINES,
REARVIEW MIRRORS AND SIDE VIEW MIRRORS,
IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 1-15-2002; IN COMMERCE 9-1-2002.

FOR: CLOTHING, NAMELY SHIRTS, TEE
SHIRTS, SHORTS, SWEAT PANTS, SWEAT SHIRTS,
TANK TOPS, MUSCLE SHIRTS, JACKETS, VESTS,
SWEATERS, BANDANAS, BLOUSES, SOCKS, FOOT-
WEAR, HATS, SWIM WEAR, BATHROBES, BEA-
NIES, BELTS, GLOVES, MITTENS, UNDERWEAR,
COATS, COVERUPS, DRESSES, SANDALS, FLIP
FLOPS, HEADBANDS, LEATHER JACKETS, MO-
TORCYCLE GLOVES, MOTORCYCLE BOOTS,
OVERALLS, OVER COATS, RAIN SUITS, RAIN
JACKETS, RASH GUARDS AND SLEEPWEAR, IN
CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-1-2002; IN COMMERCE 9-1-2002.

SER. NO. 78-594,876, FILED 3-24-2005.

MONIQUE MILLER, EXAMINING ATTORNEY

EXHIBIT 4

US00D522942S

(12) **United States Design Patent**      (10) Patent No.:      **US D522,942 S**

Ness      (45) Date of Patent:      ** **Jun. 13, 2006**

(54) **FOUR-POINT MIRROR FOR MOTORCYCLES**

(75) Inventor: **Cory Ness**, Dublin, CA (US)

(73) Assignee: **Arlen Ness Enterprises, Inc.**, Dublin, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/225,121**

(22) Filed: **Mar. 11, 2005**

(51) **LOC (8) Cl.** ..................................................... **12-16**
(52) **U.S. Cl.** ..................................................... **D12/187**
(58) **Field of Classification Search** ................ D12/110, D12/186, 187; 180/219; 359/838–881
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

D310,988 S    * 10/1990  Iacovelli .................... D12/187

OTHER PUBLICATIONS

Custom Chrome® 2002, Ness–Tech® Terminator Parallelogram and Turbo Mirrors, Window Turbo Mirrors, product Nos. 05–181 through 05–184, 05–710 and 05–711, shown and described on p. 4.59.*

Custom Chrome® 2002, Chrome Pyramid Mirrors, product Nos. 12–175 and 12–176 on p. 4.59.*

J & P Cycles 2002, Custom Mirror Set for Big Twin® & Sportster® Models, product No. 47079 on p. 671.*

* cited by examiner

*Primary Examiner*—Alan P. Douglas
*Assistant Examiner*—Linda Brooks
(74) *Attorney, Agent, or Firm*—David Pressman

(57) **CLAIM**

The ornamental design for a four-point mirror for motorcycles, as shown.

**DESCRIPTION**

FIG. **1** is a front perspective view of a four-point mirror for motorcycles according to my invention.

FIG. **2** is a rear perspective view of FIG. **1**.

FIG. **3** is a front orthogonal view of FIG. **1**.

FIG. **4** is a rear orthogonal view of FIG. **1**; and,

FIG. **5** is a bottom orthogonal view of FIG. **3**.

**1 Claim, 3 Drawing Sheets**



**U.S. Patent**     Jun. 13, 2006     Sheet 1 of 3     **US D522,942 S**



Fig. 1



Fig. 2



Fig. 3



Fig. 4



Fig. 5

EXHIBIT 5

US00D570755S

(12) **United States Design Patent**        (10) Patent No.:          **US D570,755 S**

Ness                                          (45) Date of Patent:     ✱✱ **Jun. 10, 2008**

(54) **VEHICLE MIRROR WITH FLARING SHAPE**

(75) Inventor:  **Cory Ness**, Dublin, CA (US)

(73) Assignee:  **Arlen Ness Enterprises, Inc.**, Dublin, CA (US)

(✱✱) Term:  **14 Years**

(21) Appl. No.: **29/228,621**

(22) Filed:  **Apr. 26, 2005**

(51) **LOC (8) Cl.**  ................................................ **12-16**

(52) **U.S. Cl.**  .................................................... **D12/187**

(58) **Field of Classification Search** .............. D12/110, D12/187, 189;  359/838
     See application file for complete search history.

(56)                **References Cited**

U.S. PATENT DOCUMENTS

D145,459 S  *   8/1946  Putterman  .................. D12/187

| D343,378 S | * | 1/1994 | Ledford | ...................... | D12/187 |
| D472,192 S | * | 3/2003 | Leveille | ...................... | D12/187 |
| D524,205 S | * | 7/2006 | Ness | .......................... | D12/187 |

* cited by examiner

*Primary Examiner*—Holly H. Baynham
*Assistant Examiner*—Sheryl Friedman
(74) *Attorney, Agent, or Firm*—David Pressman

(57)                    **CLAIM**

The ornamental design for a vehicle mirror with flaring shape, as shown.

**DESCRIPTION**

FIG. **1** is a rear side view of a vehicle mirror with flaring shape according to my invention.

FIG. **2** is a front side view of the mirror; and,

FIG. **3** is a right side view of the mirror as seen in FIG. **1**.

**1 Claim, 2 Drawing Sheets**





Fig. 1



Fig. 2



Fig. 3

EXHIBIT 6

US006374815B1

(12) **United States Patent**    (10) **Patent No.:**     **US 6,374,815 B1**
Ness et al.                      (45) **Date of Patent:**         **Apr. 23, 2002**

(54) **AIR CLEANER BASE ASSEMBLY WITH CRANKCASE BREATHER VENTS**

(75) Inventors: **Cory A. Ness; Jeffrey D. Border**, both of San Leandro, CA (US)

(73) Assignee: **Arlen Ness Enterprises, Inc.**, San Leandro, CA (US)

( * ) Notice:     Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/755,913**

(22) Filed:     **Jan. 4, 2001**

(51) Int. Cl.⁷ .................................................. **F02F 7/00**
(52) **U.S. Cl.** ..................................... **123/572**; 123/198 E
(58) **Field of Search** ................................. 123/572, 573, 123/574, 41.86, 198 E

(56)              **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,011,846 A | * | 3/1977 | Gagliardi .................... 123/572 |
| 4,066,055 A | * | 1/1978 | Hager ........................ 123/572 |
| 5,233,967 A | | 8/1993 | Peller |
| 5,937,816 A | | 8/1999 | Wincewicz et al. |

* cited by examiner

*Primary Examiner*—Marguerite McMahon
(74) *Attorney, Agent, or Firm*—Beyer, Weaver & Thomas, LLP

(57)              **ABSTRACT**

A combination backing plate and crankcase breather for a motorcycle engine having at least a pair of cylinders, a cylinder head mounted on each cylinder and a valve for connecting each cylinder head to the crankcase for venting the crankcase through an exit port in the cylinder head. The combination includes two hollow bolt alignment members integrally connected by brackets to a support member. The support member includes a venturi air intake, an air cleaner support surface and a backing plate. The backing plate is adapted to allow the support member to be mounted to the air intake of the motorcycle engine. The air intake of the motor cycle engine may be connected to a carburetor or a fuel injection system. The air cleaner support surface is adapted to allow an air cleaner and air cleaner cover to be mounted to the combination. Each bracket includes a conduit that allows blow-by gases vented from the engine through exit ports in the cylinder heads to be conducted to an exit port in the venturi air intake where the blow-by gases are mixed with outside air and recirculated into the engine.

**20 Claims, 7 Drawing Sheets**





# FIG. 1
# (PRIOR ART)



*FIG. 2*



**FIG. 3**



**FIG. 4**

U.S. Patent

Apr. 23, 2002

Sheet 5 of 7

US 6,374,815 B1



**FIG. 5A**

**FIG. 5B**



FIG. 6



**FIG. 7**

US 6,374,815 B1

**1**

# AIR CLEANER BASE ASSEMBLY WITH CRANKCASE BREATHER VENTS

## BACKGROUND OF THE INVENTION

This invention relates to relates to motorcycle engines and, more particularly, to air cleaner base assemblies that couple an air cleaner to a carburetor or fuel injection system and provide conduits for venting blow-by gases from the crankcase into a venturi air intake thereof.

As internal combustion engines wear, the annular spaces between the pistons and the cylinder tend to increase. In the combustion chamber of each cylinder, an air-fuel mixture is ignited. The expanding gas mixture forces the piston upwards generating power from the engine. In the expansion process, part of the gas mixture is forced between the annular spaces between the piston and the cylinder into the crankcase. These "blow-by" gases, which also include oil mist and unburned fuel, accumulate in the crankcase and must be vented from the crankcase to the atmosphere to prevent a potentially dangerous pressure build-up in the crankcase.

Pollution control laws and regulations restrict the emissions from internal combustion engines. As exhaust gases from internal combustion engines have become cleaner, the blow-by gases have become a more significant fraction of the total pollution generated from internal combustion engines. In many localities, the pollution control laws and regulations are such that vapors from the crankcase of internal combustion engines must be cleaned prior to discharge into the atmosphere. One method of reducing the pollution associated with the blow by gases is to recycle the gases through the engine. In some four cycle, two cylinder engines manufactured by Harley-Davidson, crank case venting and cleaning is accomplished by a crankcase breather system that conducts blow-by gases from the crankcase to an air cleaner, from which the gases are recirculated back into the engine through the carburetor for burning in the engine cylinders. A crankcase breather system is also used for engines employing a fuel injection system.

By way of example, in the Harley-Davidson four cycle, two cylinder engines each cylinder includes a pair of push rods that extend from the crankcase into the cylinder head for operating the intake and exhaust valves. Each of the push rods is disposed within a hollow push rod tube that communicates with the crankcase (e.g. provide a passageway for blow-by gases in the crankcase). Upper ends of the push rod tubes communicate with a chamber in the middle rocker box of each cylinder head. On each downstroke of the piston in each cylinder, an umbrella valve attached to a center rocker spacer opens, permitting blow-by gases to pass into the middle chamber. From the middle chamber, the blow-by gases are conducted to a second, upper chamber in the rocker box, and thence, via passageways, through a pair of spaced-apart, threaded holes in a right side of the cylinder heads. The threaded holes in combination with hollow bolts enable a stock plastic backing plate to be secured to the cylinder heads. The hollow bolts provide a passageway for the blow-by gases to vent from the holes in the cylinder heads. In a stock version of the Harley Davidson engine with a carburetor, a stock plastic carburetor or backing plate is provided, together with a pair of rubber tubes to conduct the blow-by gases from the hollow bolts to an air cleaner element.

To improve and customize engine performance, many purchasers of Harley Davidson motorcycles owners remove and discard the stock carburetor backing plate, hollow bolts

**2**

and rubber tubes and replace the system with a substitute crankcase breather system. These substitute crankcase breather systems, for instance, by improving air flow to the engine, can significantly improve the horse power of the engine within certain operational ranges. Examples of substitute crank case breather systems are described in U.S. Pat. No. 5,233,967 by Peller et al. and U.S. Pat. No. 5,937,816 by Wincewicz et al.

In the background Wincewicz et al., the disadvantages of the Peller system are described in detail, such as a large part count and vibration/seal problems. The large part count of the Peller system increases the installation, the manufacturing and the maintenance costs associated with utilizing the system. The vibration/seal problems, however, may cause oil leakage at the joint between the breather system and the cylinder head or air leakage where the system attaches to the carburetor. Such leakage problems are also characteristic of other types of breather systems, as well.

While the breather system of Wincewicz is suitable in most applications, one problem associated with this design is that the blow-by gases, which contain oil and fuel mist, are vented directly into the air cleaner. These blowby gases tend to foul the air cleaner which substantially increases the replacement frequency of the air cleaner. Both the Peller system and the stock Harley-Davidson breather system, incidentally, also suffer from this fouling problem. Another disadvantage of the Wincewicz system is that the blow-by gases are vented from the cylinder heads in a manner where they may interfere with one another. Since the blow-by gases are vented into a common communication channel, the portions vented during the piston downstroke on one cylinder, can interfere with outflow of blow-by gases from the other cylinder during its piston upstroke.

Accordingly, it would be desirable to provide a crank case breather system that is easy to install, utilizes a minimum number of components, eliminates airflow interference effects, preserves air cleaner performance and minimizes seal leakage problems.

## SUMMARY OF THE INVENTION

This invention addresses the needs indicated above by providing a combination backing plate and crankcase breather for a motorcycle engine having at least a pair of cylinders, a cylinder head mounted on each cylinder and a valve for connecting each cylinder head to the crankcase for venting the crankcase through an exit port in the cylinder head. The combination includes two hollow bolt alignment members integrally connected by brackets to a support member. The support member includes a venturi air intake, an air cleaner support surface and a backing plate. The backing plate is adapted to allow the support member to be mounted to the air intake of the motorcycle engine. The air intake of the motor cycle engine may be connected to a carburetor or a fuel injection system. The air cleaner support surface is adapted to allow an air cleaner and air cleaner cover to be mounted to the combination. Each bracket includes a conduit that allows blow-by gases vented from the engine through exit ports in the cylinder heads to be conducted.to an exit port in the venturi air intake where the blow-by gases are mixed with outside air and recirculated into the engine.

One aspect of the present invention provides an air cleaner base assembly for a motorcycle engine including at least one cylinder head having a communication port for venting a crankcase, an air cleaner and an air intake port of a fuel system. The base assembly can be generally charac-

US 6,374,815 B1

**3**

terized as including: 1) an air cleaner support member having a first side positioned adjacent the air intake port and an opposite second side adapted to seat the air cleaner thereto, the support member further including a venturi portion defining an intake aperture extending from the second side to the first side, and having a transverse cross-sectional dimension substantially similar to that of the air intake port of the fuel system for air flow from the air filter, through the intake aperture and into the air intake port; and 2) a flange member mounted to the support member, and adapted to mount said support member to the cylinder head, the flange member defining a communication conduit extending therethrough, and having an entrance port in flow communication with the communication port of the cylinder head and an opposite exit port terminating at the venturi portion.

In particular embodiments, the flange member may further define a bolt alignment passage formed for coaxial alignment with the communication port of the cylinder head when mounted thereto. Thus, the base assembly may include a bolt member extending through the bolt alignment passage and the communication port to mount the air cleaner support member to the cylinder head. In addition, the communication conduit of the flange member may intersect the bolt alignment passage at the entrance port thereof and the bolt member may be configured to enable fluid communication between the communication port of the cylinder head and the entrance port of the communication conduit of the flange member. Further, the bolt member may include a flow passage extending through a shaft portion thereof to provide flow communication between the communication port and the entrance port where the flow passage of the bolt member may include a first opening terminating at a distal end of the shaft, and a second opening terminating at a side portion of the shaft proximate the communication conduit entrance port when the base assembly is mounted to the cylinder head. The longitudinal axis of the communication conduit may intersect the longitudinal axis of the bolt alignment passage at an angle of between about 30° to about 60°.

In other embodiments, the flange member may include a bolt contact surface surrounding one end of the bolt alignment passage, and formed to forcibly engage a head portion of the bolt member during the mount and the base assembly may further include a first seal device cooperating with the head portion of the bolt and the contact surface to form a fluid tight seal there between during the mount. The first seal device may be provided by an O-ring disposed in an annular groove inset in the bolt contact surface and encircling the one end of the alignment bolt passage. Further, the flange member may include a cylinder head contact surface surrounding an opposite end of the bolt alignment passage, and formed to forcibly engage a sealing surface of the cylinder head during the mount. Therefore, the base assembly may include a second seal device cooperating with the cylinder head contact surface and the sealing surface of the cylinder head to form a fluid tight seal therebetween during the mount. In addition, the first seal device may be provided by an O-ring disposed in an annular groove inset in the bolt contact surface and encircling the one end of the alignment bolt passage, and the second seal device may be provided by an O-ring disposed in an annular groove inset in the cylinder head contact surface and encircling the opposite end of the alignment bolt passage

In yet other embodiments, a second flange member, spaced-apart from the first named flange member, mounted to the support member, and adapted to mount the second support member to a second cylinder head of the

**4**

motorcycle, the second flange member defining a communication conduit extending therethrough, and having an entrance port in flow communication with a communication port of the second cylinder head for venting the crankcase, the communication conduit also including an opposite exit port terminating at the venturi. Each flange member may define a respective bolt alignment passage formed for coaxial alignment with the corresponding communication port of the corresponding cylinder head when mounted thereto. In additon, the base assembly may include a respective bolt member extending through the respective bolt alignment passage and respective communication port to mount the air cleaner support member to the respective cylinder head. In addition, each communication conduit of the respective flange member may intersect the respective bolt alignment passage at the respective entrance port thereof and each bolt member may be configured to enable fluid communication between the respective communication port of the respective cylinder head and the entrance port of the communication conduit of the respective flange member. The longitudinal axis of the respective communication conduit may intersect the longitudinal axis of the respective bolt alignment passage at an angle of between about 30° to about 60°.

In another embodiment, each flange member may include a bolt contact surface surrounding one end of the respective bolt alignment passage, each bolt contact surface being formed to forcibly engage a head portion of the respective bolt member during the mount. Thus, the base assembly may further include a respective first seal device cooperating with the respective head portion of the corresponding bolt member and the respective contact surface to form a fluid tight seal therebetween during the mount. Further, each flange member may include a respective cylinder head contact surface surrounding an opposite end of the respective bolt alignment passage, each cylinder head contact surface being formed to forcibly engage a respective sealing surface of the respective cylinder head during the mount. Therefore, the base assembly may include a respective second seal device cooperating with the respective cylinder head contact surface and the respective sealing surface of the corresponding cylinder head to form a fluid tight seal therebetween during the mount.

Another aspect of the present invention provides a combination backing plate and crankcase breather assembly for a motorcycle engine having at least a first and a second cylinder, a cylinder head mounted on each cylinder, means for connecting the cylinder heads to the crankcase for venting the crankcase through an exit port on each cylinder head, an air intake port of a fuel system and an air cleaner. The assembly may be generally characterized as including: 1) a support member having a first side adapted to mount to the engine air intake, and an opposite second side adapted to seat the air cleaner thereto where support member may includes a venturi portion defining a centrally disposed intake aperture with a transverse cross-sectional shape substantially identical to a transverse-cross-sectional shape of the engine air intake, 2) securing structure configured to secure the air cleaner to the support member; 3) a pair of flange members each integrally connected to the support member and formed to mount the assembly to the cylinder heads, each integrally connected to one hollow bolt alignment member, each flange member defining a respective communication conduit extending therethrough, and each communication conduit having an entrance port in flow communication with a respective communication port of the corresponding cylinder head and an opposite exit port ter-

US 6,374,815 B1

5

minating at the venturi portion such that each communication conduit vents gases from the crankcase through the exit ports of the respective cylinder head to the corresponding exit port at the venturi portion; 4) a pair of hollow bolt members each adapted to releasably mount a respective flange member to the corresponding cylinder head, each bolt member including a flow passage coaxially aligned with the corresponding exit port of cylinder head when the bolt member is fastened in the respect exit port; and 5) respective sealing devices cooperating with at least one of the respective hollow bolt members and the respective flange members to fluid seal the respective communication conduit to the respective exit port.

These and other features of the present invention will be presented in more detail in the following detailed description of the invention and the associated figures.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a side elevation view of a right side of a prior art two cylinder motorcycle engine with the air cleaner and the carburetor backing plate removed.

FIG. 2 is a fragmentary, exploded, top perspective view of the engine illustrated in FIG. 1 together with the air cleaner support assembly backing plate and crankcase breather assembly constructed in accordance with the present invention.

FIG. 3 is an enlarged, rear perspective view of a first side of a support member of the present invention.

FIG. 4 is a front perspective view of a second side of the support member of FIG. 3.

FIG. 5A is a reduced rear elevation view of the support member of FIG. 3.

FIG. 5B is a reduced front elevation view of the support member of FIG. 3.

FIG. 6 is a side elevation view, in cross section, of the support member taken substantially along the plane of the line A—A in FIG. 5A, and illustrating a bolt member allowing flow communication therethrough.

FIG. 7 is a front elevation view of a first side of an alternative embodiment support member that interfaces with a two cylinder motorcycle engine employing a fuel injection system.

DESCRIPTION OF THE PREFERRED EMBODIMENTS

While the present invention will be described with reference to a few specific embodiments, the description is illustrative of the invention and is not to be construed as limiting the invention. Various modifications to the present invention can be made to the preferred embodiments by those skilled in the art without departing from the true spirit and scope of the invention as defined by the appended claims. It will be noted here that for a better understanding, like components are designated by like reference numerals throughout the various figures.

Referring now to FIGS. 2–5B, an air cleaner base assembly with crankcase breather vents, generally designated 100, is provided for a motorcycle engine 5 including at least one cylinder head 12 or 14 having a communication port 18 or 20 for venting a crankcase 10. The motorcycle engine 5 further includes an air cleaner 40 and an air intake port 21 of a fuel system 22. The base assembly 100 includes an air cleaner support member 130 having a first side (FIGS. 3 and 5A) positioned adjacent the air intake port 21 and an opposite second side (FIGS. 4 and 5B) adapted to seat the air

6

cleaner 40 thereto. The support member 130 further includes a venturi portion 104 defining an intake aperture 110 extending from the second side to the first side. A transverse cross-sectional dimension of the intake aperture 110 is substantially similar to that of the air intake port 21 of the fuel system 22 for air flow from the air cleaner 40, through the intake aperture 110 and into the air intake port 21. The cleaner base assembly further includes at least one flange member 113 or 115 mounted to the support member 130 which is adapted to mount the support member to a respective cylinder head 12 or 14. Each flange member 113 or 115 defines a communication conduit 170, 171 extending therethrough, and having a respective entrance port 172, 173 in flow communication with the corresponding communication port 18, 20 of the cylinder head 12 or 14 and an opposite exit port 174, 175 termninating at the venturi portion 104.

Accordingly, the air cleaner base assembly with crankcase breather vents of the present invention functions both as a support to mount and seat the air cleaner and as a crankcase breather device to vent blow-by gases from the crankcase directly into the venturi portion of the base assembly just prior to the air intake of the fuel system. The strategic location of these exit ports of the communication conduits at the venturi portion enable direct venting of the blow-by gases into the air intake of the fuel system (i.e., the carburetor or fuel injection system). Such direct venting minimizes fouling of the components (E.g., the air cleaner) by residual oil and unburned fuel contained in the blow-by gases.

Briefly, referring now to FIG. 1, a side elevation view of a right side of a four cycle, two stroke motorcycle engine with the air cleaner and the carburetor backing plate removed. The engine 5 has a crankcase 10, a pair of cylinders 6, 8, and a pair of cylinder heads 12, 14 located at upper ends of the cylinders 6, 8. Each cylinder 6, 8 has a pair of hollow push rod tubes 24 with push rods (not shown) disposed inside of the push rod tubes 24. The hollow push rod tubes 24 extend from the crankcase 10 into the cylinder heads 12 and 14. A lower end of each push rod tube 24 communicates with the crankcase 10 and an upper end of each tube 24 communicates with a first, lower chamber 41 within a middle rocker box section 26 in the cylinder heads 12 and 14, providing a conduit for venting gases from the crankcase.

The push rods (not shown) operate cylinder intake and exhaust valves (not shown). An umbrella valve 30 opens on each piston downstroke in each cylinder 6 and 8, thereby permitting blow-by gases to move from the lower chamber 41 to a second, upper chamber 43 in the rocker box 26. Various chambers (not shown) in the rocker box 26 provide a conduit to a threaded hole or exit port, 18 and 20, on a right side of each cylinder head, 12 and 14, respectively. A land 32, 33 is formed in each cylinder head, 12 and 14, in surrounding relation to the exit ports 18, 20.

In a stock Harley-Davidson breather system (not shown), hollow threaded bolts may secure a combination plastic carburetor backing plate and air intake system to the cylinder heads, 12 and 14, via the threaded communication ports 18 and 20. The hollow threaded bolts may include a nipple on an end opposite the end secured to the threaded communication ports 18 and 20. The nipple may be used to secure a hose to the hollow bolts. A first side of the carburetor backing plate is secured to the fuel system 22 (e.g., a carburetor 22) using attachment means. A gasket is typically disposed between the carburetor backing plate and the carburetor 22 to provide a seal between the carburetor

US 6,374,815 B1

7

backing plate and the carburetor **22**. On a second side of the carburetor backing plate opposite the carburetor side, an air cleaner may be secured using attachment means to the combination air intake system and carburetor backing plate. The air cleaner may include two hollow rubber hoses with first ends fixed near the outer diameter of the air cleaner in communication with the interior of the air cleaner. The opposite ends of the hollow rubber tubes may be attached to the hollow threaded bolts attached to the threaded communication ports **18** and **20** providing a conduit for blow-by gases from the cylinder heads **12**, **14** to the air cleaner. A metal cover with a gasket may be secured to the combination air intake system and carburetor backing plate with attached air cleaner proving a cover to the air cleaner. During operation of the engine, outside air enters the air intake system via an intake port **21** in the combination backing plate and circulates through the air cleaner preferably removing dust or other contaminants from the outside air. The outside air potentially mixes with blow-by gases vented from the communication ports **18** and **20** in the cylinder heads **12**, **14** which are conducted to the air cleaner via the hollow bolts and rubber tubes connected to the air cleaner. The mixture of filtered air and blow-by gases enters the carburetor and is mixed with fuel for burning in the engine.

FIG. **2** is a fragmentary, top perspective view of the engine **5** illustrated in FIG. **1** together with an exploded perspective view of the air cleaner support assembly **100** of the present invention. An air cleaner **40** comprising an air filter **42** and air cleaner cover **44** may be secured to the air cleaner support assembly **100** through attachment bolts **102**, to be described in greater detail below. Referring now to FIGS. **3**–**7**, it may be seen that each flange member **113**, **115** of the assembly **100** includes two cylindrical bolt alignment members **109**, **114** integrally connected to the support member **130**, via two brackets **106**, **112**. The two cylindrical bolt alignment members **109**, **114**, brackets **106**, **112** and support member **130** may be integrally cast using aluminum or any other appropriate material.

FIGS. **5** and **6** best illustrate that each bolt alignment member **109**, **114** is hollow, having respective bolt alignment passages **107**, **108** extending therethrough from a bolt head contact surface **160**, **161** to a land contact surface **140**, **141**. Threaded bolts **150** with a shaft diameter less than the inner diameter of the bolt alignment passages **107**, **108** of the bolt alignment members **109**, **114** and with bolt heads **101** with a diameter greater than the alignment passages may be used to secure the air cleaner support assembly **100** to the cylinder heads **12**, **14** of engine **5** using the threaded communication ports **18**, **20** in each cylinder head **12**, **14**.

As set forth above, the triangular-shaped support brackets **106**, **112** of the flange members **113**, **115** mount the respective bolt alignment members **109**, **114** to the air cleaner support member **130**. Further, as will be discussed in greater detail below, each support bracket defines a significant portion of the communication conduits **170**, **171** extending from the bolt alignment members **109**, **114** to the venturi portion **104**. Accordingly, as best shown in FIG. **6**, the blow-by gases from the crankcase **10** exit the communication ports **18**, **20** of the cylinder heads **12**, **14**; enter the alignment passages **107**, **108** through respective entrance ports **172**, **173** thereof; and exit the corresponding communication conduits **170**, **171** through exit ports **174**, **175** strategically positioned at the venturi portion **104**.

An upper surface **116** (See FIGS. **3** and **4**) of the support brackets **106**, **112** may be concave-shaped with a radius of curvature substantially similar to a radius of curvature of the circumferential surface **162** of the bolt alignment members

8

**109**, **114** for integral mounting thereto. The upper surface **116** extends into the air cleaner support surface **122** permitting the respective bolts **150** to be inserted through the bolt alignment passage **107**, **108** of each bolt alignment member.

FIG. **2** illustrates that each spaced bolt alignment member **109**, **114** is oriented and positioned along the air cleaner support member **130** such that when the bolt alignment members are seated against the lands **32**, **33** of the respective cylinder heads, bolt alignment passages **107**, **108** are coaxially aligned with the cylinder head communication ports **18**, **20**. Incidentally, it will be appreciated that the intake aperture **110** in the support member **130** will also be coaxially aligned with intake port **21** of the fuel system **22**. When the alignment bolts **150** are tightened, each bolt alignment member is secured against the cylinder heads **12** and **14**. A diameter of the bolt heads **101** is less than an outer diameter of the bolt alignment members **109**, **114**, allowing the bolts **150** to be tightened without adversely contacting the upper surfaces **116** of the support brackets **106**, **112**.

Each bolt alignment member **109**, **114** includes a first face or land contact surface **140**, **141** (see FIG. **5A**) formed to contact and seat against an outer surface of the land **32**, **33** or some other flat surface around the threaded communication ports **18**, **20**. When the threaded bolts **150** are inserted through the bolt alignment passage **107**, **108** of each bolt alignment member **109**, **114**, and into the corresponding threaded communication ports **18**, **20**, the opposed surfaces engage and contact one another.

To provide a fluid seal at this joint between communication ports **18**, **20** and the corresponding alignment passages **107**, **108**, a second seal device **148**, **149** is disposed between the land contact surface **140**, **141** and the surface of the land **32**, **33**. Accordingly, the blow-by gases of the crankcase will not vent into the environment from this joint. Preferably, the second seal device **148**, **149** is provided by an O-ring **148**, **149** encircling the corresponding bolt alignment passage **107**, **108** at the land contact surface **140**, **141**. As shown in FIG. **5A**, each land contact surface **140**, **141** includes a circumferential outer edge and a circumferential inner edge and defines an annular groove **146**, **147** between the outer edge and the inner edge. Prior to securing the bolt alignment members to the cylinder heads **12** and **14**, the O-ring **148**, **149** may be inset into the annular groove **146**, **147**. The O-ring **148**, **149** and the annular groove **146**, **147** are sized such that the O-ring protrudes above the apex of the land contact surface **140**, **141**. Therefore, when the alignment bolts **150** are inserted secured in the threaded communication ports **18**, **20**, the land contact surface **140**, **141** contacts the land **32**, **33** and the O-ring **148** is compressed into the annular groove **146**, **147** forming a seal. The seal formed by the O-ring prevents blow-by gases vented from the communication ports **18** and **20** from escaping between any gaps where the land contact surface **140**, **141** contacts the land **32**.

While the O-ring **148**, **149** and the annular groove **146**, **147** have been described as being carried by the bolt alignment member **109**, **114**, it will be appreciated that they may be carried by the lands **32**, **33** as well without departing from the true spirit and nature of the present invention.

Similar to the joint between the bolt alignment members and the lands, a first seal device **168**, **169** is disposed between head contact surface **160**, **161** and the head portion **101** of the bolts **150**. Such a seal prevents blow-by gases vented from the communication ports **18** and **20** from escaping between any gaps where the bolt head portion **101** contacts the corresponding head contact surface **160**, **161**. As shown in FIG. **5B**, the second face or head contact

US 6,374,815 B1

9

surface **160, 161** of each bolt alignment member **109, 114**, includes an inner edge and an outer edge with an annular groove **164, 165** therebetween. The first seal device **168, 169** is also preferably provided by an O-ring which may be inserted into the corresponding annular groove **146, 147**. The O-ring **168, 169** and annular groove **164, 165** are sized such that the O-ring protrudes above the top surface of the head contact surface **160, 161**. The bolts **150** are designed such that an inner surface **153** of the bolt head portion **101** (See FIG. 6) contacts the head contact surface **160, 161**, when the bolts **150** are used to attach the bolt alignment members **109, 114**, as described above, to the threaded exit ports **18, 20** on the cylinder heads **12, 14**. When the bolts **150** are tightened, the inner surface **153** of the bolt head **101** contacts the head contact surface **160, 161** and the O-ring **168, 169** is compressed, forming a seal thereby. Similar to the second seal device, these O-rings prevent blow-by gases, which may contain residual oil and unburned fuel from escaping between any gaps where the head contact surface **160, 161** contacts the inner surface **153** of the bolts **150**.

An advantage of the O-ring design of the present invention is that oil leaks are prevented at the interface where the air cleaner support assembly **65** is attached to the cylinder heads **12, 14**. Other designs typically employ a conventional paper gasket or the like at this attachment interface which is more susceptible to leakage problems during normal use.

To provide flow communication from the communication ports **18, 20** of the cylinder heads **12, 14** to the entrance ports **172, 173** of the communication conduits **170, 171**, when the bolts **150** are secured in the bolt alignment passages **164, 165**, each bolt **150** includes a flow passage **151** (see FIG. 6) counter-bored into a distal end of the shaft of the bolt. The longitudinally extending flow passage **151** includes a first opening **152** at the distal end of the bolt **150**, and an opposite second opening **154** terminating at a side portion of the bolt shaft. Thus, when the hollow bolts **150** are attached to the threaded communication ports **18, 20**, the flow passages **151** provide a flow communication path between the entrance ports **172, 173** of the communication conduits **170, 171** and the exit ports **18, 20** of the cylinder heads **12, 14**. This allows the blow-by-gases to enter the hollow bolt **150** and exit via the second opening **154**.

FIG. 6 illustrates that the second opening **154** into the flow passage **151** of the shaft is positioned at a bottom portion of an annular channel **155** extending circumferentially around the shaft. When the bolts **150** are threaded into the corresponding communication ports **18, 20** until the inner surface of the bolt heads **153** forcibly contact the head contact surface **160** of the bolt alignment members **109, 114**, sealing the corresponding O-rings **148, 168** and **148, 149**, the annular groove will be strategically positioned to enable flow communication with the entrance port **172, 173** of the corresponding communication conduit **170, 171**. Hence, blow-by gasses exiting the second opening **154** of the flow passage **151** in the bolts **150** flows into the fill the annular channel **155**, and enters into communication conduit **170, 171** in each bracket **106, 112**. An advantage of the annular groove design is that the second opening **154** of the flow passage does not have to precisely align the entrance ports **172, 173** of communication conduits **170, 171** for passage of the blow-by gases.

The entrance ports **172, 173** of the communication conduits **170, 171** terminate at alignment passages **164, 165** of the hollow bolt alignment members **109, 114**, while the opposite and exit ports **173, 174** terminate at the face of the venturi air intake **104**. In the present embodiment, the communication conduits **170, 171** are relatively linear hav-

10

ing a longitudinal axis, extending through the support brackets **106, 112**, which preferably intersects the longitudinal axis of the corresponding bolt alignment passage **107, 108** at an angle of between about 30° to about 60°, and more preferably about 45°. A cross section of one communication conduit **170**, bracket **112**, the hollow bolt alignment member **114** and the support member **130** is depicted in FIG. 6.

The venturi air intake portion **104** tapers inwardly from a front facing raised shoulder **105** (See FIGS. 2 and 4) of the air cleaner support member **130** to rear facing contact surface **127** of a manifold contact plate **126** (see FIG. 3). The contact surface **127** of the manifold contact plate **126** is facing toward the crankcase when the support member **130** is secured to the engine **5**. The venturi air intake **104** causes a venturi effect to accelerate the air flow through the aperture **110** of the support member **130** and into the intake port **21** of the fuel system **22** of the engine **5**. During operation, accordingly, the blow-by gases vented into the venturi air intake **104** may be mixed with outside air filtered through the air filter **42**.

In accordance with the present invention, the communication conduits **170, 171** provide a relatively direct communication path for the blow-by gases from the cylinder head communication ports **18, 20** to the venturi air intake **104** and into the aperture **110** in the support member **130**. Blow-by gases from each communication port **18, 20** are independently vented into the aperture **110** at the communication conduit exit ports **174, 175**. In contrast, some breather systems combine the blow-by gases from each cylinder head exit port using a single exit port terminating at the air filter **42**. These breather systems, which vent the gases into the air filter, require more components and increase the collective length of the flow passages from the cylinder head exit ports. Consequently, manufacturing costs are increased as compared to the present invention. Additionally, in many current breather systems, the longer vent channels are provided by rubber hoses which are less durable then the maintenance free communication conduits of the present invention.

Another advantage of the present invention is that the blow-by gases from each exit port **18, 20** are vented into the aperture **110** through the support member **130**. Compared to the current designs, potential fouling of the air filter **42** by the blow-by gases is substantially decreased, thus reducing the maintenance of the air filter **42**.

A plurality of support bolts **102** may be inserted through a plurality of bolt alignment holes **125** in the manifold contact plate **126** and the raised shoulder **105**. The support bolts **102** may be used to secure the air filter **42** to the support member **130** using a plurality of bolt alignment holes **120** in the air filter **42**. Outer surfaces of the air filter **42** abut against the air cleaner support surface **122** such that the raised shoulder extends into the air filter **42**. An air cleaner cover **44** may be placed over the air filter **42** and in contact with the air cleaner support surface **122**. An attachment device may extend through the center of the air cleaner cover **44**, the air filter **42** and the air cleaner support assembly **65**, and into the engine **5**, to attach the air cleaner cover **44** to the engine **5**. In another embodiment, an attachment device may be inserted through one of the bolt alignment holes **125** to secure the support member **130** directly to the carburetor **22**.

When the air cleaner support assembly is secured using one of the attachment devices described above, it is urged toward the carburetor **22**. A gasket may be disposed between the top surface of the manifold contact plate **127** and the carburetor **22** providing a seal between the manifold contact

US 6,374,815 B1

11

plate 127 and the carburetor 22. The seal is designed to prevent the mixture of air and blow-by gases from escaping between any gaps between the manifold contact plate and a top surface of the carburetor around the carburetor throat 23.

FIG. 7 is a plan view of a first side of a support member 195 that interfaces with a two cylinder motorcycle engine employing a fuel injection system in another embodiment of the present invention. Two hollow bolt alignment members 200, 202 are integrally connected to the support member 195 using brackets 204 and 206. The brackets 204, 206 include conduits 208, 210 that allow communication between apertures 203, 205, in each hollow bolt alignment member 202, 204 and a venturi air intake 220. The venturi intake 220 is substantially oval shaped to match an air intake for an engine employing a fuel injection system. Using hollow bolts, as described above, inserted through the bolt alignment members 200, 202 and an attachment means inserted through a plurality of bolt alignment holes 225, the support member 195 with an air filter and air cleaner cover may be secured to the engine and cylinder heads and operate in the manner described above for the air cleaner support assembly 100. For instance, as described above, blow-by gases from exit ports in the cylinder heads are injected into the oval shaped venturi air intake 220. Within the oval shaped venturi air intake 220, blow-by gases and air from the air filter are mixed prior to entering the engine where the mixture is mixed with fuel and burnt.

Although the foregoing invention has been described in some detail for purposes of clarity of understanding, it will be apparent that certain changes and modifications may be practiced within the scope of the appended claims. For instance, the venturi air intakes of the present invention have been shown with a circular or ovular cross sections. The cross section of the air intake may be re-shaped to match of the cross section of the air intake on the engine where the air cleaner support assembly backing plate and breather system is employed.

What is claimed is:

1. An air cleaner base assembly for a motorcycle engine including at least one cylinder head having a communication port for venting a crankcase, an air cleaner and an air intake port of a fuel system, said base assembly comprising:

   an air cleaner support member having a first side positioned adjacent the air intake port and an opposite second side adapted to seat the air cleaner thereto, said support member further including a venturi portion defining an intake aperture extending from the second side to the first side, and having a transverse cross-sectional dimension substantially similar to that of the air intake port of the fuel system for air flow from the air filter, through the intake aperture and into the air intake port; and

   a flange member mounted to the support member, and adapted to mount said support member to the cylinder head, said flange member defining a communication conduit extending therethrough, and having an entrance port in flow communication with the communication port of the cylinder head and an opposite exit port terminating at the venturi portion.

2. The air cleaner base assembly of claim 1, wherein

   said flange member further defines a bolt alignment passage formed for coaxial alignment with the communication port of the cylinder head when mounted thereto, said base assembly further including:

      a bolt member extending through said bolt alignment passage and said communication port to mount said air cleaner support member to the cylinder head.

12

3. The air cleaner base assembly of claim 2, wherein

   said communication conduit of said flange member intersects said bolt alignment passage at said entrance port thereof.

4. The air cleaner base assembly of claim 3, wherein

   said bolt member is configured to enable fluid communication between the communication port of the cylinder head and the entrance port of the communication conduit of the flange member.

5. The air cleaner base assembly of claim 4, wherein

   said bolt member includes a flow passage extending through a shaft portion thereof to provide flow communication between the communication port and the entrance port.

6. The air cleaner base assembly of claim 5, wherein

   said flow passage of the bolt member includes a first opening terminating at a distal end of said shaft, and a second opening terminating at a side portion of said shaft proximate the communication conduit entrance port when said base assembly is mounted to the cylinder head.

7. The air cleaner base assembly of claim 3, wherein

   the longitudinal axis of said communication conduit intersects the longitudinal axis of the bolt alignment passage at an angle of between about 30° to about 60°.

8. The air cleaner base assembly of claim 7, wherein

   said angle is about 45°.

9. The air cleaner base assembly of claim 2, wherein

   said flange member includes a bolt contact surface surrounding one end of the bolt alignment passage, and formed to forcibly engage a head portion of the bolt member during said mount, said base assembly further including:

      a first seal device cooperating with the head portion of the bolt and the contact surface to form a fluid tight seal therebetween during said mount.

10. The air cleaner base assembly of claim 9, wherein

   said first seal device is provided by an O-ring disposed in an annular groove inset in said bolt contact surface and encircling the one end of said alignment bolt passage.

11. The air cleaner base assembly of claim 9, wherein

   said flange member further includes a cylinder head contact surface surrounding an opposite end of the bolt alignment passage, and formed to forcibly engage a sealing surface of the cylinder head during said mount, said base assembly further including:

      a second seal device cooperating with the cylinder head contact surface and the sealing surface of the cylinder head to form a fluid tight seal therebetween during said mount.

12. The air cleaner base assembly of claim 11, wherein

   said first seal device is provided by an O-ring disposed in an annular groove inset in said bolt contact surface and encircling the one end of said alignment bolt passage, and

   said second seal device is provided by an O-ring disposed in an annular groove inset in said cylinder head contact surface and encircling the opposite end of said alignment bolt passage.

13. The air cleaner base assembly of claim 1, further including:

   a second flange member, spaced-apart from the first named flange member, mounted to the support member, and adapted to mount said second support member to a second cylinder head of the motorcycle, said second

US 6,374,815 B1

13

flange member defining a communication conduit extending therethrough, and having an entrance port in flow communication with a communication port of the second cylinder head for venting the crankcase, said communication conduit further including an opposite exit port terminating at the venturi.

**14**. The air cleaner base assembly of claim **13**, wherein each flange member further defines a respective bolt alignment passage formed for coaxial alignment with the corresponding communication port of the corresponding cylinder head when mounted thereto, said base assembly further including:

a respective bolt member extending through the respective bolt alignment passage and respective communication port to mount said air cleaner support member to the respective cylinder head.

**15**. The air cleaner base assembly of claim **14**, wherein each communication conduit of the respective flange member intersects the respective bolt alignment passage at the respective entrance port thereof.

**16**. The air cleaner base assembly of claim **15**, wherein each bolt member is configured to enable fluid communication between the respective communication port of the respective cylinder head and the entrance port of the communication conduit of the respective flange member.

**17**. The air cleaner base assembly of claim **15**, wherein the longitudinal axis of the respective communication conduit intersects the longitudinal axis of the respective bolt alignment passage at an angle of between about 30° to about 60°.

**18**. The air cleaner base assembly of claim **13**, wherein each flange member includes a bolt contact surface surrounding one end of the respective bolt alignment passage, each bolt contact surface being formed to forcibly engage a head portion of the respective bolt member during said mount, said base assembly further including:

a respective first seal device cooperating with the respective head portion of the corresponding bolt member and the respective contact surface to form a fluid tight seal therebetween during said mount.

**19**. The air cleaner base assembly of claim **18**, wherein each flange member further includes a respective cylinder head contact surface surrounding an opposite end of the respective bolt alignment passage, each cylinder head contact surface being formed to forcibly engage a respective sealing surface of the respective cylinder head during said mount, said base assembly further including:

14

a respective second seal device cooperating with the respective cylinder head contact surface and the respective sealing surface of the corresponding cylinder head to form a fluid tight seal therebetween during said mount.

**20**. A combination backing plate and crankcase breather assembly for a motorcycle engine having at least a first and a second cylinder, a cylinder head mounted on each cylinder, means for connecting the cylinder heads to the crankcase for venting the crankcase through an exit port on each cylinder head, an air intake port of a fuel system and an air cleaner, said assembly comprising:

a support member having a first side adapted to mount to the engine air intake, and an opposite second side adapted to seat the air cleaner thereto, said support member including a venturi portion defining a centrally disposed intake aperture with a transverse cross-sectional shape substantially identical to a transverse-cross-sectional shape of the engine air intake,

securing structure configured to secure the air cleaner to the support member;

a pair of flange members each integrally connected to said support member and formed to mount the assembly to the cylinder heads, each integrally connected to one hollow bolt alignment member, each flange member defining a respective communication conduit extending therethrough, and each communication conduit having an entrance port in flow communication with a respective communication port of the corresponding cylinder head and an opposite exit port terminating at the venturi portion such that each communication conduit vents gases from the crankcase through the exit ports of the respective cylinder head to the corresponding exit port at the venturi portion;

a pair of hollow bolt members each adapted to releasably mount a respective flange member to the corresponding cylinder head, each bolt member including a flow passage coaxially aligned with the corresponding exit port of cylinder head when the bolt member is fastened in the respect exit port; and

respective sealing devices cooperating with at least one of the respective hollow bolt members and the respective flange members to fluid seal the respective communication conduit to the respective exit port.

*    *    *    *    *

EXHIBIT 7



# Intellectual
# Property Rights
# Seizure Statistics



**U.S. Customs and Border Protection**

Fiscal Year 2020



# CONTENTS

Executive Summary ............................................................................... 3

IPR Seizure Totals ............................................................................... 3

COVID-19 Spotlight .............................................................................. 5

Operational and Enforcement Highlights ............................................ 7

CBP Partnerships ............................................................................8-11

Help CBP Protect American Ingenuity ................................................13

IPR and E-Commerce .........................................................................15

Exclusion Orders.................................................................................16

Modes of Transportation and Commodities .......................................17

Seizure World Map .........................................................................18-19

Number of Seizures ....................................................................... 20-21

Products Seized by MSRP ............................................................. 22-23

Total MSRP for Products Seized by Economy ............................... 24-25

Seizures by Economy ....................................................................26-27

Seizures by Mode of Transportation ............................................. 28-29

Health, Safety, and Security ..........................................................30-31

Seizures and Total MSRP by Centers of Excellence and Expertise ....32

IPR Points of Contact .........................................................................33

Disclaimer: The information contained in this report does not constitute the official trade statistics of the United States. The statistics, and the projections based upon those statistics, are not intended to be used for economic analysis, and are provided for the purpose of establishing U.S. Department of Homeland Security workload.

FY 2020

# Executive Summary





U.S. Customs and Border Protection focuses its trade enforcement efforts on seven Priority Trade Issues (PTI). PTIs represent high-risk areas that can cause significant revenue loss, harm the U.S. economy, or threaten the health and safety of the American people. Current PTIs include **Intellectual Property Rights (IPR)**, which protect American Intellectual Property by interdicting violative goods and leveraging enhanced enforcement authorities.

Trade in illegitimate goods is associated with smuggling and other criminal activities, and often funds criminal enterprises. CBP protects the

intellectual property rights of American businesses, safeguarding them from unfair competition and use for malicious intent while upholding American innovation and ingenuity. CBP works with many partner government agencies and the trade community to mitigate the risks posed by imports of such illicit goods.

FY 2020 was another successful year for IPR enforcement. CBP made **26,503 seizures** with an estimated manufacturer's suggested retail price (MSRP) of over **$1.3 billion**.



IPR Seizures 10 Year Totals

# COVID-19 Spotlight

In FY 2020, CBP saw a shift in certain product category seizures, including counterfeit, unapproved, or otherwise substandard COVID-19 related products that threatened the health and safety of American consumers, including the following:

| COVID-19 Related Seizures FY 2020 | | |
|---|---|---|
| **Product** | **# of incidents** | **# of items seized** |
| Counterfeit face masks | 352 | 12.7 million |
| Prohibited COVID-19 test kits | 378 | 180,000 |
| Prohibited Chloroquine tablets | 221 | 38,000 |

Over half of these seizures occurred in the express consignment environment and 24 percent were intercepted in international mail. Roughly 51 percent originated in China. In order to curb the sale of counterfeit or substandard COVID-19 sanitation products or safety equipment online, CBP also published the *E-Commerce Consumer Awareness for COVID-19 Safety Guide*: *http://www.cbp.gov/document/guides/e-commerce-consumer-awareness-covid-19*

In addition, CBP created the *COVID-19 Cargo Resolution Team* (CCRT), comprised of a network of subject matter experts from across the agency. The CCRT triaged incoming requests from importers and customers; coordinated with federal, state, and local government agencies; facilitated inbound shipments through ports of entry; expedited importation of critical medical supplies; and responded directly to inquiries about the importation of personal protective equipment, COVID-19 test kits, ventilators, and other medical supplies.

In FY 2020, the CCRT responded to 2,611 questions from the trade community and facilitated clearance of 480 Federal Emergency Management Agency-arranged flights, filled with critical medical supplies from legitimate vendors and international donors.

To read more about CBP's efforts during the pandemic, please visit *https://www.cbp.gov/newsroom/coronavirus*.



# Operational and Enforcement Highlights



In FY 2020, 70 national level IPR Trade Special Operations (TSOs) and 111 local IPR-TSOs were conducted, representing a total of 181 IPR-TSOs in FY 2020. These TSOs targeted high-risk shipments across the United States and resulted in 219 seizures of IPR-infringing goods which, if genuine, would have an estimated MSRP of $1.7 million. This represents a 104% increase in MSRP from IPR-trade special operations from FY 2019.



**Number of CBP Trade Special Operations (TSOs) by Fiscal Year (FY)**

| Fiscal Year | Number of CBP TSOs |
|---|---|
| FY20 | 181 |
| FY19 | 136 |
| FY18 | 129 |





Case 5:22-cv-01856-NC   Document 12   Filed 04/11/22   Page 100 of 457

CBP works with partner government agencies to facilitate legitimate trade that supports economic growth and shields the American public and businesses from unsafe products, intellectual property theft, and unfair trade practices.

**Immigration and Customs Enforcement (ICE) – Homeland Security Investigations (HSI)**
CBP and ICE-HSI identify cases in which third-party intermediaries have demonstrably directed, assisted financially, or aided and abetted the importation of counterfeit merchandise. In coordination with the DOJ, CBP and ICE-HSI seek all available statutory authorities to pursue civil fines and other penalties against these entities, including remedies under 19 U.S.C. § 1526(f), as appropriate.

CBP and ICE-HSI mitigate the welfare and financial risks posed by imports of illicit products. In FY20, ICE-HSI arrested 203 individuals, obtained 125 indictments, and received 98 convictions related to intellectual property crimes.

**Collaboration Spotlight:** In partnership with CBP, HSI launched *Operation Stolen Promise* (OSP) in April 2020 to protect the Homeland from the increasing and evolving threat posed by COVID-19-related fraud and criminal activity. As part of OSP, CBP Officers and HSI special agents have opened investigations nationwide, seized millions of dollars in illicit proceeds; made multiple arrests; and shut down thousands of fraudulent websites.

HSI continues to work alongside CBP to seize shipments of mislabeled, fraudulent, unauthorized, or prohibited COVID-19 test kits, treatment kits, homeopathic remedies, and purported anti-viral products and personal protective equipment (PPE).



**Annual Arrests, Indictments, and Convictions Related to Intellectual Property Rights Crimes**

| Fiscal Year | Individuals Arrested | Indictments Obtained | Convictions |
|---|---|---|---|
| FY17 | 457 | 288 | 240 |
| FY18 | 391 | 286 | 260 |
| FY19 | 256 | 197 | 157 |
| FY20 | 203 | 125 | 98 |

*Operation Stolen Promise 2.0* has been launched to expand the focus of OSP to address the emerging public health threat of counterfeit versions of COVID-19 vaccines and treatments entering the marketplace.





# CBP Partnerships

# CBP Partnerships

**The United States Postal Service (USPS)**
USPS is responsible for presenting mail and providing electronic data (AED) to CBP for arriving international mail parcels. USPS and CBP have worked to target and identify 31 violations imported through international mail. Both agencies are implementing new strategies for leveraging the AED already available to identify offending merchandise.

**Collaboration Spotlight**: *Operation Mega Flex* is a CBP-led, interagency effort that was initiated in July 2019 to measure compliance and assess illicit networks in the international mail environment through periodic enhanced inspections. CBP conducts Mega Flex operations at international mail facilities and express consignment hubs nationwide in close coordination with ICE and the USPS.

Through *Operation Mega Flex*, CBP has found that more than 13 percent of targeted shipments contain counterfeit goods or contraband. Since July 2019, CBP has seized more than 4,800 shipments and nearly 2,600 agriculture violations through Mega Flex that posed health, safety, or economic threats to the United States and its people.

To read more about CBP's specific *Operation Mega Flex* efforts, visit *CBP New York Field Office Seizes 127 IPR Violations During Operation Mega Flex* and *XVI Operation Mega Flex Stops Hundreds of Illicit "Made in China" Shipments at LAX*: *https://www.cbp.gov/newsroom/local-media-release/cbp-new-york-field-office-seizes-127-ipr-violations-during-operation* and *https://www.cbp.gov/newsroom/local-media-release/operation-mega-flex-stops-hundreds-illicit-made-china-shipments-lax*

**The National Intellectual Property Rights Coordination Center (IPR Center)**

The IPR Center, in collaboration with CBP, stands at the forefront of the United States government's response to combatting global intellectual property (IP) theft and enforcement of its international trade laws.

**Collaboration Spotlight:** *Operation Team Player* is an ongoing annual operation that begins after every Super Bowl and continues through the next one, targeting international shipments of counterfeit sports merchandise into the United States. This operation is run by the IPR Center in collaboration with CBP, the NFL, and other major sports leagues to prevent the illegal importation and distribution of counterfeit sports merchandise.

Super Bowl LIV was played on February 2, 2020 at Hard Rock Stadium in Miami Gardens, Florida. U.S. CBP and ICE HSI announced the seizure of more than 176,000 counterfeit sports-related items, worth an estimated $123 million manufacturer's suggested retail price (MSRP), through a collaborative enforcement operation targeting international shipments of counterfeit merchandise into the United States.





**Commercial Customs Operations Advisory Committee (COAC)**
The private sector plays an instrumental role in the global economy and has a unique opportunity to lend their considerable expertise to CBP. By partnering with industry leaders, CBP links our processes with modern business practices, which results in enhanced compliance with trade laws, improves our facilitation and enforcement efforts, and assists the U.S. economy. CBP's engagement with its federal advisory committee, the COAC, is a key component in evaluating and adapting CBP policies and getting feedback about significant proposed changes.

In September 2020, CBP developed a new Statement of Work (SOW) to re-engage the COAC Intellectual Property Rights Working Group (IPRWG). The SOW requested the IPRWG to further develop, expand upon, and align three previous recommendations pertaining to sharing of detention information, photographic standards guide, and data-driven CBP seizure process.  We look forward to continued progress with the upcoming 16th term of COAC.

***Public Awareness Campaign:***
***"The Truth Behind Counterfeits"***
In FY 2020, CBP continued *"The Truth Behind Counterfeits" https://www.cbp.gov/trade/fakegoodsrealdangers.* IPR public-awareness campaign to educate the public about the potential harm of counterfeit goods by making people aware that buying counterfeits is not a victimless crime and encouraging them to shop from well-known and reputable sources. The campaign ran at major U.S. airports including NYC, Charlotte, Minneapolis, Denver, Miami, Pittsburgh, and Baltimore during the busy 2019 holiday and travel season.

In addition to the large ads that were displayed at the airports, the campaign also included a digital component that targeted ads online in these same cities. The campaign and its messages about responsible consumer behavior were viewed an estimated 106 million times throughout the period from Thanksgiving through the New Year.



# Help CBP Protect American Ingenuity



**Donations Acceptance Program**
As part of TFTEA, CBP prescribed regulations (19 CFR 133.61) for receiving donations from private sector parties of hardware, software, equipment, and technologies for the purpose of enforcing IPR. Administered through CBP's *Donations Acceptance Program* (DAP), this program has yielded several high-profile public-private partnerships that have already demonstrably enhanced CBP's ability to more quickly and accurately detect counterfeit merchandise entering the U.S. In FY 2020, Cisco donated additional barcode scanners raising the total number of tools being used to 16 in conjunction with their online package look-up tool which are now impacting six CBP Field Offices. Since the regulation went into effect in January 2018, the DAP has fully executed four formal IPR enforcement partnerships and is in process of completing one more with Nike, Inc. in FY 2021.

**Intellectual Property Rights e-Recordation**
CBP concentrates its IPR border enforcement on federally registered trademarks and copyrights that have been recorded with CBP by their owners using the Intellectual Property Rights e-Recordation (IPRR) system, *https://iprr.cbp.gov/*. CBP administers these recordations using a secure proprietary database. Product ID manuals provided by rights holders are also linked to the database and used by CBP in making IPR border enforcement determinations.

**Intellectual Property Rights Search**
CBP works closely with rights holders in making IPR enforcement determinations. A public database of both active and inactive recordations is available using a search engine called the Intellectual Property Rights Search (IPRS) at *http://iprs.cbp. gov/* Information on potential IPR infringements can be submitted to CBP using the e-Allegations Online Trade Violation Reporting System at *https:// eallegations.cbp.gov/Home/Index2*.

As of September 30, 2020, CBP was enforcing **18,757 active recorded copyrights and trademarks**. In FY 2020, CBP's Office of Trade (OT) received and responded to **455 inquiries** from the field concerning IPR enforcement. This represents a 20 percent increase from FY 2019. At the end of FY 2020, CBP was administering **127 active exclusion orders** issued by the U.S. International Trade Commission (USITC) following investigations of unfair import practices in the importation of articles into the U.S. in violation of 19 U.S.C. § 1337, the majority of which are based on allegations of patent infringement. CBP's enforcement of these orders resulted in **137 exclusion order administrative actions**.



Number of Active Recordations CBP Enforced

| Fiscal Year | |
|---|---|
| FY20 | 18,757 |
| FY19 | 18,745 |
| FY18 | 17,641 |





# IPR & E-Commerce

E-Commerce sales have contributed to large volumes of low-value packages imported into the United States. In FY 2020, there were 184 million express shipments and 356 million international mail shipments. Many of these shipments contain counterfeit goods that pose the same health, safety, and economic security risks as containerized shipments. Over 90 percent of all intellectual property seizures occur in the international mail and express environments. The ongoing e-commerce revolution drove a 28 percent increase in low-value shipments and a 219 percent increase in air cargo in Fiscal Year 2020.

In response to the increase in e-commerce, CBP has created a modernized enforcement and facilitation framework for e-commerce through the administration of Section 321 Data Pilot and Entry Type 86 Test.



**Growth of Small Shipments**
**(Total are displayed in millions)**

| 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|------|------|------|------|------|------|------|------|
| Mail Shipments | 150 | 170 | 222 | 275 | 502 | 484 | 463 | 356 |
| Express Bills | 76 | 82 | 91 | 96 | 110 | 161 | 144 | 184 |

— Express Bills    — Mail Shipments

### Section 321 Data Pilot
Initiated in 2019, the Section 321 Data Pilot is a voluntary collaboration with online marketplaces, carriers, technology firms, and logistics providers to secure e-commerce supply chains and protect American consumers. The pilot allows CBP

to accept shipment-level information directly from online marketplaces and match it with the information received from traditional carriers. As a result, CBP is empowered to better segment risk and to perform more effective and efficient targeted screening with respect to Section 321 shipments. The number of shipments qualifying for the Section 321 exemption has greatly increased, largely due to the enactment of TFTEA, which raised the de minimis value cap from $200 to $800.

### Entry Type 86
The Entry Type 86 Test provides filing capabilities through the Automated Broker Interface, accommodates entries that include PGA data and the 10-digit Harmonized Tariff Schedule, and expedites clearance of compliant de minimis shipments into the United States.

The pilots have shown significant operational and private sector benefits when seller, enhanced product description and other transactional details are provided. Combined, CBP has received enhanced targeting and admissibility data on over 300 million shipments to date.

CBP is also working to educate the public, including consumers and importers alike, of the risks associated with non-compliant products. In FY 2020, CBP published the *E-Commerce Counterfeit Awareness Guide for Consumers* and the *E-Commerce Counterfeit Awareness Guide* for Importers to create awareness for consumers and importers about their responsibilities to comply with customs regulations. Additionally, CBP issued an administrative ruling clarifying the duty-free status of certain low-value shipments. Visit *https://www.cbp.gov/trade/basic-import-export/e-commerce* to learn more about CBP's efforts in e-commerce.

# Exclusion Orders

# Modes of Transportation and Commodities

CBP enforces exclusion orders issued by the International Trade Commission (ITC). Most ITC exclusion orders are patent-based. The ITC issues both limited and general exclusion orders. Limited exclusion orders apply only to infringing articles of named respondents. General exclusion orders bar the entry of infringing articles by all.

Exclusion orders prohibit the entry of all covered articles, even if they were not specifically accused and found to infringe by the ITC. Once excluded, subsequent importations of the same articles by the same importer are subject to seizure.

| Fiscal Year 2020 | | | |
|---|---|---|---|
| Shipments Seized | Seizure Est. MSRP | New Exclusion Orders Issued | Total Active Exclusion Orders |
| 169 | $12,241,036 | 24 | 128* |

*Notes:*
*For shipments seized under an active exclusion order, in FY20 a total of 169 seizures cited 19 USC 1337(i) with a total MSRP of $12,241,036. During FY 2020, CBP enforced up to 128 active exclusion orders. The term "rulings" covers rulings and other interpretive decisions.**





SEIZURES BY MODE OF TRANSPORTATION

17,001 EXPRESS

6,886 MAIL

1,993 CARGO

ALL OTHERS 623

TOP PRODUCTS SEIZED BY NUMBER OF SEIZURES

17% HANDBAGS/WALLETS

14% WEARING APPAREL/ACCESSORIES

13% WATCHES/JEWELRY

13% FOOTWEAR

11% CONSUMER ELECTRONICS

7% CONSUMER PRODUCTS

PHARMACEUTICALS

1% SPORTING GOODS

1% AUTOMOBILE/TRANSPORTATION

ALL OTHER COMMODITIES 21%

# Fiscal Year 2020 IPR Seizures Statistics
## By Number Of Seizures

# Seizure World Map



**CHINA 44%**

**TAIWAN 2%**

**HONG KONG 35%**

**SAUDI ARABIA 2%**

**TURKEY 4%**

**FY 2020 TOTALS**
**Number of seizures: 26,503**
**MSRP: $1.3 billion**

**ALL OTHER COUNTRIES 13%**

FY 2020

FY 2020

18

19

Case 5:22-cv-01856-NC   Document 30   Filed 07/11/22   Page 106 of 457

## Fiscal Year 2020



Number of Seizures: 26,503

| 2020 | | |
|---|---|---|
| **Products** | **Seizures** | **% of Total*** |
| Handbags/Wallets | 4,597 | 17% |
| Wearing Apparel/Accessories | 3,592 | 14% |
| Footwear | 3,460 | 13% |
| Watches/Jewelry | 3,460 | 13% |
| Consumer Electronics | 3,024 | 11% |
| Consumer Products | 1,932 | 7% |
| Pharmaceuticals | 495 | 2% |
| Automotive/Transportation | 299 | 1% |
| Sporting Goods | 206 | 1% |
| All Other Commodities | 5,438 | 21% |
| **Number of Seizures** | **26,503** | **100%** |

## Fiscal Year 2019



Number of Seizures: 27,599

| 2019 | | |
|---|---|---|
| **Products** | **Seizures** | **% of Total*** |
| Watches/Jewelry | 4,242 | 15% |
| Wearing Apparel/Accessories | 3,841 | 14% |
| Handbags/Wallets | 3,653 | 13% |
| Footwear | 3,249 | 12% |
| Consumer Electronics | 2,681 | 10% |
| Pharmaceuticals/Personal Care | 1,779 | 6% |
| Sporting Goods | 1,510 | 5% |
| Consumer Products | 1,219 | 4% |
| Computers/Accessories | 318 | 1% |
| All Other Commodities | 5,107 | 19% |
| **Number of Seizures** | **27,599** | **100%** |

*Seizures involving multiple product categories are included in the "All Others" category. Because the individual percentage figures are rounded, in some cases, the sum of the rounded percentages for a given fiscal year is slightly higher or lower than 100 percent.*

# Products Seized by MSRP

# Products Seized by MSRP

### MSRP FY 2020



- Watches/Jewelry
- Handbags/Wallets
- Consumer Electronics
- Wearing Apparel/Accessories
- Consumer Products
- Footwear
- Pharmaceuticals
- Labels/Tags
- Batteries
- All Other Commodities

Total FY 2020 MSRP $1,309,156,510

### MSRP FY 2019

- Watches/Jewelry
- Wearing Apparel/Accessories
- Handbags/Wallets
- Consumer Electronics
- Pharmaceuticals/Personal Care
- Footwear
- Consumer Products
- Computers/Accessories
- Automotive/Aerospace
- All Other Commodities

Total FY 2019 MSRP $1,555,269,057

| FY 2020 | | |
|---|---|---|
| **Products** | **MSRP** | **% of Total*** |
| Watches/Jewelry | $ 435,249,467 | 33% |
| Handbags/Wallets | $ 282,702,448 | 22% |
| Consumer Electronics | $ 162,234,924 | 12% |
| Wearing Apparel/Accessories | $ 157,226,661 | 12% |
| Consumer Products | $ 85,470,866 | 7% |
| Footwear | $ 63,146,456 | 5% |
| Pharmaceuticals | $ 20,414,897 | 2% |
| Labels/Tags | $ 19,823,791 | 2% |
| Batteries | $ 14,432,379 | 1% |
| All Other Commodities | $ 68,454,621 | 5% |
| **Total FY 2020 MSRP** | **$ 1,309,156,510** | **100%** |
| **Number of Seizures** | **26,503** | **100%** |

| FY 2019 | | |
|---|---|---|
| **Products** | **MSRP** | **% of Total*** |
| Watches/Jewelry | $ 687,167,057 | 44% |
| Wearing Apparel/Accessories | $ 343,732,063 | 22% |
| Handbags/Wallets | $ 212,781,760 | 14% |
| Consumer Electronics | $ 105,957,198 | 7% |
| Pharmaceuticals/Personal Care | $ 48,771,870 | 3% |
| Footwear | $ 37,994,046 | 2% |
| Consumer Products | $ 27,907,721 | 2% |
| Computers/Accessories | $ 13,216,628 | 1% |
| Automotive/Aerospace | $ 12,142,621 | 1% |
| All Other Commodities | $ 65,598,093 | 4% |
| **Total FY 2019 MSRP** | **$ 1,555,269,057** | **100%** |
| **Number of Seizures** | **27,599** | **100%** |

*Seizures involving multiple product categories are included in the "All Others" category. Because the individual percentage figures are rounded, in some cases, the sum of the rounded percentages for a given fiscal year is slightly higher or lower than 100 percent.

# Total MSRP for Products Seizures by Economy

# Total MSRP for Products Seizures by Economy

### MSRP BY ECONOMY FY 2020



0.9%
0.9%
1.0%
1.0%
1.9%
2.0%
2.4%
6.7%
50.5%
32.8%

- China
- Hong Kong
- Turkey
- Vietnam
- Korea
- India
- Thailand
- Taiwan
- Netherlands
- All Other Countries

### MSRP BY ECONOMY FY 2019

0.6%
0.6%
0.4%
0.7%
0.8%
0.9%
0.9%
3.4%
66.2%
25.5%

- China
- Hong Kong
- Turkey
- Vietnam
- Pakistan
- Sinsapore
- Dominican Republic
- India
- Korea
- All Other Countries

| FY 2020 | | |
|---|---|---|
| **Trading Partner** | **MSRP** | **% of Total*** |
| China | $ 660,767,476 | 50.5% |
| Hong Kong | $ 428,961,694 | 32.8% |
| Turkey | $ 31,237,035 | 2.4% |
| Vietnam | $ 25,803,755 | 2.0% |
| Korea | $ 25,282,668 | 1.9% |
| India | $ 12,862,390 | 1.0% |
| Thailand | $ 12,601,807 | 1.0% |
| Taiwan | $ 12,143,980 | 0.9% |
| Netherlands | $ 11,796,923 | 0.9% |
| All Other Countries | $ 87,698,782 | 6.7% |
| **Total FY 2020 MSRP** | **$ 1,309,156,510** | **100%** |
| **Number of Seizures** | **26,503** | |

| FY 2019 | | |
|---|---|---|
| **Trading Partner** | **MSRP** | **% of Total*** |
| China | $ 1,030,181,869 | 66.2% |
| Hong Kong | $ 397,276,566 | 25.5% |
| Turkey | $ 14,240,890 | 0.9% |
| Vietnam | $ 13,556,034 | 0.9% |
| Pakistan | $ 12,157,097 | 0.8% |
| Singapore | $ 10,452,581 | 0.7% |
| Dominican Republic | $ 9,542,456 | 0.6% |
| India | $ 9,539,580 | 0.6% |
| Korea | $ 5,633,115 | 0.4% |
| All Other Countries | $ 52,688,870 | 3.4% |
| **Total FY 2019 MSRP** | **$ 1,555,269,057** | **100%** |
| **Number of Seizures** | **27,599** | |

*The aggregate seizure data reflect the reported country of origin, not necessarily where the seized goods were produced. Because the individual percentage figures are rounded, in some cases, the sum of the rounded percentages for a given fiscal year is slightly higher or lower than 100 percent.

Case 5:22-cv-01058-NC   Document 11   Filed 04/11/22   Page 109 of 457

### SEIZURES BY ECONOMY FY 2020



- China
- Hong Kong
- Turkey
- Saudi Arabia
- Taiwan
- All Other Countries

### SEIZURES BY ECONOMY FY 2019



- China
- Hong Kong
- Singapore
- Turkey
- Canada
- All Other Countries

| FY 2020 | | |
|---|---|---|
| **Trading Partner** | **Seizures** | **% of Total*** |
| China | 11,710 | 44% |
| Hong Kong | 9,199 | 35% |
| Turkey | 1,096 | 4% |
| Saudi Arabia | 492 | 2% |
| Taiwan | 423 | 2% |
| All Other Countries | 3,583 | 13% |
| **Number of Seizures** | **26,503** | **100%** |

| FY 2019 | | |
|---|---|---|
| **Trading Partner** | **Seizures** | **% of Total*** |
| China | 13,293 | 48% |
| Hong Kong | 9,778 | 35% |
| Singapore | 649 | 2% |
| Turkey | 614 | 2% |
| Canada | 598 | 2% |
| All Other Countries | 2,667 | 10% |
| **Number of Seizures** | **27,599** | **100%** |

*The aggregate seizure data reflect the reported country of origin, not necessarily where the seized goods were produced. Because the individual percentage figures are rounded, in some cases, the sum of the rounded percentages for a given fiscal year is slightly higher or lower than 100 percent.*

# Seizures by Mode of Transportation

# Seizures by Mode of Transportation





| Seizures | | | | | | |
|---|---|---|---|---|---|---|
| Mode of Transport | FY 2020 | | FY 2019 | | FY 2018 | |
| | Seizures | % of Total | Seizures | % of Total | Seizures | % of Total |
| Express | 17,001 | 64% | 15,811 | 57% | 21,632 | 64% |
| Mail | 6,886 | 26% | 8,982 | 33% | 9,643 | 29% |
| Cargo | 1,993 | 8% | 1,903 | 7% | 1,673 | 5% |
| Other | 623 | 2% | 903 | 3% | 862 | 3% |
| Total | 26,503 | 100% | 27,599 | 100% | 33,810 | 100% |

| Estimated Manufacturer's Suggested Retail Price (in millions) | | | | | | |
|---|---|---|---|---|---|---|
| Mode of Transport | FY 2020 | | FY 2019 | | FY 2018 | |
| | MSRP | % of Total | MSRP | % of Total | MSRP | % of Total |
| Express | $ 589.1 | 45% | $ 553.3 | 36% | $ 549.2 | 39% |
| Mail | $ 98.1 | 7% | $ 175.6 | 11% | $ 197.3 | 14% |
| Cargo | $ 463.4 | 35% | $ 488.2 | 31% | $ 447.9 | 32% |
| Other | $ 158.5 | 12% | $ 337.9 | 22% | $ 205.4 | 15% |
| Total | $ 1,309.1 | 100% | $ 1,555.2 | 100% | $ 1,399.8 | 100% |

# Health, Safety, and Security

# Health, Safety, and Security

Health, Safety, and Security FY 2020



Number of Seizures: 3,487

Health, Safety, and Security FY 2019



Number of Seizures: 5,859

| FY 2020 | | |
|---|---|---|
| **Health, Safety, and Security** | **Seizures** | **% of Total*** |
| Consumer Electronics | 944 | 27% |
| Sunglasses/Eyewear | 844 | 24% |
| Pharmaceuticals | 501 | 14% |
| Personal Care | 236 | 7% |
| Automotive/Transportation | 216 | 6% |
| Batteries | 88 | 3% |
| Cigarettes | 82 | 2% |
| Guns/Parts | 71 | 2% |
| Lights/Lamps | 58 | 2% |
| All Other Commodities | 447 | 13% |
| **Number of Seizures** | **3,487** | **100%** |

| FY 2019 | | |
|---|---|---|
| **Health, Safety, and Security** | **Seizures** | **% of Total*** |
| Sporting Goods - Guns & Gun Parts | 1,428 | 24% |
| Consumer Electronics | 989 | 17% |
| Pharmaceuticals | 858 | 15% |
| Sunglasses/Eyewear | 818 | 14% |
| Personal Care | 490 | 8% |
| Critical Components | 216 | 4% |
| Batteries | 186 | 3% |
| Cigarettes | 163 | 3% |
| Automotive/Aerospace | 149 | 3% |
| All Other Commodities | 562 | 10% |
| **Number of Seizures** | **5,859** | **100%** |

*Shipments with multiple types of products are included in the "All others" category. Because the individual percentage figures are rounded, in some cases, the sum of the rounded percentages for a given fiscal year is slightly higher or lower than 100 percent

# Seizures and Total MSRP by Centers of Excellence and Expertise

| FY 2020 | | |
|---|---|---|
| **Centers** | **Total MSRP** | **% of Total MSRP** |
| Consumer Products & Mass Merchandising | $ 841,588,271 | 64.3% |
| Apparel, Footwear & Textiles | $ 231,915,396 | 17.7% |
| Electronics | $ 170,643,120 | 13.0% |
| Machinery | $ 22,860,881 | 1.7% |
| Pharmaceuticals, Health & Chemicals | $ 21,024,365 | 1.6% |
| Automotive & Aerospace | $ 10,857,996 | 0.8% |
| Base Metals | $ 6,111,920 | 0.5% |
| Industrial & Manufacturing Materials | $ 3,260,622 | 0.2% |
| Agriculture & Prepared Products | $ 893,941 | 0.1% |
| **Total FY 2020 MSRP** | **$ 1,309,156,510** | **100%** |

| FY 2019 | | |
|---|---|---|
| **Centers** | **Total MSRP** | **% of Total MSRP** |
| Consumer Products & Mass Merchandising | $ 1,000,628,016 | 64.3% |
| Apparel, Footwear & Textiles | $ 383,694,303 | 24.7% |
| Electronics | $ 117,028,274 | 7.5% |
| Machinery | $ 27,810,170 | 1.8% |
| Pharmaceuticals, Health & Chemicals | $ 9,234,202 | 0.6% |
| Automotive & Aerospace | $ 9,868,483 | 0.6% |
| Agriculture & Prepared Products | $ 3,882,013 | 0.2% |
| Industrial & Manufacturing Materials | $ 1,225,896 | 0.1% |
| Base Metals | $ 1,897,700 | 0.1% |
| Petroleum, Natural Gas & Minerals | – | 0.0% |
| **Total FY 2019 MSRP** | **$ 1,555,269,057** | **100%** |

**Questions? Contact the IPR Help Desk For Assistance** - CBP's IPR Help Desk is staffed Monday through Friday to answer questions on IPR enforcement. Contact the IPR Help Desk via email at IPRHELPDESK@cbp.dhs.gov

**Regulations, Rulings, and Recordation** – Inquiries about CBP's IPR regulations may be addressed to Regulations and Rulings (RR) at hqiprbranch@cbp.dhs.gov. Ruling requests regarding articles potentially subject to an ITC exclusion order may be submitted to IPRBranch.ITC337.Rulings@cbp.dhs.gov. To request information on CBP's recordation program, please contact RR at iprrquestions@cbp.dhs.gov

**Guidance on CBP IPR Policy and Programs** - The IPR and E-Commerce Division (IPR Division) coordinates with rights holders, members of the trade community, CBP staff, other Federal agencies, and foreign governments in developing and implementing the Agency's IPR strategy, policy and programs. To contact the IPR Division, email iprpolicyprograms@cbp.dhs.gov

**e-Allegations** - If you are aware of or suspect a company or individual is committing IPR crime, please report the trade violation using CBP's e-Allegations Online Trade Violation Reporting System at https://eallegations.cbp.gov/Home/Index2. Trade violations can also be reported by calling 1-800-BE-ALERT.

**National Intellectual Property Rights Coordination Center** - To Report Violations of Intellectual Property Rights, including counterfeiting and piracy, contact the National IPR Coordination Center at https://www.iprcenter.gov/referral/ or telephone 1-866-IPR-2060.



U.S. Customs and
Border Protection

CBP Publication No. 1542-0921

EXHIBIT 8



# THE COUNTERFEIT SILK ROAD

## IMPACT OF COUNTERFEIT CONSUMER PRODUCTS SMUGGLED INTO THE UNITED STATES

PREPARED FOR:

THE BUY SAFE AMERICA COALITION

BY:

JOHN DUNHAM & ASSOCIATES



# THE IMPACT OF COUNTERFEIT CONSUMER PRODUCTS SMUGGLED INTO THE UNITED STATES

## EXECUTIVE SUMMARY

The Buy Safe America Coalition represents a diverse group of responsible retailers, consumer groups, manufacturers, intellectual property advocates and law enforcement officials who support efforts at all levels of government to protect consumers and communities from the sale of counterfeit and stolen goods.

One important issue facing US businesses is the massive growth in the availability and sales of illicit products, both from counterfeit imports — increasingly from China — and from products stolen from legitimate retailers and sold through online marketplaces, where the anonymity of a screenname has made it easier and more profitable to fence counterfeit and stolen goods. The Coalition asked John Dunham & Associates (JDA) to examine the data around these illicit sales to determine how they impact the US economy, federal tax revenues, and criminal activity.

This is the first of a series of papers examining the issue of counterfeit and stolen goods and its effect on the United States economy. This analysis will focus on the importation of illicit products, notably counterfeits that violate producers' intellectual property rights. Future analysis will examine the effects of domestic smuggling, the resale of stolen goods, and the effects of contraband on overall criminal activity.



According to the analysis:

- A large share of contraband items are delivered to US consumers by mail or by express consignment.  These transactions account for over 60.8 percent of all seizures by the US customs service and over 90 percent of intellectual property rights (IPR) seizures.  The growth in these types of shipments has increased along with the use of online marketplaces. Amazon, for instance, now derives more than 75 percent of their ecommerce revenue from marketplace sales.[1]

- In effect, as companies like the Chinese ecommerce marketplace Alibaba and the Amazon marketplace, have linked more consumers to more shippers, many companies producing illegitimate products have gained access to unwitting consumers in America.

- The bulk of counterfeit products to the US come from China and its dependent territories, accounting for over 90.6 percent of all cargo with IPR violations.  Of the $1.23 billion in total IPR violations intercepted, $1.12 billion was from China.

- Examining just those data where CBP can provide an HS code, in some cases, the amount of contraband cargo is nearly equal to the entire import base.[2]  For example, imports of certain sweaters, jumpsuits and toys from China are almost 100 percent contraband, as are large amounts of handbags, jewelry and belts.

- While there is substantial academic literature on the smuggling of narcotics, people and tobacco, there is very little written on counterfeit products.  Using a very conservative model it is estimated that $44.3 billion in additional illicit cargo is escaping detection.

- These lost sales alone mean that over 39,860 jobs in wholesaling and nearly 283,400 retail jobs are lost due to the impact of counterfeit goods skirting normal trade channels.  All told, the sale of counterfeit items is expected to cost the wholesale and retail sectors of the US economy nearly 653,450 full-time equivalent jobs, that pay over $33.6 billion in wages and benefits to US workers.

- It is estimated that the smuggling of counterfeit goods costs the US government nearly $7.2 billion in personal and business tax revenues alone.

- This analysis is based on the current level of CBP intercepts of illicit cargo.  It is likely that the number of illegal imports is much larger than even estimated here.

---

[1]     In 2020, $295 billion worth of products were sold by third-parties on the Amazon marketplace.  Meanwhile, Amazon's own retail sales were only $180 billion.  Kaziukenas, Jouzas, *Marketplaces Year in Review 2020*, Marketplace Pulse, at: www.marketplacepulse.com/marketplaces-year-in-review-2020

[2]     Over 7.2 percent of the cargo identified as seized in the data provided by CBP was labeled as CGD, CID, EVD, GEN, NONE, VEH or blank.



# BACKGROUND

The Buy Safe America Coalition represents a diverse group of responsible retailers, consumer groups, manufacturers, intellectual property advocates and law enforcement officials who support efforts at all levels of government to protect consumers and communities from the sale of counterfeit and stolen goods.

One important issue facing US businesses is the massive growth in the availability and sales of illicit products, both from counterfeit imports — increasingly from China — and from products stolen from legitimate retailers and sold through online marketplaces where the anonymity of a screenname has made it easier and more profitable to fence counterfeit and stolen goods.  The Coalition asked John Dunham & Associates (JDA) to examine the data around these illicit sales to determine how they impact the US economy, federal tax revenues, and criminal activity.

This is the first of a series of papers examining the issue of organized retail crime (ORC), and its effect on the US economy.  This analysis will focus on the importation of illicit products, notably counterfeits that violate producers' intellectual property rights.  Future analysis will examine the effects of domestic smuggling, the resale of stolen goods, and the effects of contraband on overall criminal activity.

# CUSTOMS SERVICE DATA

One source of illicit products sold through fences and ecommerce sites are counterfeit products brought into the United States illegally.  According to US Customs and Border Protection (CBP), most counterfeit products now come through international mail and express courier services. Since FY2013, CBP has seen a 168 percent increase in the number of express consignment and international mail shipments, and in FY 2019, the agency processed over 600 million express consignment and international mail shipments.[3]

**Table 1**
**Cargo Seized by CBP by Mode of Transportation**

| Mode of Transportation | Value | Percent |
|---|---|---|
| Express Consignment | $ 550,850,543 | 44.8% |
| Commercial Vessel | $ 277,761,292 | 22.6% |
| Commercial Air | $ 196,568,270 | 16.0% |
| Mail | $ 179,544,146 | 14.6% |
| Other | $ 12,818,618 | 1.0% |
| Train | $ 12,327,801 | 1.0% |
| Truck | $ 1,052,214 | 0.1% |
| Total | $ 1,230,922,884 | 100.0% |

---

[3]    *CBP Trade and Travel Report: Fiscal Year 2019*, US Customs and Border Protection, January 2020, at: https://www.cbp.gov/sites/default/files/assets/documents/2020-Jan/CBP%20FY2019%20Trade%20and%20Travel%20Report.pdf



In FY2019, over 90 percent of intellectual property rights (IPR) seizures were found in express and international mail shipments,[4] and based on data provided through a freedom of information request, over 59.3 percent of all goods seized by CBP were being shipped by mail or international express consignment services.[5] This compares to just 22.6 percent arriving by ocean vessel. Table 1 outlines the source of illicit shipments seized by carrier type.

This is not a new phenomenon. According to CBP data, mail and express consignment services have been the primary source of IPR seizures since at least 2007.[6] During that year, seizures from these sources accounted for roughly 75 percent of all interceptions, a number which fell to roughly 70 percent until FY 2013, when they rose to about 90 percent. Seizures from express consignment and mail deliveries have averaged 89.6 percent since then.

The growth in IPR seizures from mail and express consignment delivery has closely tracked the growth in ecommerce sales.

## Figure 1
### Growth in Section 321 Shipments



Rather than being imported by smugglers and then sold through illegitimate retailers, street vendors or ecommerce sites, according to CPB, the US consumer now initiates most imports, most of which are *Section 321 shipments* that meet de minimis requirements to

### Smugglers Hide Behind Ecommerce Services

The growth in IPR violations has closely tracked the growth in ecommerce. Before the advent of Alibaba, Amazon, Ebay, and other on-line services, smugglers had to ship goods to a network of traffickers who used street dealers and other physical means to get counterfeit products to market. This can still be seen today in places like New York City, where operatives working for criminal networks sell counterfeit watches and handbags on the street.

Now, with the advent of ecommerce, most of these illicit transactions are enacted by the buyer when they order products on-line, through catalogues or by phone. In many of these cases, third-party sellers working under the umbrella of legitimate ecommerce sites, then directly ship the counterfeit product to the seller either by mail or courier service. Many, if not most of these consumers may not be aware that the products are illicit in any way.

The growth in these transactions closely matches the growth in ecommerce services. In fact, there is a strong correlation between the growth in ecommerce services and the percentage of IPR seizures made from mail or express courier deliveries. As ecommerce shopping has grown from about 3 to about 10 percent of all retail transactions, the percentage of seizures from non-cargo shipments has risen as well, from about 70 to nearly 90 percent.

This growth parallels changes in ecommerce marketplaces, with the Chinese Alibaba launching AliExpress.com in 2010 and 11 Main in 2014, a site geared to the US market that hosts more than 1,000 merchants in categories such as clothing, fashion accessories and jewelry. Meanwhile, Amazon.com, which began as an online book broker in 1995, launched its *Prime* service in 2005, the same year that Etsy began its service for third-party retailers.

A significant increase in these shipments began in 2014 when Amazon launched its *Marketplace* for third-party retailers.

---

[4]    Ibid.
[5]    Freedom of Information Act (FOIA) request CBP-2020-080130 to U.S. Customs and Border Protection (CBP), September 14, 2020. Seizure data from October 2018 through September 2019.
[6]    The earliest year for which data are available. See: *IPR Annual Seizure Statistics*, U.S. Customs and Border Protection, Office of Trade, Various Years at: https://www.cbp.gov/trade/priority-issues/ipr/statistics



enter duty-free into the US. Generally, these are shipments with a value of $800 or less.[7]

As Figure 1 shows, Section 321 shipments have grown dramatically over the past 35 years, from just around $4.0 billion in 1992 to $17.5 billion last year.[8]  While part of this is due to inflation, the largest increases occurred as companies like Alibaba and Amazon were promoting their ecommerce services to outside parties.  It is interesting to note that overall, 321 shipments fell dramatically following the 2007-2008 recession and have stabilized in the $18 billion range since then (see box).

As expected, the fastest growth in 321 shipments in dollar terms has been from the People's Republic of China, with other major trade partners like Mexico and Germany following at a distant 2nd and 3rd place.

**Table 2**

**Growth in Section 321 Shipments by Exporting Country**

| Country | Growth ($) | Country | Growth (%) |
|---------|-----------|---------|-----------|
| China | $ 3,394,006,143 | Djibouti | 27636.0% |
| Mexico | $ 1,595,827,914 | Niue | 17293.8% |
| Germany | $ 596,736,024 | Bosnia & Herzegovina | 10706.2% |
| Italy | $ 302,611,914 | Kyrgystan | 10420.4% |
| Taiwan | $ 291,530,755 | Laos | 7993.5% |
| South Korea | $ 235,785,303 | Sierra Leone | 6521.1% |
| Ecuador | $ 159,471,486 | St. Helena | 5794.6% |
| Vietnam | $ 151,085,343 | Ethiopia | 5555.7% |
| Columbia | $ 147,449,646 | Bangladesh | 5458.9% |

Examining the seizure data provided by the customs service shows that almost 36.9 percent of all shipments intercepted were Section 321 shipments; however, these represented just 0.6 percent of the total value of products seized by the customs service.  Table 3 below shows how the vast majority of shipments with IPR violations seized by the CBP are generally small in size.

---

[7]     Op. cit., *CBP Trade and Travel Report.*

[8]     Data from USA Trade Online, US Department of Commerce, Bureau of the Census, at:
        https://usatrade.census.gov/index.php?do=login



## Table 3

**Cargo Seized by CBP by Value of Shipment**

| Value Range | Number of Shipments Siezed | Percent of Shipments Siezed |
|---|---|---|
| $0-$100 | 3,764 | 6.2% |
| $101-$800 | 18,548 | 30.6% |
| $801-$1,000 | 3,315 | 5.5% |
| $1,001-$5,000 | 19,793 | 32.7% |
| $5,001-$10,000 | 5,210 | 8.6% |
| $10,001-$100,000 | 8,198 | 13.5% |
| $100,001-$1,000,000 | 1,561 | 2.6% |
| Over $1,000,000 | 153 | 0.3% |
| Total | 60,542 | 100.0% |

Obviously, with so many small shipments being drop-shipped to consumers from sources located all over the world, it is difficult to ensure that counterfeit and dangerous products don't reach American households.  Fortunately for law enforcement, the shipments that do violate IPR, or other laws, originate mainly from China or its dependent territories of Macau and Hong Kong, meaning that the customs service can concentrate on these particular countries of origin.

Again, looking at the seizure statistics, over 90.6 percent of all cargo with IPR violations comes from China or its dependent territories.  Of the total $1.23 billion in IPR violations intercepted, $1.12 billion was from China.  This is equal to over 29.0 percent of all Section 321 shipments from China and its dependent territories.  Compare this to the $0.11 billion intercepted from all other countries – just 0.08 percent of shipments.

This cargo tends to be concentrated into just a few products.  Examining just those data where CBP can provide an HS code, in some cases, the amount of contraband cargo is nearly equal to the entire import base.[9]  For example, imports of certain sweaters, jumpsuits and toys are almost 100 percent contraband, as are large amounts of handbags, jewelry and belts.

---

[9]     Over 7.2 percent of the cargo identified as seized in the data provided by CBP was labeled as CGD, CID, EVD, GEN, NONE, VEH or blank.



As Table 4 on the following page shows, nearly all these products emanate from China and its dependent territories.  No other country is the source for this much IPR related contraband, only Turkey (which represents 1.2 percent of contraband sales) and Vietnam (1.1 percent), even top one percent.  China, on the other hand, accounts for 90.6 percent of all seized goods.[10]  In addition, contraband imports from China are highly skewed toward parcels and general mail, suggesting that a large portion are drop-shipped via an Internet sale.  Nearly 60.4 percent of all of this IPR-related contraband cargo seized from China entered the country this way, while a smaller share, 49.0 percent, came via parcel from other countries.

### It's Not Just Fancy Watches

Buying a fake Rolex or Fendi bag on New York City's Canal Street is seen by many as an innocent tourist experience.  However, it is not, in that it costs American companies billions of dollars in lost sales, and often sends money to gangs, terrorist organizations and even North Korea.

But smuggling of illicit products goes well beyond the designer brands featured on Canal Street.  According to Fox Business, the Customs Service intercepted 171,460 fake N95 masks that originated in China. (https://www.foxnews.com/us/cbp-intercepts-counterfeit-n95-masks-worth-)350k-originated-china

The counterfeit masks, which would be used to protect front-line workers from infections, such as COVID-19, came in boxes with the National Institute for Occupational Safety and Health logo on them.

CBP has seized approximately 18 million counterfeit masks in the first three months of 2021 – well above the 12 million that the agency seized for all of fiscal year 2020 and a mere 1,300 in fiscal year 2019.

To counteract the problem, CBP ran a public awareness campaign on the "Truth Behind Counterfeits" during FY2019.  The campaign, which was intended to educate the public on the negative impacts associated with the purchase of counterfeit goods, highlighted how purchasing knockoffs can damage the US economy, destroy American jobs, support criminal activity, and be harmful to the health and safety of consumers.[11]

While it is impossible to fully document the extent of contraband goods entering US commerce, the very fact that such a large percentage of overall recorded imports are captured by the customs service for certain product categories suggests that most other recorded cargo is likely being legitimately shipped, at least in the case of items like handbags, garments, jewelry, electronic parts and certain chemicals.  What is not known is what comes in through the black market, where the good is never recorded as entering the country.  With such a small amount of cargo entering US customs territory over land, this may be a major source for these goods.[12]

---

[10]     Op. cit., Freedom of Information Act (FOIA) request CBP-2020-080130.
[11]     Op. cit., *CBP Trade and Travel Report*.
[12]     As it is with illegal narcotic drugs.



# ESTIMATES OF ADDITIONAL SMUGGLED CONTRABAND PRODUCTS

**The Danger of Illicit Products**

Counterfeit products do not only cause economic losses, as legitimate manufacturers, wholesalers and retailers see their markets undercut by products violating international property rights regulations, but illicit products can also be extremely dangerous.

For example, an investigation by reporters with the Wall Street Journal, found 4,152 items for sale on Amazon's Marketplace that have been declared unsafe or banned by federal regulators, or have deceptive labels. These include 116 products that were falsely listed as "FDA-approved" including 98 eyelash-growth serums that never undertook the drug-approval process to be marketed as approved. It also included 80 listings for infant sleeping wedges the FDA has warned can cause suffocation. (Wall Street Journal, August 23, 2019)

According to a recent report by the Department of Homeland Security, *counterfeiting is no longer confined to street-corners and flea markets.* The report cites figures from the Organization for Economic Cooperation and Development (OECD) which suggest that the amount of counterfeit goods traded internationally was $509 billion in 2016.[13] While this is the worldwide figure, the amount of counterfeit products imported into the United States alone is staggering.

Using the data from the customs service, and US overall trade data, it is possible to estimate the overall scope of contraband goods being imported into the United States. It is obvious from the outset that the Customs Service is not intercepting anywhere near the volume of contraband cargo entering the country, for were they, there would be no counterfeit handbags, perfume or Gucci watches being sold on the streets of America. But while data on what is intercepted are available, what is not intercepted is, by definition, unknown. In addition, while there is substantial academic literature on the smuggling of narcotics, people and tobacco, there is very little written on counterfeit products.[14]

Using a Monte Carlo analysis to determine the total size of the illicit import market (see Methodology), gives an estimated total market of over approximately $45.5 billion, of which the customs service intercepted $1.2 billion, or about 2.7 percent. This suggests that as much as 10 percent of the counterfeit goods shipped worldwide come to the United States. Table 5 on the following page shows the estimated illegitimate imports by major category. Over 99.3 percent of the products are manufactured goods, however, there are products classified under the agriculture, mineral and other sectors as well. Of these, most are food products (see box), while others are items made of glass, crystal and stone.

---

[13]    *Combating Trafficking in Counterfeit and Pirated Goods: Report to the President of the United States*, US Department of Homeland Security, Office of Strategy, Policy & Plans, January 24, 2020, at: https://www.dhs.gov/sites/default/files/publications/20_0124_plcy_counterfeit-pirated-goods-report_01.pdf

[14]    The most detailed literature concerns cigarette smuggling, both international and domestic. See the Methodology section for details on how this is used to estimate overall smuggling of counterfeit goods.



**Table 4**

**Major Contraband Categories Intercepted by US Customs**

| HS Code | Product | | Contraband | | Contraband from China | Contrabnd as pct of Legitimate Chinese Imports |
|---|---|---|---|---|---|---|
| 7117199000 | Other Imitation Jewelry Of Base Metal (kg) | $ | 412,878,484 | $ | 383,051,477 | 39.21% |
| 7117909000 | Othr Imit Jwlry Ov $.20 Pr Dz Pcs O Prts (kg) | $ | 222,115,977 | $ | 211,471,534 | 53.65% |
| 4203300000 | Belts & Bandoliers With Or Without Buckles (no) | $ | 52,499,758 | $ | 48,726,800 | 9.92% |
| 3303003000 | Perfumes And Toilet Waters Containing Alcohol (kg) | $ | 42,826,986 | $ | 27,413,044 | 1.83% |
| 6110303005 | B/g Sweater & Smlr Art As Plyst Pt Of Ot mmf, Knit (doz) | $ | 33,011,504 | $ | 30,440,792 | 98.08% |
| 4202299000 | Handbags,nesoi (no) | $ | 31,981,086 | $ | 27,844,980 | 67.70% |
| 9004100000 | Sunglasses (doz) | $ | 30,968,007 | $ | 29,164,031 | 1.85% |
| 4202216000 | Handbags, Outer Surface Leather,val Not Over $20 E (no) | $ | 27,072,304 | $ | 25,307,061 | 18.75% |
| 8421210000 | Water Filtering Or Purifying Machinery & Apparatus (no) | $ | 26,253,183 | $ | 25,034,297 | 1.95% |
| 8517700000 | Parts Or Apps For Trasmisit/recp Of Voice/img/data (no) | $ | 25,033,796 | $ | 22,040,444 | 0.54% |
| 4202322000 | Art For Pocket Or Handbg,of Plastic Sheeting,nesoi (no) | $ | 23,513,798 | $ | 19,820,708 | 25.46% |
| 6103431550 | Men's Shorts Of Other Synthetic Fibers, Knit (doz) | $ | 19,984,185 | $ | 18,951,185 | 5.59% |
| 7117196000 | Othr Toy Jewelry, Base Metal, Not Over 8 Cents Ea (kg) | $ | 17,737,171 | $ | 16,927,078 | 94.72% |
| 6211431007 | W/g Cvrals & Sim Apparel mmf, Insltd Nesoi,  Nt Kt (doz) | $ | 17,032,176 | $ | 16,370,498 | 97.08% |
| 4202219000 | Handbags,outer Surface Of Leather,val Over $20 Ea (no) | $ | 14,299,405 | $ | 11,960,259 | 0.79% |
| Total | | $ | 1,230,922,884 | $ | 1,115,732,323 | 0.05% |

The wide range of products being smuggled from China is hard to imagine.  In February of this year, the CBP confiscated 36 counterfeit guitars at Dulles Airport.[15]  Some of these were even autographed with fake signatures.

Based on these confiscation data, the universe of smuggled products violating international property rights that is not detained by US Customs may be as much as $44.3 billion.

# ECONOMIC IMPACT OF SMUGGLED GOODS

Smuggled and contraband goods, particularly those being drop-shipped by Chinese and other foreign entities, do not enter the normal trade channels in the United States.  Even for imported goods that are designed, sourced and manufactured in a foreign country, the transportation, wholesaling and retailing services provided by US based companies account for a large part of the overall value of the product at retail.  It is estimated that just 21 product types account for over 60 percent (60.7 percent) of all of the contraband goods entering the United States.  These illegitimate imports alone cost domestic retailers nearly $54.1 billion in sales.

---

[15]    *Dulles CBP Picks Counterfeit Guitars to the Tune of $158K*, US Department of Homeland Security, US Customs and Border Protection, Press Release, February 8, 2021, at: https://www.cbp.gov/newsroom/local-media-release/dulles-cbp-picks-counterfeit-guitars-tune-158k



**Table 5**

**Estimate of Contraband Smuggled into the United States (Major Categories Only)**

| Sector | Est. Illegitimate Imports | Wholesale Losses | Retail Losses |
|---|---|---|---|
| Manufacturing | $ 45,224,623,043 | $ 14,262,504,241 | $ 23,754,108,620 |
| Agriculture | $ 248,739,709 | $ 29,781,905 | $ 49,780,439 |
| Other | $ 44,289,545 | $ 1,105,391 | $ 11,636,053 |
| Stone/Glass/Mineral | $ 16,587,330 | $ 893,257 | $ 10,113,624 |
| Grand Total | $ 45,534,239,628 | $ 14,294,284,794 | $ 23,825,638,735 |

As Table 6 shows, these products range from cellular telephones ($6.8 billion in illegitimate imports) to toys ($1.5 billion in illegitimate imports) to industrial chemicals ($681.6 million in illegitimate imports).  A full list of estimated illegitimate imports is presented in the Appendix.

**Table 6**

**Estimated cost to Wholesalers and Retailers of Contraband Smuggled into the United States (Major Categories Only)**

| Product | Est. Illegitimate Imports | Wholesale Losses | Retail Losses |
|---|---|---|---|
| Broadcast and wireless communications equipment manufacturing | $ 6,788,446,370 | $ 2,930,859,162 | $ 4,369,776,756 |
| Electronic computer manufacturing | $ 3,838,501,673 | $ 1,119,699,991 | $ 1,509,552,606 |
| Womens and girls cut and sew apparel manufacturing | $ 1,563,024,952 | $ 556,673,289 | $ 884,442,075 |
| Doll, toy, and game manufacturing | $ 1,520,801,703 | $ 661,492,117 | $ 1,418,772,581 |
| Footwear manufacturing | $ 1,345,429,047 | $ 479,176,236 | $ 761,314,819 |
| All other miscellaneous manufacturing | $ 1,279,247,514 | $ 645,520,088 | $ 1,387,851,772 |
| Computer terminals and other computer peripheral equipment manufacturing | $ 1,278,541,938 | $ 373,081,559 | $ 495,379,647 |
| Audio and video equipment manufacturing | $ 1,118,366,652 | $ 595,857,979 | $ 1,345,192,102 |
| Small electrical appliance manufacturing | $ 1,056,908,994 | $ 292,227,241 | $ 650,526,925 |
| Other plastics product manufacturing | $ 1,034,964,317 | $ 114,045,158 | $ 150,270,891 |
| Curtain and linen mills | $ 787,949,724 | $ 323,460,951 | $ 554,879,284 |
| Other basic organic chemical manufacturing | $ 681,573,354 | $ 118,775,611 | $ 235,052,448 |
| Other leather and allied product manufacturing | $ 659,815,628 | $ 174,701,020 | $ 269,969,439 |
| Lighting fixture manufacturing | $ 658,256,763 | $ 189,154,242 | $ 412,528,583 |
| Other motor vehicle parts manufacturing | $ 622,294,826 | $ 84,913,830 | $ 106,226,764 |
| Jewelry and silverware manufacturing | $ 620,786,696 | $ 357,566,372 | $ 578,312,995 |
| Other fabricated metal manufacturing | $ 619,792,428 | $ 127,303,234 | $ 245,601,786 |
| Institutional furniture manufacturing | $ 571,878,265 | $ 118,562,675 | $ 276,546,864 |
| Sporting and athletic goods manufacturing | $ 571,171,845 | $ 230,416,705 | $ 491,583,357 |
| Mens and boys cut and sew apparel manufacturing | $ 569,791,383 | $ 202,931,913 | $ 322,418,060 |
| All other miscellaneous electrical equipment and component manufacturing | $ 461,899,543 | $ 132,271,233 | $ 178,463,573 |
| Total | $ 27,649,443,616 | $ 9,828,690,606 | $ 16,644,663,327 |

Based on data provided by the US Department of Commerce, Bureau of Economic Analysis, the economic losses to domestic wholesalers and retailers from counterfeits entering US commerce is over $38.1 billion. This is not the loss in retail sales, but rather the value added that wholesalers and retailers would have generated had these products gone through normal supply chains.



These value-added figures can be converted into jobs using the IMPLAN input/output model. A full description of the model is included in the methodological section to this report, but in basic terms, the model uses the production structure of the US economy to calculate how much production is generated by each employee in each sector of the economy.

In this case, based on where these types of products are sold, it is estimated that 39,860 jobs in wholesaling and nearly 283,400 retail jobs are lost due to the impact of counterfeit goods skirting normal trade channels. Table 7 outlines these losses, along with the lost jobs from suppliers that would serve those establishments, and the lost jobs that would have been induced by employees re-spending their wages in the economy.

## Table 7

**Estimated 2020 Economic Impact of Contraband Smuggled into the United States (Major Categories Only)**

|  | Jobs | | Wages | | Output |
|---|---|---|---|---|---|
| Wholesale | 39,863 | $ | 3,700,006,458 | $ | 14,133,127,968 |
| Retail | 283,393 | $ | 9,929,601,160 | $ | 23,568,099,880 |
| Total Direct | 323,256 | $ | 13,629,607,618 | $ | 37,701,227,848 |
|  |  |  |  |  |  |
| Supplier | 137,786 | $ | 9,207,399,939 | $ | 26,076,081,172 |
| Induced | 192,405 | $ | 10,764,205,892 | $ | 34,113,113,912 |
|  |  |  |  |  |  |
| Total | 653,447 | $ | 33,601,213,448 | $ | 97,890,422,932 |

In effect, an imported belt, handbag, or bottle of perfume owes the bulk of its retail value to services provided by wholesalers, retailers and transportation companies that package, distribute and hold the product in inventory until such time as the consumer wishes to purchase it. All told, smuggling of counterfeit items is expected to cost the wholesale and retail sectors of the US economy nearly 323,260 full-time equivalent jobs, paying over $13.6 billion in wages and benefits to workers.

# LOST TAXES DUE TO SMUGGLED PRODUCTS

In addition to leading to lost jobs, the smuggling of counterfeit products into the country reduces tax revenues. This not only includes sales tax revenues that are not collected when consumers purchase items through normal trade channels, but customs duties for the federal government.

## Table 8

**Estimated Fiscal Losses due to Reduced Economic Activity**

|  | Federal | | State & Local | | Total |
|---|---|---|---|---|---|
| From Wholesaling Activities | $ | 2,401,440,480 | $ | 1,834,330,233 | $ | 4,235,770,713 |
| From Retailing Activities | $ | 4,750,056,860 | $ | 4,559,275,826 | $ | 9,309,332,686 |
| Total | $ | 7,151,497,340 | $ | 6,393,606,059 | $ | 13,545,103,399 |



In addition, the lost jobs and wages resulting from smuggling lead to losses in taxes from businesses and workers.  The loss of 653,450 workers due to smuggling will reduce state and local tax collections from income taxes, property taxes, sales taxes and excise taxes that these workers would have generated in the economy, but also lost profits, taxes and license fees from businesses.  The same is true for the federal government, which would see reduced income taxes, social security taxes and excise taxes. All told, it is estimated that smuggling of counterfeit goods costs the government over $13.5 billion in these tax revenues alone.

# CONCLUSION

Based on an extremely conservative analysis of smuggled contraband products, over $45.5 billion in contraband products are likely entering US commerce each year. This is on top of the over $1.2 billion worth of products detained by the US Customs Service, which represents nearly 10 percent of all contraband products shipped between countries.

**Its More Than Just the Economics**

A recent report in the Cincinnati Enquirer stated that US Customs officers in that city seized 242 fake Cartier bracelets from China with a retail value of $3.6 million. (https://www.cincinnati.com/story/news/2021/04/19/fake-cartier-bracelets-seized-cincinnati-were-headed-indiana-customs-says/7283940002/)

According to Cincinnati Port Director Richard Gillespie, "Purchasing counterfeit goods not only damages our small businesses and enterprises, but also supports criminal institutions that often engage in human rights violations such as child labor and forced labor."

Since these products do not enter normal distribution channels, they likely cost the US economy nearly 653,450 full-time equivalent jobs, paying over $33.6 billion in wages and benefits to workers.  In addition, over $13.5 billion in personal and business tax revenues alone, not to mention state and local sales taxes, would be lost.

The majority of these products come from China and its dependent territories.  Of the total $1.23 billion intercepted, $1.12 billion, or 91.1 percent was from China.



# ABOUT JOHN DUNHAM & ASSOCIATES

John Dunham & Associates (JDA) is a leading economic consulting firm specializing in the economics of fast-moving issues. JDA is an expert at translating complex economic concepts into clear, easily understandable messages that can be transmitted to any audience. Our company's clients have included a wide variety of businesses and organizations, including some of the largest Fortune 500 companies in America, such as:

- Altria
- Diageo
- Feld Entertainment
- Forbes Media
- MillerCoors
- Verizon
- Wegmans Stores

John Dunham is a professional economist with over 35 years of experience.  He holds a Master of Arts degree in Economics from the New School for Social Research as well as an MBA from Columbia University. He also has a professional certificate in Logistics from New York University. Mr. Dunham has worked as a manager and an analyst in both the public and private sectors. He has experience in conducting cost-benefit modeling, industry analysis, transportation analysis, economic research, and tax and fiscal analysis. As the Chief Domestic Economist for Philip Morris, he developed tax analysis programs, increased cost-center productivity, and created economic research operations. He has presented testimony on economic and technical issues in federal court and before federal and state agencies.

Prior to Phillip Morris John was an economist with the Port Authority of New York and New Jersey as well as for the City of New York.



# METHODOLOGICAL APPENDIX

The most studied form of international smuggling for products legitimately sold at retail is the illicit trade in cigarettes.  Spurred by what were then extraordinarily high excise taxes, and more stringent marketing restrictions in the late 1990s - the volume of contraband cigarettes exploded.  In fact, based on research conducted by the General Accounting Office, in the early part the 2000s, when high taxes and minimal penalties began to encourage cigarette smuggling, seizures of cigarettes indicated that as many as 80 percent were counterfeit.[16]

**Figure 2**

**Counterfeit Cigarettes as a Percent of Internationally Smuggled Cigarettes**



Because of the profitability of the trade, by 2003, cigarettes accounted for about 44 percent of all illicit cargo seized by US customs agents, whereas today, watches and jewelry account for about 45 percent of the cargo seized. As is the case today, much of this was shipped by on-line retailers based in off-shore locations.

These figures suggest that the size of the counterfeit cigarette trade in the early part of the century can serve as a good proxy, at least when it comes to the larger IPR smuggling categories.  And this market was substantial.  Based on a number of studies by academics on both sides of the cigarette debate, the size of the overall tobacco market supplied by internationally smuggled products ranges fairly widely, but generally falls in the neighborhood of at least 10 percent.[17]

---

[16]    *CIGARETTE SMUGGLING Federal Law Enforcement Efforts and Seizures Increasing*, General Accounting Office, GAO-04-641, May 2004, at: https://www.gao.gov/assets/gao-04-641.pdf

[17]    See for example:  von Lampe, Klaus, *The cigarette black market in Germany and in the United Kingdom*, Journal of Financial Crime, Vol. 13, No. 2, April 2006, at: www.emeraldinsight.com/1359-0790.htm. This paper reports that international smuggling accounts for between 15 and 21 percent of the market in the UK and 9.5 percent in Germany; Levinson, Bruce, *An Inquiry into the Nature, Causes and Impacts of Contraband Cigarettes*, Center for Regulatory Effectiveness, January 2011, which reports



The literature on international cigarette smuggling can be a good model to use to determine the volume of IPR related smuggling, since a large portion of this product is indeed counterfeit.  The model uses a bounded Monte Carlo simulation analysis.

Monte Carlo simulation is a probability simulation used to estimate the possible outcomes of an uncertain event. In this case, the model is used to estimate the average amount of contraband cargo for each of the product categories imported from China.

The technique was invented during World War II to improve decision making under uncertain conditions and uses a probability simulation similar to a game of roulette – thus the name.  Monte Carlo simulation predicts a set of outcomes based on a set of fixed input values and a given probability distribution.  In this case, the model uses a normal probability distribution and a mean value of 10 percent (from the tobacco literature) and a standard deviation of 0.273, which is the measure of the amount of variation in the percentage of imports by HS code from China. In effect, the model is based on a simulation of smuggling values representing the range of legitimate imports from China and an average smuggling rate of 10 percent.

The Monte Carlo Simulation builds a model of possible results using the probability distribution, by recalculating the results over and over, each time using a different set of random numbers between the minimum and maximum values. In this case, the minimum value is the amount of contraband intercepted by US Customs in 2019, and the upper value is unbounded. The model is run 250 times, and the average mean percent of those 250 simulations is used in this model.

The model uses data from the US Customs service to measure overall imports in 2019 by commodity, for a total of 20,074 commodity types.  The same data are used to estimate imports from China and its dependent territories of Hong Kong and Macau.[18]

For HS 9999950000 (Estimated Imports Of Low Valued Transactions), the percentage of low-value transactions from the customs smuggling data (0.7 percent by value) was split across categories and added back into the overall import data.  So too was the intercepted contraband data.  This provides an estimate of overall imports into the US of all products both legitimate and illegitimate.  This was the baseline dataset that the Monte Carlo simulation was run with.

In this case, the model predicts that the overall value of smuggled counterfeit imports was approximately $46.1 billion.  From this, about $612.5 million was removed because they were products classified as returns of US goods, or other non-commercial categories.  This brought the total estimate of smuggled products to $45,534.2 million of which the customs service intercepted $1,230.9 million, or about 2.7 percent.  The vast share of these imports would be from China.

---

that the smuggled share of the Brazilian cigarette market reached 20 percent, Joossens, Luk and Martin Raw, *From cigarette smuggling to illicit tobacco trade*, Tobacco Control, February 2012, at: https://tobaccocontrol.bmj.com/content/tobaccocontrol/21/2/230.full.pdf, which suggests that updated estimates of the illicit cigarette trade from 84 countries around the world showed that 11.6% of cigarette consumption in these countries is illicit, 16.8% in low-income countries, 11.8% in middle-income countries, 12.7% in low-income and middle-income countries combined and 9.8% in high-income countries.

[18]   *Margins After Redefinitions: 2007 Detail*, Industry Economic Accounts Directorate, Bureau of Economic Analysis (BEA), U.S. Department of Commerce.



The estimated illegitimate import data were linked to wholesale and retail margin data from the US Department of Commerce, Bureau of Economic Analysis.  These data provide the markups that bring the import price of each product to both the wholesale and retail prices.  This allows for a calculation of the value added domestically at each stage that is lost because the products are not going through normal retail channels.  These value-added estimates are used to calculate the economic impacts of smuggled products on US wholesalers and retailers using the IMPLAN model.

## IMPLAN Model

The analysis utilizes the IMPLAN model to calculate economic impacts.[19] The model adopts an accounting framework through which the relationships between different inputs and outputs across industries and sectors are computed. This model can show the impact of a given economic decision – such as a retailer opening – on a pre-defined, geographic region. It is based on the national income accounts generated by the US Department of Commerce, Bureau of Economic Analysis (BEA).[20]

The IMPLAN model is designed to run based on the input of specific direct economic factors. It uses a detailed methodology (see IMPLAN Methodology section) to generate estimates of the other direct impacts, tax impacts and supplier and induced impacts based on these entries. In the case of this model, estimated changes in the estimated retail sales price of contraband products is a starting point for the analysis.

Once the changes in sales have been established, they are entered into a model linked to the IMPLAN database. The IMPLAN data are used to generate estimates of employment direct wages and output. Wages are derived from the U.S. Department of Labor's ES-202 reports. IMPLAN uses this data to provide annual average wage and salary, establishment counts, employment counts, and payrolls at the county level. Since this data only covers payroll employees, it is modified to add information on independent workers, agricultural employees, construction workers, and certain government employees. Data are then adjusted to account for counties where non-disclosure rules apply. Wage data include not only cash wages, but health and life insurance payments, retirement payments and other non-cash compensation. In short, it includes all income paid to workers by employers.

Total output is the value of production by industry in a given state. It is estimated by IMPLAN from sources similar to those used by the Bureau of Economic Analysis (BEA) in its RIMS II series. Where no Census or government surveys are available, IMPLAN uses models such as the Bureau of Labor Statistics' growth model to estimate the missing output.

The model also includes information on income received by the federal, state and local governments and produces estimates for the following taxes at the federal level: corporate income; payroll, personal income, estate and gift, customs duties; and fines, fees, etc. State and local tax revenues include estimates of:

---

19  The model uses 2018 input/output accounts.
20  The IMPLAN model is based on a series of national input-output accounts known as RIMS II. These data are developed and maintained by the U.S. Department of Commerce, Bureau of Economic Analysis as a policy and economic decision analysis tool.



corporate profits, property, sales, severance, estate and gift and personal income taxes; licenses and fees and certain payroll taxes.

*IMPLAN Methodology*[21]

Input-output analysis, for which Wassily Leontief received the 1973 Nobel Prize in Economics for, is an econometric technique used to examine the relationships within an economy. It captures all monetary market transactions for consumption in a given period and for a specific geography. The IMPLAN model uses data from many different sources – as published government data series, unpublished data, sets of relationships, ratios, or as estimates. IMPLAN gathers this data, converts them into a consistent format, and estimates the missing components.

There are three different levels of data generally available in the United States: federal, state, and county. Most of the detailed data are available at the county level, but there are many issues with disclosure, especially in the case of smaller industries. IMPLAN overcomes these disclosure problems by combining a large number of datasets and estimating variables that are not found in the merged data. The data are then converted into national input-output matrices (Use, Make, By-products, Absorption, and Market Shares) as well as national tables for deflators, regional purchase coefficients, and margins.

The IMPLAN Make matrix represents the production of commodities by industry. The Bureau of Economic Analysis (BEA) Benchmark I/O Study of the US Make Table forms the bases of the IMPLAN model. The Benchmark Make Table is updated to current year prices and rearranged into the IMPLAN sector format. The IMPLAN Use matrix is based on estimates of final demand, value-added by sector, and total industry and commodity output data as provided by government statistics or estimated by IMPLAN. The BEA Benchmark Use table is then bridged to the IMPLAN sectors. Once the re-sectoring is complete, the Use tables can be updated based on the other data and model calculations of interstate and international trade.

In the IMPLAN model, as with any input-output framework, all expenditures are in terms of producer prices. This allocates all expenditures to the industries that produce goods and services. As a result, all data not received in producer prices are converted using margins derived from the BEA Input-Output model. Margins represent the difference between producer and consumer prices. As such, the margins for any good add up to one.

Deflators, which account for relative price changes during different time periods, are derived from the Bureau of Labor Statistics (BLS) Growth Model. The 224 sector BLS model is mapped to the 544 sectors of the IMPLAN model. Where data are missing, deflators from BEA's Survey of Current Businesses are used.

Finally, the Regional Purchase Coefficients (RPCs) – essential to the IMPLAN model – must be derived. IMPLAN is derived from a national model, which represents the "average" condition for a particular industry. Since national production functions do not necessarily represent particular regional differences, adjustments need to be made. Regional trade flows are estimated based on the Multi-Regional Input-

---

[21] This section is paraphrased from IMPLAN Professional: Users Guide, Analysis Guide, Data Guide, Version 2.0, MIG, Inc., June 2000.



Output Accounts, a cross-sectional database with consistent cross interstate trade flows developed in 1977. These data are updated and bridged to the 544 sector IMPLAN model.

Once the databases and matrices are created, they go through an extensive validation process. IMPLAN builds separate state and county models and evaluates them, checking to ensure that no ratios are outside of recognized bounds. The final datasets and matrices are not released until extensive testing takes place.



# Appendix
## Detail of all Estimated Illegitimate Imports 2020

| Industry/Product | Illegitimate Imports | Wholesale Cost | Retail Cost |
|---|---|---|---|
| Printed circuit assembly (electronic assembly) manufacturing | $ 6,788,446,370 | $ 2,930,859,162 | $ 4,369,776,756 |
| Telephone apparatus manufacturing | $ 3,838,501,673 | $ 1,119,699,991 | $ 1,509,552,606 |
| Apparel accessories and other apparel manufacturing | $ 1,563,024,952 | $ 556,673,289 | $ 884,442,075 |
| Gasket, packing, and sealing device manufacturing | $ 1,520,801,703 | $ 661,492,117 | $ 1,418,772,581 |
| Sawmills | $ 1,345,429,047 | $ 479,176,236 | $ 761,314,819 |
| Other communications equipment manufacturing | $ 1,278,541,938 | $ 373,081,559 | $ 495,379,647 |
| Semiconductor and related device manufacturing | $ 1,118,366,652 | $ 595,857,979 | $ 1,345,192,102 |
| Household laundry equipment manufacturing | $ 1,056,908,994 | $ 292,227,241 | $ 650,526,925 |
| Rubber and plastics hoses and belting manufacturing | $ 1,034,964,317 | $ 114,045,158 | $ 150,270,891 |
| Rope, cordage, twine, tire cord and tire fabric mills | $ 787,949,724 | $ 323,460,951 | $ 554,879,284 |
| Synthetic rubber manufacturing | $ 681,573,354 | $ 118,775,611 | $ 235,052,448 |
| Wood preservation | $ 659,815,628 | $ 174,701,020 | $ 269,969,439 |
| Household refrigerator and home freezer manufacturing | $ 658,256,763 | $ 189,154,242 | $ 412,528,583 |
| Other aircraft parts and auxiliary equipment manufacturing | $ 622,294,826 | $ 84,913,830 | $ 106,226,764 |
| Office supplies (except paper) manufacturing | $ 620,786,696 | $ 357,566,372 | $ 578,312,995 |
| Lawn and garden equipment manufacturing | $ 619,792,428 | $ 127,303,234 | $ 245,601,786 |
| Office furniture, except wood, manufacturing | $ 571,878,265 | $ 118,562,675 | $ 276,546,864 |
| Sign manufacturing | $ 571,171,845 | $ 230,416,705 | $ 491,583,357 |
| Other cut and sew apparel manufacturing | $ 569,791,383 | $ 202,931,913 | $ 322,418,060 |
| Heavy duty truck manufacturing | $ 461,899,543 | $ 132,271,233 | $ 178,463,573 |
| Institutional furniture manufacturing | $ 370,895,568 | $ 99,770,948 | $ 221,438,797 |
| Ball and roller bearing manufacturing | $ 358,461,471 | $ 72,980,180 | $ 101,690,901 |
| Special tool, die, jig, and fixture manufacturing | $ 352,923,469 | $ 116,277,766 | $ 170,344,856 |
| Printing machinery and equipment manufacturing | $ 352,325,522 | $ 62,469,064 | $ 87,368,081 |
| Other apparel knitting mills | $ 351,407,665 | $ 38,721,461 | $ 73,553,608 |
| Search, detection, and navigation instruments manufacturing | $ 340,804,265 | $ 47,952,359 | $ 65,887,161 |
| Industrial process furnace and oven manufacturing | $ 339,978,357 | $ 60,951,654 | $ 84,580,057 |
| Other major household appliance manufacturing | $ 316,579,085 | $ 87,527,022 | $ 118,910,696 |
| Petroleum refineries | $ 306,228,776 | $ 33,490,188 | $ 55,221,063 |
| Machine shops | $ 283,466,010 | $ 108,639,147 | $ 165,027,891 |
| Other motor vehicle parts manufacturing | $ 282,658,043 | $ 38,544,167 | $ 48,079,575 |
| Prefabricated metal buildings and components manufacturing | $ 281,469,096 | $ 115,646,873 | $ 178,675,956 |
| Storage battery manufacturing | $ 279,050,693 | $ 78,270,316 | $ 105,577,776 |
| Footwear manufacturing | $ 276,237,820 | $ 98,382,445 | $ 156,309,949 |
| Lighting fixture manufacturing | $ 275,092,801 | $ 80,280,849 | $ 108,317,387 |
| Computer terminals and other computer peripheral equipment manufacturing | $ 273,072,137 | $ 56,205,724 | $ 83,123,205 |
| Dental laboratories | $ 271,125,276 | $ 95,689,488 | $ 134,256,356 |
| Electronic connector manufacturing | $ 256,455,845 | $ 35,422,288 | $ 49,551,993 |
| Biological product (except diagnostic) manufacturing | $ 247,024,930 | $ 99,811,333 | $ 148,111,793 |
| Custom architectural woodwork and millwork | $ 245,868,146 | $ 50,973,759 | $ 118,896,047 |
| Flat glass manufacturing | $ 240,974,918 | $ 115,211,532 | $ 247,368,416 |
| Household cooking appliance manufacturing | $ 240,716,871 | $ 69,122,729 | $ 92,814,270 |
| Automatic environmental control manufacturing | $ 238,028,784 | $ 32,876,904 | $ 45,991,337 |
| Other communication and energy wire manufacturing | $ 222,824,794 | $ 43,422,991 | $ 55,142,213 |
| Rolled steel shape manufacturing | $ 218,048,842 | $ 20,901,055 | $ 29,782,759 |
| Custom compounding of purchased resins | $ 206,789,271 | $ 101,473,642 | $ 161,927,503 |
| Sporting and athletic goods manufacturing | $ 197,696,075 | $ 46,169,040 | $ 60,035,431 |
| Fabricated structural metal manufacturing | $ 195,165,711 | $ 80,187,504 | $ 123,890,759 |
| Motor vehicle metal stamping | $ 185,470,035 | $ 25,615,379 | $ 32,122,030 |



| Industry/Product | Illegitimate Imports | Wholesale Cost | Retail Cost |
|---|---|---|---|
| Primary battery manufacturing | $ 185,177,107 | $ 46,294,277 | $ 57,867,846 |
| Surgical and medical instrument manufacturing | $ 182,983,294 | $ 37,915,457 | $ 88,444,281 |
| All other miscellaneous electrical equipment and component manufacturing | $ 167,767,484 | $ 23,172,304 | $ 32,415,621 |
| Commercial fishing | $ 158,129,048 | $ 12,939,629 | $ 17,574,023 |
| Oil and gas field machinery and equipment manufacturing | $ 157,039,825 | $ 58,171,765 | $ 87,339,755 |
| Elevator and moving stairway manufacturing | $ 145,505,739 | $ 26,259,912 | $ 36,375,161 |
| Cut and sew apparel contractors | $ 144,001,132 | $ 51,286,183 | $ 81,483,446 |
| Motor vehicle body manufacturing | $ 143,825,208 | $ 34,817,321 | $ 50,997,554 |
| Automobile manufacturing | $ 142,118,534 | $ 19,629,632 | $ 27,459,794 |
| Wood kitchen cabinet and countertop manufacturing | $ 141,498,854 | $ 29,190,946 | $ 38,095,261 |
| Other rubber product manufacturing | $ 133,848,747 | $ 26,619,380 | $ 36,199,157 |
| Ophthalmic goods manufacturing | $ 126,638,468 | $ 44,506,998 | $ 62,507,960 |
| Other commercial service industry machinery manufacturing | $ 126,583,460 | $ 26,851,037 | $ 38,126,148 |
| Air and gas compressor manufacturing | $ 125,699,822 | $ 35,257,267 | $ 47,558,053 |
| Mining machinery and equipment manufacturing | $ 122,911,184 | $ 45,529,600 | $ 68,358,664 |
| Audio and video equipment manufacturing | $ 121,861,140 | $ 32,552,392 | $ 43,146,958 |
| Metal coating and nonprecious engraving | $ 120,456,985 | $ 46,132,462 | $ 69,309,935 |
| Conveyor and conveying equipment manufacturing | $ 119,668,223 | $ 21,596,928 | $ 29,916,008 |
| Heating equipment (except warm air furnaces) manufacturing | $ 117,906,047 | $ 29,242,762 | $ 42,179,332 |
| Explosives manufacturing | $ 117,652,955 | $ 46,633,771 | $ 69,220,575 |
| Fiber optic cable manufacturing | $ 115,087,944 | $ 32,280,765 | $ 43,543,089 |
| Plastics pipe and pipe fitting manufacturing | $ 113,315,800 | $ 12,486,535 | $ 16,452,805 |
| Ready-mix concrete manufacturing | $ 112,461,168 | $ 40,255,087 | $ 82,064,057 |
| Other textile product mills | $ 110,756,421 | $ 64,103,950 | $ 114,127,840 |
| Power, distribution, and specialty transformer manufacturing | $ 106,455,880 | $ 29,442,222 | $ 40,221,367 |
| Ammunition, except for small arms, manufacturing | $ 105,754,361 | $ 40,530,657 | $ 61,567,943 |
| Air conditioning, refrigeration, and warm air heating equipment manufacturing | $ 100,646,401 | $ 37,550,815 | $ 56,086,335 |
| Analytical laboratory instrument manufacturing | $ 100,577,730 | $ 50,461,087 | $ 78,557,183 |
| Glass product manufacturing made of purchased glass | $ 100,265,031 | $ 35,889,522 | $ 73,164,412 |
| Other electronic component manufacturing | $ 98,983,340 | $ 28,345,229 | $ 38,244,074 |
| Leather and hide tanning and finishing | $ 98,755,991 | $ 35,172,070 | $ 55,881,356 |
| Musical instrument manufacturing | $ 97,813,301 | $ 10,746,869 | $ 32,120,118 |
| Paper mills | $ 94,337,692 | $ 17,656,915 | $ 29,885,037 |
| Construction machinery manufacturing | $ 88,817,515 | $ 32,900,391 | $ 49,397,024 |
| Totalizing fluid meter and counting device manufacturing | $ 88,654,963 | $ 30,030,111 | $ 60,089,638 |
| Plastics material and resin manufacturing | $ 86,954,523 | $ 6,441,076 | $ 19,084,669 |
| Small arms ammunition manufacturing | $ 84,473,528 | $ 17,198,203 | $ 23,964,052 |
| Motor vehicle steering, suspension component (except spring), and brake systems manufacturing | $ 82,227,314 | $ 11,202,752 | $ 14,037,580 |
| Printing | $ 81,387,796 | $ 8,901,790 | $ 14,703,850 |
| Motor vehicle seating and interior trim manufacturing | $ 81,309,982 | $ 11,055,543 | $ 13,817,432 |
| Electric lamp bulb and part manufacturing | $ 79,317,199 | $ 39,794,417 | $ 61,951,445 |
| Spring and wire product manufacturing | $ 77,521,603 | $ 7,402,225 | $ 10,358,093 |
| Turned product and screw, nut, and bolt manufacturing | $ 76,608,765 | $ 10,152,969 | $ 13,878,319 |
| Brick, tile, and other structural clay product manufacturing | $ 75,501,714 | $ 18,843,273 | $ 25,594,886 |
| Sanitary paper product manufacturing | $ 75,413,520 | $ 8,309,994 | $ 10,949,611 |
| Other household nonupholstered furniture manufacturing | $ 74,955,760 | $ 20,163,108 | $ 44,751,447 |
| Capacitor, resistor, coil, transformer, and other inductor manufacturing | $ 73,798,110 | $ 10,383,654 | $ 14,267,274 |
| Pottery, ceramics, and plumbing fixture manufacturing | $ 69,436,795 | $ 14,174,025 | $ 18,884,941 |
| All other industrial machinery manufacturing | $ 69,085,576 | $ 12,249,216 | $ 17,131,527 |
| Industrial process variable instruments manufacturing | $ 67,961,041 | $ 23,999,444 | $ 33,672,301 |
| Nonwoven fabric mills | $ 67,676,547 | $ 9,401,256 | $ 15,650,694 |



| Industry/Product | Illegitimate Imports | Wholesale Cost | Retail Cost |
|---|---|---|---|
| Stationery product manufacturing | $ 67,168,118 | $ 7,400,559 | $ 12,296,758 |
| Photographic and photocopying equipment manufacturing | $ 66,354,133 | $ 11,449,514 | $ 16,038,798 |
| Packaging machinery manufacturing | $ 64,436,986 | $ 2,872,283 | $ 3,746,577 |
| Watch, clock, and other measuring and controlling device manufacturing | $ 64,197,800 | $ 32,208,828 | $ 50,142,296 |
| Bare printed circuit board manufacturing | $ 64,093,069 | $ 9,379,474 | $ 10,752,079 |
| Other basic organic chemical manufacturing | $ 63,370,994 | $ 8,536,140 | $ 14,575,026 |
| Support activities for printing | $ 62,408,815 | $ 6,848,933 | $ 11,720,844 |
| Unlaminated plastics profile shape manufacturing | $ 62,268,631 | $ 20,828,677 | $ 33,131,374 |
| Dehydrated food products manufacturing | $ 60,882,286 | $ 9,916,861 | $ 13,813,392 |
| Custom roll forming | $ 60,617,980 | $ 12,341,385 | $ 17,196,560 |
| Crown and closure manufacturing and metal stamping | $ 59,627,131 | $ 12,139,655 | $ 16,915,449 |
| Other engine equipment manufacturing | $ 59,482,969 | $ 8,098,500 | $ 10,122,738 |
| Burial casket manufacturing | $ 58,915,073 | $ 29,729,089 | $ 63,916,785 |
| Cutting tool and machine tool accessory manufacturing | $ 58,737,756 | $ 10,152,205 | $ 13,894,376 |
| Aircraft manufacturing | $ 58,171,970 | $ 8,310,281 | $ 9,497,464 |
| Wood windows and door manufacturing | $ 58,076,523 | $ 10,870,016 | $ 18,397,939 |
| Industrial mold manufacturing | $ 55,113,861 | $ 18,174,398 | $ 26,696,662 |
| Mens and boys cut and sew apparel manufacturing | $ 54,464,622 | $ 19,397,643 | $ 30,818,960 |
| Wood office furniture manufacturing | $ 53,706,278 | $ 10,864,427 | $ 25,500,992 |
| Mineral wool manufacturing | $ 53,629,081 | $ 7,045,057 | $ 17,448,176 |
| Switchgear and switchboard apparatus manufacturing | $ 53,310,059 | $ 14,754,122 | $ 20,073,918 |
| Dental equipment and supplies manufacturing | $ 51,961,942 | $ 21,330,877 | $ 36,591,935 |
| Nonferrous metal (exc aluminum) smelting and refining | $ 50,364,633 | $ 4,316,969 | $ 6,413,782 |
| Metal window and door manufacturing | $ 49,571,596 | $ 4,664,741 | $ 6,691,639 |
| Railroad rolling stock manufacturing | $ 49,522,776 | $ 2,153,164 | $ 2,743,644 |
| Secondary smelting and alloying of aluminum | $ 48,741,232 | $ 4,672,087 | $ 6,657,446 |
| Artificial and synthetic fibers and filaments manufacturing | $ 48,568,695 | $ 5,351,899 | $ 7,051,896 |
| Propulsion units and parts for space vehicles and guided missiles manufacturing | $ 48,556,918 | $ 2,111,170 | $ 2,690,134 |
| Welding and soldering equipment manufacturing | $ 48,493,189 | $ 8,598,083 | $ 12,025,120 |
| Blank magnetic and optical recording media manufacturing | $ 48,406,072 | $ 24,285,923 | $ 37,808,018 |
| Turbine and turbine generator set units manufacturing | $ 47,770,146 | $ 8,469,884 | $ 11,845,824 |
| Pump and pumping equipment manufacturing | $ 46,867,145 | $ 6,380,878 | $ 7,975,793 |
| Textile bag and canvas mills | $ 46,209,370 | $ 22,079,820 | $ 36,976,296 |
| Other pressed and blown glass and glassware manufacturing | $ 45,994,989 | $ 21,990,476 | $ 47,215,319 |
| Reconstituted wood product manufacturing | $ 44,531,053 | $ 8,334,749 | $ 14,106,898 |
| Rolling mill and other metalworking machinery manufacturing | $ 43,630,978 | $ 7,541,157 | $ 10,320,878 |
| Ground or treated mineral and earth manufacturing | $ 41,939,623 | $ 8,530,093 | $ 18,639,832 |
| Metal barrels, drums and pails manufacturing | $ 41,843,293 | $ 3,953,697 | $ 5,525,836 |
| Mechanical power transmission equipment manufacturing | $ 41,393,393 | $ 11,610,342 | $ 15,661,034 |
| Air purification and ventilation equipment manufacturing | $ 40,972,345 | $ 78,013,001 | $ 231,888,988 |
| Cement manufacturing | $ 40,601,136 | $ 14,533,037 | $ 29,627,062 |
| Bread and bakery product, except frozen, manufacturing | $ 40,213,536 | $ 3,290,656 | $ 4,469,221 |
| Broadcast and wireless communications equipment manufacturing | $ 39,176,366 | $ 11,432,913 | $ 15,425,637 |
| Nonupholstered wood household furniture manufacturing | $ 38,987,679 | $ 1,737,878 | $ 2,266,871 |
| Electromedical and electrotherapeutic apparatus manufacturing | $ 38,769,203 | $ 11,102,090 | $ 14,979,211 |
| Broom, brush, and mop manufacturing | $ 38,072,127 | $ 9,501,817 | $ 12,906,353 |
| Veneer and plywood manufacturing | $ 38,060,712 | $ 7,123,714 | $ 12,057,172 |
| Paint and coating manufacturing | $ 36,977,704 | $ 14,940,978 | $ 22,171,180 |
| Tire manufacturing | $ 35,933,824 | $ 12,862,389 | $ 26,221,277 |
| Motor vehicle transmission and power train parts manufacturing | $ 35,802,573 | $ 1,501,030 | $ 1,984,570 |
| Wiring device manufacturing | $ 35,359,925 | $ 10,165,548 | $ 13,674,833 |



| Industry/Product | Illegitimate Imports | Wholesale Cost | Retail Cost |
|---|---|---|---|
| Fabric coating mills | $ 33,111,746 | $ 19,164,521 | $ 34,119,666 |
| Computer storage device manufacturing | $ 33,105,732 | $ 5,869,811 | $ 8,209,409 |
| Motor and generator manufacturing | $ 32,096,434 | $ 8,878,472 | $ 12,004,985 |
| Phosphatic fertilizer manufacturing | $ 31,908,201 | $ 3,516,040 | $ 4,632,888 |
| Electronic computer manufacturing | $ 31,864,503 | $ 5,724,809 | $ 7,951,388 |
| Motor vehicle gasoline engine and engine parts manufacturing | $ 30,148,153 | $ 1,263,968 | $ 1,671,140 |
| Hosiery and sock mills | $ 30,114,347 | $ 3,903,712 | $ 6,229,931 |
| Gypsum product manufacturing | $ 29,979,259 | $ 4,088,081 | $ 10,406,024 |
| Metal tank (heavy gauge) manufacturing | $ 29,809,611 | $ 6,069,023 | $ 8,456,602 |
| Software and other prerecorded and record reproducing | $ 29,583,939 | $ 10,447,134 | $ 14,657,799 |
| Surgical appliance and supplies manufacturing | $ 29,110,978 | $ 6,035,332 | $ 14,077,384 |
| Glass container manufacturing | $ 28,278,550 | $ 10,122,209 | $ 20,635,145 |
| Curtain and linen mills | $ 28,005,895 | $ 3,766,875 | $ 5,997,501 |
| Metal cans manufacturing | $ 27,693,575 | $ 9,132,259 | $ 13,414,520 |
| Electricity and signal testing instruments manufacturing | $ 27,265,866 | $ 8,983,290 | $ 13,160,361 |
| Textile and fabric finishing mills | $ 27,075,452 | $ 3,608,602 | $ 5,755,585 |
| Surface active agent manufacturing | $ 25,974,737 | $ 2,636,626 | $ 3,514,761 |
| Forestry, forest products, and timber tract production | $ 25,847,313 | $ 2,847,392 | $ 6,065,171 |
| Beet sugar manufacturing | $ 25,243,676 | $ 4,051,118 | $ 5,685,021 |
| Nonferrous metal, except copper and aluminum, shaping | $ 25,024,546 | $ 2,144,961 | $ 3,186,799 |
| Asphalt shingle and coating materials manufacturing | $ 24,581,594 | $ 1,903,692 | $ 4,154,405 |
| Showcase, partition, shelving, and locker manufacturing | $ 23,421,081 | $ 4,804,324 | $ 11,168,706 |
| Pharmaceutical preparation manufacturing | $ 22,663,763 | $ 10,195,284 | $ 15,632,383 |
| Ferrous metal foundries | $ 21,998,937 | $ 1,885,623 | $ 2,801,497 |
| Semiconductor machinery manufacturing | $ 21,922,747 | $ 3,887,012 | $ 5,436,303 |
| Knit fabric mills | $ 21,297,099 | $ 12,326,402 | $ 21,945,381 |
| Motorcycle, bicycle, and parts manufacturing | $ 21,196,070 | $ 944,816 | $ 1,232,409 |
| Bottled and canned soft drinks & water | $ 21,041,116 | $ 3,427,362 | $ 4,649,064 |
| Ornamental and architectural metal work manufacturing | $ 20,443,616 | $ 4,162,173 | $ 5,799,591 |
| Optical instrument and lens manufacturing | $ 20,339,253 | $ 3,606,251 | $ 5,043,636 |
| Relay and industrial control manufacturing | $ 20,311,887 | $ 5,077,972 | $ 6,347,465 |
| Miscellaneous nonmetallic mineral products manufacturing | $ 20,289,498 | $ 9,700,529 | $ 20,827,814 |
| Blind and shade manufacturing | $ 20,086,834 | $ 5,403,360 | $ 11,992,606 |
| Nitrogenous fertilizer manufacturing | $ 19,108,502 | $ 2,105,611 | $ 2,774,445 |
| Manufactured home (mobile home) manufacturing | $ 18,991,849 | $ 3,554,650 | $ 6,016,387 |
| Light truck and utility vehicle manufacturing | $ 18,227,262 | $ 5,219,625 | $ 7,042,445 |
| Cut stock, resawing lumber, and planing | $ 17,816,495 | $ 3,334,662 | $ 5,644,049 |
| Animal production, except cattle and poultry and eggs | $ 16,477,928 | $ 1,176,389 | $ 1,736,868 |
| Flour milling | $ 16,148,052 | $ 2,629,001 | $ 3,567,387 |
| Jewelry and silverware manufacturing | $ 15,874,121 | $ 5,578,948 | $ 7,835,367 |
| All other converted paper product manufacturing | $ 15,838,224 | $ 1,737,113 | $ 2,944,176 |
| Sawmill, woodworking, and paper machinery | $ 15,467,696 | $ 2,742,499 | $ 3,835,609 |
| Machine tool manufacturing | $ 15,411,449 | $ 2,663,707 | $ 3,645,568 |
| Fluid power cylinder and actuator manufacturing | $ 15,065,186 | $ 7,602,032 | $ 16,344,175 |
| Vegetable and melon farming | $ 14,927,553 | $ 4,813,178 | $ 8,924,808 |
| Polystyrene foam product manufacturing | $ 14,349,612 | $ 1,581,218 | $ 2,083,481 |
| Breakfast cereal manufacturing | $ 14,173,890 | $ 2,308,547 | $ 3,275,929 |
| Canned fruits and vegetables manufacturing | $ 14,096,985 | $ 2,296,501 | $ 3,202,105 |
| Fasteners, buttons, needles, and pins manufacturing | $ 14,000,203 | $ 4,023,047 | $ 8,773,907 |
| Power-driven handtool manufacturing | $ 13,757,535 | $ 613,243 | $ 799,908 |
| Fluid power pump and motor manufacturing | $ 13,750,111 | $ 2,437,963 | $ 3,409,690 |
| Industrial truck, trailer, and stacker manufacturing | $ 13,152,212 | $ 586,261 | $ 764,713 |
| Other fabricated metal manufacturing | $ 12,887,559 | $ 5,112,949 | $ 7,774,168 |
| Carbon and graphite product manufacturing | $ 12,250,133 | $ 4,384,893 | $ 8,939,046 |
| Mayonnaise, dressing, and sauce manufacturing | $ 12,141,101 | $ 1,978,510 | $ 2,647,731 |
| Handtool manufacturing | $ 12,067,763 | $ 2,468,979 | $ 3,444,536 |



| Industry/Product | Illegitimate Imports | Wholesale Cost | Retail Cost |
|---|---|---|---|
| Printing ink manufacturing | $ 11,966,283 | $ 5,871,979 | $ 9,370,265 |
| Confectionery manufacturing from purchased chocolate | $ 11,920,339 | $ 1,703,799 | $ 2,284,444 |
| Iron, steel pipe and tube manufacturing from purchased steel | $ 11,122,124 | $ 417,080 | $ 7,345,429 |
| Other millwork, including flooring | $ 11,029,186 | $ 2,064,301 | $ 3,493,912 |
| Dry, condensed, and evaporated dairy product manufacturing | $ 10,850,472 | $ 1,767,388 | $ 2,461,830 |
| Food product machinery manufacturing | $ 10,840,416 | $ 1,922,060 | $ 2,688,157 |
| All other crop farming | $ 10,591,817 | $ 3,410,239 | $ 6,324,125 |
| Manufactured ice | $ 10,209,574 | $ 1,564,808 | $ 2,195,588 |
| All other food manufacturing | $ 9,659,933 | $ 1,573,495 | $ 2,134,376 |
| Polish and other sanitation good manufacturing | $ 9,029,646 | $ 720,407 | $ 1,049,497 |
| Secondary processing of other nonferrous metals | $ 8,800,758 | $ 754,351 | $ 1,120,750 |
| Rendering and meat byproduct processing | $ 8,438,593 | $ 3,566,997 | $ 5,618,248 |
| Nonferrous metal foundries | $ 8,411,298 | $ 315,424 | $ 5,555,107 |
| Tree nut farming | $ 8,335,891 | $ 2,382,416 | $ 4,272,779 |
| Prefabricated wood building manufacturing | $ 7,967,465 | $ 1,491,248 | $ 2,523,996 |
| Irradiation apparatus manufacturing | $ 7,915,839 | $ 3,971,474 | $ 6,182,740 |
| Narrow fabric mills and schiffli machine embroidery | $ 7,860,605 | $ 1,018,967 | $ 1,626,169 |
| Iron and steel mills and ferroalloy manufacturing | $ 7,724,714 | $ 2,765,035 | $ 5,636,803 |
| All other miscellaneous manufacturing | $ 7,235,708 | $ 3,651,205 | $ 7,849,997 |
| Aluminum sheet, plate, and foil manufacturing | $ 7,042,747 | $ 603,664 | $ 896,872 |
| Drilling oil and gas wells | $ 6,603,486 | $ 309,538 | $ 4,348,047 |
| Doll, toy, and game manufacturing | $ 6,423,645 | $ 2,267,127 | $ 3,180,873 |
| Animal, except poultry, slaughtering | $ 6,156,704 | $ 561,292 | $ 765,918 |
| Greenhouse, nursery, and floriculture production | $ 6,104,286 | $ 876,547 | $ 1,743,027 |
| Scales, balances, and miscellaneous general purpose machinery manufacturing | $ 6,076,192 | $ 2,003,691 | $ 2,943,253 |
| Pulp mills | $ 5,305,671 | $ 222,441 | $ 294,098 |
| Speed changer, industrial high-speed drive, and gear manufacturing | $ 5,246,153 | $ 502,870 | $ 716,559 |
| All other transportation equipment manufacturing | $ 5,172,980 | $ 211,168 | $ 274,932 |
| Fiber, yarn, and thread mills | $ 5,156,957 | $ 2,326,946 | $ 3,685,230 |
| Concrete block and brick manufacturing | $ 5,153,572 | $ 702,760 | $ 1,788,843 |
| Roasted nuts and peanut butter manufacturing | $ 4,777,010 | $ 778,202 | $ 1,036,455 |
| Cookie and cracker manufacturing | $ 4,473,872 | $ 728,819 | $ 970,540 |
| Laminated plastics plate, sheet (except packaging), and shape manufacturing | $ 4,471,119 | $ 492,683 | $ 649,181 |
| Copper rolling, drawing, extruding and alloying | $ 4,413,782 | $ 378,324 | $ 562,082 |
| Rice milling | $ 4,384,732 | $ 713,861 | $ 968,664 |
| In-vitro diagnostic substance manufacturing | $ 4,197,708 | $ 1,696,099 | $ 2,516,872 |
| Ice cream and frozen dessert manufacturing | $ 4,013,242 | $ 653,698 | $ 929,293 |
| Soap and other detergent manufacturing | $ 3,982,268 | $ 683,043 | $ 941,337 |
| Fruit farming | $ 3,738,782 | $ 1,205,517 | $ 2,235,324 |
| Malt manufacturing | $ 3,537,674 | $ 576,643 | $ 962,296 |
| Frozen fruits, juices and vegetables manufacturing | $ 3,434,659 | $ 490,923 | $ 658,227 |
| Small electrical appliance manufacturing | $ 3,385,426 | $ 987,662 | $ 1,332,740 |
| Paperboard container manufacturing | $ 3,359,511 | $ 370,183 | $ 703,184 |
| Fats and oils refining and blending | $ 3,282,020 | $ 534,596 | $ 760,817 |
| Toilet preparation manufacturing | $ 3,121,250 | $ 1,531,630 | $ 2,444,113 |
| Phosphate rock mining | $ 3,113,671 | $ 145,953 | $ 2,050,188 |
| Broadwoven fabric mills | $ 3,031,579 | $ 1,470,063 | $ 2,258,273 |
| Hardware manufacturing | $ 3,020,228 | $ 285,376 | $ 398,852 |
| Pesticide and other agricultural chemical manufacturing | $ 3,016,974 | $ 1,358,852 | $ 2,287,045 |
| Aircraft engine and engine parts manufacturing | $ 2,919,665 | $ 706,939 | $ 1,035,506 |
| Paper bag and coated and treated paper manufacturing | $ 2,890,972 | $ 318,526 | $ 529,263 |
| Wood container and pallet manufacturing | $ 2,730,007 | $ 510,968 | $ 864,833 |
| Canned specialties | $ 2,681,739 | $ 436,871 | $ 581,881 |
| Wet corn milling | $ 2,532,769 | $ 30,166 | $ 472,718 |
| Support activities for oil and gas operations | $ 2,311,056 | $ 108,331 | $ 1,521,709 |
| Grain farming | $ 2,302,584 | $ 27,424 | $ 429,756 |



| Industry/Product | Illegitimate Imports | Wholesale Cost | Retail Cost |
|---|---|---|---|
| Coffee and tea manufacturing | $ 2,142,028 | $ 305,232 | $ 399,718 |
| Motor home manufacturing | $ 2,045,321 | $ 91,170 | $ 118,922 |
| Adhesive manufacturing | $ 2,015,230 | $ 814,261 | $ 1,208,296 |
| Overhead cranes, hoists, and monorail systems manufacturing | $ 1,969,791 | $ 355,495 | $ 492,431 |
| Iron and steel forging | $ 1,777,338 | $ 361,853 | $ 504,208 |
| Oilseed farming | $ 1,751,747 | $ 20,864 | $ 326,947 |
| Other leather and allied product manufacturing | $ 1,591,360 | $ 565,189 | $ 896,040 |
| Sand and gravel mining | $ 1,568,112 | $ 180,936 | $ 278,363 |
| Plastics packaging materials and unlaminated film and sheet manufacturing | $ 1,566,812 | $ 1,995,406 | $ 5,459,039 |
| Small arms, ordnance, and accessories manufacturing | $ 1,553,870 | $ 616,475 | $ 937,342 |
| Other clay, ceramic, refractory minerals mining | $ 1,486,922 | $ 69,699 | $ 979,059 |
| Military armored vehicle, tank, and tank component manufacturing | $ 1,348,372 | $ 55,043 | $ 71,663 |
| Fertilizer mixing | $ 1,291,332 | $ 581,618 | $ 978,906 |
| Tortilla manufacturing | $ 1,285,363 | $ 209,396 | $ 275,464 |
| Photographic film and chemical manufacturing | $ 1,260,813 | $ 618,694 | $ 987,286 |
| Dry pasta, mixes, and dough manufacturing | $ 1,258,522 | $ 205,023 | $ 269,712 |
| Distilleries | $ 1,105,216 | $ 528,800 | $ 852,616 |
| Alumina refining and primary aluminum production | $ 1,059,392 | $ 101,548 | $ 144,700 |
| Meat processed from carcasses | $ 1,017,876 | $ 92,797 | $ 126,628 |
| Synthetic dye and pigment manufacturing | $ 1,007,546 | $ 78,028 | $ 170,280 |
| Power boiler and heat exchanger manufacturing | $ 976,390 | $ 198,786 | $ 276,989 |
| Other basic inorganic chemical manufacturing | $ 858,911 | $ 64,418 | $ 268,410 |
| Nonchocolate confectionery manufacturing | $ 697,268 | $ 99,662 | $ 133,626 |
| Potash, soda, and borate mineral mining | $ 634,801 | $ 29,756 | $ 417,983 |
| Other aluminum rolling, drawing and extruding | $ 631,714 | $ 54,147 | $ 80,447 |
| Sugar cane mills and refining | $ 547,905 | $ 89,240 | $ 119,518 |
| Flavoring syrup and concentrate manufacturing | $ 497,302 | $ 70,864 | $ 92,800 |
| Copper, nickel, lead, and zinc mining | $ 461,345 | $ 12,815 | $ 284,158 |
| Paperboard mills | $ 452,578 | $ 49,633 | $ 87,120 |
| All other miscellaneous wood product manufacturing | $ 405,523 | $ 17,002 | $ 22,479 |
| Commercial logging | $ 392,831 | $ 73,525 | $ 124,444 |
| Asphalt paving mixture and block manufacturing | $ 342,530 | $ 38,252 | $ 62,819 |
| Breweries | $ 329,990 | $ 55,615 | $ 73,371 |
| Tobacco product manufacturing | $ 323,305 | $ 209,248 | $ 366,263 |
| Cut stone and stone product manufacturing | $ 321,208 | $ 45,887 | $ 117,995 |
| Boat building | $ 290,554 | $ 12,633 | $ 16,097 |
| Seafood product preparation and packaging | $ 231,423 | $ 18,937 | $ 25,720 |
| Cheese manufacturing | $ 229,086 | $ 37,315 | $ 52,847 |
| Fabricated pipe and pipe fitting manufacturing | $ 197,345 | $ 78,294 | $ 119,045 |
| Guided missile and space vehicle manufacturing | $ 193,654 | $ 8,420 | $ 10,729 |
| Industrial gas manufacturing | $ 192,987 | $ 14,946 | $ 32,616 |
| Other chemical and fertilizer mineral mining | $ 166,920 | $ 7,824 | $ 109,908 |
| Travel trailer and camper manufacturing | $ 162,651 | $ 39,383 | $ 57,687 |
| Mattress manufacturing | $ 156,220 | $ 33,138 | $ 77,465 |
| Other nonmetallic minerals | $ 142,989 | $ 6,703 | $ 94,151 |
| Truck trailer manufacturing | $ 116,169 | $ 5,178 | $ 6,754 |
| Upholstered household furniture manufacturing | $ 106,961 | $ 4,768 | $ 6,219 |
| Sheet metal work manufacturing | $ 105,276 | $ 10,091 | $ 14,379 |
| All other petroleum and coal products manufacturing | $ 99,369 | $ 7,696 | $ 16,794 |
| Beef cattle ranching and farming, including feedlots and dual-purpose ranching and farming | $ 94,197 | $ 3,747 | $ 12,437 |
| Coal mining | $ 90,641 | $ 20,681 | $ 28,542 |
| Steel wire drawing | $ 72,678 | $ 6,967 | $ 9,927 |
| Chocolate and confectionery manufacturing from cacao beans | $ 60,359 | $ 8,627 | $ 11,567 |
| Tobacco farming | $ 39,406 | $ 4,341 | $ 9,247 |
| Petrochemical manufacturing | $ 32,866 | $ 2,545 | $ 5,555 |
| Other concrete product manufacturing | $ 23,786 | $ 3,244 | $ 8,256 |
| Frozen cakes and other pastries manufacturing | $ 22,869 | $ 2,627 | $ 3,467 |
| Abrasive product manufacturing | $ 21,111 | $ 3,016 | $ 7,755 |
| Fluid milk manufacturing | $ 14,618 | $ 1,679 | $ 2,216 |
| Petroleum lubricating oil and grease manufacturing | $ 10,704 | $ 829 | $ 1,809 |
| Other metal ore mining | $ 5,902 | $ 681 | $ 1,048 |
| Wineries | $ 4,348 | $ 733 | $ 967 |
| Cotton farming | $ 3,763 | $ 415 | $ 883 |
| Poultry processing | $ 2,695 | $ 454 | $ 599 |
| Sugarcane and sugar beet farming | $ 2,561 | $ 282 | $ 601 |
| Oil and gas extraction | $ 1,484 | $ 339 | $ 467 |
| Soybean and other oilseed processing | $ 391 | $ 64 | $ 106 |



EXHIBIT 9

| ARTS-GS | Articles of Incorporation of a General Stock Corporation |
|---|---|

To form a general stock corporation in California, you can fill out this form or prepare your own document, and submit for filing along with.

– A $100 filing fee.

– A separate, non-refundable $15 service fee also must be included, if you drop off the completed form or document.

*Important!* Corporations in California may have to pay a minimum $800 yearly tax to the California Franchise Tax Board. For more information, go to https://www.ftb.ca.gov.

*Note: Before submitting the completed form, you should consult with a private attorney for advice about your specific business needs.*

**FILED**
Secretary of State
State of California

*lu* SEP 28 2016

This Space For Office Use Only

For questions about this form, go to *www.sos.ca.gov/business/be/filing-tips.htm.*

**Corporate Name**  (List the proposed corporate name. Go to www.sos.ca.gov/business/be/name-availability.htm for general corporate name requirements and restrictions.)

① The name of the corporation is  SECRET EQUIPMENT INC.

**Corporate Purpose**

② The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

**Service of Process**  (List a California resident or a California registered corporate agent that agrees to be your initial agent to accept service of process in case your corporation is sued  You may list any adult who lives in California. You may not list your own corporation as the agent.  Do not list an address if the agent is a California registered corporate agent as the address for service of process is already on file.)

③ a.  TIEZHUAN HU
Agent's Name

  b.  323 PASEO TESORO          WALNUT                    CA 91789
Agent's Street Address (if agent is not a corporation) - Do not list a P.O. Box    City (no abbreviations)    State   Zip

**Corporate Addresses**

④ a.  323 PASEO TESORO          WALNUT        CA      91789
Initial Street Address of Corporation - Do not list a P.O. Box    City (no abbreviations)    State   Zip

  b.
Initial Mailing Address of Corporation, if different from 4a    City (no abbreviations)    State   Zip

**Shares**  (List the number of shares the corporation is authorized to issue. Note: Before shares of stock are sold or issued, the corporation must comply with the Corporate Securities Law of 1968 administered by the California Department of Business Oversight. For more information, go to www.dbo.ca.gov or call the California Department of Business Oversight at (866) 275-2677.)

⑤ This corporation is authorized to issue only one class of shares of stock.

The total number of shares which this corporation is authorized to issue is  10,000

This form must be signed by each incorporator. If you need more space, attach extra pages that are 1-sided and on standard letter-sized paper (8 1/2" x 11"). All attachments are made part of these articles of incorporation.

▶ *Tiezhuan Hu*                    TIEZHUAN HU
Incorporator - Sign here                Print your name here

| Make check/money order payable to: Secretary of State Upon filing, we will return one (1) uncertified copy of your filed document for free, and will certify the copy upon request and payment of a $5 certification fee. | **By Mail** Secretary of State Business Entities, P.O. Box 944260 Sacramento, CA 94244-2600 | **Drop-Off** Secretary of State 1500 11th Street, 3rd Floor Sacramento, CA 95814 |
|---|---|---|

Corporations Code §§ 200-202 et seq., Revenue and Taxation Code § 23153
ARTS-GS (REV 03/2014)

2014 California Secretary of State
www.sos.ca.gov/business/be

3694413

| ARTS-GS | **Articles of Incorporation of a General Stock Corporation** |
|---|---|

To form a **general stock corporation** in California, you can fill out this form or prepare your own document, and submit for filing along with:

- A **$100** filing fee.

- A separate, non-refundable **$15** service fee also must be included, if you **drop off** the completed form or document.

**Important!** Corporations in California may have to pay a minimum $800 yearly tax to the California Franchise Tax Board. For more information, go to https://www.ftb.ca.gov.

Note: *Before submitting the completed form*, you should consult with a private attorney for advice about your specific business needs.

**FILED**
Secretary of State
State of California

**JUL 2 2 2014**

This Space For Office Use Only

**For questions about this form, go to** *www.sos.ca.gov/business/be/filing-tips.htm.*

**Corporate Name** (List the proposed corporate name. Go to www.sos.ca.gov/business/be/name-availability.htm for general corporate name requirements and restrictions.)

① The name of the corporation is _____ XKH GROUP INC.

**Corporate Purpose**

② The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

**Service of Process** (List a California resident or an active 1505 corporation in California that agrees to be your initial agent to accept service of process in case your corporation is sued. You may list any adult who lives in California. You may **not** list your own corporation as the agent. **Do not** list an address if the agent is a 1505 corporation as the address for service of process is already on file.)

③ a.  HONGBIN HU
    *Agent's Name*

   b.  337 PASEO SONRISA                                   WALNUT            CA    91789
    *Agent's Street Address (if agent is **not** a corporation) - Do not list a P.O. Box*   *City (no abbreviations)*   *State*   *Zip*

**Corporate Addresses**

④ a.  337 PASEO SONRISA                                   WALNUT            CA    91789
    *Initial Street Address of Corporation - Do not list a P.O. Box*   *City (no abbreviations)*   *State*   *Zip*

   b.  337 PASEO SONRISA                                   WALNUT            CA    91789
    *Initial Mailing Address of Corporation, if different from 4a*   *City (no abbreviations)*   *State*   *Zip*

**Shares** (List the number of shares the corporation is authorized to issue. Note: Before shares of stock are sold or issued, the corporation must comply with the Corporate Securities Law of 1968 administered by the California Department of Corporations. For more information, go to www.corp.ca.gov or call the California Department of Corporations at (213) 576-7500.)

⑤ This corporation is authorized to issue only one class of shares of stock.

   The total number of shares which this corporation is authorized to issue is  10000

This form must be signed by each incorporator. If you need more space, attach extra pages that are 1-sided and on standard letter-sized paper (8 1/2" x 11"). All attachments are made part of these articles of incorporation.

▶ *Hongbin Hu*                              HONGBIN HU
    *Incorporator - Sign here*                   *Print your name here*

| Make check/money order payable to: **Secretary of State** | **By Mail** | **Drop-Off** |
|---|---|---|
| Upon filing, we will return one (1) uncertified copy of your filed document for free, and will certify the copy upon request and payment of a $5 certification fee. | Secretary of State Business Entities, P.O. Box 944260 Sacramento, CA 94244-2600 | Secretary of State 1500 11th Street, 3rd Floor Sacramento, CA 95814 |

Corporations Code §§ 200-202 et seq., Revenue and Taxation Code § 23153
ARTS-GS (REV 05/2013)                                             2013 California Secretary of State
                                                                  www.sos.ca.gov/business/be

| ARTS-GS | Articles of Incorporation of a General Stock Corporation |
|---|---|

To form a **general stock corporation** in California, you can fill out this form or prepare your own document, and submit for filing along with:

- A **$100 filing fee.**

- A separate, non-refundable **$15 service fee** also must be included, if you **drop off** the completed form or document.

*Important!* Corporations in California may have to pay a minimum $800 yearly tax to the California Franchise Tax Board. For more information, go to https://www.ftb.ca.gov.

Note: *Before submitting the completed form,* you should consult with a private attorney for advice about your specific business needs.

**FILED** 
SECRETARY OF STATE
STATE OF CALIFORNIA

**NOV -3 2015**

I CC  This Space For Office Use Only

For questions about this form, go to *www.sos.ca.gov/business/be/filing-tips.htm.*

**Corporate Name**  (List the proposed corporate name. Go to www.sos.ca.gov/business/be/name-availability.htm for general corporate name requirements and restrictions.)

① The name of the corporation is ___HK MOTO INC___

**Corporate Purpose**

② The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

**Service of Process**  (List a California resident or a California registered corporate agent that agrees to be your initial agent to accept service of process in case your corporation is sued. You may list any adult who lives in California. You may not list your own corporation as the agent. Do not list an address if the agent is a California registered corporate agent as the address for service of process is already on file.)

③ a. ___HONGHAI HU___
       Agent's Name

   b. ___354 SOUTH LEMON    AVE___    ___WALNUT___    ___CA___ ___91789___
      Agent's Street Address (if agent is not a corporation) - Do not list a P.O. Box    City (no abbreviations)    State    Zip

**Corporate Addresses**

④ a. ___354 SOUTH LEMON AVE___    ___WALNUT___    ___CA 91789___
      Initial Street Address of Corporation - Do not list a P.O. Box    City (no abbreviations)    State    Zip

   b. _____    _____    _____
      Initial Mailing Address of Corporation, if different from 4a    City (no abbreviations)    State    Zip

**Shares**  (List the number of shares the corporation is authorized to issue. Note: Before shares of stock are sold or issued, the corporation must comply with the Corporate Securities Law of 1968 administered by the California Department of Business Oversight. For more information, go to www.dbo.ca.gov or call the California Department of Business Oversight at (866) 275-2677.)

⑤ This corporation is authorized to issue only one class of shares of stock.    10,000
    The total number of shares which this corporation is authorized to issue is _____.

This form must be signed by each incorporator. If you need more space, attach extra pages that are 1-sided and on standard letter-sized paper (8 1/2" x 11"). All attachments are made part of these articles of incorporation.

                                            HONGHAI HU

▶ HonG HaI HU
   _____    _____
   Incorporator - Sign here                Print your name here

| Make check/money order payable to: **Secretary of State** | **By Mail** | **Drop-Off** |
|---|---|---|
| Upon filing, we will return one (1) uncertified copy of your filed document for free, and will certify the copy upon request and payment of a $5 certification fee. | Secretary of State Business Entities, P.O. Box 944260 Sacramento, CA 94244-2600 | Secretary of State 1500 11th Street, 3rd Floor Sacramento, CA 95814 |

The Wayback Machine - https://web.archive.org/web/20180819233358/https://www.httmotor.com/

- [PARTS](#)
  - [Foot Controls, Pegs & Pedals](#)
    - [Brake Pedals](#)
    - [Foot Pegs Combo](#)
    - [Foot Pegs](#)
    - [Forward Controls](#)
    - [Shifters](#)
  - [Fuel, Air & Exhaust](#)
    - [Air Intakes](#)
    - [Exhaust Hangers](#)
    - [Exhaust Tips](#)
    - [Ram Air Kit](#)
  - [Hand Controls, Grips & Mirrors](#)
    - [Hand Grips](#)
    - [Hand Levers](#)
    - [Handle Bars](#)
    - [Mirror Accessories](#)
    - [Mirrors](#)
    - [Switch Housings](#)
  - [Suspension & Brakes](#)
    - [Lowering Kits](#)
    - [Wheel Spacers](#)
- [ACCESSORIES](#)
  - [Audio, Electronics & Security](#)
    - [Camera Mounts](#)
    - [Meter Housing](#)
    - [Screen Protectors](#)
  - [Crash Protectors](#)
    - [Bar Ends](#)
    - [Crash Bar](#)
    - [Frame Sliders](#)
    - [Handguards](#)
    - [Swingarm Spools](#)
  - [Gear & Apparel](#)
    - [Helmets](#)
    - [Keychain](#)
  - [Grilles & Grille Guards](#)
    - [Grille & Brush Guards](#)
  - [Luggage Racks](#)

- Backrests & Sissy bar
- Grab Bars
- Luggage Racks
- Saddle Bags Accessories
- Saddle Bags Hardware Kit
- Saddlebag Bracket Guard Bars
- Seats
- Trim, Accents, Caps & Covers
  - Brake Pedal & Shift Peg Covers
  - Derby Covers
  - Drive Shaft Guards
  - Fluid Reservoir Caps
  - Frame Plugs
  - Gas Caps & Tank Pads
  - Headlight Cover
  - Horn Covers
  - Inspection Sticker Plate
  - Screws, Nuts & Bolts
  - Stator & Timing Covers
  - Switches Caps
  - Valve Caps
- Vehicle Covers
  - Motorcycle Covers
- Fender Accessories
- Car Racks & Carriers
- BODY & FRAME
  - Body Parts
    - Exhaust
    - Fairings
    - Fender
    - Gas Tanks
    - Plate Holders
    - Relocation Kits
    - Saddlebags
    - Shift Linkages
    - Stands
    - Trunk
    - Upper Stay Brackets
    - Windshield
  - Chain Accessories
    - Chain Guards

- Steering
  - Risers
- LIGHTING AND ELECTRICAL
  - Lighting
    - Accent Lights
    - Fog Lights
    - Headlights
    - License Plate Lights
    - Tail Lights
    - Turn Signal Lenses
    - Turn Signals
  - Power & Wiring
    - Resistors
- TOOLS & GARAGE
  - Garage & Shop
    - Jacks, Stands, & Dollies
  - Home & General Tools
    - Miscellaneous Tools & Equipment
- SEARCH BY MODEL



SEARCH PRODUCTS...

What are you Looking for?

0

SHOPPING CART

CLOSE

No Products in the Cart

TOTAL:
$0.00
PROCEED TO CHECKOUT

**GET DISCOUNT CODE & NEWS:**

Enter your e-mail                    SUBSCRIBE

**CATEGORIES**

[PARTS](#)
[ACCESSORIES](#)
[BODY & FRAME](#)
[LIGHTING AND ELECTRICAL](#)
[TOOLS & GARAGE](#)
[SEARCH BY MODEL](#)

**INFORMATION**

[About Us](#)
[News](#)

**CUSTOMER SERVICE**

[Contact Us](#)
[FAQ](#)
[Return Policy](#)

**CONTACTS**

*Address: 337 Paseo Sonrisa, Walnut, CA 91789, USA*

*Phone: (626) 774-7007*

*Hours: Monday to Friday from 10 am to 6 pm*

*E-mail:* [*info@httmotor.com*](mailto:info@httmotor.com)

## HTT MOTOR

© HTT MOTOR 2018. All Rights Reserved

[BACK TO TOP](#)

SKU:

# t

1

ADD TO CART

Vendor:
Product Type:
Barcode:

[View Full Info](#)

Added to cart successfully!
[CONTINUE SHOPPING](#) [VIEW CART](#) [PROCEED TO CHECKOUT](#)
Added to cart successfully!
QTY:
TOTAL:
[There are items](#)
[in your cart](#)
[TOTAL:](#)
[CONTINUE SHOPPING](#) [VIEW CART](#) [PROCEED TO CHECKOUT](#)

You have successfully subscribed!

Someone purchsed a

Product name

info info

EXHIBIT 10



**California Secretary of State**
Electronic Filing

# Corporation - Statement of Information

| | |
|---|---|
| Entity Name: | SECRET EQUIPMENT INC. |

| | |
|---|---|
| Entity (File) Number: | C3949573 |
| File Date: | 07/09/2021 |
| Entity Type: | Corporation |
| Jurisdiction: | CALIFORNIA |
| Document ID: | GU76391 |

**Detailed Filing Information**

1. Entity Name:

   SECRET EQUIPMENT INC.

2. Business Addresses:
   a. Street Address of Principal Office in California:

      2910 S Archibald Ave Suite A #111
      Ontario, California 91761
      United States of America

   b. Mailing Address:

      2910 S Archibald Ave Suite A #111
      Ontario, California 91761
      United States of America

   c. Street Address of Principal Executive Office:

      2910 S Archibald Ave Suite A #111
      Ontario, California 91761
      United States of America

3. Officers:
   a. Chief Executive Officer:

      TIEZHUAN  HU
      2910 S Archibald Ave Suite A #111
      Ontario, California 91761
      United States of America

   b. Secretary:

      TIEZHUAN  HU
      2910 S Archibald Ave Suite A #111
      Ontario, California 91761
      United States of America

Document ID:GU76391

**California Secretary of State**
Electronic Filing

Officers (cont'd):

    c.   Chief Financial Officer:

                        TIEZHUAN  HU
                        2910 S Archibald Ave Suite A #111
                        Ontario, California 91761
                        United States of America

4.   Director:

                        TIEZHUAN  HU
                        2910 S Archibald Ave Suite A #111
                        Ontario, California 91761

    Number of Vacancies on the Board of    United States of America
    Directors:

                        0

5.   Agent for Service of Process:

                        TIEZHUAN  HU
                        2910 S Archibald Ave Suite A #111
                        Ontario, California 91761
                        United States of America

6.   Type of Business:               MOTORCYCLE PARTS RETAIL

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature:   TIEZHUAN HU

*Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.*



# California Secretary of State
## Electronic Filing

**FILED**
Secretary of State
State of California

# Corporation - Statement of Information

| | |
|---|---|
| Entity Name: | XKH GROUP INC. |

| | |
|---|---|
| Entity (File) Number: | C3694413 |
| File Date: | 10/29/2020 |
| Entity Type: | Corporation |
| Jurisdiction: | CALIFORNIA |
| Document ID: | GK55741 |

**Detailed Filing Information**

1. Entity Name:

   XKH GROUP INC.

2. Business Addresses:

   a. Street Address of Principal Office in California:

   2910 S ARCHIBALD AVE, A433
   ONTARIO, California 91761
   United States of America

   b. Mailing Address:

   2910 S ARCHIBALD AVE, A433
   ONTARIO, California 91761
   United States of America

   c. Street Address of Principal Executive Office:

   2910 S ARCHIBALD AVE, A433
   ONTARIO, California 91761
   United States of America

3. Officers:

   a. Chief Executive Officer:

   ZHENKAI  HU
   2910 S ARCHIBALD AVE, A433
   ONTARIO, California 91761
   United States of America

   b. Secretary:

   ZHENKAI  HU
   2910 S ARCHIBALD AVE, A433
   ONTARIO, California 91761
   United States of America

Document ID: GK55741

# California Secretary of State
## Electronic Filing

Officers (cont'd):

   c.  Chief Financial Officer:

ZHENKAI  HU
2910 S ARCHIBALD AVE, A433
ONTARIO, California 91761
United States of America

4.  Director:

ZHENKAI  HU
2910 S ARCHIBALD AVE, A433
ONTARIO, California 91761
United States of America

Number of Vacancies on the Board of
Directors:

0

5.  Agent for Service of Process:

ZHENKAI   HU
2910 S ARCHIBALD AVE, A433
ONTARIO, California 91761
United States of America

6.  Type of Business:

IMPORT OF GENERAL
MERCHANDISE

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature:  ZHENKAI HU

*Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.*

Document ID: GK55741



**California Secretary of State**
Electronic Filing

FILED
Secretary of State
State of California

# Corporation - Statement of Information

| | |
|---|---|
| Entity Name: | HK MOTO INC |

| | |
|---|---|
| Entity (File) Number: | C3840371 |
| File Date: | 06/24/2020 |
| Entity Type: | Corporation |
| Jurisdiction: | CALIFORNIA |
| Document ID: | GG52806 |

**Detailed Filing Information**

1. Entity Name:

   HK MOTO INC

2. Business Addresses:

   a. Street Address of Principal
      Office in California:

      2910 S. ARCHIBALD AVE., SUITE A #103
      ONTARIO, California 91761
      United States of America

   b. Mailing Address:

      2910 S. ARCHIBALD AVE., SUITE A #103
      ONTARIO, California 91761
      United States of America

   c. Street Address of Principal
      Executive Office:

      2910 S. ARCHIBALD AVE., SUITE A #103
      ONTARIO, California 91761
      United States of America

3. Officers:

   a. Chief Executive Officer:

      HONGHAI  HU
      2910 S. ARCHIBALD AVE., SUITE A #103
      ONTARIO, California 91761
      United States of America

   b. Secretary:

      HONGHAI  HU
      2910 S. ARCHIBALD AVE., SUITE A #103
      ONTARIO, California 91761
      United States of America

Document ID: GG52806

**California Secretary of State**
Electronic Filing

Officers (cont'd):

    c.   Chief Financial Officer:

                                    HONGHAI  HU
2910 S. ARCHIBALD AVE., SUITE A #103
ONTARIO, California 91761
United States of America

4.   Director:

                                      HONGHAI  HU
2910 S. ARCHIBALD AVE., SUITE A #103
ONTARIO, California 91761
United States of America

Number of Vacancies on the Board of Directors:

0

5.   Agent for Service of Process:

HONGHAI  HU
2910 S. ARCHIBALD AVE., SUITE A #103
ONTARIO, California 91761
United States of America

6.   Type of Business:

MOTORCYCLE PARTS WHOLESALE

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature:   HONGHAI HU

*Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.*

Document ID: GG52806

EXHIBIT 11

Page Vault

| | |
|---|---|
| Document title: | Amazon.com: HTTMT - for 2006-2011 Fz1 No Cut Frame Slider Crash Protector [P/N: MT219-014-BK] : Automotive |
| Capture URL: | https://www.amazon.com/Frame-Slider-Crash-Protector-Yamaha/dp/B00L8FPNFS/ref=sr_1_193?m=A1T7DIMHB0ZNRO&marketplaceID=ATVPDKIKX0DER&qid=1648741533&s=merchant-items&sr=1-193&th=1 |
| Page loaded at (UTC): | Thu, 31 Mar 2022 21:51:54 GMT |
| Capture timestamp (UTC): | Thu, 31 Mar 2022 21:52:29 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 35.172.76.147 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 7 |
| Capture ID: | 6123285b-7d56-4368-bee0-359020f2234d |
| User: | im-cmauney |





- Save 4% each on Qualifying items offered by HK MOTO INC when you purchase 3 or more. Here's how (restrictions apply)

## Important Information

### Legal Disclaimer

PLEASE NOTE: This is an aftermarket custom item, not an OEM part. It will fit the models listed but modification may or may not be required. This item is intended for professional installation. Make sure it will fit before you buy. Thank you for your understanding.

## Product Description

### Attributes:

- High Quality and Light Weight Frame Sliders (Left & Right Sides)
- Frame sliders help to protect the frame, engine cases and bodywork/fairings to minimize the cost of repair.
- Professional installation is recommended

### Specifics

- Quantity: 1 pair
- Instructions: Not Included
- Condition: Brand New, Never Used
- Color: Same as picture show
- Material: Delrin

### Quick bullet points about sliders:

- They are not designed to protect plastics, clipons, or rearsets, even though they might help sometimes.
- You do not want a slider to stick out too far or it will help flip your bike in a crash by snagging on the ground, curb or anything else
- You want delrin or plastic to touch down when you crash as they will grind off and not catch on anything and if hit hard enough or direct enough they will shatter.
- If your slider shatters, grinds off or bends then it did it's job. You don't want it solid after a crash or it didn't absorb any energy but merely transferred it on to what you bolted it to.
- When F1 cars hit the side of a track they explode as they don't want the drive to absorb the energy. Frame sliders are the same way. You want them to stay attached but get beat up and take the energy
- If the bolt on a frame slider bends that's a good thing as the only other option is to put the energy on the frame or mounting point. Better the bolt bends. Also if it didn't bend it might have flip the bike by snagging something. A mangled frame slider but still on the bike  did it's job.
- No cut frame sliders aren't a direct bolt on like cut sliders as they often have a bracket.

### Fitment:

- 2006-2011 FZ1

## Product Information



### Technical Details

| | |
|---|---|
| Manufacturer | TTMT |
| Brand | HTTMT |
| Item Weight | 3.19 ounces |
| Package Dimensions | 4.6 x 4.3 x 0.9 inches |
| Is Discontinued By Manufacturer | No |
| Manufacturer Part Number | USMT219-014-BK |

### Additional Information

| | |
|---|---|
| ASIN | B00L8FPNFS |
| Customer Reviews | ★★★★☆ 27 ratings  4.1 out of 5 stars |
| Best Sellers Rank | #56,352 in Automotive (See Top 100 in Automotive)  #3 in Powersports Frame Sliders |
| Date First Available | June 24, 2014 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here.

### Feedback

Would you like to tell us about a lower price? ›

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Explore more from HTTMT

Sponsored ⓘ

Page 1 of 6

**Explore more from HTTMT**
Sponsored

Page 1 of 6

      

HTTMT MT219-006- No Cut Frame Slider Crash Protector Compatible with 2006 2007 Cbr...
★★★★☆ 80
$28.69 ✓prime

HTTMT MT219-047- No Cut Frame Slider Crash Protector Compatible with 2004-2011 Yama...
$18.69

HTTMT MT219-055-CN No Cut Frame Slider Protector Compatible with 2009-2012 YZF...
★★★☆☆ 23
$27.99 ✓prime

HTTMT MT219-038- No Cut Frame Slider Crash Protector Compatible with 2007 2008 Yzf...
★★★★☆ 10
$30.79

HTTMT - For 2005-2006 Suzuki Gsxr 1000 Gsx-R No Cut Frame Slider Crash Protector Bl...
★★★★½ 71
$17.89 ✓prime

HTTMT MT219-037-CN No Cut Frame Slider Crash Protector Compatible with 2007...
★★★★☆ 141
$28.29 ✓prime

HTTMT MT219-024-BK No Cut Frame Slider Protector Compatible with 2006 2007 2008...
★★★★☆ 108
$29.99 ✓prime

## Videos

**Videos for related products**



fz 07 frame slider

ISSYAUTO

Upload your video

---

## Customer questions & answers

🔍 Have a question? Search for answers

▲
0
votes
▼

**Question:** Will these fit a 2001 fz1?

**Answer:** I have the 2007 fz1 it fit mine, I put it where the top mounting Bolt went and it fit perfect I don't know about the 01 though
By ej hall on March 14, 2017

---

## Customer reviews

 4.1 out of 5

27 global ratings

| | | |
|---|---|---|
| 5 star | | 63% |
| 4 star | | 14% |
| 3 star | | 4% |
| 2 star | | 11% |
| 1 star | | 9% |

⌄ How are ratings calculated?

### Review this product

Share your thoughts with other customers

Write a customer review

### Reviews with images

 

See all customer images

 Top reviews ⌄

### Top reviews from the United States

David J Rorabaugh

★★☆☆☆ **INSPECT HARDWARE CAREFULLY**
Reviewed in the United States on May 6, 2020
Size: 2006-2011 FZ1 | Color: Black | ✓ Verified Purchase

The sliders are great but the bolts are garbage and should not be used. Buy something else with better hardware because it cost 10$ at the hardware store to buy replacement. The threads were awful and the Allen hole wasn't even centered. I'm giving it 2 stars because the black slider material is decent looking.

Helpful | Report abuse

Jgraham

★★★★★ **Not bad for the price.**
Reviewed in the United States on October 4, 2019
Size: 2006-2011 FZ1 | Color: Black | ✓ Verified Purchase

Easy to install. Held up to a minor fall. Would probably have to replace if I ever went down hard. Made out of hard plastic and mars up easily but isn't that what they are for? Kept my fairings from getting scratched

---

Document title: Amazon.com: HTTMT - for 2006-2011 Fz1 No Cut Frame Slider Crash Protector [P/N: MT219-014-BK] : Automotive
Capture URL: https://www.amazon.com/Frame-Slider-Crash-Protector-Yamaha/dp/B00L8FPNFS/ref=sr_1_193?…
Capture timestamp (UTC): Thu, 31 Mar 2022 21:52:29 GMT

Jgraham

★★★★★ **Not bad for the price.**

Reviewed in the United States on October 4, 2019

Size: 2006-2011 FZ1   Color: Black   Verified Purchase

Easy to install. Held up to a minor fall. Would probably have to replace if I ever went down hard. Made out of hard plastic and marr up easily but isn't that what they are for? Kept my fairings from getting scratched.



Helpful    Report abuse

Alnuzan

★★★★☆ 👍

Reviewed in the United States on March 4, 2020

Size: 2006-2011 FZ1   Color: Black   Verified Purchase

👍

Helpful    Report abuse

A

★★★★★ **Very good for the price they really save your bike on ...**

Reviewed in the United States on April 24, 2016

Size: 2006-2011 FZ1   Color: Black   Verified Purchase

Very good for the price they really save your bike on a crash little big but it's better then your bike getting messed up

One person found this helpful

Helpful    Report abuse

Cody Carruthers

★★★★★ **Seems like it should work perfectly**

Reviewed in the United States on May 16, 2016

Size: 2006-2011 FZ1   Color: Black   Verified Purchase

Seems like it should work perfectly. This was used on a 2006 FZ1. If you have the full fairings this will not work.

One person found this helpful

Helpful    Report abuse

Nikko Iron

★★★☆☆ **Three Stars**

Reviewed in the United States on May 8, 2018

Size: 2006-2011 FZ1   Color: Black   Verified Purchase

Did not fit my purpose. Suppose to be universal but didn't work on my ninja zx7

Helpful    Report abuse

James Bailey

★★★★☆ **They were larger diameter then specified so didn't work like I wanted**

Reviewed in the United States on September 22, 2021

Size: 2006-2011 FZ1   Color: Black   Verified Purchase



Helpful    Report abuse

Andy vaughn

★★★★★ **great protection already had to us them**

Reviewed in the United States on January 23, 2022

Size: 2006-2011 FZ1   Color: Black   Verified Purchase

looked good works good

Helpful    Report abuse

See all reviews ›

**Recommended based on your shopping trends**

Page 1 of 3







Bike Phone Holder, Motorcycle Phone Mount - Lamicall Bicycle Handlebar Cell Phone Clamp, Scooter Phone...
★★★★½ 21,489
**#1 Best Seller** in Powersports Electrical Device Mounts
$17.99

Marsauto 194 LED Light Bulb 6000K 168 T10 2825 5SMD LED Replacement Bulbs for...
★★★★½ 30,498
**#1 Best Seller** in Automotive License Plate Light Assemblies
$9.99 ($1.00/Count)
Get it as soon as Wednesday, Apr 6
FREE Shipping on orders over $25 shipped by Amazon

Sea Foam SF-16 Motor Treatment - 16 oz., white
★★★★½ 17,533
**#1 Best Seller** in Carburetor & Throttle Body Cleaners
$8.48
Get it as soon as Wednesday, Apr 6
FREE Shipping on orders over $25 shipped by Amazon

Roam Handlebar Bike Phone Mount - Universal Adjustable Bicycle Phone Holder for Motorcycle, Classic, Electric and...
★★★★½ 49,454
$17.99
Get it as soon as Wednesday, Apr 6
FREE Shipping on orders over $25 shipped by Amazon

iBrightstar Newest 9-30V Super Bright Low Power 3157 3156 3057 4157 LED Bulbs with Projector Lenses Replacement f...
★★★★½ 28,098
**#1 Best Seller** in Automotive Turn Signal Lights
$15.99–$16.99

Chevron Techron Protection Plus Marine Fuel System Treatment, 10 oz. Pack of 1
★★★★½ 12,028
**#1 Best Seller** in Fuel System Cleaners
$7.99–$85.99

GARAGE BOSS GB351 Briggs and Stratton Press 'N Pour Gas Can, 5 gallon, Red
★★★★½ 8,175
**#1 Best Seller** in Two-Stroke Engine Oil
$21.94
Get it as soon as Friday, Apr 8
FREE Shipping on orders over $25 shipped by Amazon



Document title: Amazon.com: HTTMT - for 2006-2011 Fz1 No Cut Frame Slider Crash Protector [P/N: MT219-014-BK] : Automotive
Capture URL: https://www.amazon.com/Frame-Slider-Crash-Protector-Yamaha/dp/B00L8FPNFS/ref=sr_1_193?…
Capture timestamp (UTC): Thu, 31 Mar 2022 21:52:29 GMT

Page Vault

| | |
|---|---|
| Document title: | Amazon.com: HTTMT - For 1999-2006 CBR 600 F4 F4I Motorcycle Frame Slider Crash Protector Black [P/N: MT219-020-BK] : Automotive |
| Capture URL: | https://www.amazon.com/HTT-Motorcycle-Black-Slider-Protector/dp/B019F42TY6?ref_=ast_sto_dp&th=1 |
| Page loaded at (UTC): | Thu, 31 Mar 2022 21:52:54 GMT |
| Capture timestamp (UTC): | Thu, 31 Mar 2022 21:53:19 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 35.172.76.147 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 5 |
| Capture ID: | 8d416a0a-d6a8-4549-a20f-af37219b0aad |
| User: | im-cmauney |

PDF REFERENCE #:       32S99RPsHhTSz6JCkLcT8N



Document title: Amazon.com: HTTMT - For 1999-2006 CBR 600 F4 F4I Motorcycle Frame Slider Crash Protector Black [P/N: MT219-020-BK] : Automotive
Capture URL: https://www.amazon.com/HTT-Motorcycle-Black-Slider-Protector/dp/B019F42TY6?ref_=ast_sto_dp&amp;th=1
Capture timestamp (UTC): Thu, 31 Mar 2022 21:53:19 GMT

★★★★ 82
$19.99
Get it as soon as **Wednesday, Apr 6**
FREE Shipping on orders over $25 shipped by Amazon

**Special offers and product promotions**

- Create your FREE Amazon Business account to save up to 10% with Business-only prices and free shipping. **Register today**

- Your cost could be $0.00 instead of $11.69! Get a $50 Amazon Gift Card instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Videos

Videos for related products


0:56

fz 07 frame slider

ISSYAUTO

Upload your video

## Inspired by your recent shopping trends

Page 1 of 4


HTTMT MT219-006-BK No Cut Frame Slider Crash Protector Compatible with 2006 2007 CBR 1000RR 100...
★★★★☆ 80
$24.89
Get it as soon as Apr 5 - 7
FREE Shipping
Only 13 left in stock - orde...


HTTMT MT219-016-BK Long Extended Frame Slider Crash Compatible with 2003 2004 2005 2006 Cbr 600Rr Black
★★★★☆ 141
$23.09
Get it as soon as **Wednesday, Apr 6**
FREE Shipping on orders over $25 shipped by Amazon


HTTMT MT219-036- No Cut Frame Slider Compatible with 2000-2001 CBR 929 RR 2002-2003 CBR 954 RR Black
★★★★☆ 69
$19.19
Get it as soon as Apr 5 - 7
FREE Shipping
Only 16 left in stock - orde...


HTTMT MT219-002-BK Motorcycle No Cut Frame Slider Crash Protector Compatible with 2006 2007 Yzf R6...
★★★★☆ 74
$17.09
Get it as soon as Apr 6 - 11
$5.00 shipping
Only 8 left in stock - orde...


HTTMT MT219-039- No Cut Frame Slider Crash Protector Compatible with 2007 2008 Suzuki Gsxr 1000 Gsx-R Black
★★★★☆ 8
$19.29
Get it as soon as Apr 5 - 7
FREE Shipping
Only 20 left in stock - orde...


Krator No Cut Black Frame Sliders Compatible with 2006-2008 Suzuki GSXR 600/750 Crash...
★★★★☆ 92
$24.99
Get it as soon as Apr 5 - 7
FREE Shipping


Shogun Yam 6mm YZF-R3 R3 MT-03 2015-2022 YZF-R6S 2006-2009 YZF-R6 R6 1999-2016 FZ1 2006-2015 YZF-R...
★★★★☆ 75
$24.29
Get it as soon as **Wednesday, Apr 6**
FREE Shipping on orders over $25 shipped by Amazon
Only 4 left in stock - order...

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

★★★★½ 4.5 out of 5

9 global ratings

| | | |
|---|---|---|
| 5 star | | 69% |
| 4 star | | 15% |

Top reviews ▾

**Top review from the United States**



Caressa Bohanon

★★★☆☆ **Cbr 600**

Reviewed in the United States on February 24, 2020



## Customer reviews

★★★★½ 4.5 out of 5

9 global ratings

| 5 star | 69% |
| 4 star | 15% |
| 3 star | 15% |
| 2 star | 0% |
| 1 star | 0% |

⌄ How are ratings calculated?

### Review this product

Share your thoughts with other customers

[ Write a customer review ]

**Top reviews** ⌄

### Top review from the United States

Caressa Bohanon

★★★☆☆ **Cbr 600**

Reviewed in the United States on February 24, 2020

Size: 1999-2007 CBR600/F4/F4i | Color: Carbon | **Verified Purchase**

They look just like the picture but do not fit my cbr 600 as said they would. But they are exactly as pictured.

[ Helpful ]   Report abuse

See all reviews ›

### Top reviews from other countries

Translate all reviews to English

antonio

★★★★★ **para honda cbr**

Reviewed in Spain on February 26, 2018

Size: 1999-2007 CBR600/F4/F4i | Color: Black | **Verified Purchase**

son perfecto para la honda cbr 600f4 del 2000 , pero hay que cortar el carenado para colocarlos , van colocados sustituyendo los tornillos que sujetan el motor en el chasis

Report abuse

Translate review to English

Andres Martin Aguilera

★★★★★ **Andrés**

Reviewed in Spain on March 15, 2018

Size: 1999-2007 CBR600/F4/F4i | Color: Black | **Verified Purchase**

Parecen de buena calidad. Son de nilon y bien terminados. Encajan perfectamente en la moto. Solo espero no tener que comprobar su eficacia...

Report abuse

Translate review to English

See all reviews ›



### Recommended based on your shopping trends

Sponsored                                                                    Page 1 of 3

Shogun Yamaha YZF-R6 R6 2008 2009 2010 2011 2012 2013 2014 2015 2016 Black NO CUT Frame Sliders - 750-
★★★★☆ 87
$71.99 ✓prime

Shogun Yamaha YZF-R6 R6 & GYTR Version 2017 2018 2019 2020 2021 2022 NO CUT Black Frame Sliders Fits ABS &
★★★½☆ 20
$170.99 ✓prime

Shogun Yamaha FZ1 FZ 1 Black No Cut Frame Sliders 2006 2007 2008 2009 2010 2011 2012 2013 2014 2015-750-
★★★★☆ 21
$44.99 ✓prime

Shogun Yamaha YZF-R1 R1 2009 2010 2011 2012 2013 2014 Black No Cut Frame Sliders Fits ABS & NON ABS Models
★★★½☆ 6
$152.99 ✓prime

DMP Yamaha FZ1 FZ 1 Black No Cut Frame Sliders 2006 2007 2008 2009 2010 2011 2012 2013 2014 2015-750-
★★★★½ 4
$44.99 ✓prime

DMP Yamaha 2014 2015 2016 FZ09 2015 2016 2017 FJ09 2016 2017 2018 2019 2020 2021 2022 XSR900 Fits ABS &
★★★★★ 4
$53.99 ✓prime

Shogun Yamaha 2014 2015 2016 FZ09 2015 2016 2017 FJ09 2016 2017 2018 2019 2020 2021 2022 XSR900 Fits
★★★★☆ 120
$44.99 ✓prime

### Best Sellers in Automotive

Page 1 of 7

Rain-X 5079272-2 Latitude 2-IN-1 Water Repellency Wiper Blade, 14" (Pack of 1)
★★★★½ 89,709
#1 Best Seller in Automotive
$15.27-$59.99

THISWORX Car Vacuum Cleaner - Portable, High Power, Mini Handheld Vacuum w/ 3 Attachments, 16 Ft Co...
★★★★☆ 209,269
#1 Best Seller in Vacuums
$34.50-$85.00

Bosch PV13 Wiper Blade
★★★★½ 218,912
$5.49-$124.41

Cleaning Gel for Car, Car Cleaning Kit Universal Detailing Automotive Dust Car Crevice Clean...
★★★★☆ 34,348
#1 Best Seller in Detailing Tools
$6.99

Amazon Basics Microfiber Cleaning Cloths, Non-Abrasive, Reusable and Washable - Pack of 24, 12 x16-Inc...
★★★★½ 48,202
#1 Best Seller in Reuseable Cleaning Cloths
$13.35-$65.02

Rain-X RX30212 Weatherbeater Wiper Blade - 12-Inches - (Pack of 1)
★★★★½ 38,598
$6.48-$57.77

AstroAI Air Compressor Tire Inflator Portable Air Pump for Car Tires 12V DC Auto Tire Pump with Digital Pressure Gauge...
★★★★½ 37,350
#1 Best Seller in Wheel & Tire Air Compressors & Inflators
Get it as soon as Wednesday

Document title: Amazon.com: HTTMT - For 1999-2006 CBR 600 F4 F4I Motorcycle Frame Slider Crash Protector Black [P/N: MT219-020-BK] : Automotive
Capture URL: https://www.amazon.com/HTT-Motorcycle-Black-Slider-Protector/dp/B019F42TY6?ref_=ast_sto_dp&amp;th=1
Capture timestamp (UTC): Thu, 31 Mar 2022 21:53:19 GMT



Rain-X 5079272-2
Latitude 2-IN-1 Water
Repellency Wiper Blade,
14" (Pack of 1)
★★★★☆ 89,709
#1 Best Seller in
Automotive
$15.27–$59.99

THISWORX Car Vacuum
Cleaner - Portable, High
Power, Mini Handheld
Vacuum w/ 3
Attachments, 16 Ft Co...
★★★★☆ 209,269
#1 Best Seller in Vacuums
$34.50–$85.00

Bosch PV13 Wiper Blade
★★★★☆ 218,912
$5.49–$124.41

Cleaning Gel for Car, Car
Cleaning Kit Universal
Detailing Automotive
Dust Car Crevice Clean...
★★★★☆ 34,348
#1 Best Seller in Detailing
Tools
$6.99
Get it as soon as Wednesday,
Apr 6
FREE Shipping on orders over
$25 shipped by Amazon

Amazon Basics
Microfiber Cleaning
Cloths, Non-Abrasive,
Reusable and Washable -
Pack of 24, 12 x16-Inc...
★★★★☆ 48,202
#1 Best Seller in
Reuseable Cleaning Cloths
$13.35–$65.02

Rain-X RX30212
Weatherbeater Wiper
Blade - 12-Inches - (Pack
of 1)
★★★★☆ 38,598
$6.48–$57.77

AstroAI Air Compressor
Tire Inflator Portable Air
Pump for Car Tires 12V
DC Auto Tire Pump with
Digital Pressure Gauge...
★★★★☆ 37,350
#1 Best Seller in Wheel &
Tire Air Compressors &
Inflators
$31.99

See personalized recommendations

**Sign in**

New customer? Start here.



Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell products on
Amazon
Sell apps on Amazon
Become an Affiliate
Become a Delivery
Driver
Start a package delivery
business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to
Make Money

**Amazon Payment Products**
Amazon Rewards Visa
Signature Cards
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-
19
Your Account
Your Orders
Shipping Rates &
Policies
Amazon Prime
Returns &
Replacements
Manage Your Content
and Devices
Amazon Assistant
Help

amazon

English     United States

Amazon Music
Stream millions
of songs

Amazon
Advertising
Find, attract,
and
engage
customers

Amazon
Drive
Cloud
storage
from
Amazon

6pm
Score deals
on fashion
brands

AbeBooks
Books, art
&
collectibles

ACX
Audiobook
Publishing
Made Easy

Alexa
Actionable Analytics
for the Web

Sell on Amazon
Start a Selling Account

Amazon
Business
Everything
For
Your Business

Amazon
Fresh
Groceries &
More
Right To
Your Door

AmazonGlobal
Ship Orders
Internationally

Home
Services
Experienced
Pros
Happiness
Guarantee

Amazon Ignite
Sell your original
Digital Educational
Resources

Amazon Web
Services
Scalable Cloud
Computing Services

Audible
Listen to Books &
Original
Audio Performances

Book
Depository
Books With
Free
Delivery
Worldwide

Box Office
Mojo
Find Movie
Box Office
Data

ComiXology
Thousands of
Digital Comics

DPReview
Digital
Photography

Fabric
Sewing, Quilting
& Knitting

Goodreads
Book reviews
& recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals
Need

Kindle
Direct
Publishing
Indie
Digital &
Print
Publishing
Made Easy

Amazon
Photos
Unlimited
Photo Storage
Free With Prime

Prime
Video
Direct
Video
Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon Warehouse
Great Deals on
Quality Used Products

Whole Foods Market
America's Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security
Systems

eero WiFi
Stream 4K
Video
in Every
Room

Blink
Smart Security
for Every Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon
Subscription
Boxes
Top
subscription
boxes – right
to your door

PillPack
Pharmacy
Simplified

Amazon
Renewed
Like-new
products
you can
trust

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2022, Amazon.com, Inc. or its affiliates

Page Vault

| | |
|---|---|
| Document title: | Amazon.com: HTTMT - For 1999-2006 CBR 600 F4 F4I Motorcycle Frame Slider Crash Protector Black [P/N: MT219-020-BK] : Automotive |
| Capture URL: | https://www.amazon.com/HTT-Motorcycle-Black-Slider-Protector/dp/B019F42TY6/ref=sr_1_307?m=AU47PMH7TBVX6&marketplaceID=ATVPDKIKX0DER&qid=1648739432&refinements=p_4%3AHTTMT&s=merchant-items&sr=1-307 |
| Page loaded at (UTC): | Thu, 31 Mar 2022 21:53:41 GMT |
| Capture timestamp (UTC): | Thu, 31 Mar 2022 21:54:11 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 35.172.76.147 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 5 |
| Capture ID: | be77ef46-1920-4c5e-a495-70b6cf3eadd1 |
| User: | im-cmauney |

PDF REFERENCE #:        1NfhgWYMEEWc6Be8wcqftq



Automotive › Motorcycle & Powersports › Parts › Body & Frame Parts › Frames & Accessories › Frame Sliders

⊘ We're sorry, an error has occurred. Please reload this page and try again.



### HTTMT - For 1999-2006 CBR 600 F4 F4I Motorcycle Frame Slider Crash Protector Black [P/N: MT219-020-BK]

## Buy it with

 +  + 

Total price: $89.47

[Add all three to Cart]

ⓘ Some of these items ship sooner than the others. Show details

☑ **This item:** HTTMT - For 1999-2006 CBR 600 F4 F4I Motorcycle Frame Slider Crash Protector Black [P/N: MT219-020…   $11.69
☑ K&N Engine Air Filter: High Performance, Premium, Powersport Air Filter: Fits 2001-2006 HONDA (CBR600F, CBR60…   $58.99
☑ HTTMT MT268-002-BK Black Aluminum Folding Gear Shift Levers Compatible with 1999-2006 CBR 600 F4/F4i Ha…   $18.79

## Explore more from HTTMT

Sponsored ⓘ

Page 1 of 4

    

| HTTMT MT219-006- No Cut Frame Slider Crash Protector Compatible with 2006 2007 Cbr … | HTTMT MT219-016-BK Long Extended Frame Slider Crash Compatible with 2003 2004 2005 … | HTTMT MT219-017- Extended Frame Slider Compatible with 2004 2005 2006 2007 2008… | HTTMT MT219-003- No Cut Frame Slider Crash Protector Compatible with 2004 2005 Cbr … | HTTMT MT219-052- Frame Slider Crash Protector Compatible with 2008-2012… | HTTMT MT219-030- No Cut Frame Slider Protector Compatible with 2002 2003… | HTTMT MT219-042- Frame Slider Crash Protector Compatible with 1993-1999 Cbr… |
|---|---|---|---|---|---|---|
| ★★★★☆ 80 | ★★★★☆ 141 | ★★★★☆ 18 | ★★★☆☆ 3 | ★★★★☆ 68 | ★★★☆☆ 3 | ★★★★☆ 5 |
| $28.69 ✓prime | $23.09 ✓prime | $21.79 ✓prime | $28.29 | $27.79 ✓prime | $19.89 | $21.09 |

## Customers who viewed this item also viewed

HTTMT MT219-012-CN No Cut Frame Slider Protector Compatible with 1996-2007 Yzf 600R Thundercat Carb…

★★★★☆ 82

$19.99

Get it as soon as **Wednesday, Apr 6**

FREE Shipping on orders over $25 shipped by Amazon

## Special offers and product promotions

• Create your FREE Amazon Business account to save up to 10% with Business-only prices and free shipping. **Register today**

Get it as soon as **Wednesday,
Apr 6**
FREE Shipping on orders over
$25 shipped by Amazon

---

## Special offers and product promotions

- · Create your FREE Amazon Business account to save up to 10% with Business-only prices and free shipping. **Register today**

- · Your cost could be $0.00 instead of $11.69! Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

---

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

---

## Videos

### Videos for related products



fz 07 frame slider

ISSYAUTO

Upload your video

---

**Inspired by your recent shopping trends**                                                                            Page 1 of 4

                            

| HTTMT MT219-006-BK No Cut Frame Slider Crash Protector Compatible with 2006 2007 CBR 1000RR 100... | HTTMT MT219-016-BK Long Extended Frame Slider Crash Compatible with 2003 2004 2005 2006 Cbr 600Rr Black | HTTMT MT219-036- No Cut Frame Slider Compatible with 2000-2001 CBR 929 RR 2002-2003 CBR 954 RR Black | HTTMT MT219-002-BK Motorcycle No Cut Frame Slider Crash Protector Compatible with 2006 2007 Yzf R6... | HTTMT MT219-039- No Cut Frame Slider Crash Protector Compatible with 2007 2008 Suzuki Gsxr 1000 Gsx-R Black | Krator No Cut Black Frame Sliders Compatible with 2006-2008 Suzuki GSXR 600/750 Crash... | Shogun Yam 6mm YZF-R3 R3 MT-03 2015-2022 YZF-R6S 2006-2009 YZF-R6 R6 1999-2016 FZ1 2006-2015 YZF-R... |
|---|---|---|---|---|---|---|
| ⭐ 80 | ⭐ 141 | ⭐ 69 | ⭐ 74 | ⭐ 8 | ⭐ 92 | ⭐ 75 |
| $24.89 | $23.09 | $19.19 | $17.09 | $19.29 | $24.99 | $24.29 |
| Get it Apr 5 - 7 | Get it as soon as **Wednesday, Apr 6** | Get it Apr 5 - 7 | Get it Apr 6 - 11 | Get it Apr 5 - 7 | Get it Apr 5 - 7 | Get it as soon as **Wednesday, Apr 6** |
| FREE Shipping | FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping | $5.00 shipping | FREE Shipping | FREE Shipping | FREE Shipping on orders over $25 shipped by Amazon |
| Only 13 left in stock - orde... | | Only 16 left in stock - orde... | Only 8 left in stock - order... | Only 20 left in stock - orde... | | Only 4 left in stock - order... |

---

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:

– Is the item durable?

– is this item easy to use?

– What are the dimensions of this item?

---

## Customer reviews

⭐ 4.5 out of 5

9 global ratings

| 5 star | 69% |
| 4 star | 15% |
| 3 star | 15% |

Top reviews ▾

**Top review from the United States**

👤 Caressa Bohanon

⭐⭐⭐ **Cbr 600**

Reviewed in the United States on February 24, 2020

Size: 1999-2007 CBR600/F4/F4i    Color: Carbon    ✓ **Verified Purchase**

They look just like the picture but do not fit my cbr 600 as said they would. But they are exactly as

---

Document title: Amazon.com: HTTMT - For 1999-2006 CBR 600 F4 F4I Motorcycle Frame Slider Crash Protector Black [P/N: MT219-020-BK] : Automotive
Capture URL: https://www.amazon.com/HTT-Motorcycle-Black-Slider-Protector/dp/B019F42TY6/ref=sr_1_307?…
Capture timestamp (UTC): Thu, 31 Mar 2022 21:54:11 GMT





Rain-X 5079272-2 Latitude 2-IN-1 Water Repellency Wiper Blade, 14" (Pack of 1)
★★★★☆ 89,709
#1 Best Seller in Automotive
$15.27-$59.99

THISWORX Car Vacuum Cleaner - Portable, High Power, Mini Handheld Vacuum w/ 3 Attachments, 16 Ft Co...
★★★★☆ 218,912
#1 Best Seller in Vacuums
$34.50-$85.00

Bosch PV13 Wiper Blade
★★★★☆ 218,912
$5.49-$124.41

Cleaning Gel for Car, Car Cleaning Kit Universal Detailing Automotive Dust Car Crevice Clean...
★★★★☆ 34,348
#1 Best Seller in Detailing Tools
$6.99
Get it as soon as Wednesday, Apr 6
FREE Shipping on orders over $25 shipped by Amazon

Amazon Basics Microfiber Cleaning Cloths, Non-Abrasive, Reusable and Washable - Pack of 24, 12 x16-Inc...
★★★★☆ 48,202
#1 Best Seller in Reuseable Cleaning Cloths
$13.35-$65.02

Rain-X RX30212 Weatherbeater Wiper Blade - 12-Inches - (Pack of 1)
★★★★☆ 38,598
$6.48-$57.77

AstroAI Air Compressor Tire Inflator Portable Air Pump for Car Tires 12V DC Auto Tire Pump with Digital Pressure Gauge...
★★★★☆ 37,350
#1 Best Seller in Wheel & Tire Air Compressors & Inflators
$31.99

See personalized recommendations

**Sign in**

New customer? Start here.

Back to top



Page Vault

| | |
|---|---|
| Document title: | Amazon.com: HTTMT - for 2006-2011 Fz1 No Cut Frame Slider Crash Protector [P/N: MT219-014-BK] : Automotive |
| Capture URL: | https://www.amazon.com/Frame-Slider-Crash-Protector-Yamaha/dp/B00L8FPNFS/ref=sr_1_630?m=A18132C77AG5IR&marketplaceID=ATVPDKIKX0DER&qid=1648742480&s=merchant-items&sr=1-630&th=1 |
| Page loaded at (UTC): | Thu, 31 Mar 2022 21:54:28 GMT |
| Capture timestamp (UTC): | Thu, 31 Mar 2022 21:54:54 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 35.172.76.147 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 6 |
| Capture ID: | 4f2a5332-3249-4547-8803-2248744c1cbb |
| User: | im-cmauney |

# amazon

All | Amazon Outlet | Best Sellers | Amazon Basics | New Releases | Customer Service | Today's Deals | Prime | Amazon Home | Books | Music | Registry | Fashion | Support small, shop women-owned

eGift cards delivered instantly — THANKS so much!

Automotive › Motorcycle & Powersports › Parts › Body & Frame Parts › Frames & Accessories › Frame Sliders

> ⊘ We're sorry, an error has occurred. Please reload this page and try again.



## HTTMT - for 2006-2011 Fz1 No Cut Frame Slider Crash Protector [P/N: MT219-014-BK]

### Buy it with

 +  + 

Total price: $47.93

[ Add all three to Cart ]

ⓘ Some of these items ship sooner than the others. Show details

☑ **This item:** HTTMT - for 2006-2011 Fz1 No Cut Frame Slider Crash Protector [P/N: MT219-014-BK] $19.99

☑ K&N Motorcycle Oil Filter: High Performance, Premium, Designed to be used with Synthetic or Conventional Oils: Fit... $14.99

☑ i5 Black Spike Bar Ends for Kawasaki Ninja 250 300 500 650 ZX6 ZX6R ZX7 ZX9 ZX10 ZX10R ZX12 ZX14 $12.95

### Products related to this item

Sponsored ⓘ                                                                                     Page 1 of 91

      

| Shogun Yamaha FZ1 FZ 1 Black No Cut Frame Sliders 2006 2007 2008 2009 2010 2011 201... | DMP Yamaha FZ1 FZ 1 Black No Cut Frame Sliders 2006 2007 2008 2009 2010 2011 2012... | Puig 5299N Black Pro Frame Slider | HTTMT MT219-006- No Cut Frame Slider Crash Protector Compatible with 2006 2007 Cbr ... | Shogun Yamaha YZF-R6 R6 2006 2007 RACE KIT CUT Black Frame Sliders - 750-6339 - MAD... | HTTMT MT219-037-CN No Cut Frame Slider Crash Protector Compatible with 2007... | DMP Yamaha FZ10 FZ 10 2017 2018 2019 2020 2021 2022 MT-10 MT 10 SP Black No Cut Fra... |
| ⭐ 21 | ⭐ 80 | $176.93 | ⭐ 80 | ⭐ 31 | ⭐ 141 | ⭐ 75 |
| $44.99 ✓prime | $35.99 ✓prime | | $28.69 ✓prime | $35.99 ✓prime | $28.29 ✓prime | $44.99 ✓prime |

### Inspired by your recent shopping trends

Page 1 of 4

       

| HTTMT MT219-006-BK No Cut Frame Slider Crash Protector Compatible with 2006 2007 CBR 1000RR 100... | HTTMT MT219-002-BK Motorcycle No Cut Frame Slider Crash Protector Compatible with 2006 2007 Yzf R6... | HTTMT MT219-039- No Cut Frame Slider Crash Protector Compatible with 2007 2008 Suzuki Gsxr 1000 Gsx-R Black | Krator No Cut Black Frame Sliders Compatible with 2006-2008 Suzuki GSXR 600/750 Crash... | HTTMT MT219-016-BK Long Extended Frame Slider Crash Protector Compatible with 2003 2004 2005 2006 Cbr 600Rr Black | HTTMT MT219-036- No Cut Frame Slider Compatible with 2000-2001 CBR 929 RR 2002-2003 CBR 954 RR Black | Shogun Yam 6mm YZF-R3 R3 MT-03 2015-2022 YZF-R6S 2006-2009 YZF-R6 R6 1999-2016 FZ1 2006-2015 YZF-R... |
| ⭐ 80 | ⭐ 74 | ⭐ 8 | ⭐ 92 | ⭐ 141 | ⭐ 69 | ⭐ 75 |
| $24.89 | $17.09 | $19.29 | $24.99 | $23.09 | $19.19 | $24.29 |
| Get it Apr 5 - 7 | Get it Apr 6 - 11 | Get it Apr 5 - 7 | Get it Apr 5 - 7 | Get it as soon as Wednesday, Apr 6 | Get it as soon as Wednesday, Apr 6 | Get it as soon as Wednesday, Apr 6 |
| FREE Shipping | $5.00 shipping | FREE Shipping | FREE Shipping | FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping | FREE Shipping on orders over $25 shipped by Amazon |
| Only 13 left in stock - orde... | Only 8 left in stock - order... | Only 20 left in stock - order... | | | Only 16 left in stock - orde... | Only 4 left in stock - order... |

### Special offers and product promotions

- Create your FREE Amazon Business account to save up to 10% with Business-only prices and free shipping. **Register today**

---

Get it Apr 5 - 7
FREE Shipping
Only 13 left in stock - orde...

$5.00 shipping

Get it Apr 6 - 11

Get it Apr 5 - 7
FREE Shipping

Get it as soon as **Wednesday, Apr 6**
$25 shipped by Amazon

Get it Apr 5 - 7
FREE Shipping

Get it as soon as **Wednesday, Apr 6**
FREE Shipping on orders over $25 shipped by Amazon
Only 4 left in stock - order...

## Special offers and product promotions

- Create your FREE Amazon Business account to save up to 10% with Business-only prices and free shipping. **Register today**

- Your cost could be $0.00 instead of $19.99! Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Videos

**Videos for related products**



0:56

fz 07 frame slider

ISSYAUTO

Upload your video

## Customers who viewed this item also viewed

Page 1 of 7





HTTMT MT219-017-BK Extended Frame Slider Compatible with 2004-2012 Yamaha Fz-6 Fz-65 600 BLACK
⭐⭐⭐⭐ 53
$20.29
Get it as soon as **Wednesday, Apr 6**
FREE Shipping on orders over $25 shipped by Amazon
Only 10 left in stock - orde...



HTTMT MT219-012-CN No Cut Frame Slider Protector Compatible with 1996-2007 Yzf 600R Thundercat Carb...
⭐⭐⭐⭐ 82
$19.99
Get it as soon as **Wednesday, Apr 6**
FREE Shipping on orders over $25 shipped by Amazon



HTTMT MT219-006-BK No Cut Frame Slider Crash Protector Compatible with 2006 2007 CBR 1000RR 100...
⭐⭐⭐⭐ 80
$24.89
Get it Apr 5 - 7
FREE Shipping
Only 13 left in stock - orde...



HTTMT MT219-007-CN Motorcycle No Cut Frame Slider Crash Protector Compatible with 2004 2005 Suzuk...
⭐⭐⭐⭐ 190
$19.99
Get it as soon as **Wednesday, Apr 6**
FREE Shipping on orders over $25 shipped by Amazon
Only 19 left in stock - orde...



HTTMT MT219-002-BK Motorcycle No Cut Frame Slider Crash Protector Compatible with 2006 2007 Yzf R6...
⭐⭐⭐⭐ 74
$17.09
Get it Apr 6 - 11
$5.00 shipping
Only 8 left in stock - orde...



HTTMT MT219-039-CN No Cut Frame Slider Crash Protector Compatible with 2007 2008 Suzuki Gsxr 1000...
⭐⭐⭐⭐ 151
$25.99
Get it as soon as **Wednesday, Apr 6**
FREE Shipping on orders over $25 shipped by Amazon
Only 7 left in stock - orde...



HTTMT MT219-017-Extended Frame Slider Compatible with 2004 2005 2006 2007 2008-2012 Yamaha Fz-6 Fz-...
⭐⭐⭐⭐ 18
$21.79
Get it as soon as **Wednesday, Apr 6**
FREE Shipping on orders over $25 shipped by Amazon
Only 19 left in stock - orde...

## Customer questions & answers

🔍 Have a question? Search for answers

⬆
0
votes
⬇

**Question:** Will these fit a 2001 fz1?

**Answer:** I have the 2007 fz1 it fit mine, I put it where the top mounting Bolt went and it fit perfect I don't know about the 01 though
By ej hall on March 14, 2017

## Customer reviews

⭐⭐⭐⭐ 4.1 out of 5

27 global ratings

| | | |
|---|---|---|
| 5 star | ███████ | 63% |
| 4 star | ██ | 14% |
| 3 star | █ | 4% |
| 2 star | █ | 11% |

**Reviews with images**



See all customer images

Document title: Amazon.com: HTTMT - for 2006-2011 Fz1 No Cut Frame Slider Crash Protector [P/N: MT219-014-BK] : Automotive
Capture URL: https://www.amazon.com/Frame-Slider-Crash-Protector-Yamaha/dp/B00L8FPNFS/ref=sr_1_630?…
Capture timestamp (UTC): Thu, 31 Mar 2022 21:54:54 GMT



27 global ratings

| | |
|---|---|
| 5 star | 63% |
| 4 star | 14% |
| 3 star | 4% |
| 2 star | 11% |
| 1 star | 9% |

˅ How are ratings calculated?

## Review this product

Share your thoughts with other customers

Write a customer review

See all customer images

Top reviews ▾

## Top reviews from the United States

David J Rorabaugh

★★☆☆☆  **INSPECT HARDWARE CAREFULLY**
Reviewed in the United States on May 6, 2020
Size: 2006-2011 FZ1    Color: Black    Verified Purchase

The sliders are great but the bolts are garbage and should not be used. Buy something else with better hardware because it cost 10$ at the hardware store to buy replacement. The threads were awful and the Allen hole wasn't even centered. I'm giving it 2 stars because the black slider material is decent looking.

Helpful    Report abuse

Jgraham

★★★★★  **Not bad for the price.**
Reviewed in the United States on October 4, 2019
Size: 2006-2011 FZ1    Color: Black    Verified Purchase

Easy to install. Held up to a minor fall. Would probably have to replace if I ever went down hard. Made out of hard plastic and marr up easily but isn't that what they are for? Kept my fairings from getting scratched.

Helpful    Report abuse

Alnuzan

★★★★☆  👍
Reviewed in the United States on March 4, 2020
Size: 2006-2011 FZ1    Color: Black    Verified Purchase

👍

Helpful    Report abuse

A

★★★★★  **Very good for the price they really save your bike on ...**
Reviewed in the United States on April 24, 2016
Size: 2006-2011 FZ1    Color: Black    Verified Purchase

Very good for the price they really save your bike on a crash little big but it's better then your bike getting messed up

One person found this helpful

Helpful    Report abuse

Cody Carruthers

★★★★★  **Seems like it should work perfectly**
Reviewed in the United States on May 16, 2016
Size: 2006-2011 FZ1    Color: Black    Verified Purchase

Seems like it should work perfectly. This was used on a 2006 FZ1. If you have the full fairings this will not work.

One person found this helpful

Helpful    Report abuse

Nikko tron

★★★☆☆  **Three Stars**
Reviewed in the United States on May 8, 2018
Size: 2006-2011 FZ1    Color: Black    Verified Purchase

Did not fit my purpose. Suppose to be universal but didn't work on my ninja zx7

Helpful    Report abuse

James Bailey

★★★★☆  **They were larger diameter then specified so didn't work like i wanted**
Reviewed in the United States on September 22, 2021
Size: 2006-2011 FZ1    Color: Black    Verified Purchase



James Bailey
★★★☆☆ They were larger diameter then specified so didn't work like I wanted
Reviewed in the United States on September 22, 2021
Size: 2006-2011 FZ1 | Color: Black | Verified Purchase

Helpful    Report abuse

Andy vaughn
★★★★★ great protection already had to us them
Reviewed in the United States on January 23, 2022
Size: 2006-2011 FZ1 | Color: Black | Verified Purchase

looked good works good

Helpful    Report abuse

See all reviews ›

### Recommended based on your shopping trends

Page 1 of 3

Sponsored

Shogun Yamaha FZ1 FZ 1 Black No Cut Frame Sliders 2006 2007 2008 2009 2010 2011 2012 2013 2014 2015-750-
★★★★½ 21
$44.99 ✓prime

HTTMT MT219-001-CN No Cut Frame Slider Crash Compatible with 2004 2005 2006 YZF R1 YZFR1 YZF-R1 Carbon
★★★★☆ 136
$23.79 ✓prime

Shogun Yamaha FZ6R FZ6 R 2009 2010 2011 2012 2013 2014 2015 2016 2017 RACE KIT CUT Black Frame Sliders
★★★★½ 12
$44.99 ✓prime

kemimoto 7/8" Handlebar Risers 30mm Height for ATV Dirt Bike
★★★★½ 1,108
$25.99 ✓prime

Shogun Yamaha YZF-R6 R6 2008 2009 2010 2011 2012 2013 2014 2015 2016 Black NO CUT Frame Sliders - 750-
★★★★½ 87
$71.99 ✓prime

Shogun Yamaha YZF-R6 R6 & GYTR Version 2017 2018 2019 2020 2021 2022 NO CUT Black Frame Sliders Fits ABS &
★★★½☆ 20
$170.99 ✓prime

Shogun Yamaha MT-09 MT09 MT 09 2021 2022 No Cut Black Frame Sliders 750-6449 - MADE IN THE USA
★★★★☆ 10
$62.99 ✓prime

### Best Sellers in Motorcycle & Powersports

Page 1 of 7

Bike Phone Holder, Motorcycle Phone Mount - Lamicall Bicycle Handlebar Cell Phone Clamp, Scooter Phone...
★★★★½ 21,489
#1 Best Seller in Powersports Electrical Device Mounts
$17.99

Marsauto 194 LED Light Bulb 6000K 168 T10 2825 5SMD LED Replacement Bulbs for...
★★★★½ 30,498
#1 Best Seller in Automotive License Plate Light Assemblies
$9.99 ($1.00/Count)
Get it as soon as Wednesday, Apr 6
FREE Shipping on orders over $25 shipped by Amazon

Sea Foam SF-16 Motor Treatment - 16 oz., white
★★★★★ 17,533
#1 Best Seller in Carburetor & Throttle Body Cleaners
$8.48
Get it as soon as Wednesday, Apr 6
FREE Shipping on orders over $25 shipped by Amazon

Roam Handlebar Bike Phone Mount - Universal, Adjustable Bicycle Phone Holder for Motorcycle, Classic,...
★★★★½ 49,454
$17.99
Get it as soon as Wednesday, Apr 6
FREE Shipping on orders over $25 shipped by Amazon

iBrightstar Newest 9-30V Super Bright Low Power 3157 3156 3057 4157 LED Bulbs with Projector Lenses Replacement fo...
★★★★½ 28,098
#1 Best Seller in Automotive Turn Signal Lights
$15.99-$16.99

Chevron Techron Protection Plus Marine Fuel System Treatment, 10 oz, Pack of 1
★★★★½ 12,028
#1 Best Seller in Fuel System Cleaners
$7.99-$85.99

GARAGE BOSS GB351 Briggs and Stratton Press 'N Pour Gas Can, 5 gallon, Red
★★★★½ 8,175
#1 Best Seller in Two-Stroke Engine Oil
$21.94
Get it as soon as Friday, Apr 8
FREE Shipping on orders over $25 shipped by Amazon

See personalized recommendations

**Sign in**

New customer? Start here.

Back to top

**Get to Know Us**
Careers
Blog
About Amazon

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon Store Card

**Let Us Help You**
Amazon and COVID-19
Your Account



**Bike Phone Holder, Motorcycle Phone Mount - Lamicall Bicycle Handlebar Cell Phone Clamp, Scooter Phone...**
★★★★☆ 21,489
**#1 Best Seller** in Powersports Electrical Device Mounts
$17.99

**Marsauto 194 LED Light Bulb 6000K 168 T10 2825 5SMD LED Replacement Bulbs for...**
★★★★☆ 30,498
**#1 Best Seller** in Automotive License Plate Light Assemblies
$9.99 ($1.00/Count)
Get it as soon as **Wednesday, Apr 6**
FREE Shipping on orders over $25 shipped by Amazon

**Sea Foam SF-16 Motor Treatment - 16 oz., white**
★★★★☆ 17,533
**#1 Best Seller** in Carburetor & Throttle Body Cleaners
$8.48
Get it as soon as **Wednesday, Apr 6**
FREE Shipping on orders over $25 shipped by Amazon

**Roam Handlebar Bike Phone Mount - Universal, Adjustable Bicycle Phone Holder for Motorcycle, Classic,...**
★★★★☆ 49,454
$17.99
Get it as soon as **Wednesday, Apr 6**
FREE Shipping on orders over $25 shipped by Amazon

**iBrightstar Newest 9-30V Super Bright Low Power 3157 3156 3057 4157 LED Bulbs with Projector Lenses Replacement fo...**
★★★★☆ 28,098
**#1 Best Seller** in Automotive Turn Signal Lights
$15.99 - $16.99

**Chevron Techron Protection Plus Marine Fuel System Treatment, 10 oz, Pack of 1**
★★★★☆ 12,028
**#1 Best Seller** in Fuel System Cleaners
$7.99 - $85.99

**GARAGE BOSS GB351 Briggs and Stratton Press 'N Pour Gas Can, 5 gallon, Red**
★★★★☆ 8,175
**#1 Best Seller** in Two-Stroke Engine Oil
$21.94
Get it as soon as **Friday, Apr 8**
FREE Shipping on orders over $25 shipped by Amazon

See personalized recommendations

**Sign in**

New customer? Start here.



Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

English    United States

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

Amazon Drive
Cloud storage from Amazon

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Alexa
Actionable Analytics for the Web

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Ignite
Sell your original Digital Educational Resources

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Book Depository
Books With Free Delivery Worldwide

Box Office Mojo
Find Movie Box Office Data

ComiXology
Thousands of Digital Comics

DPReview
Digital Photography

Fabric
Sewing, Quilting & Knitting

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2022, Amazon.com, Inc. or its affiliates

EXHIBIT 12



# Combating Trafficking in Counterfeit and Pirated Goods

Report to the President of the United States

*January 24, 2020*



*Office of Strategy, Policy & Plans*

# Table of Contents

Table of Contents ................................................................................................................ 2
1. Executive Summary ................................................................................................. 4
2. Introduction ........................................................................................................... 7
3. Overview of Counterfeit and Pirated Goods Trafficking ...................................... 10
4. Health and Safety, Economic, and National Security Risks ................................. 16
5. How E-Commerce Facilitates Counterfeit Trafficking ......................................... 20
6. Private Sector Outreach and Public Comment ...................................................... 24
7. Immediate Action by DHS and Recommendations for the USG ........................... 26
8. Private Sector Best Practices ................................................................................. 34
9. Conclusions ........................................................................................................... 41
10. Appendix A: The IPR Center ................................................................................ 42
11. Appendix B: Ongoing CBP Activities to Combat Counterfeit Trafficking ........... 44
12. Appendix C:  Homeland Security Investigations .................................................. 47
13. Appendix D: U.S. Government Efforts ................................................................... 49
14. Appendix E: Global Initiatives .............................................................................. 52
15. References ............................................................................................................. 54

## Foreword/Message from the Acting Secretary of Homeland Security



The rapid growth of e-commerce has revolutionized the way goods are bought and sold, allowing for counterfeit and pirated goods to flood our borders and penetrate our communities and homes. Illicit goods trafficked to American consumers by e-commerce platforms and online third-party marketplaces threaten public health and safety, as well as national security. This illicit activity impacts American innovation and erodes the competitiveness of U.S. manufacturers and workers.

Consumers must be confident in the safety, quality, and authenticity of the products they purchase online. DHS is committed to combating counterfeiters and pirates with the help of our U.S. Government partners and private sector stakeholders - who are critical to helping secure supply chains to stem the tide of counterfeit and pirated goods.

"Combating Trafficking in Counterfeit and Pirated Goods," has been prepared by the U.S. Department of Homeland Security's Office of Strategy, Policy, and Plans. The report uses available data, substantial public input, and other information to develop a deeper understanding of how e-commerce platforms, online third-party marketplaces, and other third-party intermediaries facilitate the importation and sale of massive amounts of counterfeit and pirated goods. The report identifies appropriate administrative, statutory, regulatory, and other actions, including enhanced enforcement measures, modernization of legal and liability frameworks, and best practices for private sector stakeholders. These strong actions can be implemented swiftly to substantially reduce trafficking in counterfeit and pirated goods while promoting a safer America.

This report was prepared pursuant to President Donald J. Trump's April 3, 2019, *Memorandum on Combating Trafficking in Counterfeit and Pirated Goods*. The President's historic memorandum provides a much warranted and long overdue call to action in the U.S. Government's fight against a massive form of illicit trade that is inflicting significant harm on American consumers and businesses. This illicit trade must be stopped in its tracks.

This report was prepared in coordination with the Secretaries of Commerce and State, the Attorney General, the Office of Management and Budget, the Intellectual Property Enforcement Coordinator, the United States Trade Representative, the Assistant to the President for Economic Policy, the Assistant to the President for Trade and Manufacturing Policy, and with other partners in the U.S. Government. The report also benefitted from extensive engagement with the private sector.

Sincerely,

Chad Wolf
Acting Secretary,
U.S. Department of Homeland Security

# 1. Executive Summary

The President's April 3, 2019, *Memorandum on Combating Trafficking in Counterfeit and Pirated Goods* calls prompt attention to illicit trade that erodes U.S. economic competitiveness and catalyzes compounding threats to national security and public safety.

Counterfeiting is no longer confined to street-corners and flea markets. The problem has intensified to staggering levels, as shown by a recent Organisation for Economic Cooperation and Development (OECD) report, which details a 154 percent increase in counterfeits traded internationally — from $200 billion in 2005 to $509 billion in 2016. Similar information collected by the U.S. Department of Homeland Security (DHS) between 2000 and 2018 shows that seizures of infringing goods at U.S. borders have increased 10-fold, from 3,244 seizures per year to 33,810.

Relevant to the President's inquiry into the linkages between e-commerce and counterfeiting, OECD reports that "E-commerce platforms represent ideal storefronts for counterfeits and provide powerful platform[s] for counterfeiters and pirates to engage large numbers of potential consumers."[1] Similarly, the U.S. Government Accountability Office (GAO) found that e-commerce has contributed to a shift in the sale of counterfeit goods in the United States, with consumers increasingly purchasing goods online and counterfeiters producing a wider variety of goods that may be sold on websites alongside authentic products.

Respondents to the July 10, 2019, Federal Register Notice issued by the Department of Commerce echoed these observations.[2] Perhaps most notably, the International Anti-Counterfeiting Coalition (IACC) reports that the trafficking of counterfeit and pirated goods in e-commerce is a top priority for every sector of its membership — comprised of more than 200 corporations, including many of the world's best-known brands in the apparel, automotive, electronics, entertainment, luxury goods, pharmaceutical, personal care and software sectors. The IACC submission goes on to say:

> *Across every sector of the IACC's membership, the need to address the trafficking of counterfeit and pirated goods in e-commerce has been cited as a top priority. The vast amounts of resources our members must dedicate to ensuring the safety and vitality of the online marketplace, bears out the truth of the issue highlighted by Peter Navarro, Assistant to the President for Trade and Manufacturing Policy, in his April 3, 2019 Op-Ed piece in The Wall Street Journal - that the sale of counterfeit brand-name goods presents a pervasive and ever-growing threat in the online space. One IACC member reported making*

---

[1] OECD (2018), *Governance Frameworks to Counter Illicit Trade*, Illicit Trade, OECD Publishing, Paris, https://doi.org/10.1787/9789264291652-en.

[2] Under Federal Register Notice (84 FR 32861), the Department of Commerce sought "comments from intellectual property rights holders, online third-party marketplaces and other third-party intermediaries, and other private-sector stakeholders on the state of counterfeit and pirated goods trafficking through online third-party marketplaces and recommendations for curbing the trafficking in such counterfeit and pirated goods."

*hundreds of investigative online test purchases over the past year, with a nearly 80% successfully resulting in the receipt of a counterfeit item.[3]*

The scale of counterfeit activity online is evidenced as well by the significant efforts e-commerce platforms themselves have had to undertake. A major e-commerce platform reports that its proactive efforts prevented over 1 million suspected bad actors from publishing a single product for sale through its platform and blocked over 3 billion suspected counterfeit listings from being published to their marketplace. Despite efforts such as these, private sector actions have not been sufficient to prevent the importation and sale of a wide variety and large volume of counterfeit and pirated goods to the American public.

The projected growth of e-commerce fuels mounting fears that the scale of the problem will only increase, especially under a business-as-usual scenario. Consequently, an effective and meaningful response to the President's memorandum is a matter of national import.

## Actions to be Taken by DHS and the U.S. Government

Despite public and private efforts to-date, the online availability of counterfeit and pirated goods continues to increase. Strong government action is necessary to fundamentally realign incentive structures and thereby encourage the private sector to increase self-policing efforts and focus more innovation and expertise on this vital problem. Therefore, DHS will immediately undertake the following actions and make recommendations for other departments and agencies to combat the trafficking of counterfeit and pirated goods.

| Immediate Actions by DHS and Recommendations for the U.S. Government |
| --- |
| 1.  Ensure Entities with Financial Interests in Imports Bear Responsibility |
| 2.  Increase Scrutiny of Section 321 Environment |
| 3.  Suspend and Debar Repeat Offenders; Act Against Non-Compliant International Posts |
| 4.  Apply Civil Fines, Penalties and Injunctive Actions for Violative Imported Products |
| 5.  Leverage Advance Electronic Data for Mail Mode |
| 6.  Anti-Counterfeiting Consortium to Identify Online Nefarious Actors (ACTION) Plan |
| 7.  Analyze Enforcement Resources |
| 8.  Create Modernized E-Commerce Enforcement Framework |
| 9.  Assess Contributory Trademark Infringement Liability for Platforms |
| 10. Re-Examine the Legal Framework Surrounding Non-Resident Importers |
| 11. Establish a National Consumer Awareness Campaign |

---

[3] International Anti-Counterfeiting Coalition's comments made on the Department of Commerce, International Trade Administration, Office of Intellectual Property Rights', Report on the State of Counterfeit and Pirated Goods Trafficking Recommendations, 29 July 2019. Posted on 6 August 2019. https://www.regulations.gov/document?D=DOC-2019-0003-0072

## Best Practices for E-Commerce Platforms and Third-Party Marketplaces

Government action alone is not enough to bring about the needed paradigm shift and ultimately stem the tide of counterfeit and pirated goods. All relevant private-sector stakeholders have critical roles to play and must adopt identified best practices, while redoubling efforts to police their own businesses and supply chains.

While the U.S. brick-and-mortar retail store economy has a well-developed regime for licensing, monitoring, and otherwise ensuring the protections of intellectual property rights (IPR), a comparable regime is largely non-existent for international e-commerce sellers. The following table catalogs a set of high priority "best practices" that shall be communicated to all relevant private sector stakeholders by the National Intellectual Property Rights Coordination Center. It shall be the Center's duty to monitor and report on the adoption of these best practices within the scope of the legal authority of DHS and the Federal government.

| Best Practices for E-Commerce Platforms and Third-Party Marketplaces |
|---|
| 1. Comprehensive "Terms of Service" Agreements |
| 2. Significantly Enhanced Vetting of Third-Party Sellers |
| 3. Limitations on High Risk Products |
| 4. Rapid Notice and Takedown Procedures |
| 5. Enhanced Post-Discovery Actions |
| 6. Indemnity Requirements for Foreign Sellers |
| 7. Clear Transactions Through Banks that Comply with U.S. Enforcement Requests for Information (RFI) |
| 8. Pre-Sale Identification of Third-Party Sellers |
| 9. Establish Marketplace Seller ID |
| 10. Clearly Identifiable Country of Origin Disclosures |

Foremost among these best practices is the idea that e-commerce platforms, online third-party marketplaces, and other third-party intermediaries such as customs brokers and express consignment carriers must take a more active role in monitoring, detecting, and preventing trafficking in counterfeit and pirated goods.

# 2. Introduction

*E-commerce platforms represent ideal storefronts for counterfeits…and provide powerful platform[s] for counterfeiters and pirates to engage large numbers of potential consumers.*

- **Organisation for Economic Cooperation and Development**[4]

The rapid growth of e-commerce platforms, further catalyzed by third-party online marketplaces connected to the platforms, has revolutionized the way products are bought and sold. "Online third-party marketplace" means any web-based platform that includes features primarily designed for arranging the sale, purchase, payment, or shipping of goods, or that enables sellers not directly affiliated with an operator of such platforms to sell physical goods to consumers located in the United States.

In the United States, e-commerce year-over-year retail sales grew by 13.3 percent in the second quarter of 2019 while total retail sales increased by only 3.2 percent as brick-and-mortar retail continued its relative decline.[5]  For example, Amazon reports third-party sales on its marketplace grew from $100 million in 1999 to $160 *billion* in 2018.[6] In 2018 alone, Walmart experienced an e-commerce sales increase of 40 percent.[7]

Counterfeits threaten national security and public safety directly when introduced into government and critical infrastructure supply chains, and indirectly if used to generate revenue for transnational criminal organizations. Counterfeits also pose risks to human health and safety, erode U.S. economic competitiveness and diminish the reputations and trustworthiness of U.S. products and producers. Across all sectors of the economy, counterfeit goods unfairly compete with legitimate products and reduce the incentives to innovate, both in the United States and abroad.

While the expansion of e-commerce has led to greater trade facilitation, its overall growth—especially the growth of certain related business models—has facilitated online trafficking in counterfeit and pirated goods. American consumers shopping on e-commerce platforms and online third-party marketplaces now face a significant risk of purchasing counterfeit or pirated goods. This risk continues to rise despite current efforts across e-commerce supply chains to reduce such trafficking.

---

[4] OECD (2018), *Governance Frameworks to Counter Illicit Trade*, Illicit Trade, OECD Publishing, Paris, https://doi.org/10.1787/9789264291652-en.
[5] Department of Commerce, U.S. Census Bureau, Economic Indicators Division, "Quarterly Retail E-Commerce Sales 2nd Quarter 2019," 19 August 2019. https://www2.census.gov/retail/releases/historical/ecomm/19q2.pdf
[6] Jeff Bezos, "2018 Letter to Shareholders," *The Amazon Blog*. 11 April 2019. https://blog.aboutamazon.com/company-news/2018-letter-to-shareholders
[7] Note: Walmart does not separate out the percentage of third-party vendor sales. More information can be found, *here*, Jaiswal, Abhishek, "Getting Started Selling on Walmart in 2019: An Insider's Guide to Success," *BigCommerce*. https://www.bigcommerce.com/blog/selling-on-walmart-marketplace/#millennials-are-the-drivers-of-legacy-brand-change-including-walmart. *See also*, "Walmart Marketplace: Frequently Asked Questions," *Walmart*. https://marketplace.walmart.com/resources/#1525808821038-8edf332b-5ba2.

The OECD reports international trade in counterfeit and pirated goods amounted to as much as $509 billion in 2016. This represents a 3.3 percent increase from 2013 as a proportion of world trade. From 2003[8] through 2018, seizures of infringing goods by the U.S. Customs and Border Protection (CBP) and U.S. Immigration and Customs Enforcement (ICE) increased from 6,500 to 33,810 while the domestic value of seized merchandise — as measured by manufacturer's suggested retail price of the legitimate good (MSRP) — increased from $94 million in 2003 to $1.4 billion in 2018.[9]

The rise in consumer use of third-party marketplaces significantly increases the risks and uncertainty for U.S. producers when creating new products. It is no longer enough for a small business to develop a product with significant local consumer demand and then use that revenue to grow the business regionally, nationally, and internationally with the brand protection efforts expanding in step. Instead, with the international scope of e-commerce platforms, once a small business exposes itself to the benefits of placing products online — which creates a geographic scope far greater than its more limited brand protection efforts can handle — it begins to face increased foreign infringement threat.

Moreover, as costs to enter the online market have come down, such market entry is happening earlier and earlier in the product cycle, further enhancing risk. If a new product is a success, counterfeiters will attempt, often immediately, to outcompete the original seller with lower-cost counterfeit and pirated versions while avoiding the initial investment into research and design.

In other words, on these platforms, the counterfeit and pirated goods compete unfairly and fraudulently against the genuine items. While counterfeit and pirated goods have been sold for years on street corners, alleys, and from the trunks of cars, these illicit goods are now marketed to consumers in their homes through increasingly mainstream e-commerce platforms and third party online marketplaces that convey an air of legitimacy.

With the rise of e-commerce, the problem of counterfeit trafficking has intensified. The OECD documents a 154 percent increase in counterfeits traded internationally, from $200 billion in 2005 to $509 billion in 2016.[10] Data collected by CBP between 2000 and 2018 shows that seizures of infringing goods at U.S. borders, much of it trafficked through e-commerce, has increased ten-fold. Over 85 percent of the contraband seized by CBP arrived from China and Hong Kong. These high rates of seizures are consistent with a key OECD finding:

> *Counterfeit and pirated products come from many economies, with China appearing as the single largest producing market. These illegal products are frequently found in a range of industries, from luxury items (e.g. fashion apparel or deluxe watches), via intermediary products (such as machines, spare parts or*

---

[8] https://www.cbp.gov/sites/default/files/documents/FY2003%20IPR%20Seizure%20Statistics_0.pdf.
[9] https://www.cbp.gov/sites/default/files/assets/documents/2019-Aug/IPR_Annual-Report-FY-2018.pdf
[10] OECD/EUIPO (2016), Trade in Counterfeit and Pirated Goods: Mapping the Economic Impact, OECD Publishing, Paris. https://www.oecd-ilibrary.org/docserver/9789264252653-en.pdf?expires=1576509401&id=id&accname=id5723&checksum=576BF246D4E50234EAF5E8EDF7F08147

*chemicals) to consumer goods that have an impact on personal health and safety (such as pharmaceuticals, food and drink, medical equipment, or toys).[11]*

## Operation Mega Flex

In 2019, in response to the alarmingly high rates of contraband uncovered by DHS and a request from the White House Office of Trade and Manufacturing Policy (OTMP), CBP initiated Operation Mega Flex. This operation uses enhanced inspection and monitoring efforts to identify high-risk violators that are shipping and receiving illicit contraband through international mail facilities and express consignment hubs.

The periodic "blitz operations" conducted under the auspices of Operation Mega Flex examine thousands of parcels from China and Hong Kong and carefully catalog the range of contraband seized. To date, such operations have included visits to seven of CBP's international mail facilities and four express consignment hubs and the completion of over 20,000 additional inspections. The following table summarizes the findings of three Mega Flex blitzes conducted between July and September of 2019.

| Results of Operation Mega Flex (2019) | | | | |
|---|---|---|---|---|
| | **Blitz I**<br>*July 16 & 17* | **Blitz II**<br>*August 21* | **Blitz III**<br>*September 18* | **Total** |
| **Inspections** | 9,705 | 5,757 | 5,399 | 20,861 |
| **Discrepancies** | 1,145 | 1,010 | 735 | 2,890 |
| **Discrepancy Rate** | 11.8% | 17.5% | 13.6% | 13.9% |
| **Counterfeits** | 212 | 467 | 382 | 1,061 |
| **Counterfeit Rate** | 2.2% | 8.1% | 7.1% | 5.1% |

**Source: U.S. Customs and Border Protection**

Among the discrepancies uncovered by Operation Mega Flex were 1,061 shipments of counterfeit products. These counterfeits range from fake name brand items, like Louis Vuitton bags to sports equipment made with faulty parts. Other contraband included drug paraphernalia, deadly opioids, and counterfeit drivers' licenses.[12] In all, counterfeits constituted more than one of every three discrepancies uncovered by inspectors.[13]

---

[11] OECD/EUIPO (2016), Trade in Counterfeit and Pirated Goods: Mapping the Economic Impact, OECD Publishing, Paris. https://www.oecd-ilibrary.org/docserver/9789264252653-en.pdf?expires=1576509401&id=id&accname=id5723&checksum=576BF246D4E50234EAF5E8EDF7F08147

[12] Oren Fliegelman, "Made in China: Fake IDs," *The New York Times.* 6 February 2015. https://www.nytimes.com/2015/02/08/education/edlife/fake-ids-or-why-would-a-student-order-a-tea-set.html

[13] Among the near 3,000 discrepancies, 20% of them were agricultural violations, such as bad meat, fruit, or produce, unsafe for the American consumer. These agricultural discrepancies are dangerous to the United States because they may contain diseases or pests that can greatly impact agriculture. For example, on October 16, 2018, CBP seized nearly 900 pounds of mitten crabs from an incoming Chinese freight. In Asia, mitten crabs are considered a seasonal delicacy; however, they have a disastrous impact on other global habitats and are labeled as an invasive species. See, Department of Homeland Security, U.S. Customs and Border Protection, "CBP Prevents Smuggling of Nearly 900 Pounds of Invasive Mitten Crabs*,"* 31 October 2018. https://www.cbp.gov/newsroom/national-media-release/cbp-prevents-smuggling-nearly-900-pounds-invasive-mitten-crabs.

Authorities also seized 174 controlled or prohibited substances, including: recreational drugs like LSD, cocaine, DMT, ecstasy, marijuana, mushrooms, and poppy pods as well as steroids and highly addictive painkillers like Tramadol.

It is not just a rise in the volume of counterfeits we are witnessing. GAO notes that counterfeiters are increasingly producing a "wider variety of goods that may be sold on websites alongside authentic products."[14]

DHS finds the current state of e-commerce to be an intolerable and dangerous situation that must be addressed firmly and swiftly by strong actions within the Department and across other relevant agencies of the U.S. Government (USG). These include: The Federal Bureau of Investigation and the Department of Justice, the Department of Commerce, and the Department of the Treasury. This report provides a blueprint for swift and constructive changes and sets forth several actions for immediate implementation.

# 3.   Overview of Counterfeit and Pirated Goods Trafficking

While most e-commerce transactions involve legitimate sellers and products, far too many involve the trafficking of counterfeit and pirated goods and expose legitimate businesses and consumers to substantial risks. This is a global phenomenon; the OECD reports international trade in counterfeit and pirated goods amounted to as much as half a trillion dollars in 2016.[15]

## Key Drivers of Counterfeiting and Piracy in E-Commerce

Historically, many counterfeits were distributed through swap meets and individual sellers located on street corners. Today, counterfeits are being trafficked through vast e-commerce supply chains in concert with marketing, sales, and distribution networks. The ability of e-commerce platforms to aggregate information and reduce transportation and search costs for consumers provides a big advantage over brick-and-mortar retailers. Because of this, sellers on digital platforms have consumer visibility well beyond the seller's natural geographical sales area.

Selling counterfeit and pirated goods through e-commerce is a highly profitable activity: production costs are low, millions of potential customers are available online, transactions are convenient, and listing on well-branded e-commerce platforms provides an air of legitimacy.

---

Other discrepancies found by CBP in the blitz operations included 13 weapon modifications and gun parts, 3 occurrences of drug paraphernalia, and 3 pill presses. For full summary of findings, see, Department of Homeland Security, U.S. Customs and Border Protection, Operation Mega Flex I, II and III Summaries, 2019.

[14]U.S. Government Accountability Office Report to the Chairman, Committee on Finance, U.S. Senate: *Intellectual Property: Agencies Can Improve Efforts to Address Risks Posed by Changing Counterfeits Market*, GAO-18-216, Washington, DC: Government Accountability Office, January 2018. https://www.gao.gov/assets/690/689713.pdf

[15]See OECD, Trends in Trade in Counterfeit and Pirated Goods (March 2019), available at https://www.oecd.org/governance/risk/trends-in-trade-in-counterfeit-and-pirated-goods-g2g9f533-en.htm

[15]See Parker et al. 2016

When sellers of illicit goods are in another country, they are largely outside the jurisdiction for criminal prosecution or civil liability from U.S. law enforcement and private parties.

*The Role of Online Third-Party Marketplaces*

Third-party online marketplaces can quickly and easily establish attractive "store-fronts" to compete with legitimate businesses. On some platforms, little identifying information is necessary to begin selling.

A counterfeiter seeking to distribute fake products will typically set up one or more accounts on online third-party marketplaces. The ability to rapidly proliferate third-party online marketplaces greatly complicates enforcement efforts, especially for intellectual property rights holders. Rapid proliferation also allows counterfeiters to hop from one profile to the next even if the original site is taken down or blocked. On these sites, online counterfeiters can misrepresent products by posting pictures of authentic goods while simultaneously selling and shipping counterfeit versions.

Counterfeiters have taken full advantage of the aura of authenticity and trust that online platforms provide. While e-commerce has supported the launch of thousands of legitimate businesses, their models have also enabled counterfeiters to easily establish attractive "store-fronts" to compete with legitimate businesses.

Platforms use their third-party marketplace functions to leverage "two-sided" network effects to increase profitability for the platform by adding both more sellers and more buyers. Because sellers benefit with each additional buyer using the platform (more consumers to sell to), and buyers are more likely to join/use the platform with each additional seller (more sellers to buy from), there can be diminished internal resistance to adding lower quality sellers.

Platforms that recognize this strategy may incentivize seller listings to stimulate further growth and increase profits but do so without adequate scrutiny. As just one incentive, many platforms create "frictionless entry" by reducing the costs for sellers and buyers to join, thereby increasing the likelihood that the platform will reach an efficient and highly profitable scale.

Platforms also generate value by opening previously unused (or less frequently used) markets. In addition, online platforms reduce transaction costs by streamlining the actual transaction; for example, buyers and sellers use a standardized transaction method that simplifies interactions with buyers and reduces the risk that the buyer will not pay.

For example, before the rise of e-commerce, secondhand products could be sold at garage sales or in classified newspaper advertisements. E-commerce created a process for allowing buyers and sellers to trade goods digitally, reducing transaction costs and creating a global marketplace for used, but too often counterfeit, products.

Another way platforms generate value is by aggregating information and reducing search costs. A buyer may search for a product, either by keyword or product category, at lower search cost than visiting brick-and-mortar stores. Because of this, sellers on digital platforms have consumer visibility well beyond the seller's natural geographical sales area.

In addition, consumers who have made a purchase may use tools provided by the marketplace to rate the product and the seller involved. These ratings create an important mechanism to facilitate future consumer trust in an otherwise unknown seller.

In principle, such a rating system provides a key to overcoming a common economic problem that might otherwise preclude sales: without a low-cost trust building feature that also communicates quality, and in a market with significant numbers of low-quality products, buyers may refuse to purchase any product at all, or would demand a lower price to reflect the uncertainty. One frequent result is that low cost counterfeits drive out high quality, trusted brands from the online marketplace. In practice, even the ratings systems across platforms have been gamed, and the proliferation of fake reviews and counterfeit goods on third-party marketplaces now threatens the trust mechanism itself.

*Lower Startup and Production Costs*

The relative ease of setting up and maintaining e-commerce websites makes online marketplaces a prime locale for the retailing of counterfeit and pirated goods. E-commerce retailers enjoy low fixed costs of setting up and maintaining web businesses and lower costs for carrying out normal business operations such as managing merchant accounts. These ventures can be set up quickly without much sophistication or specialized skills.

Some online platforms allow retailers to use pre-made templates to create their stores while other platforms only require that a seller create an account. These businesses face much lower overhead costs than traditional brick-and-mortar sellers because there is no need to rent retail space or to hire in-person customer-facing staff. Not only can counterfeiters set up their virtual storefronts quickly and easily, but they can also set up new virtual storefronts when their existing storefronts are shut down by either law enforcement or through voluntary initiatives set up by other stakeholders such as market platforms, advertisers, or payment processors.

In the production stage, counterfeiters keep costs low by stealing product secrets or technological knowledge, exploiting new production technologies, and distributing operations across jurisdictions. One method involves employees who sell trade secrets to a third party who, in turn, develops and sells counterfeit products based on the stolen secrets. Another method relies on an intermediary to steal a firm's product or technology. The use of intermediaries reduces the traceability to the counterfeiter.

Counterfeiting and piracy operations also take advantage of new low-cost production technologies. For example, the technological advances in modeling, printing and scanning technologies such as 3D printing reduce the barriers for reverse engineering and the costs of manufacturing counterfeit products.

Lower production costs can also be achieved through distributed production operations. One method involves manufacturing the counterfeit good in a foreign market to lower the chances of detection and to minimize legal liability if prosecuted. This can be combined with importation of

the counterfeit labels separately from the items, with the labels being applied to the products after both items arrive in the U.S.

In addition, it is much cheaper to manufacture illicit goods because counterfeit and pirated goods are often produced in unsafe workplaces with substandard and unsafe materials by workers who are often paid little—and sometimes nothing in the case of forced labor. Moreover, in the case of goods governed by Federal health and safety regulations, it often costs much less to produce counterfeit versions that do not meet these health and safety standards.

*Lower Marketing Costs*

Businesses that use only an internet presence as their consumer-facing aspect typically enjoy lower costs of designing, editing, and distributing marketing materials. Counterfeiters also benefit from greater anonymity on digital platforms and web sites and greater ease to retarget or remarket to customers. For example, counterfeiters use legitimate images and descriptions on online platforms to confuse customers, and they open multiple seller accounts on the platform so that if one account is identified and removed, the counterfeiter can simply use another.

The popularity of social media also helps reduce the costs of advertising counterfeit products. The nature of social media platforms has aided in the proliferation of counterfeits across all e-commerce sites. Instagram users, for example, can take advantage of connectivity algorithms by using the names of luxury brands in hashtags. Followers can search by hashtag and unwittingly find counterfeit products, which are comingled and difficult to differentiate from legitimate products and sellers.

*Lower Distribution Costs*

Traditionally, many counterfeit goods were distributed through swap meets and individual sellers located on street corners. With the rise of online platforms for shopping, customers can have products delivered to them directly.

Foreign entities that traffic in counterfeits understand how to leverage newer distribution methods better suited to e-commerce than the traditional trade paradigm (i.e., imports arriving via large cargo containers with domestic distribution networks). Today, mail parcel shipments, including through express consignments, account for more than 500 million packages each year.[16] Seizures in the small package environment made up 93 percent of all seizures in 2018, a 6 percent increase over 2017. From 2012 to 2016, the number of seizures from express consignment carriers increased by 105 percent, and the MSRP of those seizures had a 337 percent increase.[17] In contrast, seizures from cargo decreased by 36 percent from FY17 to FY18.

---

[16]https://www.cbp.gov/sites/default/files/assets/documents/2019-Apr/FY%202017%20Seizure%20Stats%20Booklet%20-%20508%20Compliant.pdf p. 14
[17]https://www.gao.gov/assets/690/689713.pdf?mod=article_inline p. 14

The International Chamber of Commerce found that counterfeiters use international air packages because the high volume of these packages makes enforcement more difficult.[18] A recent report by the OECD points out that distributing counterfeits across a series of small packages spreads the risk of detection, and lowers the loss from having one or more shipments seized, suggesting that losses to the counterfeiter on an ongoing basis would be within a tolerable range.[19]

The OECD report also notes that it is harder for authorities to detect counterfeits in small parcels than in shipping containers because cargo containers making entry at a maritime port provide customs officials with more information, well in advance of arrival. Moreover, the effort required for CBP to seize a shipment does not vary by size of the shipment, meaning that a package of a few infringing goods requires the same resources to seize as a cargo container with hundreds of infringing goods.

Section 321 of the Tariff Act of 1930 has likewise encouraged counterfeiters to favor smaller parcel delivery. Under Section 321, a foreign good valued at or less than $800 and imported by one person on one day is not subject to the same formal customs entry procedures and rigorous data requirements as higher-value packages entering the United States. This reduced level of scrutiny is an open invitation to exploit Section 321 rules to transport and distribute counterfeits.

Rules set by the Universal Postal Union (UPU) have historically contributed to the distortion in rates for delivery of international e-commerce purchases to the United States.[20]   UPU reimbursement rates have underpriced domestic postage rates for small parcels. This market distortion made it cheaper for small package exports to the United States. from certain countries than would otherwise be economically feasible and has encouraged the use of the international postal mode over other shipment channels. The United States recently scored a historic victory when the UPU overhauled its terminal dues system[21], effectively eliminating this outdated policy.[22]

*Consumer Attitudes and Perceptions*

The sale of counterfeits away from so-called "underground" or secondary markets (e.g. street corners, flea markets) to e-commerce platforms is reshaping consumer attitudes and perceptions. Where in the past, consumers could identify products by relying on "red flag" indicators—such as a suspicious location of the seller, poor quality packaging, or discount pricing—consumers are now regularly exposed to counterfeit products in settings and under conditions where the articles appear genuine.

While the risks of receiving a counterfeit may have been obvious to a consumer purchasing items on street corners, with the rise of online platforms, it is not so obvious anymore. For example, it is

---

[18] https://cdn.iccwbo.org/content/uploads/sites/3/2015/03/ICC-BASCAP-Roles-and-Responsibilities-of-Intermediaries.pdf p. 32
[19] OECD/EUIPO (2018), *Misuse of Small Parcels for Trade in Counterfeit Goods: Facts and Trends, Illicit Trade*, OECD Publishing, Paris. https://doi.org/10.1787/9789264307858-en p. 77
[20] The UPU is a specialized agency of the United Nations that coordinates postal policies between 190 countries. Importantly, these treaties determine the cost of shipping between the various countries and offers low rates to mail originating from abroad, as compared to domestic postage rates.
[21] Universal Postal Union (2019), *Decisions of the 2019 Geneva Extraordinary Congress*, http://www.upu.int/uploads/tx_sbdownloader/actsActsOfTheExtraordinaryCongressGenevaEn.pdf
[22] https://www.nytimes.com/2019/09/25/business/universal-postal-union-withdraw.html

unlikely that anyone would set out to purchase a counterfeit bicycle helmet given the potential safety risks; however, such items are readily available to unsuspecting consumers on e-commerce websites.

Reports indicate that some third-party marketplace listings falsely claim to have certifications with health and safety standards or offer items banned by federal regulators or even the platforms themselves. Coupled with the inability of buyers to accurately determine the manufacturer or the origin of the product, it is challenging for buyers to make informed decisions in the e-commerce environment.

In 2017, MarkMonitor found that 39 percent of all unwitting purchases of counterfeit goods were bought through online third-party marketplaces.[23]  Sellers on large well-known platforms rely on the trust that those platforms hosting of the marketplace elicits. The results of this survey indicate that bad actors selling counterfeit goods on legitimate online platforms erodes trust in both the brands and the platforms themselves.

In 2018, Incopro conducted a survey focusing on United Kingdom (UK) consumers who had unwittingly purchased counterfeit goods and how their perceptions of online marketplaces were affected as a result.[24]  The results of this survey show that 26 percent of respondents reported that they had unwittingly purchased counterfeits. Of these, 41 percent reported that they had never received a refund after reporting a seller to online marketplaces.

In addition, roughly one-third of respondents reported that they would be less likely to buy a widely counterfeited product from an online marketplace while 46 percent reported no longer using a particular online marketplace after receiving counterfeit goods. Respondents also reported that, when trying to differentiate between genuine and counterfeit products, they consider online reviews along with the reputation of online marketplaces.

These recent findings, against the larger backdrop of the e-commerce environment, demonstrate the immediacy of the problem as consumer confidence and brand integrity continue to suffer in the realm of online third-party marketplaces.

## Top Products Prone to Counterfeiting and Piracy

Counterfeiters sell fake goods as authentic goods — for example, a copy of a Louis Vuitton bag or Rolex watch fraudulently sold as the "real thing." Counterfeiters use identical copies of registered trademarks without the authorization of the rightful owner.

Piracy typically refers to the act of copying a protected work (such as a book, movie, or music) without the consent of the rights holder or person duly authorized by the rights holder.

---

[23]MarkMonitor (2017). *MarkMonitor Online Barometer: Global online shopping survey 2017 – consumer goods.* Downloaded from https://www.markmonitor.com/download/report/MarkMonitor_Online_Shopping_Report-2017-UK.pdf. p. 6
[24]INCOPRO, 2018. Counterfeit Products are Endemic – and it is damaging brand value: INCOPRO Market Research Report available at https://www.incoproip.com/cms/wp-content/uploads/2018/11/2018_Incopro_Market-Research-report.pdf.

The below table provides a summary of the annual IPR seizure statistics collected by CBP in FY18; including items from all modes of transportation. Apparel and other types of accessories, along with footwear, top the list at 18 percent and 14 percent of seizures, respectively. Commonly counterfeited items in these categories include brand name shoes such as Nike and Adidas, as well as NFL jerseys.

Watches and jewelry follow at 13 percent of total seizures. During the Mega Flex operation on August 21, 2019, for example, CBP officers seized counterfeit Rolex watches valued at over $1.4 million. Handbags and wallets represented nearly 11 percent of all seizures, including counterfeits of luxury brands such as Louis Vuitton, Michael Kors, and Gucci. Consumer electronics represented 10 percent of seizures, including products such as iPhones, hover boards, earbuds, microchips, and others.

Pharmaceuticals and personal care items account for only 7 percent of total seizures. However, as discussed in the next section, many of the products in these categories pose significant dangers to the consumer. Fake prescription drugs can lack active ingredients, contain incorrect dosages, or include dangerous additives. Fake personal care items such as cosmetics have been found to contain everything from harmful bacteria to human waste. Between 2017 and 2018, CBP and ICE Homeland Security Investigations (HSI) seized over $31 million in fake perfumes from China.

| CBP Intellectual Property Rights Annual Seizure Statistics Fiscal Year 2018 | | |
|---|---|---|
| Products | Seizures | Percent of Total |
| 1.  Wearing Apparel/Accessories | 6,098 | 18% |
| 2.  Footwear | 4,728 | 14% |
| 3.  Watches/Jewelry | 4,291 | 13% |
| 4.  Handbags/Wallets | 3,593 | 11% |
| 5.  Consumer Electronics | 3,388 | 10% |
| 6.  Consumer Products | 2,816 | 8% |
| 7.  Pharmaceuticals/Personal Care | 2,293 | 7% |
| 8.  Optical Media | 561 | 2% |
| 9.  Toys | 487 | 1% |
| 10. Computers/Accessories | 450 | 1% |

Source: U.S. Customs and Border Protection

# 4.   Health and Safety, Economic, and National Security Risks

Counterfeit trafficking exposes American consumers to significant health and safety risks — in addition to significant economic impacts and, in some cases, threats to national security.

## Health and Safety

The types of counterfeit goods available on e-commerce platforms go far beyond those products with potential hidden toxins — like sports jerseys, jewelry and purses—and include many products

that can pose more obvious serious risks to health and safety, like prescription drugs and air bags. It is not only the sellers of the counterfeit goods, but also the e-commerce platforms and other third-party intermediaries (e.g., shippers) that facilitate their sale, that are profiting from the marketing and distribution of these illicit products to the American public.

The profit margins are especially high for counterfeiters in the sale of counterfeit pharmaceuticals. In the past, counterfeit prescription drugs primarily involved so-called lifestyle drugs like sildenafil (Viagra). Today, this market has expanded to include all types of therapeutic medicines, including insulin, cancer medications, and cardiovascular drugs.

Counterfeiting has also spread into over-the-counter medicines like cough syrup and weight loss drugs. As more Americans purchase drugs online, many U.S. consumers appear to be largely unaware of the potential dangers of purchasing counterfeit drugs from internet pharmacies.

Unlike legitimate drug manufacturers that are subject to inspections by the U.S. Food and Drug Administration, labs that manufacture counterfeits have no such oversight. According to a 2019 Better Business Bureau study, "companies based in China, Hong Kong, Singapore, and India shipped 97 percent of the counterfeit medicines seized in the U.S."[25]

In March 2019, Europol, the European Union's law enforcement agency, seized 13 million doses of counterfeit medicine ranging from opioids to heart medication. Europol noted that this type of counterfeiting is on the rise due to the relatively low risk of criminal detection.[26]

Counterfeit medicines not only defraud consumers who are often afflicted with serious health issues; they can also be lethal. Fake prescription opioids are often laced with deadly fentanyl, much of which originates in China. In raising awareness of the dangers, the National Institutes of Health (NIH) has warned:

> *Preventing counterfeit medicines from entering the United States is especially difficult, in part because nearly 40 percent of drugs are made overseas and approximately 80 percent of the active medicinal components of drugs are imported. Because many of these medicines are expensive, buyers are attracted by lower prices. The rise of Internet pharmacies makes regulation of drug safety more difficult.* [27]

---

[25]Baker, C. Steven, "Fakes are Not Fashionable: A BBB Study of the Epidemic of Counterfeit Goods Sold Online," *Better Business Bureau*, May 2019. https://www.bbb.org/globalassets/local-bbbs/st-louis-mo-142/st_louis_mo_142/studies/counterfeit-goods/BBB-Study-of-Counterfeit-Goods-Sold-Online.pdf

[26]Baker, C. Steven, "Fakes are Not Fashionable: A BBB Study of the Epidemic of Counterfeit Goods Sold Online," *Better Business Bureau*, May 2019. Pg. 9. https://www.bbb.org/globalassets/local-bbbs/st-louis-mo-142/st_louis_mo_142/studies/counterfeit-goods/BBB-Study-of-Counterfeit-Goods-Sold-Online.pdf

[27]National Institutes of Health, Blackstone, Erwin A., Joseph P. Fuhr Jr., and Steve Pociask, "The Health and Economic Effects of Counterfeit Drugs," *American Health and Drug Benefits* 7(4): 216-224, https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4105729/; See also, Mackey, Tim K., et al., "After counterfeit Avastin®-- what have we learned and what can be done," *Nature Reviews Clinical Oncology* 12, 302-308. 2015. https://www.nature.com/articles/nrclinonc.2015.35.pdf

Health and safety risks extend far beyond fake prescription drugs. Counterfeit cosmetics often contain ingredients such as arsenic, mercury, aluminum, or lead and may be manufactured in unsanitary conditions, which can ultimately lead to problems with one's eyes or skin.

An investigation of counterfeit iPhone adapters conducted by the GAO found a 99 percent failure rate in 400 counterfeit adapters tested for safety, fire, and shock hazards, and found that 12 of the adapters posed a risk of lethal electrocution to the user.[28] In December 2015, CBP seized 1,378 hover boards with counterfeit batteries, which can cause fires resulting in injury or death.[29]

Children's toys, some laced with deadly metals like cadmium and lead, represent another area in which counterfeiters have taken advantage of e-commerce business models that provide limited to no accountability for sellers.

The Department of Justice has prosecuted individuals for the online sale of a "high value target" of counterfeiters — namely, airbags.[30]  Along with other counterfeit automotive parts like brake pads, wheels, and seat belts, unsafe airbags can have catastrophic consequences for drivers, as well as for their passengers and others on the road. Bicycle helmets, another favorite of counterfeiters, likewise can lead to catastrophic consequences for cyclists.

Of the contraband products seized in 2016 by CBP and ICE/HSI, an astonishing 16 percent posed direct and obvious threats to health and safety.[31] E-commerce also facilitates the widespread sale of pirated versions of copyrighted works. Pirated medical books — which can contain errors that endanger patients' lives — have been found on platforms along with other pirated books (textbooks and trade books) and illicit reproductions of music-CD box sets.

## Economic Harm

The growth in online sales of counterfeit and pirated goods directly harms — and unfairly competes against — the many legitimate companies that produce, sell and distribute genuine goods, often resulting in lost profits, employee layoffs, and diminished incentives to innovate. Frontier Economics (2018) finds that counterfeit goods displaced roughly half a trillion dollars of global sales of legitimate companies in 2013 and forecasts this displacement to reach $1 to $1.2 trillion by 2022.[32] The study also estimates that global employment losses due to counterfeit goods

---

[28]Underwriters Laboratory (UL), "Counterfeit iPhone Adapters", available at: https://legacy-uploads.ul.com/wp-content/uploads/sites/40/2016/09/10314-CounterfeitiPhone-WP-HighRes_FINAL.pdf. Also *see*, U.S. Government Accountability Office Report to the Chairman, Committee on Finance, U.S. Senate: *Intellectual Property: Agencies Can Improve Efforts to Address Risks Posed by Changing Counterfeits Market*, GAO-18-216, Washington, DC: Government Accountability Office, January 2018. Pg.18. https://www.gao.gov/assets/690/689713.pdf
[29]U.S. Government Accountability Office Report to the Chairman, Committee on Finance, U.S. Senate: *Intellectual Property: Agencies Can Improve Efforts to Address Risks Posed by Changing Counterfeits Market*, GAO-18-216, Washington, DC: Government Accountability Office, January 2018. https://www.gao.gov/assets/690/689713.pdf
[30]Department of Justice, U.S. Attorney's Office, Western District of New York, "Two Men Charged with Importing and Selling Counterfeit Airbags," 24 October 2016. https://www.justice.gov/usao-wdny/pr/two-men-charged-importing-and-selling-counterfeit-airbags; Department of Justice, U.S. Attorney's Office, Western District of New York, "Cheektowaga Man Sentenced for Buying and Selling Counterfeit Airbags," 9 May 2019.
[31]Department of Homeland Security, U.S. Customs and Border Protection, "Intellectual Property Rights: Fiscal Year 2018 Seizure Statistics," August 2019. https://www.cbp.gov/sites/default/files/assets/documents/2019-Aug/IPR_Annual_Report-FY-2018.pdf
[32]https://iccwbo.org/publication/economic-impacts-counterfeiting-piracy-report-prepared-bascap-inta/

were between 2 million and 2.6 million jobs in 2013, with job displacement expected to double by 2022.

Counterfeit goods also damage the value of legitimate brands. When brand owners lose the ability to collect a price premium for branded goods, it leads to diminished innovation as brand owners are less likely to invest in creating innovative products. Legitimate companies, and particularly small businesses, report devastating impacts due to the abundance of competing online counterfeits and pirated goods. Moreover, while e-commerce platforms can benefit legitimate businesses by helping them to reach customers with a new product, the same process and technology also makes it easier for unscrupulous firms to identify popular new products, produce infringing versions of them, and sell these illicit goods to the business's potential customers.

As previously noted, the speed at which counterfeiters can steal intellectual property through e-commerce can be very rapid. If a new product is a success, counterfeiters may attempt to immediately outcompete the original seller with lower-cost counterfeit versions — while avoiding research and development costs. The result: counterfeiters may have a significant competitive advantage in a very short period of time over those who sell trusted brands.

Such fast-track counterfeiting poses unique and serious problems for small businesses, which do not have the same financial resources as major brands to protect their intellectual property. Lacking the ability to invest in brand-protection activities, such as continually monitoring e-commerce platforms to identify illicit goods, perform test buys, and send takedown notices to the platforms, smaller businesses are more likely to experience revenue losses as customers purchase counterfeit versions of the branded products.

In many cases, American enterprises have little recourse aside from initiating legal action against a particular vendor. Such legal action can be extremely difficult. Many e-commerce sellers of infringing products are located outside the jurisdiction of the United States, often in China; existing laws and regulations largely shield foreign counterfeiters from any accountability.

## Organized Crime and Terrorism

The impact of counterfeit and pirated goods is broader than just unfair competition. Law enforcement officials have uncovered intricate links between the sale of counterfeit goods and transnational organized crime. A study by the Better Business Bureau notes that the financial operations supporting counterfeit goods typically require central coordination, making these activities attractive for organized crime, with groups such as the Mafia and the Japanese Yakuza heavily involved.[33] Criminal organizations use coerced and child labor to manufacture and sell counterfeit goods. In some cases, the proceeds from counterfeit sales may be supporting terrorism and dictatorships throughout the world.[34]

---

[33] https://www.bbb.org/globalassets/local-bbbs/st-louis-mo-142/st_louis_mo_142/studies/counterfeit-goods/BBB-Study-of-Counterfeit-Goods-Sold-Online.pdf
[34] United Nations Office of Drugs and Crime (UNODC), *Focus On: The Illicit Trafficking of Counterfeit Goods and Transnational Organized Crime*, available at:
https://www.unodc.org/documents/counterfeit/FocusSheet/Counterfeit_focussheet_EN_HIRES.pdf

## National Security

One of the greatest threats counterfeits pose to national security is their entry into the supply chain of America's defense industrial base. This defense industrial base includes both private sector contractors and government agencies, particularly the Department of Defense.

In FY 2018, 12 percent of DHS seizures included counterfeit versions of critical technological components, automotive and aerospace parts, batteries, and machinery. Each of these industrial sectors have been identified as critical to the defense industrial base, and thus critical to national security. One example drawn from a 2018 study by the Bureau of Industry and Security within the Department of Commerce featured the import of counterfeit semiconductors or "Trojan chips" for use in defense manufacturing and operations[35]. Such Trojan chips can carry viruses or malware that infiltrate and weaken American national security. The problem of counterfeit chips has become so pervasive that the Department of Defense has referred to it as an "invasion." Companies from China are the primary producers of counterfeit electronics.[36]

# 5. How E-Commerce Facilitates Counterfeit Trafficking

While e-commerce has supported the launch of thousands of legitimate businesses, e-commerce platforms, third-party marketplaces, and their supporting intermediaries have also served as powerful stimulants for the trafficking of counterfeit and pirated goods. The central economic driver of such trafficking is this basic reality: Selling counterfeit and pirated goods through e-commerce platforms and related online third-party marketplaces is a highly profitable venture.

For counterfeiters, production costs are low, millions of potential customers are available online, transactions are convenient, and listing goods on well-known platforms provides an air of legitimacy. When sellers of illicit goods are in another country, they are also exposed to relatively little risk of criminal prosecution or civil liability under current law enforcement and regulatory practices. It is critical that immediate action be taken to protect American consumers and other stakeholders against the harm and losses inflicted by counterfeiters.

---

[35]https://www.bis.doc.gov/index.php/documents/technology-evaluation/37-defense-industrial-base-assessment-of-counterfeit-electronics-2010/file
[36]Saunders, Gregory and Tim Koczanksi, "Counterfeits," *Defense Standardization Program Journal*, October/December 2013. https://www.dsp.dla.mil/Portals/26/Documents/Publications/Journal/131001-DSPJ.pdf

Figure One provides a simplified overview of how counterfeit products move from production by counterfeiters to sales to American consumers:



**Counterfeit Production and Distribution**

The counterfeit sales process begins with some type of production capability for the counterfeit good. In this stage, counterfeiters enjoy enormous production cost advantages relative to legitimate businesses. Counterfeits are often produced in unsafe workplaces, with substandard and unsafe materials, by workers who are often paid little or sometimes nothing in the case of forced labor.

In the case of goods subject to federal health and safety regulations, it costs much less to produce counterfeit versions that do not meet these health and safety requirements that make the legitimate products so safe.

Counterfeiters likewise minimize the need for incurring significant research and development expenditures by stealing intellectual property, technologies, and trade secrets. They also shave production costs using inferior ingredients or components.

For example, a common way for counterfeiters to produce *fake* prescription opioids like Oxycontin, or a prescription drug like Viagra, is to start with the *real* pills as a basic ingredient. These real pills are then ground up into a powder, diluted with some type of (sometimes toxic) powder filler, and then "spiked" with an illegal and deadly narcotic like fentanyl, in the case of fake opioids, or illegal and deadly amphetamines or strychnine, in the case of Viagra.

In the case of apparel, such as running shoes, employees from a legitimate branded company may leave the company and set up their own facility. These employees have the expertise to manufacture identical-looking shoes; but they will typically do so with cheaper, inferior components. The result: the shoes may fail during activity, injure the user with an inferior insole, or, at a minimum, wear out faster than the real product.[37]

---

[37]Department of Homeland Security, U.S. Customs and Border Protection, "CBP Seizes Over $2.2 Million worth of Fake Nike Shoes at LA/Long Beach Seaport," 9 October 2019. https://www.cbp.gov/newsroom/local-media-release/cbp-seizes-over-22-million-worth-fake-nike-shoes-lalong-beach-seaport

The technological advances in modeling, printing, and scanning technologies such as 3D printing, have also significantly reduced the barriers for reverse engineering and the costs of manufacturing counterfeit products. Again, one problem that may arise may be the use of inferior production inputs that lead to product failure.

These are just a few of the many ways counterfeits begin their long journey into American households. There is often no way for legitimate businesses to compete, on a production cost basis, with counterfeiters. There is also often no way for a consumer to tell the difference between a counterfeit and legitimate good.

### Third-Party Marketplaces and Counterfeiter Websites

A counterfeiter seeking to distribute fake products will typically set up one or more accounts on third-party marketplaces, and these accounts can often be set up quickly and without much sophistication or many specialized skills. Under such circumstances, it is axiomatic that online retailers face much lower overhead costs than traditional brick-and-mortar sellers. There is no need to rent retail space or to hire in-person, customer-facing staff.

In a common scenario, third-party marketplace websites contain photos of the real product, fake reviews of the counterfeit product, and other such disinformation designed to mislead or fool the consumer into believing the legitimacy of the product. The proliferation of such disinformation is the hallmark of the successful online counterfeiter. Such deception not only provides counterfeiters with an enormous competitive advantage over their brick-and-mortar counterparts; legitimate sellers on the internet are harmed as well.

In some cases, counterfeiters hedge against the risk of being caught and their websites taken down from an e-commerce platform by preemptively establishing multiple virtual store-fronts. A key underlying problem here is that on at least some e-commerce platforms, little identifying information is necessary for a counterfeiter to begin selling. In the absence of full transparency, counterfeiters can quickly and easily move to a new virtual store if their original third-party marketplace is taken down.

The popularity of social media also helps proliferate counterfeits across various e-commerce platforms. Instagram users, for example, can take advantage of connectivity algorithms by using the names of luxury brands in hashtags. Followers can search by hashtag and unwittingly find counterfeit products, which are comingled and difficult to differentiate from legitimate products and sellers.

According to a 2019 report, *Instagram and Counterfeiting*, nearly 20 percent of the posts analyzed about fashion products on Instagram featured counterfeit or illicit products.[38] More than 50,000 Instagram accounts were identified as promoting and selling counterfeits, a 171 percent increase from a prior 2016 analysis. Instagram's Story feature, where content disappears in twenty-four hours, was singled out as particularly effective for counterfeit sellers.

---

[38]Stroppa, Andrea, *et al*., "Instagram and counterfeiting in 2019: new features, old problems," *Ghost Data*, 9 April 2019. Rome, New York. https://ghostdata.io/report/Instagram_Counterfeiting_GD.pdf

A more recent development on social media is the proliferation of "hidden listings" for the sale of counterfeits. Social media is used to provide direct hyperlinks in private groups or chats to listings for counterfeit goods that purport to be selling unrelated legitimate items. By accessing the link, buyers are brought to an e-commerce platform which advertises an unrelated legitimate item for the same price as the counterfeit item identified in the private group or chat. The buyer is directed to purchase the unrelated item in the listing but will receive the sought-after counterfeit item instead.

## Order Fulfillment in E-Commerce

The foreign counterfeiter must first choose between sending a package either by express consignment carrier or through the international post. As a general proposition, express consignment shippers — such as DHL Express, Federal Express, and the United Parcel Service — were subject to data requirements before they were extended to the international posts.

In the next step along the delivery chain, a parcel will arrive at a port of entry under the authority of CBP. Millions of parcels arrive daily, and it is impossible to inspect more than a very small fraction.

Although ocean shipping is still a major mode of transport for counterfeits, the rapid growth of other modes, such as truck and air parcel delivery, threaten to upend established enforcement efforts, and as such, is increasingly used by international counterfeiters. This continued shift from bulk cargo delivery to other modes by counterfeiters is illustrated in the trends in seizure statistics.

It is clear from these observations that counterfeit traffickers have learned how to leverage newer air parcel distribution methods that vary from the traditional brick-and-mortar retail model (for example, imports arriving via large cargo containers with domestic distribution networks). This is an issue that must be directly addressed by firm actions from CBP.

## Section 321 De Minimis Exemption and Counterfeit Trafficking

Under Section 321 of the Tariff Act of 1930, as amended by the Trade Facilitation and Trade Enforcement Act of 2015 (TFTEA), articles with a value of $800 or less, imported by one person on one day, can be admitted free of duty and taxes. Under 19 CFR § 10.151 and 19 CFR part 143, Subpart C, those importations are often not subject to the same formal customs procedures and rigorous data requirements as higher-value packages entering the United States. Instead, the low-value shipments can be admitted into U.S. commerce with the presentation of a bill of lading or a manifest listing each bill of lading and a limited data set. The relatively limited nature of the data requirements complicates the identification of high-risk goods by CBP and other enforcement agencies. Under 19 CFR § 143.22, CBP has existing authority to require formal entry (and the complete data set for any shipment) for any merchandise, if deemed necessary for import admissibility enforcement purposes; revenue protection; or the efficient conduct of customs business.

**Warehouses, Fulfillment Centers and Counterfeit Trafficking**

Certain e-commerce platforms have adopted a business model that relies on North American warehouses to provide space for foreign-made goods, followed by one-at-a-time order fulfillment, at which point the goods are individually packed and shipped to U.S. consumers on much shorter delivery timelines. The platforms that use this model may also coordinate with customs brokers, as well as provide third-party logistics and freight forwarding services to assist with the initial delivery of goods to the warehouse.

Although this model is a significant innovation for legitimate commerce and provides benefits to consumers in the form of reduced costs and shipping time, it creates a mechanism that allows counterfeit traffickers to minimize transportation costs as well, while intermingling harmful goods among legitimate goods. From a risk perspective, this model allows goods to enter the United States in a decentralized manner, allowing a counterfeit trafficker to spread the risk of seizure across a number of low-value packages. In situations where the fulfillment center is outside the U.S. Customs area, this model provides the opportunity to use ocean container shipping as the primary mode of transit for the shipment, which keeps overall shipping costs relatively low as ocean cargo is much cheaper than air delivery. It is in part because of these incentives that these fulfillment centers have emerged as an important element of the supply chains for many counterfeit traffickers.

# 6.   Private Sector Outreach and Public Comment

This report benefitted from extensive outreach to, and comments from, numerous private sector stakeholders in response to the FRN 2019-14715 issued on July 10, 2019. Respondents included: e-commerce platforms that operate third-party marketplaces, third-party sellers, shippers, third-party logistics providers, payment processors, and intellectual property rights holders.

**Rights holders and Stakeholders Feedback**

In providing comments on platforms' current preventative efforts, rights holders argued that some platforms do not do enough to ensure that sellers provide accurate information. They also stressed that the onboarding and vetting of sellers remains a concern of the highest priority.

Some commenters further argued that sellers will not be sufficiently deterred unless they can be identified and punished for promoting counterfeit and pirated goods via online platforms. Further, they contended that platforms should be more proactive in their approach to combating IPR theft and misuse. Commenters also advised that the lack of relevant policies and procedures to verify sellers' true names and addresses, and to conduct the necessary vetting and due diligence, contributes to a range of impediments to effective enforcement.

Rights holders widely view the present legislative landscape for online enforcement — where online intermediaries are generally not strictly liable for the products sold on their marketplaces by third parties — to be out of date. While in the brick-and-mortar economy, contributory infringement liability has been well-developed through case law for the licensing and oversight of

sellers, a comparable regime is largely non-existent in the e-commerce realm. A key problem here is that the laws that apply today have remained largely unchanged since the early days of e-commerce. They were developed at a time when Congress' primary concern was to avoid over-regulation of the nascent market — as exemplified by the numerous safe harbors and limitations on liability for third-party intermediaries.

Rights holders further argued that the current rules, regulations, and practices governing e-commerce disproportionately place the burden of enforcement on rights holders. While e-commerce platforms that operate third-party marketplaces provide various tools for rights holders to report counterfeit listings of their brands, they have effectively shifted the primary responsibility to monitor, detect, and remove infringing products to the rights holders.

Commenters also noted several disparities across e-commerce platforms. For example, among third-party marketplaces that control who may list products on their site for sale, some scrutinize their sellers much more than others. Some allow anyone to sell a product if they provide basic information about themselves, such as credit card and tax identity information. Others require more detailed information, such as an existing online presence, proof that the seller is a business entity and not an individual, and that the seller has established customer support.

Submissions were also received from several platforms noting that they have invested heavily in proactive efforts to prevent counterfeits from reaching their online stores, and several commenters noted that some platforms have significant interactions with law enforcement to combat counterfeits trafficking. Additionally, there was concern expressed by some respondents that while several of the leading online platforms have built out substantial programs, mandating that these practices be adopted by all online platforms could have significant consequences for smaller competitors.

## Observations in Support of Strong Government Action

Five observations emerged from this stakeholder outreach and a broader review of the e-commerce landscape: first, actions by the private sector components of the e-commerce supply, distribution, and sales chain will be critical to reducing the heavy volume of counterfeit and pirated goods circulating in the U.S. economy. This is particularly true for third-party marketplaces, which provide tools that producers of counterfeit and pirated goods can exploit.

With respect to such actions, platforms are increasingly developing methods to remove counterfeit listings and compensate consumers who have unwittingly purchased counterfeit goods. Platforms are also improving their capabilities to more quickly identify counterfeits as well as identify product sectors that are more vulnerable to counterfeiting.

Second, despite such actions, private stakeholders have fallen far short of adequately addressing the substantial challenges that must be surmounted if the trafficking of counterfeit and pirated goods is to be deterred. Such trafficking continues to grow both in the volume and array of goods trafficked. A key failing within the private sector is a lack of a commonly accepted set of best practices to combat counterfeit trafficking.

Third, rights holders are often burdened by e-commerce platforms that operate third-party marketplaces with a disproportionate share of the costs of monitoring, detection, and enforcement falling on rights holders. This burden falls heavily on smaller American enterprises that cannot spread the costs due to trademark infringements and brand enforcement over large sales and inventories.

Fourth, no amount of officers or government resources alone can stem this trafficking.

Fifth, absent the adoption of a set of best practices and a fundamental realignment of incentives brought about by strong government actions, the private sector will continue to fall far short in policing itself. Indeed, the current incentive structure tends to reward the trafficking in counterfeit and pirated goods more than these incentives help to deter such trafficking.

The next two sections of this report identify a set of strong government actions that DHS, in consultation with the interagency, believes is necessary to bring about this fundamental realignment of incentives — and thereby ensure that e-commerce stakeholders appropriately shoulder much more of the responsibility for preventing the online trafficking in counterfeit and pirated goods.

# 7.  Immediate Action by DHS and Recommendations for the USG

CBP and ICE are the primary federal agencies responsible for securing America's borders. A key responsibility is to prevent goods that infringe U.S. copyrights, registered trademarks, and certain patents from entering the United States. CBP's interdiction of counterfeit goods at U.S. Ports of Entry (POE) is the frontline of USG IPR enforcement.

In meeting their responsibilities, CBP and ICE have the statutory authority to inspect *any* package as it is imported into U.S. territory. CBP and ICE may draw upon numerous other authorities to stop and prevent the trafficking of counterfeit and pirated goods, from the assessment of civil fines and other penalties to debarring and suspending irresponsible actors. Many of these authorities are underutilized or underdeveloped to match the risks in the evolving e-commerce environment.

The previous sections of this report have provided an overview of the counterfeit trafficking landscape and identified key problems that need to be addressed firmly and swiftly. This section identifies a set of actions DHS will make through enforcement actions, sub-regulatory changes, and as necessary, notice and comment rulemaking or requested statutory amendments. These actions are summarized in the following table:

| Immediate Actions to be Taken by DHS and Recommendations for the U.S. Government |
|---|
| 1.  Ensure Entities with Financial Interests in Imports Bear Responsibility |
| 2.  Increase Scrutiny of Section 321 Environment |
| 3.  Suspend and Debar Repeat Offenders; Act Against Non-Compliant International Posts |
| 4.  Apply Civil Fines, Penalties and Injunctive Actions for Violative Imported Products |

| | |
|---|---|
| 5. | **Leverage Advance Electronic Data for Mail Mode** |
| 6. | **Anti-Counterfeiting Consortium to Identify Online Nefarious Actors (ACTION) Plan** |
| 7. | **Analyze Enforcement Resources** |
| 8. | **Create Modernized E-Commerce Enforcement Framework** |
| 9. | **Assess Contributory Trademark Infringement Liability for Platforms** |
| 10. | **Re-Examine the Legal Framework Surrounding Non-Resident Importers** |
| 11. | **Establish a National Consumer Awareness Campaign** |

Unless the trafficking of counterfeit and pirated goods is greatly reduced, Americans will continue to face unacceptably high health and safety risks, American enterprises and workers will continue to endure severe negative impacts, innovation and economic growth will suffer, and America will continue to be exposed to significant national security risks.

## 1. Ensure Entities with Financial Interests in Imports Bear Responsibility

DHS will pursue a modernized enforcement and regulatory framework that reflects the economic realities of international e-commerce and ensures that the flow of contraband is stopped at its source.

- CBP will adjust its entry processes and requirements, as necessary, to ensure that all appropriate parties to import transactions are held responsible for exercising a duty of reasonable care.

- CBP will treat domestic warehouses and fulfillment centers as the ultimate consignee for any good that has not been sold to a specific consumer at the time of its importation. As discussed in this report, counterfeit products evade detection and sit in fulfillment centers waiting for purchase by a consumer. By treating domestic warehouses and fulfillment centers as consignees in such circumstances, CBP can enhance their ability to identify Section 321 abuses consistent with current authorities, as well as use its other statutory and regulatory authorities to combat trafficking of counterfeit goods in the possession of domestic warehouses and fulfillment centers.

- DHS will encourage platforms and other third-party intermediaries that own or operate warehouses or fulfillment centers to pursue, in coordination with rights holders, bulk abandonment and destruction of contraband goods that were not interdicted by CBP but are in the platform's or other third-party intermediary's possession in a warehouse or fulfillment center. In cases where CBP suspects merchandise destined for a U.S. fulfillment center violates trade laws prohibiting importation of counterfeit goods and initiates a seizure process for merchandise, CBP will notify the platform or other third-party intermediary operating the fulfillment center or warehouse and request they pursue abandonment and destruction with the rights holders of any identical offending goods in their possession. Failure to cooperate following such notification could be a factor when CBP and ICE identify counterfeit cases to pursue under their existing authorities.

- CBP will require formal entry for shipments deemed high-risk, notwithstanding that such shipments might otherwise qualify for duty-free or informal entry treatment. High-risk merchandise shall include those categories of goods that pose an elevated risk of counterfeiting and shall consider the source of the merchandise.

- CBP will address such high-risk shipments within its current bonding regime, developing a framework for a new type of bond specifically for counterfeit risk (like bonds required for anti-dumping and countervailing duties).

- In consultation with the Department of Justice, CBP will provide guidance regarding the types of customs violations that could be actionable under the False Claims Act (FCA) and will make information regarding successful FCA claims publicly available to inform and enable the public to identify and bring such violations to the attention of the government.

## 2. Increase Scrutiny of Section 321 Environment

As described above, existing laws and administrative practices may not sufficiently define responsibilities in the e-commerce environment, including who within an e-commerce transaction bears responsibility and legal liability for illicit merchandise and other violations. Statutes and administrative practices can be clarified and updated to provide greater transparency and information about the various parties involved so that DHS can identify high-risk transactions, interdict dangerous merchandise, and cause bad actors to pay the price for their actions. To address this problem in the Section 321 environment, CBP shall require data that sufficiently identifies the third-party seller and the nature and value of the imported merchandise, as well as other information that is necessary to determine the responsible party for Section 321 eligibility purposes, consistent with existing legal authorities. This will be informed by the following efforts:

- **Gather Information through Pilot Program.** CBP has been examining different e-commerce platform business models and has initiated several pilot programs designed to better understand the dynamics involved, and the type of information that the government should be collecting, including the "Section 321 Data Pilot" specifically for Section 321 entries, 84 Fed Reg. 35405 (July 23, 2019). CBP plans to continue these efforts for approximately two years and will use the information gained to better target counterfeits in the Section 321 environment, to help shape the scope of further policy formation, and ensure compliance with customs laws.

- **Enhanced Data Requirements.** Upon collection of adequate amounts of data through the Section 321 Data Pilot to identify gaps in the current data collection framework, but no later than six months from the issuance of this report, CBP will, consistent with applicable law, take all necessary steps — including, as applicable, issuing a notice of proposed rulemaking — to initiate a new data collection process. This process will include collecting certain information from domestic warehouses or fulfillment centers about third-party sellers in transactions for which the third-party seller utilizes a domestic warehouse or fulfillment center to store inventory for further sale to domestic consumers. The collection will also include data that sufficiently identifies the third-party seller and the nature and

value of the imported merchandise, as well as other information that is necessary to determine the responsible party for Section 321 eligibility purposes, consistent with existing legal authorities. As appropriate, the domestic warehouse or fulfillment center may be deemed the "person" for Section 321 eligibility if the warehouse or fulfillment center fails to provide CBP with such information.

- **Issue Guidance.** To prevent abuse of Section 321, CBP will develop administrative guidance and, if necessary, consider whether promulgating new regulations is necessary to better define and subsequently enforce Section 321 eligibility requirements. At a minimum this guidance will address the following:

  o  What value needs to be reported for a Section 321 entry; and

  o  What information will be necessary to uniquely identify the ultimate consignee.

### 3. Suspend and Debar Repeat Offenders; Act Against Non-Compliant International Postal Operators

In appropriate circumstances, CBP and ICE currently take steps to add persons (both entities and individuals) that have been found to lack present responsibility to the federal suspension and debarment list. Those persons on this suspension and debarment list are prohibited from participating in both government procurement and certain other non-procurement activities. However, current agency practices continue to permit these persons to obtain importer of record numbers and import goods into the United States.

Explicitly clarifying the scope of suspension and debarment to prevent participation in the importer of record program by amending Executive Order 12549 will assist CBP in requiring regulated entities to screen their customers against the suspension and debarment list. This will improve targeting and reduce the number of packages sent by repeat offenders, thereby stopping the flow of contraband at their sources.

- CBP recommends amending Executive Order 12549 to explicitly bar suspended and debarred persons from participating in the Importer of Record Program.

- Following such an amendment, or as otherwise consistent with applicable law and Executive Orders, CBP will require express consignment operators, carriers, and hub facilities to verify their customers have not been suspended or debarred from participating in the Importer of Record Program and refuse to provide import-related services to such suspended or debarred customers.

- Consistent with applicable law, CBP will condition continued access to its "trusted trader programs" by express consignment operators, carriers, and hub facilities on compliance with this verification process that determines whether a customer has been suspended or debarred.

- Consistent with applicable law, CBP also will identify non-compliant international postal operators and international posts by developing an International Mail Non-Compliance metric and will take enforcement actions based on these metrics.

### 4. Apply Civil Fines, Penalties, and Injunctive Actions for Violative Imported Products

It is critical to the integrity of e-commerce and for the protection of consumers and rights holders that e-commerce platforms that operate third-party marketplaces, and other third-party intermediaries assume greater responsibility, and therefore greater liability for their roles in the trafficking of counterfeit and pirated goods. To that end, CBP and ICE will use existing statutory and regulatory authorities to reach the activities of third-party marketplaces and other intermediaries where evidence demonstrates they have unlawfully assisted in the importation of counterfeit and pirated goods through the following actions:

- CBP and ICE will immediately begin to identify cases in which third-party intermediaries have demonstrably directed, assisted financially, or aided and abetted the importation of counterfeit merchandise. In coordination with the Department of Justice, CBP and ICE will seek all available statutory authorities to pursue civil fines and other penalties against these entities, including remedies under 19 U.S.C. § 1526(f), as appropriate.

- DHS recommends the administration pursue a statutory change to explicitly permit the government to seek injunctive relief against third-party marketplaces and other intermediaries dealing in counterfeit merchandise.

- In the interim, DHS will provide information and support to registered brand owners looking to utilize statutory authorities to seek injunctive relief against persons dealing in counterfeit merchandise, whether through direct sales or facilitation of sales, following seizures of goods that are imported contrary to law.

- ICE shall prioritize investigations into intellectual property-based crimes regardless of size and will make referrals for all such investigations where appropriate.

- ICE will coordinate with the Department of Justice to develop a strategy to investigate and prosecute intellectual property violations at all levels of the supply chain at a sufficiently high level to respond to the concerns raised in this report and according to its budget and broader mission goals.

### 5. Leverage Advance Electronic Data for Mail Mode

The United States Postal Service (USPS) is responsible for the presentation of mail and the provision of advance electronic data (AED) to CBP for arriving international mail parcels. USPS receives such AED from international posts. As has been noted, given the number of e-commerce transactions that are sent by mail, there is a significant gap in the information CBP receives. USPS and CBP have enhanced their collaboration in the targeting and identification of offending

merchandise that is imported through international mail. Both agencies are implementing new strategies for leveraging the AED already available to identify offending merchandise by taking the following actions:

- DHS and USPS have signed a letter of intent that enables the USPS to work alongside CBP during special operations to become a force multiplier in the interdiction of counterfeit products.

- Upon completion and publication of the Synthetics Trafficking and Overdose Prevention (STOP) Act implementing regulations, DHS will use information gleaned from the 321 Data Pilot and will make recommendations to USPS to address any critical data gaps that remain between what is required of mail versus air cargo. At a minimum, this effort will seek to enhance the individualized tracking of international mail parcels sent through air cargo.

## 6. Plan for ACTION

Counterfeit networks can be complex and multidimensional, exploiting legal and regulatory nuances in the different stages and aspects of international trade. Yet, for a variety of reasons, including competition law and trade secrets protection, various stakeholders in the e-commerce supply and distribution chains historically have not shared information on problematic sellers, shippers, freight forwarders, brokers, and other third-party intermediaries involved in counterfeit trafficking.

To address this issue, the IPR Center established the E-Commerce Working Group (ECWG) to foster and encourage the flow of actionable data and information between platforms and relevant third-party intermediaries as well as affected carriers, shippers, search engines, and payment processors. DHS supports the efforts of the IPR Center's ECWG and recommends the formation of the Anti-Counterfeiting Consortium to Identify Online Nefarious Actors (ACTION). Specific ACTION efforts will include the following:

- Sharing information within the ACTION framework on sellers, shippers, and other third-party intermediaries involved in trafficking in counterfeit and pirated goods.

- Sharing of risk automation techniques allowing ACTION members to create and improve on proactive targeting systems that automatically monitor online platform sellers for counterfeits and pirated goods.

- In addition, ACTION members may enter non-binding memoranda of understanding (MOU) with the IPR Center, consistent with U.S. law, to clarify the expectations and legal understanding for data sharing and coordinated IPR enforcement moving forward. Such MOUs will provide a vehicle to create a compliance scoring mechanism, as well as to delineate reasonable efforts to know the seller as well as the scope of products involved

(e.g., fast-moving consumer goods, consumer electronics, fashion and luxury products, sports goods, software, and games, and toys).

### 7. Analyze Enforcement Resources

Packages shipped through the international mail environment account for approximately 500 million packages annually. This does not include the millions of packages sent out daily via express consignment carriers. Amidst this flood of packages, insufficient resources can create a key limitation on the capabilities of DHS and other government agencies to screen, target, and detect the counterfeit and pirated goods that hide amongst the increasing massive flow of small packages.

A lack of resources also limits the ability of intelligence gathering and analysis, the proper determination of whether suspect goods may be counterfeit, the collection of comprehensive data on the trafficking in counterfeit and pirated goods, and the ability to conduct criminal investigations into the organizations that traffic in counterfeit goods. To address these issues, the following actions shall be taken:

- CBP will analyze whether the fees collected by CBP are currently set at sufficient levels to reimburse the costs associated with processing, inspecting, and collecting duties, taxes, and fees for parcels. CBP shall also provide recommendations to the Department of the Treasury regarding any fee adjustments that would be necessary to fund and reimburse the federal government's costs for more effectively combating the trafficking of counterfeit and pirated goods.

### 8. Create Modernized E-Commerce Enforcement Framework

DHS will pursue a modernized enforcement framework that reflects the economic realities of international e-commerce. This new framework may rely on the provision of privileges or benefits by CBP to e-commerce entities in exchange for the submission of additional data elements and sufficient internal controls that demonstrate the entities' ability to identify and manage risk within their respective supply chains. This new framework may also require updates to existing statutes and regulations to underpin this effort. Key elements of a modernized e-commerce enforcement framework could include, but are not limited to:

- Seeking statutory authority to treat IPR infringing goods as summarily forfeited upon discovery by CBP or ICE similar to the treatment of Schedule I and II narcotics under Title 21 of the U.S. Code. This will send a clear message about the importance of IPR enforcement, and simultaneously streamline the disposition of CBP enforcement actions.

- Pursuing statutory and/or regulatory changes, as necessary, so that CBP can better share information with the private sector;

- Implementing a risk-based bonding regime for e-commerce transactions; and

- Adopting streamlined enforcement processes for seized, abandoned, and forfeited goods.

### 9.   Assess Contributory Trademark Infringement Liability for E-Commerce

Online platforms have avoided civil liability for contributory trademark infringement in several cases. Given the advance and expansion of e-commerce, DHS recommends that the Department of Commerce consider the following measures:

- Assess the state of liability for trademark infringement considering recent judicial opinions, and the impact of this report—including platforms' implementation of the best practices directed herein.

- Seek input from the private sector and other stakeholders as to the application of the traditional doctrines of trademark infringement to the e-commerce setting, including whether to pursue changes in the application of the contributory and/or vicarious infringement standards to platforms.

### 10.  Re-Examine the Legal Framework Surrounding Non-Resident Importers

Currently, non-resident importers can legally enter goods into the United States provided they have a "resident agent" as defined in regulation. In practice, it can be difficult to compel non-resident importers to pay civil penalties and respond to other enforcement actions available to the USG. With this in mind, DHS should reevaluate the legal framework for allowing non-resident importers in the Section 321 *de minimis* low-value shipment environment.

### 11. Establish a National Consumer Awareness Campaign

Given the critical role that consumers can play in the battle against online counterfeiting, DHS recommends the development of a national public-private awareness campaign. The national public awareness campaign recommended by DHS should involve platforms, rights holders, and the applicable government agencies to provide education for consumers regarding the risks of counterfeits as well as the various ways consumers can use to spot counterfeit products. At present, many consumers remain uninformed as to the risks of buying counterfeit and pirated products online. These risks are both direct to them (e.g., tainted baby food), as well as indirect (e.g., sales revenues can fund terrorism).

Many consumers are also unaware of the significant probabilities they face of being defrauded by counterfeiters when they shop on e-commerce platforms. As this report has documented, these probabilities are unacceptably high and appear to be rising. Even those consumers motivated to conduct research and stay informed might lack the specialized knowledge and efficient user tools to make diligent online buying decisions.

A strong and ongoing national campaign to increase public awareness about the risks of counterfeits in an e-commerce world should help alert consumers about the potential dangers of some online purchases. To the extent e-commerce platforms empower their consumers to participate in the monitoring and detection of counterfeits, e.g., by implementing several of the best practices recommended in this report, this will also help in the fight against the trafficking in counterfeit and pirated goods.

This effort could use technology as well as provide online education. For example, online marketplaces could prominently display messages on their home pages, as well as on high-risk item pages, warning customers about the dangers of counterfeits and urging respect for intellectual property rights. Additionally, the campaign could be paired with technologically-enabled assurances of authenticity. Such an approach would provide commercial advantages to the platforms that adopt it while also benefiting consumers and rights holders through reliable methods to identify and certify the authenticity of branded products across online platforms.

# 8.  Private Sector Best Practices

The following table catalogs a set of high priority "best practices" that should be swiftly adopted by e-commerce platforms that operate third-party marketplaces, and other third-party intermediaries. Under the authority of the Secretary of the Department of Homeland Security, these best practices shall be recommended and communicated to all relevant private sector stakeholders by the ICE/HSI-led IPR Center.

It shall be a duty of the IPR Center to encourage, monitor, and report on the adoption of, and the progress and effectiveness of, these best practices, through all means necessary within the scope of the legal authority of DHS and the Federal Government.

| *Best Practices for E-Commerce Platforms and Third-Party Marketplaces* |
| --- |
| 1.  Comprehensive "Terms of Service" Agreements |
| 2.  Significantly Enhanced Vetting of Third-Party Sellers |
| 3.  Limitations on High Risk Products |
| 4.  Efficient Notice and Takedown Procedures |
| 5.  Enhanced Post-Discovery Actions |
| 6.  Indemnity Requirements for Foreign Sellers |
| 7.  Clear Transactions Through Banks that Comply with U.S. Enforcement Requests |
| 8.  Pre-Sale Identification of Third-Party Sellers |
| 9.  Establish Marketplace Seller IDs |
| 10. Clearly Identifiable Country of Origin Disclosures |

## 1. Comprehensive "Terms of Service" Agreements

It is critical that platforms require all third-party sellers to sign comprehensive and stringent terms of service agreements that maximize the authorities of the platforms to combat counterfeit

trafficking. Terms of service agreements will provide platforms with an important legal means to combat counterfeit trafficking

Most obviously, these terms of service should incorporate explicit prohibitions on selling counterfeit and pirated goods. Once the platform has affirmatively detected infringement on a seller profile, the actions listed below under the category of "post-discovery actions" should be allowed under the terms and taken swiftly.

The terms of service should also list the potential repercussions sellers face for violations. Generally, these repercussions should allow platforms to impose sanctions such as suspension, termination, and debarment without waiting for a determination by a court for sellers who violate the terms of the agreement. The terms should include escalating capabilities to suspend, terminate, and debar counterfeit traffickers and their affiliates.

Specifically, they should allow the platform to conduct, at a minimum, the following actions in response to violations or identified risk factors in the seller's profile and product postings without waiting for a determination by a court:

> (1) terminate or suspend a seller account based on the use or reference to a username that is confusingly similar to a registered trademark;

> (2) take down or suspend and keep down individual product postings based on the misuse of photographs, logos, external links to infringing content, certain coded messages with actual intellectual property references removed, or imbedded offers to manufacture; and

> (3) allow for an escalating enforcement structure that results in (for major infractions and/or repeat minor infractions) permanent removal of the seller, and any known related seller profiles, from the marketplace feature of the platform and further results in forfeiture and destruction of all offending goods in warehouses or fulfillment centers operated by, or under the control of, the platform.

To maximize platform authorities, and as explained further below, such terms of service should also allow platforms to impose appropriate limitations on products listed, require clearly identifiable country of origin disclosures, impose U.S. banking and indemnity requirements, and significantly improve pre-sale identification of third-party sellers.

## 2. Significantly Enhanced Vetting of Third-Party Sellers

Significantly enhanced vetting of third-party sellers is one of the most effective forms of due diligence platforms can engage in to reduce the risk of counterfeits entering the e-commerce stream. Platforms should have a uniform and articulable vetting regime to determine if a seller will be allowed to list products for sale.

To facilitate enhanced vetting, platforms should, at a minimum, require the following:

35

(1) sufficient identification of the seller, its accounts and listings, and its business locations prior to allowing the seller to list products on the platform;

(2) certification from the seller as to whether it, or related persons, have been banned or removed from any major e-commerce platforms, or otherwise implicated in selling counterfeit or pirated products online; and

(3) acknowledgment, where applicable, that the seller is offering trademarked products for which the seller does not own the rights (either because they are a reseller or seller of used products).

Information provided by potential sellers should also be vetted for accuracy, including through the following efforts:

(1) use of technological tools, as well as analyses of historical and public data, to assess risk of sellers and products; and

(2) establishment of an audit program for sellers, concentrating on repeat offenders and those sellers exhibiting higher risk characteristics.

Any failure to provide accurate and responsive information should result in a determination to decline the seller account and/or to hold the seller in violation of the platform's terms of service.

### 3. Limitations on High Risk Products

Platforms should have in place protocols and procedures to place limitations on the sale of products that have a higher risk of being counterfeited or pirated and/or pose a higher risk to the public health and safety.  For example, some of the major platforms completely prohibit the sale of prescription medications by third-party sellers in their marketplaces. Many platforms also ban the sale of products that are known to be particularly vulnerable to counterfeiting and that pose a safety risk when sold online. Examples include car airbag components, infant formula, and new batteries for cellular phones.

Platforms can also place other types of restrictions on third-party sellers before certain high-risk categories of goods may be sold. For example, some platforms require prior approval for items such as automotive parts, jewelry, art, food, computers, sports collectibles, DVDs, and watches that are particularly prone to counterfeiting.

Platforms should prominently publish a list of items that may not be sold on third-party marketplaces under any circumstances (prohibited), as well as a list of items that can only be sold when accompanied by independent third-party certification (restricted). In constructing these lists, platforms should consider, among other things, whether a counterfeit version of the underlying product presents increased risks to the health and safety of U.S. residents or the national security of the United States. When a seller claims their merchandise has an independent third-party certification, and this certification is required in order for the product to be legally offered for sale

in the United States, platforms should make good-faith efforts to verify the authenticity of these certifications.

### 4. Efficient Notice and Takedown Procedures

Notice and takedown is the most common method of removing counterfeit listings from third-party marketplaces and e-commerce platforms. This noticing process can be particularly time-consuming and resource-intensive for rights holders who currently bear a highly disproportionate share of the burden of identifying the counterfeit listings for noticing.

These rights holders must invest significant resources to scour millions of listings across multiple platforms to identify potentially counterfeit listings and notify the third-party marketplace or e-commerce platform. This kind of comprehensive policing of e-commerce often is not possible for smaller enterprises.

As a further burden, some third-party marketplaces require rights holders to buy the suspected products from the sellers to verify that they are in fact counterfeit. There often is a delay of a day or longer between the time that notice is provided, and the time listing is removed. During this period, counterfeiters may continue to defraud American consumers.

To address these abuses — and assume a much greater share of responsibility for the policing of e-commerce — platforms should create and maintain clear, precise, and objective criteria that allow for quick and efficient notice and takedowns of infringing seller profiles and product listings. An effective regime should include, at a minimum, the following: (1) minimal registration requirements for an interested party to participate in the notice and takedown process; (2) reasonable rules that treat profile owners offering large quantities of goods on consumer-to-consumer platforms as businesses; and (3) transparency to the rights holders as to how complaints are resolved along with relevant information on other sales activity by the seller that has been implicated.

### 5. Enhanced Post-Discovery Actions

Upon discovery that counterfeit or pirated goods have been sold, platforms should conduct a series of "post-discovery" actions to remediate the fraud. These should include:

(1) notification to any buyer(s) likely to have purchased the goods in question with the offer of a full refund;

(2) notification to implicated rights holders, with details of the infringing goods, and information as to any remaining stock of the counterfeit and pirated goods held in warehouses;

(3) implementation of practices that result in the removal of counterfeit and pirated goods within the platform's effective control and in a manner that prevents such goods from re-entering the U.S. or being diverted to other markets; and

(4) immediate engagement with law enforcement to provide intelligence and to determine further courses of action.

### 6. Indemnification Requirements for Foreign Sellers

For a large portion of e-commerce, foreign sellers do not provide security or protection against a loss or other financial burden associated with the products they sell in the United States. Because these sellers are located outside the United States, they also may not be subject to the jurisdiction of U.S. courts in civil litigation or government enforcement actions. Further adding to this liability gap, there is this: while e-commerce platforms generally have a U.S. presence and are under U.S. jurisdiction, under the current interpretations of American laws and regulations, they are often found not to be liable for harm caused by the products they sell or distribute.

The result of this jurisdictional and liability gap is that consumers and rights holders do not have an efficient or predictable form of legal recourse when they are harmed by foreign products sold on third-party marketplaces. Accordingly, e-commerce platforms should require foreign sellers to provide some form of security in cases where a foreign product is sold to a U.S. consumer. Such form of security should be specifically designed to cover the potential types and scope of harm to consumers and rights holders from counterfeit or pirated products.

Note that there are several ways that platforms might flexibly achieve this goal. For example, requiring proof of insurance would provide a form of security for any reasonably foreseeable damages to consumers that might flow from the use of the product. Rights holders could also be compensated in cases of infringement.

### 7. Clear Transactions Through Banks that Comply with U.S. Enforcement Requests

Many foreign sellers on third-party marketplaces do not have a financial nexus to the United States, making it difficult to obtain financial information and to subject all parts of the transaction to U.S. law enforcement efforts.

Platforms should close this loophole by encouraging all sellers to clear transactions only with banks and payment providers that comply with U.S. law enforcement requests for information and laws related to (relevant to) the financing of counterfeit activity.

### 8. Pre-Sale Identification of Third-Party Sellers

Stakeholders have, at times, reported that buyers have been surprised to discover upon completion of an online sales transaction, that the order will be fulfilled by an unknown third-party seller and *not* the platform itself. Without addressing the separate legal question of whether this comprises deceptive action *per se*, at least some buyers may have made different purchasing decisions if they

had known, prior to purchase, the identity of the third-party "storefront" owner, and/or the party ultimately responsible for fulfilling the transaction.

To increase transparency on this issue, platforms should significantly improve their pre-sale identification of third-party sellers so that buyers can make informed decisions, potentially factoring in the likelihood of being sold a counterfeit or IPR infringing merchandise. Platforms should implement additional measures to inform consumers, prior to the completion of a transaction, of the identity of storefront owners and/or those responsible for fulfilling a transaction, as well as any allegations of counterfeits being sold by a particular seller. On the converse, if a particular seller is a licensed reseller of the product, this information should also be provided.

Even if this information may be currently available, firm steps should be taken to ensure that this information is featured prominently in product listings. This will prompt greater consumer awareness and lead to more informed decision-making.

### 9. Establish Marketplace Seller IDs

Platforms generally do not require a seller on a third-party marketplace to identify the underlying business entity, nor to link one seller profile to other profiles owned by that same business, or by related businesses and owners. In addition, the party that appears as the seller on the invoice and the business or profile that appears on the platform to be the seller, may not always be the same. This lack of transparency allows one business to have many different profiles that can appear unrelated. It also allows a business to create and dissolve profiles with greater ease, which can obfuscate the main mechanism that consumers use to judge seller credibility, namely reviews by other buyers.

Platforms should require sellers to provide the names of their underlying business or businesses (if applicable), as well as any other related seller profiles owned or controlled by that seller or that clear transactions through the same merchant account. Platforms can use this seller ID information in three helpful ways:

First, to communicate to the consumer a more holistic view of "who" is selling the goods, allowing the consumer to inspect, and consult reviews of, all related seller profiles to determine trustworthiness. Second, linking all related sellers together will assist rights holders in monitoring who is selling goods that they believe to be infringing. Third, the platform can use the connections to other seller profiles to better conduct its own internal risk assessment, and make risk mitigation decisions (e.g., requiring cash deposits or insurance) as appropriate based on the volume and sophistication of the seller.

### 10. Clearly Identifiable Country of Origin Disclosures

Brick-and-mortar retail stores are required to have labels on their products that clearly identify the country or countries of origin. No such requirement applies to online e-commerce.

Platforms should require sellers to disclose the country of origin of their products; and platforms should post this country of origin information for all the products they sell. This will assist both the platforms and consumers in evaluating the risks that a product might be counterfeit.

# 9.  Conclusions

Both private sector and USG input to this report have shown that the flood of counterfeit and pirated goods now being trafficked to American consumers through online third-party marketplaces is threatening both the public health and safety as well as national security. The lack of effective methods for addressing counterfeit goods stifles American innovation and erodes the competitiveness of U.S. manufacturers and workers. Despite increased efforts of both the USG and private sector stakeholders, the trafficking of counterfeit and pirated goods continues to worsen, in both the volume and the array of products being trafficked.

This report to President Donald J. Trump has identified a set of strong government actions that DHS and other federal agencies can begin executing immediately to address a crisis that is undermining America's trust in e-commerce even as it is exposing the American public to undue and unacceptable risks.

Additionally, this report has proposed a set of best practices for private sector stakeholders that DHS believes should be adopted swiftly. As the longstanding experiences of brick-and-mortar stores demonstrate, the private sector is capable of operating businesses that sell legitimate, not illicit, goods to American consumers. We should expect the same level of care from online third-party marketplaces that we expect from the stores physically located in our communities.

During the time you have spent reading this report, hundreds of thousands of new clicks in online third-party marketplaces have started the process for a new wave of counterfeits flooding into the United States. Although the USG will continue to benefit from additional information flowing from current-running pilot programs, and longer-term legislative and regulatory efforts, the time has come for action, both from the USG and those private sector companies that desire to be good partners in combating the scourge of counterfeiting.

# 10. Appendix A: The IPR Center

The National Intellectual Property Rights Coordination Center (IPR Center) is led by Homeland Security Investigations. The IPR Center plays an important role in consumer and rights holders education on the dangers of purchasing counterfeit goods and on how to report a suspected counterfeit to law enforcement.

In 2018, the IPR Center conducted 192 IPR and commercial fraud-related outreach efforts, reaching 12,061 people. As recommended in this report, this IPR Center should play a critical and expanded role in the ongoing battle against counterfeit trafficking.

This Appendix describes some of the major initiatives the IPR Center is currently involved in.

*Background on the IPR Center*

The IPR Center brings together 25 U.S Government and foreign government agencies in a task force setting using a three-pronged approach to combat intellectual property and trade crime: interdiction, investigation, and outreach to the public and law enforcement. It seeks to coordinate a unified USG response to the growing threat of counterfeiting and has significantly expanded the original multi-agency law enforcement and regulatory endeavor created to target IPR crimes.

As part of this effort, rights holders, online marketplaces, payment processers and companies involved in all points across the supply chain regularly meet with members of the IPR Center to share their best practices, concerns, and suggestions. The information gathered at these events can lead to further collaboration across sectors to develop innovative solutions to complex cross-cutting challenges, including enhanced information sharing, joint enforcement actions, and specialized, targeted training and outreach.

*IPR Training*

The IPR Center, with assistance from the Department of State, works closely with International Narcotics and Law Enforcement Affairs (DOS/INL) and DOJ International Computer Hacking and Intellectual Property Section (formerly Intellectual Property Law Enforcement Coordinator - IPLEC). In conjunction with ICE Attaché offices, the IPR Center directs, organizes and delivers regional IPR training in the form of lectures and presentations to foreign customs, police, prosecutors, and magistrates.

IPR Center training programs are usually 3-5 days in length and emphasize IPR enforcement, particularly the investigation and prosecution of IPR violations and associated crimes such as smuggling and money laundering.

The training programs are interactive workshops led by subject matter experts and focus on health and safety risks associated with counterfeited items such as pharmaceuticals, electronics, automotive parts, and health and beauty products. With the growing number of e-commerce marketplaces, the training programs have an Internet-investigations focus as well.

Private sector representatives or associations are also invited to participate in the training programs to highlight the challenges their industry sector may face in a particular region and to highlight the necessity of government and industry cooperation.

*Automotive Anti-Counterfeiting Council*

The IPR Center meets regularly with automotive original equipment manufacturers through the Automotive Anti-Counterfeiting Council (A2C2) to address the sale and distribution of counterfeit parts and components to unsuspecting consumers, including the distribution of counterfeit parts through third-party marketplaces. The IPR Center and the A2C2 work together to provide training to federal and local law enforcement partners and payment processors on recognizing counterfeit automotive parts and conducting criminal investigations and prosecutions.

*Defense Industrial Base Supply Chain*

Addressing counterfeits in the defense industrial base supply chain is critical to national security. A faulty counterfeit product can harm not only the individual who uses it. It can impact the safety and security of the entire country if dangerous counterfeits are used in combat situations.

The Defense Federal Acquisition Regulation Supplement (DFARS) is a Department of Defense (DOD)-specific supplement to the Federal Acquisitions Regulation (FAR), which establishes government-wide regulations governing executive agency procurement contracts. DFARS 252.246-7007, Contractor Counterfeit Electronic Part Detection and Avoidance System, requires that certain government contractors institute and implement a counterfeit detection and avoidance system for electronic parts, including establishing the minimum requirements for such a system and penalties for a failure to comply. In addition, contractors can recover the costs of any rework or corrective action taken to remedy any counterfeits parts from subcontractors.

Operation Chain Reaction (OCR) is an ICE-led initiative at the IPR Center that targets counterfeits entering the supply chains of the DOD and other USG agencies. OCR began in June 2011, and it combines the expertise of 17 federal agencies. Each year, the OCR Task Force co-hosts the Counterfeit Microelectronics Working Group (CMWG) with the Department of Justice's Computer Crimes and Intellectual Property Section (CCIPS). Attendees include representatives from industry, law enforcement, Department of Defense (DOD), and Assistant United States Attorneys (AUSAs). The focus of the meetings is to enhance communication between law enforcement and industry and discuss the latest trends in the counterfeiting of integrated circuits. The CMWG's role is to protect the DOD supply chain through extensive collaboration.

# 11. Appendix B: Ongoing CBP Activities to Combat Counterfeit Trafficking

This appendix provides a brief summary of some of the major activities CBP and DHS engage in as part of the battle against the trafficking of counterfeit and pirated goods.

*National Targeting Center*

CBP's National Targeting Center (NTC) carries out daily targeting on IPR recidivists, which often use third-party marketplaces for counterfeit trafficking. It makes referrals to the IPR Center for review and distribution to its field offices for further investigation. It also provides real time IPR case support for Homeland Security Investigations and collaborates with the NTC's investigations division to collaborate on IPR criminal leads and existing cases.

*COAC E-Commerce Working Group*

The Commercial Customs Operations Advisory Committee (COAC) provides recommendations to the Secretaries of the Treasury and DHS on improvements to the commercial operations of CBP. The COAC consists of 20 members appointed by the Secretary of the Treasury and the Secretary of DHS.

COAC members are representative of the individuals and firms affected by the commercial operations of CBP. CBP's Office of Trade leads the COAC E-Commerce Working Group, which focuses on policy challenges surrounding the increase of e-commerce shipment volumes. The group recently finalized a supply chain map that the COAC recommended CBP use for outreach and policy-making endeavors.

*Outreach*

Section 311 of the Trade Facilitation and Trade Enforcement Act (TFTEA) (codified at 19 U.S.C. § 4350) calls for DHS to develop and execute an educational awareness campaign aimed at informing international travelers about the legal, economic, and public health and safety impacts of importing IPR-infringing merchandise. There have been four phases to date in the "Truth Behind Counterfeits" IPR public awareness campaign—summer 2017, holidays 2017, summer 2018, and holidays 2018.

During each of these four phases, advertisements have run on large-scale billboards in major U.S. airports throughout the country. There has also been a digital component to the campaign where the ads run on relevant travel-related websites.

CBP continues to partner with the private sector to conduct IPR risk assessments by allowing IPR owners to assist CBP in identifying authentic and low-risk shipments. CBP is also highly engaged with the private sector through participation in the IPR Working Group of the COAC's Trade Enforcement and Revenue Collection Subcommittee, and the Department of Commerce's Industry Trade Advisory Committee on Intellectual Property Rights.

In FY 2018, CBP conducted roundtables to bring together personnel from the law enforcement community and industry stakeholders for information sharing among members. This provided an opportunity for industry stakeholders to share specific industry standards with field personnel working to protect stakeholder rights at the border. In FY 2018, CBP held roundtables at the Automotive and Aerospace Center of Excellence and Expertise IPR Conference.

CBP personnel from headquarters, the ports, the centers, NTC, and the targeting groups also meet regularly with private sector stakeholders and trade associations to discuss trends, technologies, and ways to cooperate on IPR enforcement. CBP maintains IPR enforcement personnel across the country, allowing CBP personnel to meet with businesses and trade associations either at headquarters or in locations close to where the companies are located or do business. CBP personnel regularly meet with brand protection and other corporate officials on a company-specific basis.

Additionally, CBP pursues bilateral and multilateral engagements with foreign counterparts to conduct joint customs IPR enforcement operations, share effective enforcement practices, and exchange information on IPR violations to improve targeting and interdiction of counterfeit and pirated goods.

CBP, in coordination with ICE/HSI, focuses its bilateral engagement efforts on those countries with which CBP and ICE/HSI have a Customs Mutual Assistance Agreement (CMAA) and continues to pursue establishing new CMAAs with foreign governments around the world. CBP attachés stationed at embassies around the world facilitate cooperation through operational planning, information exchange, and sharing best practices between CBP and foreign customs authorities.

*Training*

CBP's IPR-related training focuses on training front-line and Center of Excellence and Expertise (Center) personnel on how detect, examine, and enforce IPR violations. Several offices within CBP collaborate to provide a robust IPR instructor-led training course that covers IPR seizure authority, enforcement best practices, administrative IPR procedures, and other critical legal and policy topics.

CBP's Office of Trade also conducts IPR webinars to educate port and Center personnel on IPR infringing products. Rights holders provide information on how to recognize IPR-infringing products, labels, and packaging. CBP is also developing a formalized Advanced IPR Enforcement Training course that will expand on the existing IPR Instructor-led Training course to increase students' knowledge of advanced IPR enforcement areas.

Private sector engagement also continues to comprise a significant part of CBP training for frontline personnel. Rights holders are routinely invited to address CBP audiences at local ports and the Centers. CBP also hosts national webinars with rights holders designed to train personnel across the country. Rights holders also provide CBP personnel with product identification guides

that describe methods to distinguish between genuine and infringing products. These guides afford frontline personnel the ability to compare imported merchandise with pictures of genuine products.

Additionally, CBP Regulations and Rulings provide training on advanced detection of trademark/copyright infringement to Import Specialists of the Automotive and Aerospace Center, the Consumer Products and Mass Merchandising Center, and the Apparel, Footwear and Textile Center, as well as to CBP officers at the ports of Newark, New Jersey, and John F. Kennedy Airport.

*Rulemakings and Procedures*

CBP has recently published two notices of proposed rulemaking related to the protection of intellectual property rights. In the first, CBP proposes to standardize the process by which customs brokers verify the identity of their clients, typically importers. The proposed regulations would formalize the verification process and require that a re-verification process be carried out by brokers every year. This improved broker knowledge is designed to allow for better commercial fraud prevention and revenue protection, and to help prevent the use of shell or shelf companies by importers who attempt to evade the customs laws of the United States. Preventing the use of shell or shelf companies by importers would help reduce the misclassification of merchandise to avoid duties, protect against IPR violations, reduce antidumping/countervailing duty infractions, and reduce the importation of unsafe merchandise.

The second proposal would create a procedure for the disclosure of information otherwise protected by the Trade Secrets Act to a trademark owner when merchandise has been voluntarily abandoned if CBP suspects that the successful importation of the merchandise would have violated U.S. trade laws prohibiting the importation of merchandise bearing counterfeit marks. This regulation will provide greater transparency for partner government agencies, as well as for rights holders; allowing both to reassess and amend their own enforcement strategies in light of contemporaneous attempts to import counterfeit and pirated goods.

*Trade Special Operations*

A CBP Trade Special Operation (TSO) is a comprehensive and focused trade targeting action conducted during a limited timeframe to address a specific trade enforcement risk, usually in support of one of CBP's Priority Trade Issues (PTIs), which include IPR violations. These operations target high-risk shipments at seaports, airports, CBP's international mail facilities, and express consignment carrier hubs across the United States.

Three related developments have contributed to the growth in the number of national and local TSOs and improved visibility into their results: (1) The implementation of the Automated Targeting System (ATS) Import Targeting module and the updated ATS Import Cargo module at the beginning of FY 2019; (2) the issuance of an updated TSO Standard Operating Procedures in FY 2019; and (3) the ongoing efforts of proactive trade enforcement managers collaborating within CBP's Integrated Trade Targeting Network, which meets monthly and represents all of CBP trade components (Field Offices, Centers, Headquarters, and other offices).

# 12. Appendix C:  Homeland Security Investigations

Homeland Security Investigations (HSI) within DHS's Immigration and Customs Enforcement agency is the principal investigative arm of DHS. It is a vital U.S. asset in combating criminal organizations illegally exploiting America's travel, trade, financial and immigration systems and including the theft of intellectual property.

*Investigations*

HSI investigates sophisticated, complex conspiracies that span international boundaries. These investigations result in the prosecution of members of transnational criminal organizations and the seizure of illicit proceeds and contraband.

*Operation In Our Sites*

Since 2010, HSI has been conducting Operation In Our Sites (IOS). This operation targets criminal organizations that distribute dangerous and illicit goods via websites, online platforms, and social media sites.

Initially formed as a U.S.-based initiative for the seizure of domain name registrations, IOS has evolved to develop long term investigations that identify targets and assets in the U.S. and disrupt the financial schemes used by these organizations, both domestically and internationally.

Operation IOS has been expanded to include efforts by various European countries and coordinated by Europol (the European Union's law enforcement agency). These efforts include civil takedowns by private sector companies/groups.

In 2018, 26 countries and dozens of private sector companies participated in IOS, resulted in the criminal seizure of over 33,000 domain name registrations and the civil seizure of over 1.2 million domain name registrations.

In addition, over 2.2 million URL links to e-commerce platforms and social media platforms have been seized as a result of IOS. When a domain name registration is seized as part of IOS, Internet traffic to that site is redirected towards a seizure banner notifying visitors that the site has been seized for offering counterfeits. Since IOS began, there have been more than 177 million views of the IOS seizure banner.

 On February 14, 2018, HSI also published its E-Commerce Strategic Plan. It leverages collaboration among private industry, law enforcement, and advocates for a cooperative enforcement approach to identify and dismantle organizations and prosecute people that traffic in dangerous and illicit goods utilizing various e-commerce outlets. These outlets include both the open-net and the dark web along with sales platforms, social media, and a variety of payment processors and shipping methods.

*National Cyber-Forensics and Training Alliance*

HSI has two staff members at the National Cyber-Forensics and Training Alliance (NCFTA), a non-government organization in Pittsburgh, PA. The professionals at NCFTA work with industry and law enforcement to de-conflict leads and coordinate operations between agencies, as well as to share intelligence and develop investigative referrals. The NCFTA brings together experienced law enforcement agents and analysts, governmental experts, and industry leaders to form an integral alliance between academia, law enforcement, and industry.

*E-Commerce Working Group*

In November 2017, HSI established the E-Commerce Working Group; it includes representatives from various online marketplaces, payment platforms, and express consignment businesses along with CBP and the FBI. This working group also includes the International Anti-Counterfeiting Coalition, a Washington, D.C.-based non-profit organization devoted to combating product counterfeiting and piracy.

The E-Commerce Working Group meets regularly to facilitate the exchange of intelligence, share best practices, and identify cross-sector collaboration among its members. In late 2018, HSI led a pilot project which involved the sharing of data among the participating online platforms. This pilot project demonstrated that criminal organizations are exploiting multiple online platforms to sell counterfeit items.

HSI is also working with members of the E-Commerce Working Group as they strive to establish, by late 2019, a practice of sustained and timely sharing of large amounts of information between the platforms. Once this has been accomplished, the initiative will be expanded to include participation by the payment platforms and express consignment sectors.

*Training*

HSI offers an advanced commercial fraud training course entitled "Intellectual Property and Trade Enforcement Investigations." This two-week training covers a range of intellectual property and trade enforcement topics. Representatives from the consumer electronics, tobacco, automotive, and other industries subject to high counterfeit risk deliver presentations as part of this training. Four sessions of this course were delivered to 120 HSI and CBP attendees in FY 2019.

# 13. Appendix D: U.S. Government Efforts

Across the interagency, the USG engages in a comprehensive approach to monitor, deter, and prevent the importation, distribution, and sale of counterfeit and pirated goods into the United States. Law enforcement and regulatory agencies, as well as prosecutors and civil complainants all play a role in addressing this issue, especially as it affects the health and safety, economy and national security of the United States. Some aspects of this approach are mode-neutral while others are specific to the international sale of counterfeit and pirated goods through third-party platforms.

This appendix provides a brief summary of some of the major activities of select agencies and entities to address counterfeits and pirated goods sold on third-party marketplaces. This appendix does not present a comprehensive overview of all efforts to address intellectual property violations.

*Department of State*

The U.S. Department of State has found that increased diplomatic engagement on intellectual property protections at the highest practical levels, supported by interagency engagement and sustained and targeted capacity building, is an effective way to build up the necessary political will to adequately protect IPR overseas. This diplomatic and capacity-building engagement provides evidence of the weight that the U.S. gives to IPR protection worldwide. High-level engagement on IPR also allows U.S. officials the opportunity to educate foreign officials on the economic, social, and cultural benefits of protecting IPR while at the same time warning of the dangers to their economies, public health, and human safety presented by counterfeits and piracy.

The Department of State, through its Bureau of International Narcotics and Law Enforcement Affairs (INL), in consultation with the Bureau of Economic and Business Affairs Office of Intellectual Property Enforcement, supports the U.S. Transnational and High-Tech Crime Global Law Enforcement Network (GLEN).

The GLEN consists of the worldwide deployment of experienced U.S. law enforcement experts to deliver training and technical assistance to foreign law enforcement partners designed to advance operational success. INL also provides assistance to United States Patent and Trademark Office (USPTO) and the DHS IPR Center to enable them to deliver complementary capacity building.

*Department of Commerce*

The Department of Commerce International Trade Administration's Office of Standards and Intellectual Property OSIP (OSIP) provides domestic outreach events to promote IPR protection in online marketplaces and to educate small and medium sized enterprises on the value of protecting and enforcing their intellectual property rights both domestically and internationally.

Commerce's "STOPfakes Road Shows" represent a unique, interagency outreach event. They are presented in multiple U.S. cities with IPR-intensive industries and provide an array of panel speakers and IPR experts. These Roadshows deliver critically important information about intellectual property to audiences that need it most – start-ups, entrepreneurs, small and medium-sized businesses, independent creators, and inventors.

In addition, OSIP continues to expand the program's unique interactive features. These include guided assistance by CBP officials to assist with trademark recordation and guidance from U.S. Copyright Office officials in registering copyright protections.

USPTO provides policy and technical advice to the Administration and Congress on legislation and other matters relating to civil, criminal, and border enforcement of intellectual property. It is constantly working to improve domestic intellectual property laws and regulations and also seeks to increase public awareness through education on the risks of infringement and the benefits of IPR protection and enforcement.

In 2019, USPTO launched a multi-year, nationwide public awareness campaign with the National Crime Prevention Council in a joint effort to educate U.S. consumers about the dangers of counterfeit goods.

USPTO, including through its Global Intellectual Property Academy (GIPA), provides and participates in technical assistance and capacity-building programs for foreign governments seeking to develop or improve their intellectual property laws and regulations, and to enhance the expertise of those responsible for intellectual property rights enforcement.

*Federal Bureau of Investigation*

In October 2015, the Federal Bureau of Investigation (FBI) developed a new strategy to combat IPR crime by helping different industry sectors identify common challenges and work together to solve these challenges. The FBI's strategy focuses on building partnerships with key intermediaries in the supply chain for counterfeit and pirated goods, such as e-commerce platforms, payment processors, and the ecosystem for online advertising.

The FBI's strategy also focuses on identifying and pursuing investigations against "systemic enablers" or entities which knowingly facilitate the large-scale infringement of intellectual property rights. As one example of this in action, in 2017 the FBI helped several e-commerce companies re-evaluate their policies regarding the sale of potentially hazardous counterfeit goods online.

At the IPR Center, the FBI helps provide funding and logistical support for the HSI-managed "report IP theft" button, a web-based application for consumers and rights holders to submit complaints to law enforcement regarding suspected infringing activities. The FBI is currently working on developing new analytic tools to help process consumer and rights holder complaints.

*U.S. Trade Representative*

The Office of the U.S. Trade Representative (USTR) is responsible for developing and coordinating international trade policy for the U.S. government with respect to IPR protections. USTR also oversees negotiations with trading partners, including on IPR issues.

USTR uses a wide range of bilateral and multilateral trade tools to promote strong intellectual property laws and effective enforcement worldwide, reflecting the importance of intellectual property and innovation to the growth of the U.S. economy.

*U.S. Food and Drug Administration*

The U.S. Food and Drug Administration (FDA) protects the public health by ensuring the safety, efficacy, and security of food, drugs, medical devices, cosmetics and many public health products. One key method that FDA uses to strengthen its public health mission is through regulations and investigations of counterfeit products.

The FDA also issues safety alerts and recalls of dangerous products. The Consumer Product Safety Commission (CPSC) promotes the safety of consumer products by addressing unreasonable risks of injury and developing uniform safety standards. Not surprisingly, counterfeit and pirated products typically do not comply with CPSC requirements.

*Consumer Product Safety Commission*

CPSC promotes the safety of consumer products by addressing unreasonable risks of injury and developing uniform safety standards. Not surprisingly, counterfeit and pirated products typically do not comply with CPSC requirements.

*U.S. Postal Service*

As discussed in this report, one critical mission of USPS is to receive advance electronic data (AED) for inbound international mail, originating in 191 different countries. At present, USPS receives AED data from a majority of the inbound international mail it receives. However, it is also required, under the Synthetics Trafficking and Overdose Protection (STOP) Act of 2018, Pub. L. No. 115-271, §§ 8001-8009, 132 Stat. 3893, Title VIII, Subtitle A, to receive AED on all international mail packages by December 31, 2020.

Importantly, USPS provides the its advance electronic data it receives to CBP. This information sharing assists CBP in better targeting packages before the items arrive at the international service centers.

# 14. Appendix E: Global Initiatives

The proliferation of counterfeit goods on third-party marketplaces is a global problem. This Appendix offers a brief survey of some of the global options and cooperative efforts available to combat the trafficking of counterfeit and pirated goods.

*International Organizations*

The World Trade Organization's (WTO) Agreement on Trade-Related Aspects of Intellectual Property Rights contains disciplines to protect intellectual property that are enforceable through the WTO's Dispute Settlement Body. The World Intellectual Property Organization, a United Nations specialized agency, is a global forum for intellectual property services, policy, information, and collaboration. The World Customs Organization (WCO) leads international customs cooperation, including with respect to the enforcement of intellectual property rights.

The International Police Organization (INTERPOL), in a partnership with Underwriters Laboratories (UL) operates the International IPR Crime Investigators College (IIPCIC). The mission of IIPCIC is to educate global law enforcement and stakeholder groups to effectively combat transnational IPR crime. Over 160 countries have visited the IIPCIC site since its launch and representatives from over 800 law enforcement agencies have enrolled in the training. INTERPOL enables its members to share and access data on crime and criminals, including counterfeit goods.

*Europe*

Several European government agencies have developed Memoranda of Understandings (MOUs) with the private sector to address counterfeit issues. For example, the European Commission has facilitated an MOU on the sale of counterfeit goods via the internet with major internet platforms and rights holders who are affected by online sales of counterfeit goods. The platforms commit to notice and take down procedures and to taking pro-active and preventive measures, such as the use of monitoring tools allowing detection of illegal content.

The European Commission also concluded an MOU on Online Advertising and IPR in 2018 that extends to trademarks and copyright. Signatories commit to minimize the placement of advertising on websites and mobile applications that infringe on IPR or disseminate counterfeit goods so as to reduce the revenues of these trafficking websites and apps.

In France, through the French Ministry of Economy, postal operators have signed a charter to address counterfeits with rights holders that focuses on outreach, collaboration and training. In December 2018, brand owners and certain online platforms also signed a charter to fight counterfeits online, which organizes cooperation between brand owners, online platforms, and law enforcement authorities and helps implement preventive measures as well as notice and takedown procedures.

There have also been European efforts to enhance technology associated with protecting intellectual property rights. The European Union Intellectual Property Office (EUIPO) held the

inaugural EU Blockathon competition to develop IPR-protection solutions based on blockchain technologies.

The Intellectual Property Crime Coordinated Coalition (IPC3) at Europol provides operational and technical support to law-enforcement agencies and other partners in the EU. The IPC3 has supported more than 50 high-priority cases of intellectual property infringement. It takes down websites used to sell counterfeit merchandise and shut downs illegal operations that use bitcoin.

The City of London Police (CoLP), and IPR Center partner agency, host the Police Intellectual Property Crime Unit (PIPCU). CoLP is funded by the UK Intellectual Property Office to fight criminals who infringe trademark and copyrights. It works with law enforcement agencies in the UK and across the world to arrest criminals who engage in the production, importation and sale of counterfeit goods.

Postal and customs agencies in France and Italy have organized joint operations where all parcels entering the international office of exchanges from targeted countries are screened for counterfeit goods.

*Canada*

Canada has created Project Chargeback to fight counterfeiting, fraud, and IPR theft by enabling deceived consumers to get their money back. The initiative, which began in 2012, is administered by the Canadian Anti-Fraud Center (CAFC).

Under the authority of Project Chargeback, defrauded consumers can file a complaint with their bank or the CAFC and provide information on the purchase. The CAFC then works with rights holders to confirm that the goods were counterfeit and relays this information to the cardholder's bank.

The cardholder's bank then initiates a charge back against the seller's merchant account. That results in the termination of the merchant's account used by the counterfeiter, and the victims are instructed not to return the counterfeit goods to the seller.

# 15. References

Following the mandates set forth in President Trump's April 3, 2019, *Memorandum on Combating Trafficking in Counterfeit and Pirated Goods*, the report shall, as its primary goals:

- Analyze available data and other information to develop a deeper understanding of the extent to which online third-party marketplaces and other third-party intermediaries are used to facilitate the importation and sale of counterfeit and pirated goods;
- Identify the factors that contribute to trafficking in counterfeit and pirated goods; and describe any market incentives and distortions that may contribute to third-party intermediaries facilitating trafficking in counterfeit and pirated goods.
- Identify appropriate administrative, statutory, regulatory, or other changes, including enhanced enforcement actions, that could substantially reduce trafficking in counterfeit and pirated goods or promote more effective law enforcement regarding trafficking in such goods.

In the course of pursuing these goals, the report shall also:

- Evaluate the existing policies and procedures of third-party intermediaries relating to trafficking in counterfeit and pirated goods, and identify the practices of those entities that have been most effective in curbing the importation and sale of counterfeit and pirated goods, including those conveyed through online third-party marketplace
- Identify appropriate guidance that agencies may provide to third-party intermediaries to help them prevent the importation and sale of counterfeit and pirated goods.
- Identify appropriate administrative, regulatory, legislative, or policy changes that would enable agencies, as appropriate, to more effectively share information regarding counterfeit and pirated goods, including suspected counterfeit and pirated goods, with intellectual property rights holders, consumers, and third-party intermediaries.
- Evaluate the current and future resource needs of agencies and make appropriate recommendations for more effective detection, interdiction, investigation, and prosecution regarding trafficking in counterfeit and pirated goods, including trafficking through online third-party marketplaces and other third-party intermediaries; and recommend changes to the data collection practices of agencies, including specification of categories of data that should be collected and appropriate standardization practices for data.
- Identify areas for collaboration between the Department of Justice and Department of Homeland Security on efforts to combat trafficking in counterfeit and pirated goods.

See full memorandum at, President Donald J. Trump, Memorandum on Combating Trafficking in Counterfeit and Pirated Goods, 3 April 2019. https://www.whitehouse.gov/presidential-actions/memorandum-combating-trafficking-counterfeit-pirated-goods/

EXHIBIT 13

**Page Vault**

| | |
|---|---|
| Document title: | Amazon.com: HTTMT MT291-020- Handlebar skull grips Compatible with Harley 96-later VRSC, XL, XR, Dyna, Softail (except FLSTSE2/3, FLSTNSE, and FXSBSE) and 96-07 Touring models See description Compatible with deta : Everything Else |
| Capture URL: | https://www.amazon.com/Handlebar-96-later-Softail-FLSTSE2-description/dp/B07FC71H38?ref_=ast_sto_dp&th=1&psc=1 |
| Page loaded at (UTC): | Fri, 01 Apr 2022 17:00:22 GMT |
| Capture timestamp (UTC): | Fri, 01 Apr 2022 17:01:30 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 8 |
| Capture ID: | 5ba3a3ca-d68b-4bba-a33e-c355b6d27740 |
| User: | im-cmauney |

PDF REFERENCE #:    7p1tLgwNvDzFQFuRr2duKD



Document title: Amazon.com: HTTMT MT291-020- Handlebar skull grips Compatible with Harley 96-later VRSC, XL, XR, Dyna, Softail (except FLSTSE2/3, FLSTNSE,...
Capture URL: https://www.amazon.com/Handlebar-96-later-Softail-FLSTSE2-description/dp/B07FC71H38?ref_=ast_sto_dp&amp;th=1&amp;psc=1
Capture timestamp (UTC): Fri, 01 Apr 2022 17:01:30 GMT

| Handlebar Grips 1 Inch Soft Handlebar Grips by Twin Cable Throttle... | Grips WATERCRAFTS | Inch Chrome Motorcycle Inch Hand Grips Compa... | Rise Ape Hangers Inch Harley Spa User 2... | Handlebar Hand Grip for Dyna Softail V-Rod | CHROME SKULL REAR Compatible with... |
|---|---|---|---|---|---|
| ★★★★☆ 84 | ★★★★☆ 151 | ★★★★☆ 107 | ★★★★★ 59 | ★★★★☆ 386 | ★★★★☆ 175 |
| $52.88 √prime | $10.79 | $26.99 | $125.89 √prime | $21.99 √prime | $31.39 |

## Brands related to this category on Amazon

Sponsored


Harley-Davidson Lightning Crest Shirts & Hoodies
Shop HARLEY-DAVIDSON ›


Focus on Harley Accessories. Escort for your trip
Shop HTHREEGAUTO ›

- Save 4% each on Qualifying items offered by HTTMT when you purchase 3 or more. Here's how ∨ (restrictions apply)
- Save 3% each on Qualifying items offered by HTTMT when you purchase 2 or more. Here's how ∨ (restrictions apply)

## Important information

### Legal Disclaimer

PLEASE NOTE: This is an aftermarket custom item, not an OEM part. It will fit the models listed but modification may or may not be required. This item is intended for professional installation. Make sure it will fit before you buy. Thank you for your understanding.

## Product Description

### Attributes:

- High Quality Motorcycle Hand Grips
- Enhance the look of your motorcycle with these custom hand grips
- These are aftermarket hand grips for that unique customized look
- Easy Installation! These grips are great replacement for your old grips
- Modern, stylish, and functional

### Specification:

- Hole Diameter: 1" / 25mm
- Material: Billet Aluminum and Rubber
- Condition: 100% Brand New
- Aftermarket Application, Modification May Be Required

### Fitment:

- Universal For Most Motorcycles bikes with 1" / 25mm handlebars
- Listed below just for reference, please check your motorcycle before purchasing, thank you

1996-2003 Harley Davidson XL Sportster 883 AND 1200.
1996-2010 Harley Davidson Softail.
1996-2010 Harley Davidson FLSTN Softail DELUXE.
1996-2010 Harley Davidson FLSTF Fat Boy.
1996-2010 Harley Davidson FLSTSC Softail Springer Classic.
1996-2010 Harley Davidson FXSTC Softail Custom.
1996-2010 Harley Davidson FXSTB Night Train.
1996-2010 Harley Davidson FLSTC Heritage Softail Classic.
1996-2010 Harley Davidson FXDWG Dyna Wide Glide.
1996-2010 Harley Davidson FXDB Street Bob.
1996-2010 Harley Davidson FXDL Dyna Low Rider.
1996-2007 Harley Davidson FLHR Road King Models, Ultra and Touring Models
Kawasaki Vulcan 1500 Classic, Nomad Drifter, Vulcan 1500, Vulcan 2000
Kawasaki Vulcan 800 Classic Drifter
Magna 750 94-03
Shadow 1100 Spirit Sabre Aero ACE
Shadow 750 Spirit Aero ACE
Shadow 600 VLX DLX
Spirit 750 2000-2006.
VTX 1800 2002-2006.
Suzuki Volusia 800 M50 Boulevard
Suzuki Intruder 1500 C90 Boulevard
Suzuki Marauder 1600 800
Road Star All Models including Warrior
Roadliner
Stratoliner

## Product Information

Suzuki Intruder 1500 C50 Boulevard
Suzuki Marauder 1600 800
Road Star All Models including Warr...
Roadliner
Stratoliner

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | HTTMT |
| Brand | HTTMT |
| Item Weight | 1.04 pounds |
| Package Dimensions | 7.05 x 3.58 x 2.01 inches |
| Item model number | xXHT291-020-CD-A |
| Manufacturer Part Number | USMT291-020-CD |

### Additional Information

| | |
|---|---|
| ASIN | B07FC71H38 |
| Customer Reviews | ★★★★☆ 414 ratings<br>4.3 out of 5 stars |
| Best Sellers Rank | #65,403 in Automotive (See Top 100 in Automotive)<br>#104 in Powersports Grips |
| Date First Available | June 28, 2018 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? →

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Compare with similar items

|  | This item HTTMT MT291-020- Handlebar skull grips Compatible with Harley 96-later VRSC, XL, XR, Dyna, Softail (except FLSTSE2/3, FLSTNSE, and FXSBSE) and 96-07 Touring models See description Compatible with deta | CICMOD Edge Cut 1" Handlebar Hand Grip for Harley Touring Sportster Dyna Softail V-Rod | HTTMT MT291-021- Handlebar Cross grips Compatible with Harley 96-later VRSC, XL, XR, Dyna, Softail (except FLSTSE2/3, FLSTNSE, and FXSBSE) and 96-07 Touring Models | 1" Motorcycle Handlebar Grips Bar Grip 24.5mm 26mm Thruster Grip for Harley FX XG XLH FXDWG VRSCAW by D1M (Chrome) |
|---|---|---|---|---|
|  | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | ★★★★★ (414) | ★★★★☆ (386) | ★★★★☆ (33) | ★★★★☆ (116) |
| Price | $39.99 | $21.99 | $29.98 | $34.99 |
| Sold By | HTTMT | OSAN_Mall | HTTMT | D1M |

## Products related to this item

Page 1 of 20

Sponsored ⓘ

| | | | | | | |
|---|---|---|---|---|---|---|
| Black Universal Drag 8 Rise 1" Zac Zed Hanger Z-Bar Handlebar Fit for Harley Sports...<br>★★★★☆ 5<br>$69.99 ✓prime | TIGERSGATE 1x1/4" Fat Chrome Rise Ape Hangers Handlebar 18-Inch Z bar for Harley,...<br>★★★★☆ 16<br>$122.99 ✓prime | MTHREEAUTO Handlebar Hand Grips Motorcycle Throttle Grip for 1" / 25mm Handle Bars<br>★★★★☆ 102<br>$19.99 ✓prime | Arlen Ness Dual Ring Footpegs Black 07-934<br>★★★★☆ 4<br>$58.45 ✓prime | 8" MINI 48 APE HANGER FOR HARLEY SPORTSTER 48, IRON, 883<br>★★★★☆ 3<br>$289.99 | Motorcycle 1 inch Handlebar Grips Black CNC Throttle Grip 25mm Universal Hand Grip<br>★★★★★ 14<br>$27.99 ✓prime | 8mm Black Motorcycle Rearview Side Mirror hollow styling for Harley Bobber Cruiser<br>★★★★☆ 2<br>$36.99 ✓prime |





## Review this product

Share your thoughts with other customers

Write a customer review

INNOGLOW Motorcycle Handlebar 1PC...
★★★★★ 425
$36.99 √prime

Shop now

*Sponsored*

---

Reviewed in the United States on December 24, 2018
Size: Skull | Color: Black | Verified Purchase

These grips look great but the pair I received are clearly used and not new because they had scratches on them. The grip has no rubber its actually a hard plastic that looks like rubber. Not a very good grip at all.

3 people found this helpful

Helpful | Report abuse

Amazon Customer

★☆☆☆☆ No way this are 1 inch
Reviewed in the United States on May 28, 2019
Size: Skull | Color: 020-Chrome | Verified Purchase

First, the package got lost on delivery and was delayed, and when they finally arrived it turns out these grips are way wider than 1 inch, they are too loose and won´t work at all, the throttle grip won´t even fit in the casing.

3 people found this helpful

Helpful | Report abuse

Eric sauve

★☆☆☆☆ Don't buy!
Reviewed in the United States on February 2, 2020
Size: Skull | Color: 020-Chrome | Verified Purchase

These are very poor quality grips that didn't even come close to fitting 1 in handlebars. The throttle cable boss is made of plastic. I returned them right away and bought grips for half the cost that were well made and fit well.

3 people found this helpful

Helpful | Report abuse

Marty S.

★★★★☆ Almost no vibration.
Reviewed in the United States on August 10, 2021
Size: Skull | Color: 020-Chrome | Verified Purchase

Great value for the money, easy install, and very comfortable. Idk if it is by design or what, but I feel almost no vibration on my Harley with these grips, but can still feel the motor just fine. The only gripe is where the cables attach. A bit flimsy, but not too concerned as there is little to no pressure at that point. Great buy. Would recommend.

Helpful | Report abuse

Jemey

★☆☆☆☆ They fit nothing in my shop that is a motorcycle.
Reviewed in the United States on August 27, 2021
Size: Skull | Color: 020-Chrome | Verified Purchase

Do not buy, they will not work without re-machining them to fit. Service tech of 27yrs and these have to be hand fitted to ANY MACHINE LISTED, much less any that are not. They are no where close to working on 1 inch bars. Verified that what I have are 1" bars. Verified that grips are for a 1" bar. 5 hours fitting a useless grip to get it to barely work right on throttle side, and they are so loose on the bars that a full tube of glue has to be used to set the solid grip side. Junk. Never seen any grip fit so poorly. These will cost you FAR more just to put on than what their face value is.

Helpful | Report abuse

shawn belford

★★★★★ Perfect fit.
Reviewed in the United States on November 21, 2019
Size: Skull | Color: 020-Chrome | Verified Purchase
Fit my 2000 Harley Davidson fatboy perfect. No issues easy install.

4 people found this helpful

Helpful | Report abuse

Amazon Customer

★☆☆☆☆ Weren't molded properly, defective, not recomended.
Reviewed in the United States on March 5, 2020
Size: Skull | Color: 020-Chrome | Verified Purchase

These were defective mold, could insert the throttle cable. Worst of all they didn't fit my sportster. they were td large, even though the description said that they would. Waste of money. Sitting on a basket on top of my fridge.

3 people found this helpful

Helpful | Report abuse

Weren't molded properly, defective, not recomended.

Reviewed in the United States on March 5, 2020

These were defective mold, could insert the throttle cable. Worst of all they didn't fit my sportster, they were to large, even though the description said that they would. Waste of money. Sitting on a basket on top of my fridge.

3 people found this helpful

Helpful    Report abuse

**michaelmcgarry**

★★★☆☆ **loose on the bar**

Reviewed in the United States on May 17, 2019

Size: Skull · Color: 020-Chrome · Verified Purchase

grips are loose on the cars of my 06 electraglide. I wrapped some tape around the one side which fixed that but i'm still working on fixing the throttle side, you get what you pay for

4 people found this helpful

Helpful    Report abuse

See all reviews ›

## Top reviews from other countries

Translate all reviews to English

**Danie Z.**

★★★★★ **Recomendable**

Reviewed in Mexico on February 3, 2021

Size: Skull · Color: 020-Chrome · Verified Purchase

Muy bueno, quedó a la perfección en mi dyna street bob.

Report abuse

Translate review to English

See all reviews ›



### Recommended based on your shopping trends

Sponsored                                                                   Page 1 of 3

XFMT 5 Inch Vivid Black Stretched Saddlebags Extended Saddle bag with Lids Latch Keys For Harley Touring FLH FLT
★★★★☆ 168
$327.98 prime

Motorcycle Floorboard Front/Rear passenger Foot pegs fhr Honda Magna VT250/VT250/VF750
★★★★☆ 298
$59.98 prime

Flowgenix Waterless Car Wash Spray - Motorcycle Cleaner & Car Wax Polish Detail Spray, Ceramic Coating for Cars, Best
★★★★★ 5,103
$19.95 prime

CICMOD Edge Cut 1" Handlebar Hand Grip for Harley Touring Sportster Dyna Softail V-Rod
★★★★☆ See
$21.99 prime

Motorcycle 1 inch Handlebar Grips Black CNC Throttle Grip 25mm Universal Hand Grip Compatible with Harley
★★★★★ 14
$37.99 prime

Motorcycle Vintage Non-Slip Handlebar Grips 7/8" 22mm 1"24mm Rubber Handle Grips Compatible with
★★★★★ 280
$12.98 prime

Comfom Universal Motorcycle Handles Grips - Non Slip Rubber Motorcycle Grips for Harley Honda Yamaha
★★★★☆ 22
$9.85 prime

### Newer and similar items

Page 1 of 2

1" Motorcycle Handlebar Grips bar Grip 24.5mm 26mm Throttle Grip for Harley FX XG XLH FXDWG VRSCAW by D
★★★★☆ 116
$34.99
Get it as soon as Thursday, Apr 7
FREE Shipping on orders over $25 shipped by Amazon

1" Contrast cut electronic throttle grips For Harley touring softail Electronic throttle grips models GB-19
★★★★☆ 155
$32.00
Get it as soon as Thursday, Apr 7
FREE Shipping on orders over $25 shipped by Amazon
Only 20 left in stock - orde...

1" CNC edge cut handlebar grips street glide FLHX handGrip for Harley Touring glides Electronic throttle grip...
★★★★☆ 85
$31.00
Get it as soon as Thursday, Apr 7
FREE Shipping on orders over $25 shipped by Amazon

Motorcycle 1" inch Hand Grips 25mm Handlebar Grips Billet Universal for Sportster Fatboy Dyna Softail VRod Cafer...
★★★★☆ 80
$24.99
Get it as soon as Thursday, Apr 7
FREE Shipping on orders over $25 shipped by Amazon

HTTMT MT080-25-BK Black Skull style Hand Grips 1 inch Handlebar Compatible with Harley XL 883 Hugger Sportst
★★★★☆ 187
$26.99
Get it as soon as Thursday, Apr 7
FREE Shipping on orders over $25 shipped by Amazon

Motorcycle Hand Grips, INNOGLOW 1" 25mm Chrome Black Handlebar Grip Fits for Custom Harley Davidson
★★★★☆ 7
$39.99
Get it as soon as Thursday, Apr 7
FREE Shipping on orders over $25 shipped by Amazon

XMMT Black Bullet 1" Handlebar Hand Grips for Harley Sportster Iron 883 1200 Softail Dyna Touring Electra Glide
★★★★☆ 7
$25.98
Get it as soon as Thursday, Apr 7
FREE Shipping on orders over $25 shipped by Amazon
Only 4 left in stock - order...



1" Motorcycle Handlebar Grips Bar Grip 24.5mm 26mm Thruster Grip for Harley FX XG XLH FXDWG VRSCAW by D...
★★★★☆ 116
$34.99
Get it as soon as **Thursday, Apr 7**
FREE Shipping on orders over $25 shipped by Amazon

1" Contrast-cut electronic throttle grips For Harley touring softail Electronic throttle grips models 08-19
★★★★☆ 133
$32.00
Get it as soon as **Thursday, Apr 7**
FREE Shipping on orders over $25 shipped by Amazon
Only 20 left in stock - orde...

1" CNC-edge cut handlebar grips street glide FLHX handGrip For Harley Touring glides Electronic throttle grip...
★★★★☆ 45
$31.00
Get it as soon as **Thursday, Apr 7**
FREE Shipping on orders over $25 shipped by Amazon

Motorcycle 1" inch Handlebar Grips Billet Universal for Sportster Fatboy Dyna Softail VRod Cafer...
★★★★☆ 30
$24.99
Get it as soon as **Thursday, Apr 7**
FREE Shipping on orders over $25 shipped by Amazon

HTTMT MT080-25-BK Black Skull style Hand Grips 1 inch Handlebar Compatible with Harley XL 883 Hugger Sportst...
★★★★☆ 174
$26.99
Get it as soon as **Thursday, Apr 7**
FREE Shipping on orders over $25 shipped by Amazon

Motorcycle Hand Grips INNOGLOW 1" 26mm Chrome Black Handlebar Grip Fits for Custom Harley Davidson...
★★★★☆ 591
$39.99
Get it as soon as **Thursday, Apr 7**
FREE Shipping on orders over $25 shipped by Amazon

XMMT Black Bullet 1" Handlebar Hand Grips for Harley Sportster Iron 883 1200 Softail Dyna Touring Electra Glide...
★★★★☆ 7
$25.98
Get it as soon as **Thursday, Apr 7**
FREE Shipping on orders over $25 shipped by Amazon
Only 4 left in stock - order...

See personalized recommendations

**Sign in**

New customer? Start here.



Conditions of Use · Privacy Notice · Interest-Based Ads · © 1996-2022, Amazon.com, Inc. or its affiliates

---

Document title: Amazon.com: HTTMT MT291-020- Handlebar skull grips Compatible with Harley 96-later VRSC, XL, XR, Dyna, Softail (except FLSTSE2/3, FLSTNSE,...
Capture URL: https://www.amazon.com/Handlebar-96-later-Softail-FLSTSE2-description/dp/B07FC71H38?ref_=ast_sto_dp&amp;th=1&amp;psc=1
Capture timestamp (UTC): Fri, 01 Apr 2022 17:01:30 GMT



Document title: Amazon.com: XKMT-Sport Bike Dirt Bike Grips Gel Red Replacement Compatible With APRILLA BMW DUCATI TRIUMPHYAMAHA KAWASAKI SUZUKI Polaris Offroad DIRT BIKE(7/8" LEFT 1" RIGHT) [B017QV929K] : Everything Else

Capture URL: https://www.amazon.com/Motorcycle-Replacement-APRILLA-TRIUMPHYAMAHA-KAWASAKI/dp/B017QV929K/ref=sr_1_1?m=A1OOGIT8L9BL7B&marketplaceID=ATVPDKIKX0DER&qid=1648754547&s=merchant-items&sr=1-1

Page loaded at (UTC): Fri, 01 Apr 2022 17:01:46 GMT

Capture timestamp (UTC): Fri, 01 Apr 2022 17:02:16 GMT

Capture tool: v7.14.1

Collection server IP: 34.230.137.168

Browser engine: Chrome/96.0.4664.93

Operating system: Microsoft Windows NT 10.0.17763.0 (10.0.17763.0)

PDF length: 7

Capture ID: 5d51b3bd-8515-4177-a1db-56458bd07ed3

User: im-cmauney





Powersports Grips
$9.65
Get it as soon as Thursday, Apr 7
FREE Shipping on orders over $25 shipped by Amazon

Lowest price in 30 days
$9.99
FREE Shipping

$9.99
Get it as soon as Thursday,
FREE Shipping on orders over $25 shipped by Amazon
Only 12 left in stock - orde...

$10.99
Get it as soon as Thursday,
FREE Shipping on orders over $25 shipped by Amazon

Grips
$20.35
Get it as soon as Thursday,
Apr 7
FREE Shipping on orders over $25 shipped by Amazon

Get it by Apr 7 - 12
FREE Shipping

## Brands related to this category on Amazon

Sponsored

Kemimoto atv rear grab bar
Shop kemimoto ›

HMQRS
Universal Motorcycle Grips Handlebar
Shop HMQRS ›

JFG RACING Motorcycle Handguards
Shop JFG RACING ›

- Save 4% each on Qualifying items offered by HTTMT when you purchase 3 or more. Here's how (restrictions apply)
- Save 3% each on Qualifying items offered by HTTMT when you purchase 2 or more. Here's how (restrictions apply)

## Product Description

Package Contents: 1 Pair (Left & Right)
Primary Colour: RED as pictured
Condition: Brand New
Hole Diameter: 22mm for left side, 25mm for right side
Materials: PVC
Installation: Easy to install back on original position with no modification needed
Basic Function: Absorb shock while reduce vibration and arm pump
Fitment: they are suggested to fit most street bikes and sport bikes with 22mm standard hollow handlebars, may include:
Aprilia - Mille RSV Tuono
Honda CB CBR NSR RVF RVT VFR VTR Hornet
Kawasaki EX ZR ZRX ZX ZXR ZZR Ninja
Suzuki GSF GSX GSXR RF RGV SV TL Bandit Hayabusa Katana
Triumph - Daytona Rocket Scrambler Speed Street Triple
FJR FZ FZS FZR TZR YZF Fazer
and more...
Almost all motorcycle 7/8" Hanlebar (Not for ATV or Scooters)

## Product Information

### Technical Details

| | |
|---|---|
| Manufacturer | XKMT-MOTORPARTS |
| Brand | XKMT |
| Model | XKMT-MOTORPARTS |
| Item Weight | 5 ounces |
| Package Dimensions | 7.99 x 4.65 x 2.17 inches |
| Is Discontinued By Manufacturer | No |
| Manufacturer Part Number | XKMT-MOTORPARTS |

### Additional Information

| | |
|---|---|
| ASIN | B017QV929K |
| Customer Reviews | ★★★★☆ ~ 152 ratings / 4.1 out of 5 stars |
| Best Sellers Rank | #22,036 in Automotive (See Top 100 in Automotive) #38 in Powersports Grips |
| Date First Available | November 9, 2015 |

### Warranty & Support

Product Warranty: For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price?

## Have a question?

Find answers in product info, Q&As, reviews.

🔍 Type your question or keyword

## Related products with free delivery on eligible orders

Sponsored

Page 1 of 86

RIDE IT PT-GROM Short Brake and Clutch Levers for GROM MSX125 2014 2015 2016 2017 2...
★★★★☆ 193

MRELC 7/8" 22mm Thumb Throttle Cable Accelaror Control Assembly Compatible...
★★★★☆ 38

XKMT-Chrome CNC Billet 7/8" 22mm Spike Car Ends Hand Grips Compatible with...
★★★★☆ 53

Motorcycle Handlebar Phone Holder, Bicycle Phone Holder, Aluminium Alloy Material, S...
★★★★☆ 21

Universal Motorcycle Racing 22mm CNC Aluminum Throttle Grip Quick Twister with...
★★★★☆ 16

Motorcycle Floorboard Front/Rear passenger foot pegs for Polaris Magna VF250/VT250...
★★★★☆ 298

Phyxeno 10 Packs 112 HF112 Oil Filter Replacement for Polaris Predator 500 DHZ110...
★★★★☆ 10



**RIDE IT PT-GROM Short Brake and Clutch Levers for GROM MSX125 2014 2015 2016 2017 2...**
★★★★★ 193
$34.99 √prime

**MRELC 7/8" 22mm Thumb Throttle Cable Accelerator Assembly Compatible...**
★★★★☆ 38
$12.45 √prime

**XKMT-Chrome CNC Billet 7/8" 22mm Spike Car Ends Hand Grips Compatible with...**
★★★★☆ 58
$37.39 √prime

**Motorcycle Handlebar Phone Holder, Bicycle Phone Holder, Aluminum Alloy Material, S...**
★★★★☆ 27
$23.99 √prime

**Universal Motorcycle Racing 22mm CNC Aluminum Throttle Grip Quick Twister with...**
★★★★☆ 16
$26.99 √prime

**Motorcycle Floorboard Front/Rear passenger foot pegs for Honda Magna VF250/VT250...**
★★★★☆ 298
$59.99 √prime

**Physted 10 Packs 112 HF112 Oil Filter Replacement for Polaris Predator 500 DRZ110...**
★★★★★ 10
$19.99 √prime

## Videos

### Videos for related products



0:21

**7/8" Universal Motorcycle Hand Grips Pit Dirt Bike Motocross**

HIAORS



0:59

**Handguards Dirt Bike Hand Guards - Universal For 7/8" And 1 1/8"...**

JFG RACING

Upload your video

## Customer questions & answers

🔍 Have a question? Search for answers

**Question:** How long is the shipping?
**Answer:** Dear customer,
It depends on which shipping service you select but we will process your order with 24 hours,
thanks
Winter
By XIN Motor SELLER on May 14, 2019

**Question:** Do the blue ones say Honda on them
**Answer:** Mine says Yamaha.
By Derrick Mathis on January 18, 2022
» See more answers (1)

**Question:** Do they fit a 1986 Honda xr110
**Answer:** They will.
By Derrick Mathis on December 25, 2021

**Question:** Do they fit a 1994 honda xr650l
**Answer:** U must know the bar size 3/4 or 7/8 inch.
By daniel habuda... on February 12, 2022

## Customer reviews

★★★★☆ 4.1 out of 5
152 global ratings

| | | |
|---|---|---|
| 5 star | | 64% |
| 4 star | | 11% |
| 3 star | | 7% |
| 2 star | | 7% |
| 1 star | | 12% |

˅ How are ratings calculated?

### By feature

| | | |
|---|---|---|
| Value for money | ★★★★☆ | 3.7 |
| Comfort | ★★★★☆ | 3.6 |
| Easy to install | ★★★★☆ | 3.4 |

˅ See more

### Reviews with images



See all customer images

Top reviews ˅

### Top reviews from the United States

Jonathan Flowers

★★★★★ **Great product. They may take a little time to get used to.**
Reviewed in the United States on October 5, 2021
Size: 1 inch   Color: Red   Verified Purchase

I installed these grips on my 1985 Honda ATC 250SX. I think older machines like mine have handlebars made of tubing which is smaller in diameter than new machines. I tried each grip on each side and found that one was a perfect fit and the other was a bit loose. I wrapped some electrical tape around the handlebar side that had a loose fit and it fixed the issue. Where there's a will, there's a way.

Helpful   Report abuse



---

Document title: Amazon.com: XKMT-Sport Bike Dirt Bike Grips Gel Red Replacement Compatible With APRILLA BMW DUCATI TRIUMPHYAMAHA KAWASAKI SUZU...
Capture URL: https://www.amazon.com/Motorcycle-Replacement-APRILLA-TRIUMPHYAMAHA-KAWASAKI/dp/B017QV929K/ref=sr_1_1?...
Capture timestamp (UTC): Fri, 01 Apr 2022 17:02:16 GMT

Value for money ★★★★☆ 3.7
Comfort ★★★★☆
Easy to install ★★★★☆ 3.4
~ See more

Reviewed in the United States on October 5, 2021
I installed these grips on my 1983 Honda ATC 250SX. I think older machines like mine have handlebars made of tubing which is smaller in diameter than new machines. I tried each grip on each side and found that one was a perfect fit and the other was a bit loose. I wrapped some electrical tape around the handlebar side that had a loose fit and it fixed the issue. Where there's a will, there's a way.

Helpful   Report abuse

### Review this product
Share your thoughts with other customers

Write a customer review



Universal Dirt Bike Headlight

JFG RACING Pit Bike Headlight,Dirt Bike L...
★★★★☆ 49
$55.99 ✓prime

Shop now

Sponsored ⓘ

---

**ER**
★★★★☆ **Good in theory**
Reviewed in the United States on February 28, 2019
Size: 1 inch   Color: Red   Verified Purchase
Kind of hard to get on.. actually broke clutch side... Juice side finally got on with some grease and a rubber mallet. Also look a bit pink against red bike...

One person found this helpful

Helpful   Report abuse

**Alan Hill**
★★☆☆☆ **Cheap**
Reviewed in the United States on December 17, 2015
Size: 1 inch   Color: Red   Verified Purchase
Grips are made of hard uncomfortable plastic. The Honda red is not like in photo; it is a faded red, almost an orange. Not worth the aggravation and cost to send back and definitely not a $36 grip as claimed. They will not be put on my bike.

5 people found this helpful

Helpful   Report abuse

**Banner of Sonny**
★★★★★ **Bad ass**
Reviewed in the United States on October 18, 2021
Size: 1 inch   Color: Red   Verified Purchase
Just Bad Ass

Helpful   Report abuse

**The Parkers**
★★☆☆☆ **Cheap material that won't last a year indoors.**
Reviewed in the United States on June 3, 2020
Size: 1 inch   Color: Red   Verified Purchase
They are the cheapest and most horrible hand grips I've ever used in 30 years of Motorsports

Helpful   Report abuse

**Caleb Sullivan**
★☆☆☆☆ **Wouldn't even give a star on this but it makes you..**
Reviewed in the United States on March 2, 2019
Size: 1 inch   Color: Red   Verified Purchase
Honestly the worst thing iv baughin of of Amazon/and iv bought a lot of stuff. the d in Honda ain't even the right d. And it doesn't. fit.

Helpful   Report abuse

**Raymond Camargo**
★★★★☆ **Amazing grips for the price**
Reviewed in the United States on April 25, 2021
Size: 1 inch   Color: Red   Verified Purchase
Very good quality for the price! Nice and grippy.
A little difficult to fit on 7/8 bars. Gotta twist and pull it on, with more elbow grease than usual.

Helpful   Report abuse

**Amber Waggoner**
★★★☆☆ **Was ok**
Reviewed in the United States on August 8, 2019
Size: 1 inch   Color: Red   Verified Purchase
Hard to install. Very hard plastic. Not comfortable. Look good though

---







Page Vault

| | |
|---|---|
| Document title: | Amazon.com: Motorcycle Mirror Block Off Plates For 2005-2008 Kawasaki Ninja Zx6R Zx6Rr 636 Zx10R Black : Automotive |
| Capture URL: | https://www.amazon.com/Motorcycle-Mirror-Plates-2005-2008-Kawasaki/dp/ B00RUDWS4G/ref=sr_1_168?m=A18132C77AG5IR&marketplaceID=ATVPDKIKX0D ER&qid=1648741865&s=merchant-items&sr=1-168 |
| Page loaded at (UTC): | Fri, 01 Apr 2022 17:03:33 GMT |
| Capture timestamp (UTC): | Fri, 01 Apr 2022 17:03:59 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 6 |
| Capture ID: | 3310cfc5-72c2-41fd-a1c7-47151fce444d |
| User: | im-cmauney |

PDF REFERENCE #:            2YEkJLZaMPzcpVVk3ZVsxU





Krator Black Mirror Block Off Plates Compatible with Kawasaki Ninja ZX6R / 636 / ZX6RR / ZX-10R (2004-2010)...
★★★★★ 67
$12.99
Get it Apr 6 - 8
FREE Shipping

REZSOX F11 Brake Reservoir Cover Socks for Motorcycles Sportbikes
#1 Best Seller in Powersports Brake Accessories
$9.95
Get it as soon as **Thursday, Apr 7**
FREE Shipping on orders over $25 shipped by Amazon
Only 10 left in stock - prde...

XKMT-Mirror Block Off Plates Compatible With 2005-2008 Kawasaki Ninja Zx6R Zx6Rr 636 Zx10R Carbon...
★★★★☆ 7
$12.39
Get it Apr 7 - 12
FREE Shipping
Only 6 left in stock - order...

i5 Black Spike Bar Ends for Kawasaki Ninja 250 300 500 650 ZX6 ZX6R ZX7 ZX9 ZX10 ZX10R ZX12 ZX14...
★★★★☆ 211
$12.95
Get it Apr 11 - 14
$6.90 shipping
Only 13 left in stock - orde...

K&N Motorcycle Oil Filter: High Performance Premium, Designed to be used with Synthetic or...
★★★★★ 8,981
Amazon's Choice in Powersports Oil Filters
$14.99
Get it as soon as **Thursday, Apr 7**
FREE Shipping on orders over $25 shipped by Amazon

HTTMT- USMT222-015-BK-NOLOGO- Mirror Plate Black Off Compatible With 2005-2008 Kawasaki Ninja...
★★★★☆ 5
$11.29
Get it Apr 6 - 8
FREE Shipping
Only 5 left in stock - order...

MICTUNING Universal Motorcycle Mirrors - 3 Inch Round Folding Bar End Side Mirror Compatible with Hond...
★★★★☆ 2,591
$21.99
Get it as soon as **Thursday, Apr 7**
FREE Shipping on orders over $25 shipped by Amazon

- Save 5% each on Qualifying items offered by XKHmoto when you purchase 3 or more. Shop items
- Save 2% each on Qualifying items offered by XKHmoto when you purchase 2 or more. Here's how ∨ (restrictions apply)

## Product information

### Technical Details

| | |
|---|---|
| Brand | HTTMT |
| Is Discontinued By Manufacturer | No |
| Manufacturer Part Number | SMT-MOTO |

### Additional Information

| | |
|---|---|
| ASIN | B00RUDWS4G |
| Customer Reviews | ★★★★☆ ∨   15 ratings  4.0 out of 5 stars |
| Best Sellers Rank | #442,084 in Automotive (See Top 100 in Automotive)  #1,220 in Powersports Mirrors & Accessories |
| Date First Available | January 5, 2015 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price?

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Products related to this item

Sponsored ⓘ

Page 1 of 20

HTTMT- USMT222-015-CN-NOLOGO- Mirror Base Plate Block Off Compatible With 2005...
★★★★☆ 5
$10.49

Motorcycle Flat Flame Bike Decal Sticker Compatible with Kawasaki Ninja ZX6R
★★★★★ 4
$9.99 ✔prime

7/8" 21.5mm 15mm Motorcycle CNC Aluminum Powersports Handlebar Grips with...
★★★★☆ 14
$16.99 ✔prime

HTTMT- USMT220-009-CN-NOLOGO- Carbon Weight Bar Ends Sliders Compatible With 94...
★★★★☆ 38
$12.89

Mirror Block Off Blanking Plates Mirror hole Cover Cap Eliminators For Suzuki
$29.90 ✔prime

HTTMT- USMT222-013-BK-NOLOGO- Mirror Block Off Base Plates 5mm Compatible With...
★★★★☆ 87
$10.39 ✔prime

XKH- Mirror Block Off Plates Compatible with 2005-2008 Kawasaki Ninja Zx6R Zx6Rr 63...
★★★★☆ 1
$7.39

## Videos

Help others learn more about this product by uploading a video!

Upload video

## Customer questions & answers

---

Help others learn more about this product by uploading a video!

Upload video

## Customer questions & answers

Q Have a question? Search for answers

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

★★★★☆ 4 out of 5

15 global ratings

| | |
|---|---|
| 5 star | 49% |
| 4 star | 28% |
| 3 star | 7% |
| 2 star | 10% |
| 1 star | 8% |

∨ How are ratings calculated?

## Review this product

Share your thoughts with other customers

Write a customer review

DREAMIZER Universal Motorcycle Handle...

$31.99 ✓prime

Shop now

Sponsored ▶

### Top reviews from the United States

Jake&Cara

★★★★★ Look awesome

Reviewed in the United States on February 17, 2019

Verified Purchase

They look great and work even better awesome mirror plates

Helpful    Report abuse

Justice

★★★★☆ Solid for what it is

Reviewed in the United States on December 18, 2021

Verified Purchase

The product itself is great but don't recommend buying it if you own a 2006 zx6R it doesn't fit properly you will have a huge space gap on the bike to the covers and it does not look good

Helpful    Report abuse

abdul tayyab

★★★★★ Worth the money

Reviewed in the United States on April 7, 2020

Verified Purchase

Fits perfect

Helpful    Report abuse

See all reviews

### Top reviews from other countries

Demonio

★★★★☆ a little modification needed on my 2005 636

Reviewed in Canada on May 3, 2020

Verified Purchase

I had to drill out the mirror holes in my fairing larger to get the block off plates to fit but other than that I'm satisfied with my purchase.

Report abuse

See all reviews

## Recommended based on your shopping trends

Sponsored

Page 1 of 3

‹

| Krace Motorcycle Rearsets Fit For Kawasaki | Motorcycle Vintage Non-Slip Handlebar Grips | Dynojet (17-028) Power Commander V Fuel | TCMT 1" CNC Electronic Throttle Control | 7/8" 21.5mm 22mm Motorcycle CNC | K&WAV Aftermarket Bar End Mirrors Black Round | Heren Motorcycle Bar End Rear View Mirrors |

›

---

Document title: Amazon.com: Motorcycle Mirror Block Off Plates For 2005-2008 Kawasaki Ninja Zx6R Zx6Rr 636 Zx10R Black : Automotive

Capture URL: https://www.amazon.com/Motorcycle-Mirror-Plates-2005-2008-Kawasaki/dp/B00RUDWS4G/ref=sr_1_168?…

Capture timestamp (UTC): Fri, 01 Apr 2022 17:03:59 GMT

Page 3 of 5









Page Vault

| | |
|---|---|
| Document title: | Amazon.com: HTTMT MT222-005- Mirror Base Plates Compatible with Kawasaki Ninja 500R Ex500 636 Zx6Rr Zx7R Zx9R Zx10R Blk : Automotive |
| Capture URL: | https://www.amazon.com/Mirror-Plates-Kawasaki-Ninja-Ex500/dp/B00LHNUPYA/ ref=sr_1_219?m=AU47PMH7TBVX6&marketplaceID=ATVPDKIKX0DER&qid=16487 39324&refinements=p_4%3AHTTMT&s=merchant-items&sr=1-219 |
| Page loaded at (UTC): | Fri, 01 Apr 2022 17:04:11 GMT |
| Capture timestamp (UTC): | Fri, 01 Apr 2022 17:04:34 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 6 |
| Capture ID: | b3061969-7bfc-4d7d-98bf-83f8c1e7be9c |
| User: | im-cmauney |

PDF REFERENCE #: txUPepSzTGRzCSbkLycyAo





| HTTMT- LED Mirror Block Off Base Plate Compatible With Cbr 600 F4 F4I 900 Rr 929... | HTTMT- USMT222-D13-BK-NOLOGO- Mirror Block Off Base Plates 5mm Compatible With... | XKH- Mirror Block Off Base Plates Compatible with Suzuki Gsxr 600 750 1000 Gsx-R 20... | HTTMT- USMT222-011-CN-NOLOGO- Mirror Block Off Base Plates Black Compatible Within... | HTTMT- USMT222-015-CN-NOLOGO- Mirror Base Plate Block Off Compatible with 2008... | HTTMT- USMT222-003-CN-NOLOGO- Mirror Block Off Base Plates NOLOGO Compatible... | HTTMT MT222-010- Mirror Block Off Base Plates Compatible with Suzuki Gsxr 600 750 1... |
|---|---|---|---|---|---|---|
| ★★★★☆ 18 | ★★★★☆ 87 | ★★★★★ 40 | ★★★★★ 44 | ★★★★☆ 5 | ★★★★☆ 3 | ★★★★★ 70 |
| $60.49 | $10.39 | $7.39 | $12.89 | $10.49 | $12.19 | $12.29 |

- Save 3% each on Qualifying items offered by Secret E when you purchase 2 or more. Here's how ▾ (restrictions apply)

## Important information

### Legal Disclaimer

PLEASE NOTE: This is an aftermarket custom item, not an OEM part. It will fit the models listed but modification may or may not be required. This item is intended for professional installation. Make sure it will fit before you buy. Thank you for your understanding.

## Product Description

Attributes:

High Quality Mirror Block Off Base Plates
These can also be used as stand-alone block-off plates.

Specifics:

Instructions: Not Included
Professional Install is Recommended
Material: High Quality Billet Aluminum
Color: The same as picture show
Engraving: RR Logo
Bolt Hole Diameter: 6mm
Size: 59mm x 21mm
Quantity: 1 Pair (Left & Right)
Condition: 100% Brand New

Fitment:

1994-2009 Kawasaki Ninja 500R / EX500 / GPZ500S
1995-2012 Kawasaki Ninja ZX-6R / 636 / ZX-6RR
1993-2003 Kawasaki Ninja ZX-7 / ZX-7R
1998-2003 Kawasaki Ninja ZX-9 / ZX-9R
2004-2012 Kawasaki Ninja ZX-10R

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | HTF |
| Brand | HTTMT |
| Item Weight | 4.6 ounces |
| Package Dimensions | 3 x 2 x 1 inches |
| Is Discontinued By Manufacturer | No |
| Manufacturer Part Number | USMT222-005-BK-Ninja |

### Additional Information

| | |
|---|---|
| ASIN | B00LHNUPYA |
| Customer Reviews | ★★★★☆ 13 ratings / 4.2 out of 5 stars |
| Best Sellers Rank | #210,318 in Automotive (See Top 100 in Automotive) / #652 in Powersports Mirrors & Accessories |
| Date First Available | July 3, 2014 |

### Warranty & Support

Product Warranty: For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ▾

## Have a question?

Find answers in product info, Q&As, reviews.

🔍 Type your question or keyword

## Explore more from HTTMT

Sponsored ⓘ                                                                Page 1 of 5







Document title: Amazon.com: HTTMT MT222-005- Mirror Base Plates Compatible with Kawasaki Ninja 500R Ex500 636 Zx6Rr Zx7R Zx9R Zx10R Blk : Automotive
Capture URL: https://www.amazon.com/Mirror-Plates-Kawasaki-Ninja-Ex500/dp/B00LHNUPYA/ref=sr_1_219?…
Capture timestamp (UTC): Fri, 01 Apr 2022 17:04:34 GMT



**Deals in magazine subscriptions**

Page 1 of 8

See personalized recommendations

**Sign in**

New customer? Start here.



Document title: Amazon.com: HTTMT MT222-005- Mirror Base Plates Compatible with Kawasaki Ninja 500R Ex500 636 Zx6Rr Zx7R Zx9R Zx10R Blk : Automotive
Capture URL: https://www.amazon.com/Mirror-Plates-Kawasaki-Ninja-Ex500/dp/B00LHNUPYA/ref=sr_1_219?…
Capture timestamp (UTC): Fri, 01 Apr 2022 17:04:34 GMT

Page Vault

| | |
|---|---|
| Document title: | Amazon.com: HTTMT MT298-01 Stainless Radiator Grille Guard Cover Protector Compatible with Valkyrie GL1500 chrome : Automotive |
| Capture URL: | https://www.amazon.com/HTTMT-MT298-01-Stainless-Protector-Compatible/dp/B00XOF3YM4/ref=sr_1_550?m=A1OOGIT8L9BL7B&marketplaceID=ATVPDKIKX0DER&qid=1648754919&s=merchant-items&sr=1-550 |
| Page loaded at (UTC): | Fri, 01 Apr 2022 17:05:16 GMT |
| Capture timestamp (UTC): | Fri, 01 Apr 2022 17:05:42 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 7 |
| Capture ID: | 2d1b056a-e034-4d54-9235-da83e8a2bba3 |
| User: | im-cmauney |

PDF REFERENCE #:        rn2CgCJ5A6gLLvAdteynjt



     

| Skull Motorcycle Steel Chrome Skull Radiator Grill Cover Guard Protector For Suzuki... | Skull Motorcycle Steel Chrome Skull Radiator Grill Cover Guard Protector For Honda ... | Skull Motorcycle Steel Chrome Skull Radiator Grill Cover Guard Protector For HONDA ... | HTTMT MT298-02 Stainless Flame Radiator Grille Cover Compatible with Kawasaki Vulca... | HTTMT MT298-03-DF Radiator Grille Cover Guard Protector Compatible with ... | HTTMT MT298-07-TG Flame Radiator Grille Cover Guard Protector Compatible with 2006-... |
|---|---|---|---|---|---|
| $72.99 | $66.99 | ★★★★★ 1 $55.99 ✓prime | ★★★★☆ 4 $48.49 | ★★★★★ 3 $48.49 | $66.99 |
| | | | | Skull Motorcycle Steel Chrome Skull Radiator Grill Cover Guard Protector For Honda ... | ★★★☆☆ 1 $48.49 |

- ☐ Clip this coupon to save 5% on this product when you buy from HTTMT. Here's how ˅ (restrictions apply)
- Save 4% each on Qualifying items offered by HTTMT when you purchase 3 or more. Here's how ˅ (restrictions apply)
- Save 3% each on Qualifying items offered by HTTMT when you purchase 2 or more. Here's how ˅ (restrictions apply)

## Important Information

### Legal Disclaimer

PLEASE NOTE: This is an aftermarket custom item, not an OEM part. It will fit the models listed but modification may or may not be required. This item is intended for professional installation. Make sure it will fit before you buy. Thank you for your understanding.

## Product Description

### Attributes:

- Protect radiator from sand and stone damage
- Perfect fits original holes, no drilling or cutting required
- Impervious to rush, will look like new after washing
- Color: as in pictures
- Material: stainless steel
- Size: 175mm(14.75")*195mm(7.75")
- Instructions: not included. No mounting hardware like bolts included.

### Fitment:

- All Years: GL*1500

## Product Information

### Technical Details

| | |
|---|---|
| Manufacturer | HTF |
| Brand | HTTMT |
| Model | HTF |
| Item Weight | 13.6 ounces |
| Package Dimensions | 14.9 x 7.6 x 0.3 inches |
| Item model number | USMT298-01 |
| Is Discontinued By Manufacturer | No |
| Manufacturer Part Number | USMT298-01 |

### Additional Information

| | |
|---|---|
| ASIN | B00XOF3YM4 |
| Customer Reviews | ★★★★☆ · 42 ratings 4.1 out of 5 stars |
| Best Sellers Rank | #487,995 in Automotive (See Top 100 in Automotive) #246 in Grille & Brush Guards |
| Date First Available | May 15, 2015 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? —

## Have a question?

Find answers in product info, Q&As, reviews.

🔍 Type your question or keyword

## Explore more from HTTMT

Sponsored ⓘ

Page 1 of 6

      

---

Document title: Amazon.com: HTTMT MT298-01 Stainless Radiator Grille Guard Cover Protector Compatible with Valkyrie GL1500 chrome : Automotive
Capture URL: https://www.amazon.com/HTTMT-MT298-01-Stainless-Protector-Compatible/dp/B00XOF3YM4/ref=sr_1_550?…
Capture timestamp (UTC): Fri, 01 Apr 2022 17:05:42 GMT



Helpful    Report abuse

Brandon Carpenter

★★★★★ 99 Valkyrie Grille Guard Protector Looks Awesome!
Reviewed in the United States on September 8, 2021
Verified Purchase

The guard was a direct fit using the same hardware that the original guard had. The product came quickly and was immediately installed. Quick turnaround and great timing from the vendor.

Helpful    Report abuse

Happy Hubby

★★★★★ Nicely made aftermarket piece
Reviewed in the United States on May 21, 2021
Verified Purchase

Fit my 1997 Honda Valkyrie Tourer perfectly and looks great on her as well.

One person found this helpful

Helpful    Report abuse

Jeramy M.

★☆☆☆☆ Absolute garbage
Reviewed in the United States on June 26, 2020
Verified Purchase

Looks nothing like the photo. Garbage. Don't waste your money.

Helpful    Report abuse

Allan W

★★★★★ Grille Guard
Reviewed in the United States on March 27, 2019
Verified Purchase

likes great on the bike

Helpful    Report abuse

Amazon Customer

★☆☆☆☆ Bent & more scratches than all the chrome on my bike combined.
Reviewed in the United States on August 20, 2021
Verified Purchase

Bent.
Scratched.

Helpful    Report abuse

Benjamin ramos aponte

★☆☆☆☆ Bad product
Reviewed in the United States on February 24, 2020
Verified Purchase

Product came all rusty and twisted on package. Quality is bad of material rust to fast

Helpful    Report abuse

See all reviews



## Recommended based on your shopping trends

Sponsored                                                                                                    Page 1 of 3



Kemimoto 7/8"
Handlebar Risers 30mm
Height for ATV Dirt Bike
★★★★★ 108
$23.99 √prime

NICECNC Blue 57mm
Wide Foot Pegs Footrest
Footpegs Base
Compatible with Yamaha
YZ250F 2001-20 YZ450F
★★★★★ 262
$34.99 √prime

SciMotor Universal
22mm 7/8" Dirt Pit Bike
Grips Compatible With
Scooters Pocket Bikes
Mini Quads
★★★★☆ 1,045
$10.99 √prime

Hopider CNC Wide Foot
Pegs MX for YZ85 2002-
2019, YZ125 1997-2017,
YZ250 1998-2019,
YZ250F 2001-2019,
★★★★★ 217
$25.99 √prime

Pro Taper Pillow Top Lite
Grip - Twist Throttle
(Black)
★★★★★ 44
$17.53 √prime

NICEDOLL Parking Brake
Lever Aluminum fit with
YFM125R YFM250R
YFZ450 YZF450R 2004-
2021 Yamaha Raptor
★★★★★ 5
$36.99 √prime

ABS Plastic Fender
Fairing Body Work Kit
Set For For CRF150R
2007-2013 Dirt Pit Bike
★★★★☆ 58
$73.99 √prime

Inspired by your browsing history                                                                    Page 1 of 8





Document title: Amazon.com: HTTMT MT298-01 Stainless Radiator Grille Guard Cover Protector Compatible with Valkyrie GL1500 chrome : Automotive
Capture URL: https://www.amazon.com/HTTMT-MT298-01-Stainless-Protector-Compatible/dp/B00XOF3YM4/ref=sr_1_550?…
Capture timestamp (UTC): Fri, 01 Apr 2022 17:05:42 GMT



| NTHREEAUTO Smoke Bullet Turn Signal Light Lens Cover Compatible with Harley Sportster Street Glide Road King... ⭐⭐⭐⭐ 118 $8.99 Get it as soon as Thursday, Apr 7 FREE Shipping on orders over $25 shipped by Amazon | Kratos Front & Rear Foot Peg Foot Rests Chrome Compatible with Harley Davidson (All Years)... ⭐⭐⭐⭐ 544 Amazon's Prime In Powersports Foot Pegs $34.99 Get it as soon as Thursday, Apr 7 FREE Shipping on orders over $25 shipped by Amazon | Factory Effex Factory Conventional Creation Pad - 10"/Honda/Red ⭐⭐⭐⭐ 511 $18.99 Get it as soon as Thursday, Apr 7 FREE Shipping on orders over $25 shipped by Amazon | HTTMT MT241-020A-CD Chrome CNC Aluminum Blank Brake Clutch Skull Zombie Lever Compatible with Harle... ⭐⭐⭐⭐ 112 $21.99 Get it as soon as Thursday, Apr 7 FREE Shipping on orders over $25 shipped by Amazon | SMT-MOTO Motorcycle Shifter Peg Replacement of Harley Electra Wide Super Low Glide Softail XLX CHROMED/... ⭐⭐⭐⭐ 217 $13.39 Get it Apr 7 - 12 $5.00 shipping Only 19 left in stock - orde... | Factory Effex (17-67300 Moto Grip Donut - Pair ⭐⭐⭐⭐ 381 $6.92 Get it Apr 14 - 19 FREE Shipping | HTTMT MT21G-052-CHROME SKULL REAR BRAKE PEDAL COVER Compatible with Harley Davidson Softail Dyna... ⭐⭐⭐⭐ 178 $31.39 Get it Apr 6 - 8 FREE Shipping Only 5 left in stock - order... |

See personalized recommendations

**Sign in**

New customer? Start here.



Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Secured Card | Your Orders |
| Sustainability | Become a Delivery Driver | Amazon Business Card | Shipping Rates & Policies |
| Press Center | Start a package delivery business | Amazon Business Line of Credit | Amazon Prime |
| Investor Relations | Advertise Your Products | Shop with Points | Returns & Replacements |
| Amazon Devices | Self-Publish with Us | Credit Card Marketplace | Manage Your Content and Devices |
| Amazon Science | Host an Amazon Hub | Reload Your Balance | Amazon Assistant |
|  | › See More Ways to Make Money | Amazon Currency Converter | Help |

amazon

🌐 English          🇺🇸 United States

| Amazon Music | Amazon Advertising | Amazon Drive | 6pm | AbeBooks | ACX | Alexa |
| Sell on Amazon | Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Ignite | Amazon Web Services |
| Audible | Book Depository | Box Office Mojo | ComiXology | DPReview | Fabric | Goodreads |
| IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop | Amazon Warehouse |
| Whole Foods Market | Woot! | Zappos | Ring | eero WiFi | Blink | Neighbors App |
|  | Amazon Subscription Boxes | PillPack | Amazon Renewed |  |  |  |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2022, Amazon.com, Inc. or its affiliates

Page Vault

| | |
|---|---|
| Document title: | Amazon.com: Motorcycle Chrome Master Cylinder Cap For Kawasaki Ninja 250 500 650R Zx600 Zzr600 Zx6 12R : Automotive |
| Capture URL: | https://www.amazon.com/Motorcycle-Chrome-Master-Cylinder-Kawasaki/dp/ B00RNIWKXW/ref=sr_1_661?m=AU47PMH7TBVX6&marketplaceID=ATVPDKIKX0D ER&qid=1648739738&refinements=p_4%3AHTTMT&s=merchant-items&sr=1-661 |
| Page loaded at (UTC): | Fri, 01 Apr 2022 17:05:16 GMT |
| Capture timestamp (UTC): | Fri, 01 Apr 2022 17:06:22 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 5 |
| Capture ID: | ac54c109-f753-42d5-81a1-1a9e71096fd4 |
| User: | im-cmauney |

PDF REFERENCE #:      p7LUkCoqUZF7yYyviQRgbx



Document title: Amazon.com: Motorcycle Chrome Master Cylinder Cap For Kawasaki Ninja 250 500 650R Zx600 Zzr600 Zx6 12R : Automotive
Capture URL: https://www.amazon.com/Motorcycle-Chrome-Master-Cylinder-Kawasaki/dp/B00RNIWKXW/ref=sr_1_661?…
Capture timestamp (UTC): Fri, 01 Apr 2022 17:06:22 GMT

### Videos

Help others learn more about this product by uploading a video!

Upload video

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

No customer reviews

⌄ How are ratings calculated?

## Review this product

Share your thoughts with other customers

Write a customer review



Tork Toilet Seat Cover Dispenser White V....

Shop now

Sponsored ⓘ

### Recommended based on your shopping trends

Page 1 of 3

Sponsored

- Krazo Motorcycle Rearsets Fit For Kawasaki Ninja ZX6R ZX9R 1998-2002 ZZR600 2005-2008 Foot Pegs Rear Set ★★★★☆ 73  $113.99 √prime
- Krazo Motorcycle Rearsets Foot Pegs Rear Set Footrests Brake Shift Pedals Fully Adjustable Foot Boards Fit For ★★★★★ 1  $113.99 √prime
- Chupacabra Offroad UTV Side Mirror Kit (2 Pack) Fits 1.6"–2" Round Roll Cage Bar, Side UTV Mirrors w/ Break Away & ★★★★★ 5,373  $19.95 √prime
- INNOGLOW Motorcycle Steering Damper Control Universal CNC Black 10" Adjustable Stabilizer For Suzuki Yamaha Kawasaki ★★★★☆ 54  $46.99 √prime
- TCMT Turn Signal Integrated LED Mirrors Fits For Kawasaki Ninja 250R 500R 650R 2006-2011 Ninja ZX14 ★★★★☆ 10  $25.99 √prime
- OMP Kawasaki 2009 2010 2011 2012 ZX6R ZX6 2008 2009 2010 ZX10R ZX10 Fender Eliminator - 670-4950 - ★★★★☆ 11  $18.99 √prime
- Motorcycle Helmet Chin Mount Kit Compatible with GoPro Hero 10 Black,Hero 9/8/7 (2018)/6/5 Black,4 ★★★★☆ 1,037  $11.88 √prime

### Best Sellers in Automotive

Page 1 of 7

Document title: Amazon.com: Motorcycle Chrome Master Cylinder Cap For Kawasaki Ninja 250 500 650R Zx600 Zzr600 Zx6 12R : Automotive
Capture URL: https://www.amazon.com/Motorcycle-Chrome-Master-Cylinder-Kawasaki/dp/B00RNIWKXW/ref=sr_1_661?…
Capture timestamp (UTC): Fri, 01 Apr 2022 17:06:22 GMT
Page 2 of 4







Rain-X 5079272-2
Latitude 2-IN-1 Water
Repellency Wiper Blade
14" (Pack of 1)
★★★★★ 89,783
**#1 Best Seller** in
Automotive
$15.27-$59.99

THISWORX Car Vacuum
Cleaner - Portable, High
Power, Mini Handheld
Vacuum w/ 3
Attachments, 16 Ft Co...
★★★★☆ 209,410
**#1 Best Seller** in Vacuums
$34.50-$85.00

Bosch PV13 Wiper Blade
★★★★★ 219,042
$5.49-$124.41

Cleaning Gel for Car, Car
Cleaning Kit Universal
Detailing Automotive
Dust Car Crevice Clean...
★★★★☆ 54,454
**#1 Best Seller** in Detailing
Tools
$6.99
Get it as soon as **Thursday,
Apr 7**
FREE Shipping on orders over
$25 shipped by Amazon

Amazon Basics
Microfiber Cleaning
Cloths, Non-Abrasive,
Reusable and Washable -
Pack of 24, 12 x16-Inc...
★★★★☆ 48,247
**#1 Best Seller** in
Reusable Cleaning Cloths
$13.35-$65.02

Rain-X RX30212
Weatherbeater Wiper
Blade - 12-Inches - (Pack
of 1)
★★★★★ 48,650
$6.48-$57.77

Aerzall Air Compression
Tire Inflator Portable Air
Pump for Car Tires 12V-
DC Auto Tire Pump with
Digital Pressure Gauge...
★★★★★ 37,466
**#1 Best Seller** in Wheel &
Tire Air Compressors &
Inflators
$31.99

See personalized recommendations

**Sign in**

New customer? Start here.



Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Become a Delivery Driver
Start a package delivery
business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make
Money

**Amazon Payment Products**
Amazon Rewards Visa Signature
Cards
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-
19
Your Account
Your Orders
Shipping Rates &
Policies
Amazon Prime
Returns &
Replacements
Manage Your
Content and Devices
Amazon Assistant
Help

amazon

English    United States

Amazon Music          Amazon              Amazon         6pm                AbeBooks         ACX              Alexa
Stream millions     Advertising         Drive          Score               Books, Art       Audiobook
of songs            Find, attract and   Cloud storage  deals on            & Collectibles   Publishing
                    engage customers    from Amazon     fashion brands                       Made Easy

Sell on Amazon      Amazon              Amazon         Amazon Global       Home             Amazon Ignite    Amazon Web
Start a Selling     Business            Fresh          Ship Orders          Services         Sell your         Services
Account             Everything For      Groceries &     Internationally     Experienced      original         Scalable Cloud
                    Your Business       More                                Pros              Digital          Computing Services
                                        Right To                            Happiness        Educational      
                                        Your Door                           Guarantee        Resources

Audible             Book                Box Office     Comixology          IMDbPro          Fabric           Goodreads
Listen to Books &   Depository          Mojo            Thousands of                         Sewing, Quilting  Book reviews
Original            Books With Free     Find Movie      Digital Comics                       & Knitting        & recommendations
Audio               Delivery            Box Office                                                            
Performances        Worldwide           Data

IMDb                IMDbPro             Kindle         Amazon              Prime            Shopbop          Amazon
Movies, TV          Get Info            Direct         Photos               Video           Designer         Warehouse
& Celebrities       Entertainment       Publishing     Unlimited            Direct          Fashion           Great Deals on
                    Professionals       Indie          Photo Storage        Video            Brands           Quality Used Products
                    Need                Digital         Free With Prime      Distribution
                                        Publishing                          Made Easy
                                        Made Easy

Whole Foods Market  Woot!               Zappos         Ring                Eero WiFi        Blink            Neighbors App
America's Healthiest Deals and          Shoes &         Smart Home          Stream 4K UHD    Smart Security    Real-Time Crime
Grocery Store       Shenanigans         Clothing        Security Systems    on All Your      for Every         & Safety Alerts
                                                                            Devices          Home

                    Amazon              PillPack       Amazon
                    Subscription        Pharmacy        Renewed
                    Boxes               Simplified      Like-new
                    Top                                  products
                    subscription                         you can
                    boxes – right                        trust
                    to your door

Conditions of Use   Privacy Notice    Interest-Based Ads    © 1996-2022, Amazon.com, Inc. or its affiliates

Document title: Amazon.com: Motorcycle Chrome Master Cylinder Cap For Kawasaki Ninja 250 500 650R Zx600 Zzr600 Zx6 12R : Automotive
Capture URL: https://www.amazon.com/Motorcycle-Chrome-Master-Cylinder-Kawasaki/dp/B00RNIWKXW/ref=sr_1_661?...
Capture timestamp (UTC): Fri, 01 Apr 2022 17:06:22 GMT

Page Vault

| | |
|---|---|
| Document title: | Amazon.com: XKMT-Alloy Art Heavy-Duty TPU Handlebar Riser Bushings Compatible With #HD-2 Harley Davidson [B07LFM6564] : Automotive |
| Capture URL: | https://www.amazon.com/Replacement-Heavy-Duty-Handlebar-Bushings-Davidson/dp/B07LFM6564?th=1 |
| Page loaded at (UTC): | Fri, 01 Apr 2022 17:06:04 GMT |
| Capture timestamp (UTC): | Fri, 01 Apr 2022 17:07:10 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 7 |
| Capture ID: | 3da29cdd-afef-471a-99c2-66a0560b9933 |
| User: | im-cmauney |

PDF REFERENCE #:        afRgBh738mS8NCFoTH22v6





IFG RACING Orange Motorcycle ...
★★★★☆ 160
$35.99 ✓prime

Sponsored ⓘ

| MaxSpare 7/8" Motorcycle Handlebar Grips 22mm 28mm For Apollo 125cc 250cc For... | BUCK Motorcycle Handlebar Grips Hand Grips 7/8inch 22mm... | CDPART 7/8" Hand Grips Throttle Bar Grips for Motorcycle ATV Dirt Pit Bike Motocross Handlebar grip for... | D1M 7/8" Universal Motorcycle Handlebar Grip Pad Non-Slip Rubber Racing Grip for Motorbike Motocross | ProTaper Pillow Grip- Black/Grey/Red 024851 | Scott Sports 2 (3626-1005 Red/White Diamond Motorcycle Grips |
|---|---|---|---|---|---|
| ★★★★☆ 146 | ★★★★☆ 48 | ★★★★☆ 62 | ★★★★☆ 58 | ★★★★★ 591 | ★★★★★ 1,705 |
| Amazon's Choice in Powersports Grips | Save 23% | | | $14.80 | Amazon's Choice in Bike Grips |
| $9.65 | $9.99 $12.99 | $9.99 | $10.99 | Get it as soon as **Thursday, Apr 7** | $15.98 |
| Get it as soon as **Thursday, Apr 7** | Lowest price in 30 days | Get it as soon as **Thursday, Apr 7** | Get it as soon as **Thursday, Apr 7** | FREE Shipping on orders over $25 shipped by Amazon | Get it as soon as **Thursday, Apr 7** |
| FREE Shipping on orders over $25 shipped by Amazon | Get it Apr 22 – May 13 FREE Shipping | FREE Shipping on orders over $25 shipped by Amazon Only 12 left in stock - orde... | FREE Shipping on orders over $25 shipped by Amazon | | FREE Shipping on orders over $25 shipped by Amazon |

- Save 3% each on Qualifying items offered by XIN Motor when you purchase 2 or more. Here's how ⓘ (restrictions apply)

## Important Information

### Legal Disclaimer

PLEASE NOTE: This is an aftermarket custom item; not an OEM part. It will fit the models listed but modification may or may not be required. This item is intended for professional installation. Make sure it will fit before you buy. Thank you for our understanding.

## Product Description

### Heavy-Duty Polyurethane Handlebar Bushing Kit

Stiffer than the OEM rubber bushings. These urethane dampers provide excellent vibration reduction, while nearly eliminating the bar flex commonly felt when running tall bars.

Features:

- Two chrome washers, two cast finish washers.
- Includes steel spacers.
- Replaces HD# 56157-85T
- An absolute must for any bike with ape hangers!
- Material: Thermoplastic polyurethane.

Fitment:

- Harley Big Twins 1973-up & Sportsters 1973-2003.
- Will not fit FLT or FLH models 84-18, 00-07 Deuce.

e.g.,
Harley Davidson FLHR Electra Glide Road King 1994-2006
Harley Davidson FLHR Road King 1994-2006
Harley Davidson FLHRCI Road King Classic 1998-2006
Harley Davidson FLHRB Road King 1996-2006
Harley Davidson FLHRS Road King Custom 2004-2006
Harley Davidson FLHSI Road King Custom 2004-2006
Harley Davidson FLHS Electra Glide Sport 1987-1993
Harley Davidson FLHT Electra Glide 1983, 1985-1987
Harley Davidson FLHT Electra Glide Standard 1995-2006
Harley Davidson FLHTC Electra Glide Classic 1983-2005
Harley Davidson FLHTCI Electra Glide Classic 1995-2006
Harley Davidson FLHTCU Ultra Classic Electra Glide 1989-1999
Harley Davidson FLHX Street Glide 2006
Harley Davidson FLHXS Street Glide Special 2014-2015
Harley Davidson FLHXXX Street Glide Trike 2010-2011
Harley Davidson FLTCU Ultra Classic Tour Glide 1996
Harley Davidson FLTR Road Glide 1998-2002
Harley Davidson FLTRI Road Glide 1998-2006
Harley Davidson FLTRU Road Glide Ultra 2011-2013
Harley Davidson FLTRX Road Glide Custom 2010-2013, 2015
Harley Davidson FLTRXS Road Glide Special 2015

## Product Information

### Technical Details

| | |
|---|---|
| Manufacturer | XKMT |
| Brand | XKMT |
| Item Weight | 3.2 ounces |
| Package Dimensions | 2.4 x 1.9 x 1.4 inches |
| Item model number | XKMT-TGHD-HAD021-RED2 |
| Manufacturer Part Number | XKMT-TGHD-HAD021-RED2 |

### Additional Information

| | |
|---|---|
| ASIN | B07LFM6564 |
| Customer Reviews | ★★★★☆ 149 ratings 4.2 out of 5 stars |
| Best Sellers Rank | #76,469 in Automotive (See Top 100 in Automotive) #65 in Powersports Handlebars |
| Date First Available | December 17, 2018 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Item model number XKMT-TGHD-HAD021-RED2 Date First Available December 13, 2018
Manufacturer Part Number XKMT-TGHD-HAD021-RED2

Warranty & Support

Product Warranty: For warranty information about this product, please click here.

Feedback

Would you like to tell us about a lower price?

## Have a question?

Find answers in product info, Q&As, reviews.

Q Type your question or keyword

## Compare with similar items

| | This item XKMT-Alloy Art Heavy-Duty TPU Handlebar Riser Bushings Compatible With #HD-2 Harley Davidson [B07LFM6564] | AfterMakit Replacement Handlebar Riser Top Clamp for 1983-2014 Electra Glide Ultra Classic Road Glide Road King Sportster Street Glide Ultra Limited Anti Slip for 1 inch Clamping Ap4 Handlers Chrome | CNC Solid Billet Handlebar Riser Bushings Compatible With Harley Softail Dyna Sportster 1984-2016 | HTTMT HAD021 - Thermoplastic Polyurethane Rudyness Handlebar Bushings Compatible with Harley Handlebar Riser Bushings Big Twin 1973-2017 |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | ★★★★☆ (149) | ★★★★☆ (203) | ★★★★★ (18) | ★★★★☆ (78) |
| Price | $19⁶⁹ | $36⁷⁹ | $22⁹⁹ | $19⁶⁹ |
| Sold By | XIN Motor | Aftermarket Moto Parts Factory Direct | AIRCMT | XIN Motor |
| Color | Red | chrome | Silver | Black |

## Products related to this item

Sponsored

Page 1 of 20

| | | | | | | |
|---|---|---|---|---|---|---|
| Molun Handlebar Riser Bushing Kit Compatible with 1973-2017 Harley Softail/Dyna/FXR... | TONRYCUE Solid Billet Handlebar Riser Bushings for Harley Softail Dyna Sportster... | WeiSen 4 Inch Riser 1" Handlebar Clamp Compatible with Harley Dyna Softail Sportste... | Softail Handlebar Dampers Bagger Dresser Polyurethane Bushings Fits For Harley Top... | CNC Solid Billet Handlebar Riser Bushings Compatible With Harley Softail... | MoKitDora Handlebar Riser Bushings Damper Kit Compatible with Harley Softail Dyna F... | TCMT 1" CNC Electric Handlebar Grips Fit for Harley Dyna FXDLS 2016-2017 Street Gli... |
| ★★★★☆ 18 | ★★★★★ 14 | ★★★★★ 5 | ★★★★★ 2 | ★★★★★ 48 | | ★★★★★ 2 |
| $14.99 ✓prime | $18.99 ✓prime | $70.99 | $25.33 ✓prime | $22.99 ✓prime | $19.99 ✓prime | $50.00 |

## Videos

Help others learn more about this product by uploading a video!

Upload video

## Customer questions & answers

Q Have a question? Search for answers

---

Document title: Amazon.com: XKMT-Alloy Art Heavy-Duty TPU Handlebar Riser Bushings Compatible With #HD-2 Harley Davidson [B07LFM6564] : Automotive
Capture URL: https://www.amazon.com/Replacement-Heavy-Duty-Handlebar-Bushings-Davidson/dp/B07LFM6564?th=1
Capture timestamp (UTC): Fri, 01 Apr 2022 17:07:10 GMT

## Customer questions & answers

🔍 Have a question? Search for answers

| | | |
|---|---|---|
| ▲ 0 votes ▼ | **Question:** | Will these fit a 98 fatboy? |
| | **Answer:** | These will not fit 98 Fatboy<br>By Tony Bell on March 3, 2020<br>˅ See more answers (2) |
| ▲ 0 votes ▼ | **Question:** | Will they fit a 1990 xlh1200 harley |
| | **Answer:** | Yes they do<br>By heather preston on March 9, 2021 |
| ▲ 0 votes ▼ | **Question:** | Will these fit a 2013 street glide? |
| | **Answer:** | No will not fit a 2013. It fits 2006, 2014 and 2015 street glide<br>By Lahentins2001 on February 22, 2022 |
| ▲ 0 votes ▼ | **Question:** | Will it fit an '09 street glide? |
| | **Answer:** | These will not fit an 09 Streetglide<br>By Tony Bell on February 12, 2020 |

See more answered questions (21)

## Customer reviews

⭐⭐⭐⭐☆ 4.2 out of 5

149 global ratings

| | | |
|---|---|---|
| 5 star | ▬▬▬▬▬ | 70% |
| 4 star | ▬ | 10% |
| 3 star | ▬ | 5% |
| 2 star | ▮ | 4% |
| 1 star | ▬ | 11% |

˅ How are ratings calculated?

### By feature

| | |
|---|---|
| Easy to install | ⭐⭐⭐⭐☆ 4.0 |
| Value for money | ⭐⭐⭐⭐☆ 3.4 |
| Sturdiness | ⭐⭐⭐☆☆ 3.4 |

### Review this product

Share your thoughts with other customers

Write a customer review



JFG RACING Orange Motorcycle 1 1/8"...
⭐⭐⭐⭐☆ 180
$35.99 ✓prime

Shop now

Sponsored ▶

### Reviews with images

See all customer images

Top reviews ˅

### Top reviews from the United States

**Mike**

⭐⭐☆☆☆ **Does not fit a '14 street glide**
Reviewed in the United States on January 7, 2021
Size: Riser Bushings   Color: Red   Verified Purchase
To big for a '14 street glide. Can't even modify it enough to fit. Waste of money and time

Helpful   Report abuse

**ME**

⭐⭐⭐⭐⭐ **Great quality**
Reviewed in the United States on August 11, 2020
Size: Riser Bushings   Color: Red   Verified Purchase
Stops that movement that u have with 14" up bars very stiff love them👍

Helpful   Report abuse

**Lawrence Evans**

⭐⭐⭐⭐⭐ **good product**
Reviewed in the United States on May 25, 2021
Size: Riser Bushings   Color: Red   Verified Purchase
worked perfect on my 2002 sportster

Helpful   Report abuse

**Amazon Customer**

⭐⭐⭐⭐⭐ **Awesome product**
Reviewed in the United States on February 21, 2015
Size: Riser Bushings   Color: Red   Verified Purchase
Work awesome on my 2013 softail deluxe. Tightened up my play alot.

One person found this helpful

Helpful   Report abuse

**Amazon Customer**

⭐⭐⭐⭐⭐ **Nice upgrade from the stock rubber parts**
Reviewed in the United States on June 5, 2019

Work awesome on my 2015 softail deluxe. Tightened up my play alot.

Helpful    Report abuse



Amazon Customer

★★★★★ **Nice upgrade from the stock rubber parts**

Reviewed in the United States on June 5, 2019

Size: Riser Bushings   Color: Red   Verified Purchase

Its a good product for a good price and fits exactly as it should

Helpful    Report abuse

Frank B

★★★★★ **Nice**

Reviewed in the United States on June 25, 2019

Size: Riser Bushings   Color: Red   Verified Purchase

Eazy nice product fast shipping

Helpful    Report abuse

Henry Luscher

★★★☆☆ **Gets job done for the price.**

Reviewed in the United States on June 20, 2019

Size: Riser Bushings   Color: Red   Verified Purchase

Better than stock but still has more than ideal give when pushing my bike up the driveway. If I had to do it again I'd spend a little more on a different brand. If you're not picky this is still a great buy.

Helpful    Report abuse

Amazon Customer

★★☆☆☆ **Must be for a softail or?**

Reviewed in the United States on May 27, 2019

Size: Riser Bushings   Color: Red   Verified Purchase

They didn't fit my 2004 ultra

One person found this helpful

Helpful    Report abuse

See all reviews ›

## Recommended based on your shopping trends



Page 1 of 3

Dasen Handlebar Riser Damper Bushing Kit Compatible with 1973-2017 Softail/Dyna/FXR & 1973-2021 Sportster
★★★★☆ 142
$14.99 √prime

kemimoto 7/8" Handlebar Risers 30mm Height for KLR650 ATV Dirt Bike (Black)
★★★★☆ 1,100+
$25.99 √prime

XMT-MOTO Custom Vintage 14" Rise 1-1/4 Ape Hangers Handlebar fits for All Harley-Davidson FLST, FXST...
★★★★☆ 181
$89.77 √prime

12" MAYHEM BARS CUSTOM APE HANGER HANDLEBARS For HARLEY STREET GLIDES
★★★★★ 1
$259.99 √prime

Softail Handlebar Dampers Bagger Dresser Polyurethane Bushings Fits For Harley Touring & 18-19 number 08-029
★★★★★ 3
$25.33 √prime

MRELC Motorcycle Handlebar Risers Mount Clamps fit for 32mm 7/8" Motorcycle Dirt Pit Bike ATV Scooter Moped
★★★★☆ 10
$15.69 √prime

kemimoto 1" 25MM Handlebar Riser Clamp Compatible with Dyna, Sportster, VTX, Vulcan, Bonneville, V-Star
★★★★☆ 808
$51.99 √prime

## Best Sellers in Motorcycle & Powersports

Page 1 of 7

Bike Phone Holder, Motorcycle Phone Mount - Lamicall Bicycle Handlebar Cell Phone Clamp, Scooter Phone...
★★★★☆ 21,511
#1 Best Seller in Powersports Electrical Device Mounts
$17.99

Marsauto 194 LED Light Bulb 6000K 168 T10 2825 55MD LED Replacement Bulbs for...
★★★★☆ 30,538
Automotive License Plate Light Assemblies
$9.99 ($1.00/Count)
Get it as soon as Thursday, Apr 7

Brightstar Newest 9-30V Super Bright Low Power 3157 3156 3057 4157 LED Bulbs with Projector Lenses Replacement To...
★★★★☆ 28,153
#1 Best Seller in Automotive Parking Bulbs
$15.99–$16.99

Roam Handlebar Bike Phone Mount - Universal, Adjustable Bicycle Phone Holder f...
★★★★☆ 49,477
Amazon's Choice for Powersports Electrical Device Mounts
$17.99

Sea Foam SF-16 Motor Treatment- 16 oz , white
★★★★★ 11,580
#1 Best Seller in Cleaners & Tire/Wheel Cleaners
$8.48
Get it as soon as Thursday, Apr 7

Chevron Techron Protection Plus Marine Fuel System Treatment, 10 oz, Pack of 1
★★★★★ 12,048
#1 Best Seller in Fuel System Cleaners
$7.99–$113.73

CRC Brakleen
★★★★☆ 15,591
#1 Best Seller in Brake Cleaners
$4.47–$95.95



Bike Phone Holder
Motorcycle Phone Mount
- Lamicall Bicycle
Handlebar Cell Phone
Clamp, Scooter Phone...
★★★★☆ 11,513
#1 Best Seller in
Powersports Electrical Device
Mounts
$17.99

Marsauto 194 LED Light
Bulb 6000K 168 T10
2825 5SMD LED
Replacement Bulbs for...
★★★★☆ 30,339
Automotive License Plate
Light Assemblies
$9.99 ($1.00/Count)
Get it as soon as Thursday,
Apr 7
FREE Shipping on orders over
$25 shipped by Amazon

Brightstar Newest 9-30V
Super Bright Low Power
3157 3156 3057 4157
LED Bulbs with Projector
Lenses Replacement fo...
★★★★☆ 28,133
#1 Best Seller in
Automotive Parking Bulbs
$15.99–$16.99

Roam Handlebar Bike
Phone Mount -
Universal, Adjustable
Bicycle Phone Holder f...
★★★★☆ 49,417
Amazon's Choice in
Powersports Electrical Device
Mounts
$17.99
Get it as soon as Thursday,
Apr 7
FREE Shipping on orders over
$25 shipped by Amazon

Sea Foam SF-16 Motor
Treatment - 16 oz ,
white
★★★★★ 11,580
#1 Best Seller in
Carburetor & Throttle Body
Cleaners
$8.48
Get it as soon as Thursday,
Apr 7
FREE Shipping on orders over
$25 shipped by Amazon

Chevron Techron
Protection Plus Marine
Fuel System Treatment,
10 oz, Pack of 1
★★★★★ 13,046
#1 Best Seller in
Fuel System Cleaners
$7.99–$113.73

CRC Brakleen
★★★★☆ 16,391
#1 Best Seller in Brake
Cleaners
$4.47–$95.95

See personalized recommendations

**Sign in**

New customer? Start here.



Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Become a Delivery Driver
Start a package delivery
business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make
Money

**Amazon Payment Products**
Amazon Rewards Visa Signature
Cards
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-
19
Your Account
Your Orders
Shipping Rates &
Policies
Amazon Prime
Returns &
Replacements
Manage Your
Content and Devices
Amazon Assistant
Help

amazon

English     United States

Amazon Music          Amazon          Amazon          6pm          AbeBooks          ACX          Alexa
                      Advertising     Drive                                                          

Sell on Amazon        Amazon          Amazon          AmazonGlobal     Home          Amazon Ignite      Amazon Web
                      Business        Fresh                            Services                         Services

Audible               Book            Box Office      ComiXology       DPReview      Fabric             Goodreads
                      Depository      Mojo

IMDb                  IMDbPro         Kindle          Amazon           Prime         Shopbop            Amazon Warehouse
                                      Direct          Photos           Video
                                      Publishing                       Direct

Whole Foods Market    Woot!           Zappos          Ring             eero WiFi     Blink              Neighbors App

                      Amazon          PillPack        Amazon
                      Subscription                    Renewed
                      Boxes

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2022, Amazon.com, Inc. or its affiliates

EXHIBIT 14



| | |
|---|---|
| Document title: | Amazon.com: HTTMT MT054- Motorcycle Engine Stator Cover Compatible with Compatible with Suzuki GSXR1300 Hayabusa 1999-2020 Black Left Side : Automotive |
| Capture URL: | https://www.amazon.com/Motorcycle-Engine-GSXR1300-Hayabusa-1999-2013/dp/ B00LP5D7EU/ref=sr_1_310?m=AU47PMH7TBVX6&marketplaceID=ATVPDKIKX0D ER&qid=1648739432&refinements=p_4%3AHTTMT&s=merchant-items&sr=1-310 |
| Page loaded at (UTC): | Fri, 01 Apr 2022 17:10:44 GMT |
| Capture timestamp (UTC): | Fri, 01 Apr 2022 17:11:09 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 6 |
| Capture ID: | 6238ef45-db8a-4981-9a93-4efdcf097221 |
| User: | im-cmauney |

PDF REFERENCE #:        eHjSnFv4WLdyzKfpP3uJ73



Document title: Amazon.com: HTTMT MT054- Motorcycle Engine Stator Cover Compatible with Compatible with Suzuki GSXR1300 Hayabusa 1999-2020 Black Left…
Capture URL: https://www.amazon.com/Motorcycle-Engine-GSXR1300-Hayabusa-1999-2013/dp/B00LP5D7EU/ref=sr_1_310?…
Capture timestamp (UTC): Fri, 01 Apr 2022 17:11:09 GMT
Page 1 of 5

M-G 330779 Flywheel
Stator Cover Gasket for
Suzuki GSX1300
Hayabusa GSX1300 R...
★★★★☆ 41
**Amazon's Choice** in
Powersports Engine Gaskets
$11.99
Get it as soon as **Thursday,
Apr 7**
FREE Shipping on orders over
$25 shipped by Amazon

HTTMT MT054A- Glass
See Through Engine
Stator Cover Compatible
with Suzuki GSXR1300
Hayabusa 1999-2020...
★★★★½ 15
$64.29
Get it Apr 7 - 12
$5.00 shipping
Only 1 left in stock - order...

- Save 3% each on Qualifying items offered by Secret E when you purchase 2 or more. Here's how ~ (restrictions apply)

## Important information

### Legal Disclaimer

PLEASE NOTE: This is an aftermarket custom item, not an OEM part. It will fit the models listed but modification may or may not be required. This item is intended for professional installation. Make sure it will fit before you buy. Thank you for your understanding.

## Product Description

Attributes:

Replace the damaged engine cover and enhance the look with a high quality brand new one.
Long lasting and durable
Pre-drilled holes and coating are in place to ensure finish consistency

Specifics:

Color:Same as picture show
Condition: Brand New Aftermarket
Materials: High Quality Billet Aluminum
Installation: Directly replacement
Easy install, no installation guide

Package Included:
1 X Engine Cover(screws and gasket not included)

Fitment:

Suzuki GSXR1300 Hayabusa 1999-2020

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | TTMT |
| Brand | HTTMT |
| Model | MT054-BK |
| Is Discontinued By Manufacturer | No |
| Manufacturer Part Number | MT054-BK |

### Additional Information

| | |
|---|---|
| ASIN | B00LP5D7EU |
| Customer Reviews | ★★★★☆ ~ 3 ratings 3.6 out of 5 stars |
| Best Sellers Rank | #1,746,999 in Automotive (See Top 100 in Automotive) #784 in Automotive Replacement Engine Timing Part Covers |
| Date First Available | July 10, 2014 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price?

## Have a question?

Find answers in product info, Q&As, reviews.

🔍 Type your question or keyword

## Compare with similar items

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Compare with similar items



| | **This item** HTTMT MT054- Motorcycle Engine Stator Cover Compatible with Compatible with Suzuki GSXR1300 Hayabusa 1999-2020 Black Left Side | Left Black Stator Engine Cover for Suzuki GSXR1300 99 00 01 02 03 04 05 06 07 1999-2007 | SMT-Black Engine Stator Cover Suzuki Compatible With Hayabusa Gsxr1300 1998-2012 Black Left Side [B01MF9ZBLQ] | HTTMT MT313-002A-BLACK Billet Aluminum Engine Stator Cover See Through Compatible with Suzuki GSXR 600/750 2006-2016 Black Left |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| **Customer Rating** | ★★★★☆ (3) | ★★★★½ (21) | ☆☆☆☆☆ (0) | ★★★★☆ (33) |
| **Price** | $44¹⁹ | $54⁷⁵ | $44¹⁹ | $73⁹⁹ |
| **Sold By** | Secret E | Secret E | Secret E | Secret E |

## Products related to this item

Sponsored ⓘ

Page 1 of 20

| | | | | | | |
|---|---|---|---|---|---|---|
| HTTMT- Engine Stator Cover Clear Green LED Compatible with 04-07 CBR1000RR/04-14 CB... | HTTMT- Chrome Glass See Through Engine Clutch Cover Protector Compatible with 2001-... | HTTMT MT313-009-CD Chrome Custom Made Aluminium Engine Stator Cover Compatible with... | Motoplat 13010 - Stator for Suzuki GSX-R750 R600 OEM Repl# 31401-35F10 | Left Engine Stator Crank Case Cover Compatible With Suzuki GSXR600 /GSXR750 GSX-R60... | Left Engine Stator Crank Case Cover Compatible With Suzuki GSXR600 /GSXR750 GSX-R60... | HTTMT MT313-0D1A-ED Green LED See Through Engine Clutch Cover Compatible with Suzuk... |
| ★★★★☆ 4 | ★★★★★ 6 | ★★★★★ 30 | ★★★★★ 1 | ★★★★☆ 32 | ★★★☆☆ 4 | ★★★★☆ 10 |
| $112.89 | $110.79 | $51.19 ✓prime | $128.00 ✓prime | $36.99 ✓prime | $38.99 ✓prime | $90.09 |

## Videos

Help others learn more about this product by uploading a video!

Upload video

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

★★★★☆ 3.8 out of 5

3 global ratings

| 5 star | ▬▬ | 41% |

Top reviews ⌄

**Top reviews from the United States**

🔘 nate



## Customer reviews

★★★★☆ 3.8 out of 5

3 global ratings

| | |
|---|---|
| 5 star | 41% |
| 4 star | 0% |
| 3 star | 59% |
| 2 star | 0% |
| 1 star | 0% |

˅ How are ratings calculated?

### Review this product

Share your thoughts with other customers

Write a customer review

Pedal Commander – PC18 for Ford Bronco…

$299.99

Shop now

Sponsored ⓘ

Top reviews ˅

### Top reviews from the United States

nate

★★★☆☆ It works, but it was used?

Reviewed in the United States on November 9, 2021

Verified Purchase

I received the stator cover and installed it on my 2006 busa, but it had oil residue in on the inside of the cover. The outside was fine, but it was certainly used.

Helpful    Report abuse

chuck

★★★★★ Good product

Reviewed in the United States on June 10, 2015

Verified Purchase

Just as stated, lined up good and looks good.

Helpful    Report abuse

See all reviews ›

## Recommended based on your shopping trends
Sponsored

Page 1 of 3

Dasen Handlebar Riser Damper Bushing Kit Compatible with 1973-2017 Softail/Dyna/FXR & 1973-2021 Sportster
★★★★☆ 142
$14.98 ✓prime

Kemimoto 7/8" Handlebar Risers 30mm Height for KLR650 ATV Dirt Bike (Black)
★★★★☆ 1,109
$25.99 ✓prime

XMT-MOTO Custom Vintage 14" Rise 1-1/4 Ape Hangers Handlebars fits for All Harley-Davidson FLST, FXST,
★★★★☆ 181
$89.77 ✓prime

12" MAYHEM BARS CUSTOM APE HANGER HANDLEBARS For HARLEY STREET GLIDES
★★★★☆ 7
$259.99 ✓prime

Softail Handlebar Dampers Bagger Dresser Polyurethane Bushings Fits For Harley Touring & 18-19 number08-029
★★★★☆ 2
$25.33 ✓prime

MRELC Motorcycle Handlebar Risers Mount Clamps fit for 32mm 7/8" Motorcycle Dirt Pit Bike ATV Scooter Moped
★★★★☆ 10
$15.69 ✓prime

Kemimoto 1" 25MM Handlebar Riser Clamp Compatible with Dyna, Sportster, VTX, Vulcan, Bonneville, V-Star
★★★★☆ 608
$31.99 ✓prime

## Best Sellers in Automotive Replacement Parts

Page 1 of 7

Rain-X 5079272-2 Latitude 2-IN-1 Water Repellency Wiper Blade, 14" (Pack of 1)
★★★★☆ 88,783
#1 Best Seller in Automotive
$15.27–$59.99

Bosch PV13 Wiper Blade
★★★★☆ 119,042
$5.49–$124.41

Rain-X RX30212 Weatherbeater Wiper Blade – 12-Inches – (Pack of 1)
★★★★☆ 38,650
$6.48–$57.77

Bosch C3600WS / F00E369806 Carbon Activated Workshop Cabin Air Filter For 2001-2003 Acura CL...
★★★★☆ 24,028
#1 Best Seller in Automotive Replacement Batteries & Accessories
$4.26–$86.94

NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe Lithium Jump Starter Box, Car Batter...
★★★★☆ 54,111
#1 Best Seller in
Get it as soon as Thursday, Apr 7
FREE Shipping on orders over $25 shipped by Amazon

Spearhead Premium Breathe Easy Cabin Filter, Up to 25% Longer Life w/Activated Carbon (BE-819)
★★★★☆ 40,056
Amazon's Choice in Automotive Replacement Passenger Compartment Air Filters
$11.97–$22.97

TORRAS Shockproof Compatible for iPhone 13 Pro Case, [Military-Grade Drop Tested] Translucent Matte Har...
★★★★☆ 3,019
#1 Best Seller in Automotive Replacement Shock Bumpers
$16.99–$22.09

Document title: Amazon.com: HTTMT MT054- Motorcycle Engine Stator Cover Compatible with Compatible with Suzuki GSXR1300 Hayabusa 1999-2020 Black Left…
Capture URL: https://www.amazon.com/Motorcycle-Engine-GSXR1300-Hayabusa-1999-2013/dp/B00LP5D7EU/ref=sr_1_310?…
Capture timestamp (UTC): Fri, 01 Apr 2022 17:11:09 GMT



See personalized recommendations

**Sign in**

New customer? Start here.



Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
> See More Ways to Make Money

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

amazon

English | United States

| Amazon Music | Amazon Advertising | Amazon Drive | 6pm | AbeBooks | ACX | Alexa |
| Sell on Amazon | Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Ignite | Amazon Web Services |
| Audible | Book Depository | Box Office Mojo | ComiXology | DPReview | Fabric | Goodreads |
| IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop | Amazon Warehouse |
| Whole Foods Market | Woot! | Zappos | Ring | Zero WiFi | Blink | Neighbors App |
| | Amazon Subscription Boxes | PillPack | Amazon Renewed | | | |

Conditions of Use  Privacy Notice  Interest-Based Ads  © 1996-2022, Amazon.com, Inc. or its affiliates

---

Document title: Amazon.com: HTTMT MT054- Motorcycle Engine Stator Cover Compatible with Compatible with Suzuki GSXR1300 Hayabusa 1999-2020 Black Left…
Capture URL: https://www.amazon.com/Motorcycle-Engine-GSXR1300-Hayabusa-1999-2013/dp/B00LP5D7EU/ref=sr_1_310?…
Capture timestamp (UTC): Fri, 01 Apr 2022 17:11:09 GMT



Document title:        Amazon.com: HTTMT MT249-009- Carbon Fiber Rear Brake Fluid Reservoir
                       Cap"GSXR" Compatible with Suzuki GSXR 600 750 1000 1100 Hayabusa Katana
                       SV-650S GS-500 GSF-600S Bandit RF-600R GSF-650F DL-650 TL-1000S :
                       Automotive

Capture URL:           https://www.amazon.com/HTTMT-Motorcycle-Reservoir-Hayabusa-GSF-600S/dp/
                       B00LHNXI1W/ref=sr_1_317?m=AU47PMH7TBVX6&marketplaceID=ATVPDKIKX0D
                       ER&qid=1648739459&refinements=p_4%3AHTTMT&s=merchant-items&sr=1-317

Page loaded at (UTC):  Fri, 01 Apr 2022 17:10:44 GMT

Capture timestamp (UTC): Fri, 01 Apr 2022 17:11:44 GMT

Capture tool:          v7.14.1

Collection server IP:  34.230.137.168

Browser engine:        Chrome/96.0.4664.93

Operating system:      Microsoft Windows NT 10.0.17763.0 (10.0.17763.0)

PDF length:            6

Capture ID:            83ed377f-c356-4842-b355-01498fbf0fee

User:                  im-cmauney

PDF REFERENCE #:        9YH8TBb8PPy6qwZXciEhx3



Document title: Amazon.com: HTTMT MT249-009- Carbon Fiber Rear Brake Fluid Reservoir Cap&quot;GSXR&quot; Compatible with Suzuki GSXR 600 750 1000 1100…

Capture URL: https://www.amazon.com/HTTMT-Motorcycle-Reservoir-Hayabusa-GSF-600S/dp/B00LHNXI1W/ref=sr_1_317?…

Capture timestamp (UTC): Fri, 01 Apr 2022 17:11:44 GMT

Page 1 of 5



| | | | | | | |
|---|---|---|---|---|---|---|
| HTTMT MT249-034- Motorcycle Chrome Brake Fluid Reservoir Cap Cover"S" Engraved... | Suzuki GSXR White Brake Reservoir Cover by MotoSacks Fits GSXR, GSX-R, 600, 750, 10... | HTTMT MT249-041- Motorcycle Chrome Brake Fluid Reservoir Cap Cover Compatible... | XKMT-Chrome Brake Fluid Reservoir Cap"ZX6" Compatible With 92-12 Suzuki GSXR 600/88... | Universal Motorcycle Oil Cup Rear Brake Fluid Reservoir For R1200GS R1250GS F850GS ... | HTTMT MT241-004-CN Carbon Brake Clutch Hand Levers Compatible with Suzuki Gsxr 600 ... | HTTMT MT241-003- New Carbon Brake Clutch Hand Levers Compatible with ... |
| ★★★★☆ 1 | ★★★★☆ 1,362 | | ★★★★★ 1 | ★★★★☆ 4 | ★★★☆☆ 67 | |
| $7.69 | $9.99 | $11.19 | $12.99 | $13.99 √prime | $24.69 | $18.09 |

- Save 5% each on Qualifying items offered by Secret E when you purchase 2 or more. Here's how ⌄ (restrictions apply)

---

## Important Information

### Legal Disclaimer

PLEASE NOTE: This is an aftermarket custom item, not an OEM part. It will fit the models listed but modification may or may not be required. This item is intended for professional installation. Make sure it will fit before you buy. Thank you for your understanding.

---

## Product Description

### Attributes

Billet Aluminum Fluid Reservoir Cap
Easy Installation! Screw Directly on your Fluid Reservoir

### Specifics

Instructions: Not Included
Condition: 100% Brand New Aftermarket Product
Color: Same as picture show
Material: Billet Aluminum
"GSXR" Engraved
Weight: 20g

Fitment:

1992-2005 Suzuki GSXR 600 (rear brake)
1991-2005 Suzuki GSXR 750 (rear brake)
2001-2006 Suzuki GSXR 1000 (rear brake)
1993-1998 Suzuki GSXR 1100 (rear brake)
1999-2012 Suzuki GSX-1300R Hayabusa (rear brake)
1988-1997 Suzuki GSX-600/750 Katana (rear brake)
1999-2009 Suzuki SV-650/S (rear brake)
1989-2009 Suzuki GS-500 (rear brake)
1996-2003 Suzuki GSF-600S Bandit (rear brake)
1994-1996 Suzuki RF-600R (rear brake)
2008-2010 Suzuki GSF-650F (rear brake)
2004-2010 Suzuki DL-650 (rear brake)
1994-1997 Suzuki RF-900R (rear brake)
2002-2012 Suzuki DL-1000 (rear brake)
2003-2007 Suzuki SV-1000/S (rear brake)
1997-2003 Suzuki TL-1000S/R (rear brake)
1997-2005 Suzuki GSF-1200 Bandit (rear brake)
2007-2011 Suzuki GSF-1250S/SA (rear brake)

---

## Product Information

### Technical Details

| | |
|---|---|
| Manufacturer | HTTMT |
| Brand | HTTMT |
| Model | HTTMT |
| Is Discontinued By Manufacturer | No |
| Manufacturer Part Number | HTTMT |

### Additional Information

| | |
|---|---|
| ASIN | B00LHNXH1W |
| Customer Reviews | ★★★★☆ ⌄   2 ratings<br>4 out of 5 stars |
| Best Sellers Rank | #1,781,570 in Automotive (See Top 100 in Automotive)<br>#95 in Automotive Replacement Oil Breather & Filter Caps<br>#50,164 in Automotive Replacement Engine Parts |
| Date First Available | July 3, 2014 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here.

### Feedback

Would you like to **tell us about a lower price?** ⌄

---

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

---



## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Products related to this item

Sponsored

Page 1 of 6

**TARAZON GSXR 600 750 1997-2021 GSXR1000 SV650 2003-2015 SV1000 TL1000 R S...**
★★★★½ 51
$32.99 ✓prime

**Brake Pads Front and Rear Compatible with Suzuki GSXR 600 1997-2003 / GSXR 750 2000...**
★★★★½ 6
$18.89 ✓prime

**HTTMT MT249-034- Motorcycle Chrome Brake Fluid Reservoir Cap"S" Engraved...**
★★★★½ 1
$7.69

**Front Brake Reservoir Motorcycle Brake Master Cylinder Fluid Oil Reservoir Bottle f...**
★★★★½ 8
$24.90 ✓prime

**ZXMOTO Clear Rear Turn Signal Indicator Light for Suzuki GSXR 600 GSXR 750 K6 (2006...**
★★★★½ 209
$24.19

**HTTMT MT035- Clear Tail Light Compatible with Suzuki Gsx-R Gsxr 600 750 2004-2005 G...**
★★★★½ 55
$24.99 ✓prime

**Outlaw Racing High-Pressure Temperature Gauge Radiator Cap 1.8 Real-Time Temp Monit...**
★★★★½ 588
$28.95 ✓prime

## Videos

### Videos for related products

**Motorcycle Engine Oil Filler Cap Screw Cover For SUZUKI GSX-R**
0:19
OSBUN Online

**Front Brake Reservoir Cover Cap For SUZUKI GSXR GSX-R**
0:15
OSBUN Online

Upload your video

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

★★★★½ 4.4 out of 5

2 global ratings

| | | |
|---|---|---|
| 5 star | | 43% |
| 4 star | | 57% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

~ How are ratings calculated?

## Review this product

Share your thoughts with other customers

Write a customer review

**No customer reviews**

There are 0 customer reviews and 2 customer ratings.

Document title: Amazon.com: HTTMT MT249-009- Carbon Fiber Rear Brake Fluid Reservoir Cap"GSXR" Compatible with Suzuki GSXR 600 750 1000 1100…
Capture URL: https://www.amazon.com/HTTMT-Motorcycle-Reservoir-Hayabusa-GSF-600S/dp/B00LHNXI1W/ref=sr_1_317?…
Capture timestamp (UTC): Fri, 01 Apr 2022 17:11:44 GMT
Page 3 of 5



Write a customer review

**10% off coupon**
Happybuy Steel Tongue Drum 11 Notes 8 inches...

Sponsored

## Recommended based on your shopping trends
Sponsored

Page 1 of 3

Dasen Handlebar Riser Damper Bushing Kit Compatible with 1973-2017 Softail/Dyna/FXR & 1973-2021 Sportster
★★★★☆ 142
$14.99 prime

kemimoto 7/8" Handlebar Risers 30mm Height for KLR650 ATV Dirt Bike (Black)
★★★★☆ 1,309
$25.99 prime

XMT-MOTO Custom Vintage 14" Rise 1-1/4 Ape Hangers Handlebar fits for All Harley-Davidson FLST, FXST,
★★★★☆ 181
$89.27 prime

12" MAYHEM BARS CUSTOM APE HANGER HANDLEBARS For HARLEY STREET GLIDES
★★★★☆ 7
$259.95 prime

Softail Handlebar Dampers Bagger Dresser Polyurethane Bushings Fits For Harley Touring & 18-19 number:08-029
★★★★★ 2
$25.53 prime

MRELC Motorcycle Handlebar Risers Mount Clamps fit for 22mm 7/8" Motorcycle Dirt Pit Bike ATV Scooter Moped
★★★★☆ 10
$15.69 prime

kemimoto 1 1.25MM Handlebar Riser Clamp Compatible with Dyna, Sportster, VTX, Vulcan, Bonneville, V-Star
★★★★☆ 608
$31.99 prime

## Best Sellers in Automotive Replacement Parts

Page 1 of 7

Rain-X 5079272-2 Latitude 2-IN-1 Water Repellency Wiper Blade, 14" (Pack of 1)
★★★★☆ 89,783
**#1 Best Seller** in Automotive
$15.27-$59.99

Bosch BV13 Wiper Blade
★★★★☆ 219,042
$5.49-$124.41

Rain-X RX30212 Weatherbeater Wiper Blade – 12-Inches – (Pack of 1)
★★★★☆ 58,650
$6.48-$57.77

Bosch C3600WS / F00E369806 Carbon Activated Workshop Cabin Air Filter For 2001-2003 Acura CL,...
★★★★☆ 24,028
**#1 Best Seller** in Automotive Replacement Passenger Compartment Air Filters
$4.26-$86.94

NOCO Boost Plus GB40 1000 Amp 12-Volt UltraSafe Lithium Jump Starter Box, Car Batter...
★★★★☆ 54,111
**#1 Best Seller** in Automotive Replacement Batteries & Accessories
$99.95
Get it as soon as **Thursday, Apr 7**
FREE Shipping on orders over $25 shipped by Amazon

Spearhead Premium Breathe Easy Cabin Filter, Up to 25% Longer Life w/Activated Carbon (BE-819)
★★★★☆ 40,056
**Amazon's Choice** in Automotive Replacement Passenger Compartment Air Filters
$11.97-$22.97

TORRAS Shockproof Compatible for iPhone 13 Pro Case, [Military-Grade Drop Tested] Translucent Matte Har...
★★★★☆ 3,019
**#1 Best Seller** in Automotive Replacement Shock Bumpers
$16.99-$22.09

See personalized recommendations

**Sign in**

New customer? Start here.

Back to top

### Get to Know Us
Careers
Blog
About Amazon
Sustainability
Press Center
Investor Relations

### Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Become a Delivery Driver
Start a package delivery business

### Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Amazon Business Line of Credit

### Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime

Document title: Amazon.com: HTTMT MT249-009- Carbon Fiber Rear Brake Fluid Reservoir Cap&quot;GSXR&quot; Compatible with Suzuki GSXR 600 750 1000 1100…
Capture URL: https://www.amazon.com/HTTMT-Motorcycle-Reservoir-Hayabusa-GSF-600S/dp/B00LHNXI1W/ref=sr_1_317?…
Capture timestamp (UTC): Fri, 01 Apr 2022 17:11:44 GMT
Page 4 of 5





Page Vault

| | |
|---|---|
| Document title: | Amazon.com: Custom Handlebar Grips For Suzuki Gsx-R Gsxr 600 750 1000 Hayabusa Gsxr1300 Blk : Everything Else |
| Capture URL: | https://www.amazon.com/Custom-Handlebar-Suzuki-Hayabusa-Gsxr1300/dp/B00LL4ARBQ/ref=sr_1_257?m=AU47PMH7TBVX6&marketplaceID=ATVPDKIKX0DER&qid=1648739387&refinements=p_4%3AHTTMT&s=merchant-items&sr=1-257 |
| Page loaded at (UTC): | Fri, 01 Apr 2022 17:11:52 GMT |
| Capture timestamp (UTC): | Fri, 01 Apr 2022 17:12:44 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 8 |
| Capture ID: | 61986da3-b293-4d53-9f5d-75c344c93e8f |
| User: | im-cmauney |

PDF REFERENCE #:       guaG7v2W73qKZCnkXHyUVr





Kawasaki
★★★☆☆ 415
$18.50
Get it as soon as **Thursday, Apr 7**
FREE Shipping on orders over $25 shipped by Amazon

Compatible with Harley
$27.99

Compatible with Suzu...
$26.99
Get it as soon as **Thursday, Apr 7**
FREE Shipping on orders over $25 shipped by Amazon

★★★★☆ 16
Powersports Fairing Kite
$9.99
Get it as soon as **Thursday, Apr 7**
FREE Shipping on orders over $25 shipped by Amazon

600 | 750 | 1000...
$23.99
Get it as soon as **Thursday, Apr 7**
FREE Shipping on orders over $25 shipped by Amazon

1000 125 250 300 GS...
Get it as soon as **Thursday, Apr 7**
FREE Shipping on orders over $25 shipped by Amazon

600 7500 1000 125 25...
★★★★☆ 3
$22.99
Get it as soon as **Thursday, Apr 7**
FREE Shipping on orders over $25 shipped by Amazon

## Customers who viewed this item also viewed

Page 1 of 7



‹

HTTMT TRHB119-Hayabusa-BK Custom 7/8 Inches 22mm Handlebar Grips Compatible with Suzu...
★★★★☆ 388
$26.99
Get it as soon as **Thursday, Apr 7**
FREE Shipping on orders over $25 shipped by Amazon

7/8" 22mm Motorcycle CNC Aluminum Powersports Handlebar Grips with Grip ends Fit For GSXR 125 250 300...
★★★★☆ 125
$33.99
Get it as soon as **Monday, Apr 11**
FREE Shipping on orders over $25 shipped by Amazon
Only 15 left in stock - orde...

PFXIONG GSXR Motorcycle Handlebar Hand Grips for Suzuki GSXR-125 | 250 | 300 | 600 | 750 | 1000...
★★★★☆ 34
$23.99
Get it as soon as **Thursday, Apr 7**
FREE Shipping on orders over $25 shipped by Amazon

Motorcycle Grips 7/8" 22mm Universal Non Slip Handlebar Grips Aluminum Handle Grips for Suzuki GSXR 125 150 600 750 1000 (black)
★★★★☆ 46
$19.99



IS BLUE/CARBON GEL LOGO HAND GRIPS for Suzuki GSX250 GSX250R GSXR600 GSXR750...
★★★★☆ 89
$24.95
Get it **Apr 11 - 14**
$6.90 shipping
Only 19 left in stock - orde...



MOTORCYCLE 7/8" HAND GRIPS HANDLE BAR GEL FOR YAMAHA YZF 600 R6 Suzuki GSXR 1000(Black)
★★★★☆ 269
$12.99
Get it as soon as **Thursday, Apr 7**
FREE Shipping on orders over $25 shipped by Amazon
Only 7 left in stock - orde...



for Suzuki GSXR 125 250 300 600 750 1000 7/8" 22mm Motorcycle CNC Aluminum Powersports Handlebar Grips with Grip Ends
★★★★☆ 11
$29.99 - $32.50

›

- Save 3% each on Qualifying items offered by Secret E when you purchase 2 or more. Here's how ⌄ (restrictions apply)

## Important information

### Legal Disclaimer

PLEASE NOTE: This is an aftermarket custom item, not an OEM part. It will fit the models listed but modification may or may not be required. This item is intended for professional installation. Make sure it will fit before you buy. Thank you for your understanding.

## Product Description

Attributes:

High Quality Comfort Motorcycle Hand Grips
Enhance the look of your motorcycle with these custom hand grips
These are aftermarket hand grips for that unique customized look
Easy installation! These grips are great replacement for your old grips.
Modern, stylish, and functional

Specifics:

Package Contents: 1 Pair (Left & Right)
Primary Colour: as picture show
Condition: Brand New
Hole Diameter: 22mm for left, 22mm for right side
Materials: Billet Aluminum
Installation: Easy to install back on original position
Complete custom application, modification may be required
Basic Function: Absorb shock while reduce vibration and arm pump

Fitment:

**they are suggested to fit most street bikes and sport bikes with 22mm standard hollow handlebars, may include**

Aprilia - Mille RSV Tuono
CB CBR NSR RVF RVT VFR VTR Hornet
Kawasaki EX ZR ZRX ZX ZXR ZZR Ninja
Suzuki GSF GSX GSXR RF RGV SV TL Bandit Hayabusa Katana
Triumph - Daytona Rocket Scrambler Speed Street Triple
FJR FZ FZS FZR TZR YZF Fazer
and more......
Almost all motorcycle 7/8" Handlebar (Not for ATV or Scooters)

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | HTTMT |
| Brand | HTTMT |
| Item Weight | 11.6 ounces |
| Package Dimensions | 6.85 x 3.66 x 2.05 inches |
| Is Discontinued By Manufacturer | No |

### Additional Information

| | |
|---|---|
| ASIN | B00LL4ARBQ |
| Customer Reviews | ★★★☆☆ ˅  21 ratings<br>3.1 out of 5 stars |
| Best Sellers Rank | #1,265,861 in Automotive (See Top 100 in Automotive)<br>#1,926 in Powersports Grips |
| Date First Available | July 7, 2014 |



| Manufacturer | HTTMT |
| Brand | HTTMT |
| Item Weight | 11.6 ounces |
| Package Dimensions | 8.85 x 3.66 x 2.05 inches |
| Is Discontinued By Manufacturer | No |
| Manufacturer Part Number | USMT291-009-BK-GSXR |

ASIN · B00LL4ARBQ

Customer Reviews · 21 ratings
3.1 out of 5 stars

Best Sellers Rank · #1,265,561 in Automotive (See Top 100 in Automotive)
#1,926 in Powersports Grips

Date First Available · July 7, 2014

### Warranty & Support

Product Warranty: For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?**

## Have a question?

Find answers in product info, Q&As, reviews.

🔍 Type your question or keyword

### Explore more from HTTMT

Sponsored

HTTMT TRHB119-Hayabusa-BK Custom 7/8 inches 22mm Handlebar Grips...
★★★★½ 368
$26.99 ✓prime

HTTMT TRHB114E-25-Motorcycle Black 25mm 1" Spike Handlebar Grips Throttle Boss Com...
★★★★☆ 1,040
$28.99

HTTMT- Custom Smoke Lens Brake Tail Light w/Integrated Turn Signals Indicators For ...
★★★★☆ 116
$31.69

HTTMT MT313-010-Custom Engine Clucth Cover Compatible with 01-05 Suzuki...
★★★★☆ 6
$95.59

HTTMT MT268-001-R-Gear Shift Lever Shifter Pedal Compatible with SUZUKI GSXR 600 7...
★★★☆☆ 83
$26.49

HTTMT Style 121-7/8"-22mm CNC Made Black Spike Hand Grip Compatible with...
★★★★☆ 2
$33.99

HTTMT TRHB123-7/8"-CNC 7/8" Spike Bar Ends Grips Compatible with Suzuki GSXR Haya...
★★★★½ 3
$34.59

Page 1 of 7

## Videos

### Videos for related products

0:27

22mm Motorcycle CNC Aluminum Handlebar Grips with Grip ends

LANQIAN

Upload your video

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

★★★☆☆ 3.1 out of 5

21 global ratings

| 5 star | | 28% |
| 4 star | | 16% |
| 3 star | | 20% |

### Reviews with images

See all customer images

★★★☆☆ 3.1 out of 5

21 global ratings

| | | |
|---|---|---|
| 5 star | | 28% |
| 4 star | | 16% |
| 3 star | | 20% |
| 2 star | | 13% |
| 1 star | | 23% |

~ How are ratings calculated?

## Review this product

Share your thoughts with other customers

Write a customer review

Powerstep Pinnacle Arch Support Insoles,...
★★★★☆ 17,438
$27.57 $29.02 prime
Subscribe & Save

Shop now

Sponsored ⓘ



See all customer images

Top reviews ⌄

### Top reviews from the United States

kurtis

★★★★☆ **Great if you don't mind hot handle bars in the summer**
Reviewed in the United States on June 25, 2020
Size: 7/8"   Color: Black   Verified Purchase

Didn't install good quality, did receive item with nicks in the paint but was sturdy. Only returned due to them being metal and living in an area with a lot of sun exposure.

Helpful    Report abuse

Max

★★★★☆ **Great look and value for the money!**
Reviewed in the United States on July 12, 2019
Size: 7/8"   Color: Black   Verified Purchase   Early Reviewer Rewards (What's this?)

Very nice handlebars! , very good quality Looks great on my '06 Suzuki Hayabusa. The only thing is that the set screws are a little bit short, I would replace them by longer Ones, approximately 3 mm longer.

Helpful    Report abuse

Pitbull

★★★★★ **They good**
Reviewed in the United States on May 27, 2019
Size: 7/8"   Color: Black   Verified Purchase   Early Reviewer Rewards (What's this?)

Am happy...just the screws to small they dont hold inof...so i have to make a small hole to put bigger one...but they re nice

Helpful    Report abuse

YeBanny

★☆☆☆☆ **Bad product**
Reviewed in the United States on November 13, 2019
Size: 7/8"   Color: Black   Verified Purchase

Bad quality, missing pieces and scratches all over!!!

One person found this helpful

Helpful    Report abuse

Troy Angelo

★★★★☆ **Set screws**
Reviewed in the United States on January 16, 2019
Size: 7/8"   Color: Black   Verified Purchase   Early Reviewer Rewards (What's this?)

They look great but the set screws don't hold up too good I went to the local hardware store and bought better set screws and it made a huge difference

Helpful    Report abuse

Amazon Customer

★☆☆☆☆ **Doesn't fit.**
Reviewed in the United States on June 27, 2019
Size: 7/8"   Color: Black   Verified Purchase   Early Reviewer Rewards (What's this?)

The one that goes on the throttle side doesn't fit, i have a gsxr 750 2015

Helpful    Report abuse

Markeith

★★★★☆ **Good buy**
Reviewed in the United States on July 2, 2019
Size: 7/8"   Color: Black   Verified Purchase   Early Reviewer Rewards (What's this?)

Pretty good

One person found this helpful

Helpful    Report abuse



Markeith
Reviewed in the United States on July 2, 2019
Size: 7/8"   Color: Black   Verified Purchase   Early Reviewer Rewards (What's this?)

Pretty good

One person found this helpful

Helpful    Report abuse

Jonathan Dobbs
★☆☆☆☆ Poorly designed
Reviewed in the United States on January 18, 2021
Size: 7/8"   Color: Black   Verified Purchase

The screws to lock the grip from twisting are tiny and chinsey. The allan key that is sent with them isnt the right size. If you have the correct size you will end up stripping the head of the microscopic screw or strip out the hole. i like the way they look but they wont stay on. I also expected there to be a little bit of rubber gripping around them not all metal.

Helpful    Report abuse

See all reviews ›

## Top reviews from other countries

Translate all reviews to English

SatanClaus
★★★★★ Schick, aber nur bedingt für Hayabusa geeignet...
Reviewed in Germany on February 22, 2019
Size: 7/8"   Color: Black   Verified Purchase

Die Griffe passen nur bedingt auf die Gashülse der Hayabusa. Man muss dazu in den Hülsenkopf ein paar Kerben, 90 Grad zu den vorhandenen, schneiden.

Report abuse

Translate review to English

blondet
★★★☆☆ manques vis de fixationsmicrometriques et notice de montage c est res dommage
Reviewed in France on March 25, 2018
Size: 7/8"   Color: Chrome   Verified Purchase

bonjour
il me manque 2 vis de serrage et evidement la notice de montage !!!!
que dois je faire,tout casser pour me retrouver coincè !!!!!!!

Report abuse

Translate review to English

See all reviews ›

## Recommended based on your shopping trends

Sponsored                                                                          Page 1 of 3

Motorcycle Vintage Non Slip Handlebar Grips 7/8" 22mm 1"24mm Rubber Handle Grips Compatible with
★★★★☆ 285
$12.95 ✓prime

1 Front Foot Pegs Footrest Foot Pedal Fits for Suzuki GSX1300R GSX1300 Hayabusa 1999-2012, Suzuki
★★★★☆ 63
$12.99 ✓prime

Motorcycle Handlebar Phone Holder, Bicycle Phone Holder, Aluminum Alloy Material, Sturdy and Durable Suitable for
★★★★☆ 21
$23.99 ✓prime

HYB 12 Piece Motorcycle LED Light Kit with APP IR RF Wireless Remote Controllers Multi-Color Underglow Neon Ground
★★★★☆ 711
$48.99 ✓prime

Motorcycle Non Slip Handlebar Grips 7/8" 22mm Rubber Handle Grips For Suzuki GSXR 600 750 1000 (Gold)
★★★★☆ 112
$25.95 ✓prime

XYZCTEM All Season Black Waterproof Sun Motorcycle Cover,Fits up to 108" Motors (XX Large & LockHoles)
★★★★☆ 17,259
$21.98 ✓prime

Geturxin Left Side Engine Stator Magneto Cover Case w/ Gask for DRZ400E DRZ400S-DRZ400SM Replace
★★★☆☆ 1
$39.99 ✓prime

## Newer and similar items

Page 1 of 2

Document title: Amazon.com: Custom Handlebar Grips For Suzuki Gsx-R Gsxr 600 750 1000 Hayabusa Gsxr1300 Blk : Everything Else
Capture URL: https://www.amazon.com/Custom-Handlebar-Suzuki-Hayabusa-Gsxr1300/dp/B00LL4ARBQ/ref=sr_1_257?…
Capture timestamp (UTC): Fri, 01 Apr 2022 17:12:44 GMT                                    Page 5 of 7



## Newer and similar items

Page 1 of 2

Motorcycle Grips 7/8" 22mm Universal Non Slip Handlebar Grips Aluminum Handle Grips for Suzuki GSXR 125 150 600 750 1000 (black)
★★★★☆ 46
$19.99

IS SILVER LOGO HAND GRIPS to fit Suzuki GSX 250 250R GSXR 600 750 1000 GSXR600 GSXR750 GSXR1000
★★★★☆ 49
$29.95
Get it Apr 11 - 14
$6.90 shipping
Only 10 left in stock - orde...

IS WHITE LOGO HAND GRIPS to fit Suzuki GSX 250 250R GSXR 600 750 1000 GSXR600 GSXR750 GSXR1000
★★★★☆ 43
$29.95
Get it Apr 11 - 14
$6.90 shipping
Only 16 left in stock - orde...

Motorcycle Non Slip Handlebar Grips 7/8" 22mm Rubber Handle Grips For Suzuki GSXR...
★★★★☆ 112
Amazon's Choice in Powersports Grips
$25.99
Get it as soon as Thursday, Apr 7
FREE Shipping on orders over $25 shipped by Amazon
Only 14 left in stock - orde...

IS BLUE/CARBON GEL LOGO HAND GRIPS for Suzuki GSX250 GSX250R GSXR 600 GSXR750 GSXR1000 GSX 250...
★★★★☆ 69
$24.95
Get it Apr 11 - 14
$6.90 shipping
Only 19 left in stock - orde...

MOTORCYCLE 7/8" HAND GRIPS HANDLE BAR GEL FOR YAMAHA YZF 600 R6 Suzuki GSXR 1000(Black)
★★★★☆ 289
$12.99
Get it as soon as Thursday, Apr 7
FREE Shipping on orders over $25 shipped by Amazon
Only 7 left in stock - order...

Krator Black Hand Grips "GSXR" Logo Spiked Bar Ends Grip Compatible with Suzuki GSX-R Gixxer 1000
★★★★☆ 25
$34.99
Get it Apr 6 - 8
FREE Shipping

See personalized recommendations

Sign in

New customer? Start here.





Motorcycle Grips 7/8"
22mm Universal Non
Slip Handlebar Grips
Aluminum Handle Grips
for Suzuki GSXR 125 150
600 750 1000 (black)
★★★★☆ 46
$19.99

IS SILVER LOGO HAND
GRIPS to fit Suzuki GSX
250 GSX250R GSXR 600
750 1000 GSXR600
GSXR750 GSXR1000
★★★★☆ 49
$29.95
Get it Apr 11 - 14
$6.90 shipping
Only 10 left in stock - orde...

IS WHITE LOGO HAND
GRIPS to fit Suzuki GSX
250 GSX250R GSXR 600
750 1000 GSXR600
GSXR750 GSXR1000
★★★★☆ 45
$29.95
Get it Apr 11 - 14
$6.90 shipping
Only 16 left in stock - orde...

Motorcycle Non Slip
Handlebar Grips 7/8"
22mm Rubber Handle
Grips For Suzuki GSXR...
★★★★☆ 112
**Amazon's Choice** in
Powersports Grips
$25.99
Get it as soon as **Thursday,
Apr 7**
FREE Shipping on orders over
$25 shipped by Amazon
Only 14 left in stock - orde...

IS BLUE/CARBON GEL
LOGO HAND GRIPS for
Suzuki GSX250 GSX250R
GSXR600 GSXR750
GSXR1000 GSX 250...
★★★★☆ 89
$24.95
Get it Apr 11 - 14
$6.90 shipping
Only 19 left in stock - orde...

MOTORCYCLE 7/8"
HAND GRIPS HANDLE
BAR GEL FOR YAMAHA
YZF 600 R6 Suzuki GSXR
1000(Black)
★★★★☆ 269
$12.99
Get it as soon as **Thursday,
Apr 7**
FREE Shipping on orders over
$25 shipped by Amazon
Only 7 left in stock - order...

Krator Black Hand
Grips"GSXR" Logo Spiked
Bar Ends Grip
Compatible with Suzuki
GSXR GSX-R Gixxer 1000
★★★★☆ 26
$34.99
FREE Shipping

See personalized recommendations

**Sign in**

New customer? Start here.



Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Become a Delivery Driver
Start a package delivery
business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make
Money

**Amazon Payment Products**
Amazon Rewards Visa Signature
Cards
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-
19
Your Account
Your Orders
Shipping Rates &
Policies
Amazon Prime
Return &
Replacements
Manage Your
Content and Devices
Amazon Assistant
Help

amazon

English    United States

Amazon Music        Amazon        Amazon        6pm            AbeBooks        ACX            Alexa
                    Advertising   Drive                                                       
                                                                                              
Sell on Amazon      Amazon        Amazon        AmazonGlobal   Home           Amazon Ignite   Amazon Web
                    Business      Fresh                        Services                        Services
                                                                                              
Audible             Book          Box Office    ComiXology     DPReview       Fabric          Goodreads
                    Depository    Mojo                                                         
                                                                                              
IMDb                IMDbPro       Kindle        Amazon         Prime          Shopbop         Amazon Warehouse
                                  Direct        Photos         Video                          
                                  Publishing                   Direct                         
                                                                                              
Whole Foods Market  Woot!         Zappos        Ring           Zero WiFi      Blink           Neighbors App
                                                                                              
                    Amazon        PillPack      Amazon                                        
                    Subscription                Renewed                                       
                    Boxes                                                                     

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2022, Amazon.com, Inc. or its affiliates



| | |
|---|---|
| Document title: | Amazon.com: HTTMT MT223-009- Chrome Fender Eliminator Tidy Tail"GSXR" Logo Compatible with 1996-2012 Suzuki GSXR600 GSX-R750/ 2001-2012 Suzuki GSXR 1000 1996-2012 Suzuki Gsxr 600 750 : Automotive |
| Capture URL: | https://www.amazon.com/Eliminator-1996-2012-GSXR600-GSX-R750-2001-2012/dp/B0786Y58W3/ref=sr_1_369?m=AU47PMH7TBVX6&marketplaceID=ATVPDKIKX0DER&qid=1648739516&refinements=p_4%3AHTTMT&s=merchant-items&sr=1-369 |
| Page loaded at (UTC): | Fri, 01 Apr 2022 17:12:55 GMT |
| Capture timestamp (UTC): | Fri, 01 Apr 2022 17:13:18 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 6 |
| Capture ID: | 9f77d015-d5ec-45f7-91f3-981c805eccd3 |
| User: | im-cmauney |

amazon
Hello
Select your address
Hello, Sign in
Account & Lists
Returns
& Orders
0 Cart

All    Amazon Outlet    Best Sellers    Amazon Basics    New Releases    Customer Service    Today's Deals    Prime    Amazon Home    Books    Music    Registry    Fashion    Kindle Books    Gift Cards    Toys & Games    Sell

eGift cards delivered instantly    THANKS

Automotive / Motorcycle & Powersports / Parts / Body & Frame Parts / Kickstands & Jiffy Stands



Click image to open expanded view

## HTTMT MT223-009- Chrome Fender Eliminator Tidy Tail"GSXR" Logo Compatible with 1996-2012 Suzuki GSXR600 GSX-R750/ 2001-2012 Suzuki GSXR 1000 1996-2012 Suzuki Gsxr 600 750

Visit the HTTMT Store
★★★★☆ ·  2 ratings

$10⁵⁹

Get $50 off instantly: Pay $0.00 $10.59 upon approval for the Amazon Rewards Visa Card. No annual fee.

Prime Savings Buy 2, save 3%    1 Applicable Promotion

| Brand | HTTMT |
| Color | Same as picture show |
| Material | Aluminum |

### About this item
- High Quality lightweight Fender Eliminator / Tidy Tail
- You can add a license plate light and turn signals to the bracket
- Direct bolt-on replacement. No modification is needed
- Quantity: 1
- Instructions: Not Included, Condition: Brand New, Never Used, Material: Billet Aluminum
- See more product details

New (2) from $10.59 + $5.00 shipping

$10⁵⁹

$5 delivery April 7 - 12. Details

Select delivery location

Only 3 left in stock - order soon.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from    Secret E
Sold by       Secret E

Return policy: Eligible for Return, Refund or Replacement within 30 days of receipt

Add to List

New (2) from
$10.59 + $5.00 shipping

Share



Birdz Eagle Red Baron Motorcycl...
★★★★☆ 496
$21.99 prime
Sponsored

## 4 stars and above
Sponsored




HTTMT MT071-BK Black Oem Replacement Racing Mirrors Compatible with 2001...
★★★★☆ 102
$32.39


HTTMT MT303-008- Dual Sport Turn Signal LED Compatible with Suzuki DR DRZ 400...
★★★★☆ 70
$12.99


FTRT Short Brake Clutch Levers Compatible with GSXR600 GSXR 600 97-03/ GSXR750 GSXR...
★★★★☆ 244
$32.99 prime


[GT-Speed] Compatible/Replacement for Blue GSXR Logo CNC Bar Ends, Suzuki...
★★★★☆ 418
$14.79 prime


UbuyMotor Universal Motorcycle Fender Eliminator kit Accessories CNC...
★★★★☆ 335
$24.99 prime

## Products related to this item
Sponsored                                                                                                    Page 1 of 3


HTTMT MT223-005- Fender Eliminator Tidy Tail No Logo Compatible with 2006-2007 Suzu...
$11.49


HTT Chrome Switch Housing Cover For 2008-2012 Suzuki GSX 1300R Hayabusa/ 2007-2008...
★★★☆☆ 12
$22.89


Suzuki GSXR600/750 Tail Tidy (2011-Present) - New Rage Cycles (Tucked)
★★★★☆ 9
$90.00


HTTMT MT280-014- Motorcycle Chrome Foldable Rear Brake Pedal Foot Lever...
★★★★☆ 98
$19.89


HTTMT MT071-BK Black Oem Replacement Racing Mirrors Compatible with 2001...
★★★★☆ 102
$32.39


HTTMT MT303-008- Dual Sport Turn Signal LED Compatible with Suzuki DR DRZ 400...
★★★★☆ 70
$12.99


HTTMT MT241-016- New Black Brake Clutch Hand Lever Fit Compatible with...
★★★★☆ 2
$17.59

- Save 3% each on Qualifying items offered by Secret E when you purchase 2 or more. Here's how (restrictions apply)

## Important information

### Legal Disclaimer

PLEASE NOTE: This is an aftermarket custom item, not an OEM part. It will fit the models listed but modification may or may not be required. This item is intended for professional installation. Make sure it will fit before you buy. Thank you for your understanding.

## Important information

### Legal Disclaimer

PLEASE NOTE: This is an aftermarket custom item, not an OEM part. It will fit the models listed but modification may or may not be required. This item is intended for professional installation. Make sure it will fit before you buy. Thank you for your understanding.

## Product Description

### Attributes

High Quality lightweight Fender Eliminator / Tidy Tail
You can add a license plate light and turn signals to the bracket
Direct bolt-on replacement. No modification is needed
Professional Installation is recommended
**LED Light Kit NOT Include**

### Specifics

Quantity: 1
Instructions: Not Included
Condition: Brand New, Never Used, Aftermarket
Material: Billet Aluminum
Color: Same as picture show

### Fitment:

1996-2012 Suzuki GSXR 600 / GSX-R750
2001-2012 Suzuki GSXR 1000

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | HTTMT |
| Brand | HTTMT |
| Is Discontinued By Manufacturer | No |
| Manufacturer Part Number | USMT223-009-CD |

### Additional Information

| | |
|---|---|
| ASIN | B0786Y58W3 |
| Customer Reviews | ★★★★½ ⌄ 2 ratings<br>4.3 out of 5 stars |
| Best Sellers Rank | #2,260,274 in Automotive (See Top 100 in Automotive)<br>#1,302 in Powersports Kickstands & Jiffy Stands |
| Date First Available | December 11, 2017 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?** ⌄

## Have a question?

Find answers in product info, Q&As, reviews.

Q Type your question or keyword

## Products related to this item

Sponsored ⓘ                                                                                Page 1 of 2















ZXMOTO Clear Rear Turn Signal Indicator Light for Suzuki GSXR 600 GSXR 750 K6 (2006...
★★★★½ 209
$24.19

HTTMT MT223-005- Fender Eliminator Tidy Tail No Logo Compatible with 2006-2007 Suzu...
$11.49

HTT Chrome Switch Housing Cover For 2008-2012 Suzuki GSX 1300R Hayabusa/ 2007-2008 ...
★★★½ 12
$22.89

HTTMT MT280-014- Motorcycle Chrome Foldable Rear Brake Pedal Foot Lever...
★★★★½ 98
$19.89

HTTMT MT303-008- Dual Sport Turn Signal LED Compatible with Suzuki DR DRZ 400...
★★★★½ 70
$12.99

HTTMT MT071-BK Black Dim Replacement Racing Mirrors Compatible with 2001...
★★★★½ 102
$32.39

HTTMT MT241-016- New Black Brake Clutch Hand Lever Fit Compatible with...
★★★★½ 2
$17.59

## Videos

Help others learn more about this product by uploading a video.

Upload video

---

## Videos

Help others learn more about this product by uploading a video!

Upload video

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

⭐⭐⭐⭐½ 4.3 out of 5

2 global ratings

| | |
|---|---|
| 5 star | 30% |
| 4 star | 70% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

∨ How are ratings calculated?

**No customer reviews**

There are 0 customer reviews and 2 customer ratings.

## Review this product

Share your thoughts with other customers

Write a customer review



TOOLIOM 195A Stick Welder 110/220V ...
⭐⭐⭐⭐⭐ 504
$139.99 √prime
Shop now

Sponsored ⓘ

## Recommended based on your shopping trends

Page 1 of 3

Sponsored

Motorcycle Vintage Non Slip Handlebar Grips 7/8" 22mm 1"24mm Rubber Handle Grips Compatible with
⭐⭐⭐⭐½ 280
$12.99 √prime

1 Front Foot Pegs Footrest Foot Pedal Fits for Suzuki GSX1300R GSX1300 Hayabusa 1999-2012, Suzuki
⭐⭐⭐⭐½ 63
$12.99 √prime

Motorcycle Handlebar Phone Holder, Bicycle Phone Holder, Aluminum Alloy Material, Sturdy and Durable, Suitable for
⭐⭐⭐⭐½ 21
$25.99 √prime

HYB 12 Piece Motorcycle LED Light Kit with APP IR RF Wireless Remote Controllers Multi-Color Underglow Neon Ground
⭐⭐⭐⭐½ 711
$48.99 √prime

Motorcycle Non Slip Handlebar Grips 7/8" 22mm Rubber Handle Grips For Suzuki GSXR 600 750 1000 (Gold)
⭐⭐⭐⭐½ 112
$25.99 √prime

XYZCTEM All Season Black Waterproof Sun Motorcycle Cover,Fits up to 108" Motors (XX Large & Lockholes)
⭐⭐⭐⭐½ 17,259
$21.98 √prime

Gelumin Left Side Engine Stator Magneto Cover Case w/ Gask for DRZ400E DRZ400S DRZ400SM Replace
⭐⭐☆☆☆ 1
$99.99 √prime

## Best Sellers in Automotive

Page 1 of 7

Document title: Amazon.com: HTTMT MT223-009- Chrome Fender Eliminator Tidy Tail&quot;GSXR&quot; Logo Compatible with 1996-2012 Suzuki GSXR600 GSX-...
Capture URL: https://www.amazon.com/Eliminator-1996-2012-GSXR600-GSX-R750-2001-2012/dp/B0786Y58W3/ref=sr_1_369?...
Capture timestamp (UTC): Fri, 01 Apr 2022 17:13:18 GMT
Page 3 of 5





Document title: Amazon.com: HTTMT MT223-009- Chrome Fender Eliminator Tidy Tail&quot;GSXR&quot; Logo Compatible with 1996-2012 Suzuki GSXR600 GSX-…
Capture URL: https://www.amazon.com/Eliminator-1996-2012-GSXR600-GSX-R750-2001-2012/dp/B0786Y58W3/ref=sr_1_369?…
Capture timestamp (UTC): Fri, 01 Apr 2022 17:13:18 GMT



**Rain-X 5079272-2 Latitude 2-IN-1 Water Repellency Wiper Blade, 14" (Pack of 1)**
★★★★½ 85,783
**#1 Best Seller** in Automotive
$15.27–$59.99

**THISWORX Car Vacuum Cleaner - Portable, High Power, Mini Handheld Vacuum w/ 3 Attachments, 16 Ft Co...**
★★★★½ 209,410
**#1 Best Seller** in Vacuums
$34.50–$85.00

**Bosch PV13 Wiper Blade**
★★★★½ 218,043
$5.49–$124.41

**Cleaning Gel for Car, Car Cleaning Kit Universal Detailing Automotive Dust Car Crevice Clean...**
★★★★½ 58,454
**#1 Best Seller** in Detailing Tools
$6.99

Get it as soon as **Thursday, Apr 7**
FREE Shipping on orders over $25 shipped by Amazon

**Amazon Basics Microfiber Cleaning Cloths, Non-Abrasive, Reusable and Washable Pack of 24, 12 x16-Inc...**
★★★★½ 48,247
**#1 Best Seller** in Reusable Cleaning Cloths
$13.35–$65.02

**Rain-X RX30212 Weatherbeater Wiper Blade - 12-Inches - (Pack of 1)**
★★★★½ 18,650
$6.48–$57.77

**AstroAI Air Compressor Tire Inflator Portable Air Pump for Car Tires 12V DC Auto Tire Pump with Digital Pressure Gauge...**
★★★★½ 37,406
**#1 Best Seller** in Wheel & Tire Air Compressors & Inflators
$31.99

See personalized recommendations

[ Sign in ]

Now customer? Start here.



Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

Conditions of Use  Privacy Notice  Interest-Based Ads  © 1996-2022, Amazon.com, Inc. or its affiliates



| | |
|---|---|
| Document title: | Amazon.com: HTTMT MT249-010- Motorcycle Black Brake Fluid Reservoir Cap Cover"Ninja" Engraved Compatible with Kawasaki Ninja ZX6R 1998-2014 ZX7R 1991-2003 ZX9R 1998-2003 ZX10R 2004-2014 ZX14R 2006-2014 : Automotive |
| Capture URL: | https://www.amazon.com/HTTMT-Motorcycle-Reservoir-1998-2014-1991-2003/dp/B017OFCT8O/ref=sr_1_417?m=AU47PMH7TBVX6&marketplaceID=ATVPDKIKX0DER&qid=1648739569&refinements=p_4%3AHTTMT&s=merchant-items&sr=1-417 |
| Page loaded at (UTC): | Fri, 01 Apr 2022 17:13:31 GMT |
| Capture timestamp (UTC): | Fri, 01 Apr 2022 17:13:53 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 5 |
| Capture ID: | f78e54d5-1b9d-4e46-b4e6-0ff1bd5b8b4a |
| User: | im-cmauney |

PDF REFERENCE #:     gNzBDtxqrE6S4ovS2rNcAy



- Billet Front Brake Fluid Reservoir Cap
- Easy installation! Screw directly on your existing reservoir cap
- Material: High Quality Billet Aluminum
- Condition: 100% Brand New
- Fitment: Kawasaki Ninja ZX6R 1998-2014 Kawasaki ZX7R 1991-2003 Kawasaki ZX9R 1998-2003 Kawasaki ZX10R 2004-2014 Kawasaki ZX14R 2006-2014 (Also fits rear brake on most models including Ninja 250 2008-2014)

› See more product details

New (2) from $4.99 + $5.00 shipping

## Inspired by your recent shopping trends

Page 1 of 15

## Important information

### Legal Disclaimer

PLEASE NOTE: This is an aftermarket custom item, not an OEM part. It will fit the models listed but modification may or may not be required. This item is intended for professional installation. Make sure it will fit before you buy. Thank you for your understanding.

## Product Description

Attributes

Billet Aluminum Fluid Reservoir Cap
Easy Installation! Screw Directly on your Fluid Reservoir!

Specifics

Instructions: Not Included
Condition: 100% Brand New Aftermarket Product
Color: Same as picture show
Material: High Quality Billet Aluminum
"Ninja" Engraved

Fitment:

Kawasaki Ninja ZX6R 1998-2014

---

Document title: Amazon.com: HTTMT MT249-010- Motorcycle Black Brake Fluid Reservoir Cap Cover&quot;Ninja&quot; Engraved Compatible with Kawasaki Ninja ZX6…
Capture URL: https://www.amazon.com/HTTMT-Motorcycle-Reservoir-1998-2014-1991-2003/dp/B017OFCT8O/ref=sr_1_417?…
Capture timestamp (UTC): Fri, 01 Apr 2022 17:13:53 GMT
Page 1 of 4

Specifics

Instructions: Not Included
Condition: 100% Brand New Aftermarket Product
Color: Same as picture show
Material: High Quality Billet Aluminum
"Ninja" Engraved

Fitment:

Kawasaki Ninja ZX6R 1998-2014
Kawasaki ZX7R 1991-2003
Kawasaki ZX9R 1998-2003
Kawasaki ZX10R 2004-2014
Kawasaki ZX14R 2006-2014
(Also fits rear brake on most models including Ninja 250 2008-2014)

## Product Information

### Technical Details

| | |
|---|---|
| Manufacturer | HTTMT |
| Brand | HTTMT |
| Model | HTTMT |
| Is Discontinued By Manufacturer | No |
| Manufacturer Part Number | HTTMT |

### Additional Information

| | |
|---|---|
| ASIN | B017OFCT8O |
| Customer Reviews | ★★★★★ ˅  7 ratings 4.9 out of 5 stars |
| Best Sellers Rank | #2,529,020 in Automotive (See Top 100 in Automotive) #665 in Automotive Replacement Brake Fluid Reservoirs |
| Date First Available | November 6, 2015 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?** ˅

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Videos

Help others learn more about this product by uploading a video!

Upload video

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

★★★★★ 4.9 out of 5

7 global ratings

| | |
|---|---|
| 5 star | 87% |
| 4 star | 13% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

˅ How are ratings calculated?

## Review this product

Share your thoughts with other customers

Top reviews ˅

### Top reviews from the United States

Amazon Customer

★★★★☆ **Good buy for the price, Make sure it fits**
Reviewed in the United States on March 17, 2017
**Verified Purchase**

The cap came exactly as shown. Its a nice heavy metal. Just be sure that your bike is one of the ones in the description before buying. I had a Ninja 300 and saw that the ninja 250 was on the list, but the cap didn't fit. But that was my mistake and the cap seems to be solid and a good buy.

Helpful    Report abuse

Reginald Rucker

★★★★★ **On time delivery**



2 star 0%

1 star

> How are ratings calculated?

**Review this product**

Share your thoughts with other customers

Write a customer review

Battery Organizer Storage Holder Box Ca...
★★★★☆ 298
$32.99 prime
Add to Cart

Sponsored

Reginald Rucker
★★★★★ On time delivery
Reviewed in the United States on January 21, 2019
Verified Purchase
No dislike looks great

Helpful | Report abuse

Steve&Kate
★★★★★ Perfect
Reviewed in the United States on February 20, 2018
Verified Purchase
Perfect fit, looks awesome .

Helpful | Report abuse

See all reviews >

## Recommended based on your shopping trends

Page 1 of 5

Sponsored

Motorcycle Vintage Non Slip Handlebar Grips 7/8" 22mm 1"24mm Rubber Handle Grips Compatible with
★★★★☆ 280
$32.99 prime

1 Front Foot Pegs Footrest Foot Pedal Fits for Suzuki GSX1300R GSX1300 Hayabusa 1999-2012, Suzuki
★★★★★ 61
$12.99 prime

Motorcycle Handlebar Phone Holder, Bicycle Phone Holder, Aluminum Alloy Material, Sturdy and Durable, Suitable for
★★★★☆ 21
$23.99 prime

HYB 12 Piece Motorcycle LED Light Kit with APP IR RF Wireless Remote Controllers Multi-Color Underglow Neon Ground
★★★★☆ 711
$48.99 prime

Motorcycle Non Slip Handlebar Grips 7/8" 22mm Rubber Handle Grips For Suzuki GSXR 600 750 1000 (Gold)
★★★★☆ 112
$25.99 prime

XYZCTEM All Season Black Waterproof Sun Motorcycle Cover,Fits up to 108" Motors (XX Large & Lockholes)
★★★★★ 17,759
$21.98 prime

Geluoxin Left Side Engine Stator Magneto Cover Case w/ Gask for DRZ400E DRZ400S DRZ400SM Replace
★★☆☆☆ 1
$99.80 prime

## Best Sellers in Automotive

Page 1 of 7

Rain-X 5079272-2 Latitude 2-IN-1 Water Repellency Wiper Blade, 14" (Pack of 1)
★★★★★ 89,783
#1 Best Seller in Automotive
$15.27-$59.99

THISWORX Car Vacuum Cleaner - Portable, High Power, Mini Handheld Vacuum w/ 3 Attachments, 16 Ft Co...
★★★★☆ 206,410
#1 Best Seller in Vacuums
$34.50-$85.00

Bosch PV13 Wiper Blade
★★★★★ 218,043
$5.49-$124.41

Cleaning Gel for Car, Car Cleaning Kit Universal Detailing Automotive Dust Car Crevice Clean...
★★★★☆ 34,454
#1 Best Seller in Detailing Tools
$6.99
Get it as soon as **Thursday, Apr 7**
FREE Shipping on orders over $25 shipped by Amazon

Amazon Basics Microfiber Cleaning Cloths, Non-Abrasive, Reusable and Washable Pack of 24, 12 x16-Inc...
★★★★☆ 48,247
#1 Best Seller in Reusable Cleaning Cloths
$13.35-$65.02

Rain-X RX30212 Weatherbeater Wiper Blade - 12-Inches – (Pack of 1)
★★★★★ 38,650
$6.48-$57.77

AstroAI Air Compressor Tire Inflator Portable Air Pump for Car Tires 12V DC Auto Tire Pump with Digital Pressure Gauge...
★★★★☆ 37,406
#1 Best Seller in Wheel & Tire Air Compressors & Inflators
$31.99

See personalized recommendations

**Sign in**

New customer? Start here.



Back to top

**Get to Know Us**
Careers

**Make Money with Us**
Sell products on Amazon

**Amazon Payment Products**
Amazon Rewards Visa Signature

**Let Us Help You**
Amazon and COVID-

Document title: Amazon.com: HTTMT MT249-010- Motorcycle Black Brake Fluid Reservoir Cap Cover&quot;Ninja&quot; Engraved Compatible with Kawasaki Ninja ZX6…
Capture URL: https://www.amazon.com/HTTMT-Motorcycle-Reservoir-1998-2014-1991-2003/dp/B017OFCT8O/ref=sr_1_417?…
Capture timestamp (UTC): Fri, 01 Apr 2022 17:13:53 GMT
Page 3 of 4



Rain-X 5079272-2 Latitude 2-IN-1 Water Repellency Wiper Blade, 14" (Pack of 1)
★★★★☆ 85,783
**#1 Best Seller** in Automotive
$15.27–$59.99

THISWORX Car Vacuum Cleaner - Portable, High Power, Mini Handheld Vacuum w/ 3 Attachments, 16 Ft Co...
★★★★☆ 209,410
**#1 Best Seller** in Vacuums
$34.50–$85.00

Bosch PV13 Wiper Blade
★★★★☆ 218,043
$5.49–$124.41

Cleaning Gel for Car, Car Cleaning Kit Universal Detailing Automotive Dust Car Crevice Clean...
★★★★☆ 54,454
**#1 Best Seller** in Detailing Tools
$6.99
Get it as soon as **Thursday, Apr 7**
FREE Shipping on orders over $25 shipped by Amazon

Amazon Basics Microfiber Cleaning Cloths, Non-Abrasive, Reusable and Washable Pack of 24, 12 x16-Inc...
★★★★☆ 48,247
**#1 Best Seller** in Reusable Cleaning Cloths
$13.35–$65.02

Rain-X RX30212 Weatherbeater Wiper Blade - 12-Inches – (Pack of 1)
★★★★☆ 18,650
$6.48–$57.77

AstroAI Air Compressor Tire Inflator Portable Air Pump for Car Tires 12V DC Auto Tire Pump with Digital Pressure Gauge...
★★★★☆ 37,406
**#1 Best Seller** in Wheel & Tire Air Compressors & Inflators
$31.99

See personalized recommendations

**Sign in**

Now customer? Start here.



Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help



| | |
|---|---|
| Document title: | Amazon.com: HTTMT - For 1998-2014 YZF R1 2006-2012 YZF R6S 1995-2009 YZF 600R 2006-2015 FJR1300A Front Master Cylinder Fluid Reservoir Cap Cover Carbon [P/N: MT249-011-CN : Automotive |
| Capture URL: | https://www.amazon.com/HTTMT-Motorcycle-Reservoir-1998-2014-2006-2012/dp/ B00LIRXD3U/ref=sr_1_316?m=AU47PMH7TBVX6&marketplaceID=ATVPDKIKX0DE R&qid=1648739459&refinements=p_4%3AHTTMT&s=merchant-items&sr=1-316 |
| Page loaded at (UTC): | Fri, 01 Apr 2022 17:14:05 GMT |
| Capture timestamp (UTC): | Fri, 01 Apr 2022 17:14:30 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 6 |
| Capture ID: | fd558e15-2f6b-4312-b750-adedfc158c0c |
| User: | im-cmauney |

PDF REFERENCE #:        qmv57TVtPSe78PfWYwxL2b



| HTTMT MT249-044-Carbon Fluid Reservoir Cap Plain Surface Compatible with CBR... | crazy sport Front Brake Fluid Reservoir Cover Cap Fits For CRF450R CRF250R CRF150R ... | HTTMT CB001-Motorcycle CNC Brake Fluid Reservoir Cap cover Compatible with... | crazy sport Front Rear Brake Fluid Reservoir Cover Fits For CRF150R CRF250X CRF450R... | Tank Oil Cup Motorcycle Front Rear Brake Clutch Master Cylinder Fluid Bottle Reser... | Front Brake Reservoir Motorcycle Brake Master Cylinder Fluid Oil Reservoir Bottle f... | Acc-Creativity Motorcycle Aluminium Front Brake Fluid Reservoir Cover Cap... |
|---|---|---|---|---|---|---|
| $7.99 | ★★★½☆ 26 $14.99 ✓prime | ★★★★★ 3 $15.29 | ★★★★½ 9 $27.99 ✓prime | ★★★☆☆ 5 $14.65 ✓prime | ★★★½☆ 8 $24.90 ✓prime | $27.90 |

- Save 3% each on Qualifying items offered by Secret E when you purchase 2 or more. Here's how ∨ (restrictions apply)

## Important information

### Legal Disclaimer

PLEASE NOTE: This is an aftermarket custom item, not an OEM part. It will fit the models listed but modification may or may not be required. This item is intended for professional installation. Make sure it will fit before you buy. Thank you for your understanding.

## Product Description

Attributes

Billet Aluminum Fluid Reservoir Cap
Easy Installation! Screw Directly on your Fluid Reservoir

Specifics

Instructions: Not included
Condition: 100% Brand New Aftermarket Product
Color: Same as picture show
Material: High Quality Billet Aluminum
"*" Engraved

Fitment:

1998-2014 YZF R1 (Front Master Cylinder)
1999-2015 YZF R6 (Front Master Cylinder)
2006-2012 YZF R6S (Front Master Cylinder)
1995-2009 YZF 600R (Front Master Cylinder)
2006-2015 FJR1300A (Rear Master Cylinder)

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | HTTMT |
| Brand | HTTMT |
| Model | HTTMT |
| Item Weight | 3.52 ounces |
| Package Dimensions | 4 x 3 x 1 inches |
| Is Discontinued By Manufacturer | No |
| Manufacturer Part Number | HTTMT |

### Additional Information

| | |
|---|---|
| ASIN | B00LIRXD3U |
| Customer Reviews | ★★★★☆ ∨ 8 ratings 3.9 out of 5 stars |
| Best Sellers Rank | #1,708,776 in Automotive (See Top 100 in Automotive) #438 in Automotive Replacement Brake Fluid Reservoirs |
| Date First Available | July 4, 2014 |

### Warranty & Support

Product Warranty: For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ∨

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## More from frequently bought brands

Sponsored ⓘ

Page 1 of 5

     

| Dorman 603-5209 Front Engine Coolant Reservoir Compatible with Select Freightliner... ★★★★½ 35 $176.98 ✓prime | OSBUN Motorcycle Universal Master Cylinder Fluid Oil Reservoir Rear Brake... ★★★★☆ 42 $8.59 ✓prime | OSBUN Brake Clutch Master Cylinder Oil Fluid Tank Reservoir With Bracket And Rubber... ★★★★½ 52 $19.99 ✓prime | crazy sport Front Brake Fluid Reservoir Cover Cap Fits For CRF450R CRF250R CRF150R ... ★★★½☆ 26 $15.10 ✓prime | Dorman M390259 Brake Master Cylinder Compatible with Select Models. ★★★★½ 711 $30.59 ✓prime | crazy sport Front Rear Brake Fluid Reservoir Cover Fits For CRF150R CRF250X CRF450R... ★★★★½ 9 $23.99 ✓prime | Universal Motorcycle Brake Clutch Reservoir Cup Reservoir Bottle For Z650 Z750 Z800... ★★★★½ 116 $19.99 ✓prime |

---

Document title: Amazon.com: HTTMT - For 1998-2014 YZF R1 2006-2012 YZF R6S 1995-2009 YZF 600R 2006-2015 FJR1300A Front Master Cylinder Fluid Reservoir...
Capture URL: https://www.amazon.com/HTTMT-Motorcycle-Reservoir-1998-2014-2006-2012/dp/B00LIRXD3U/ref=sr_1_316?...
Capture timestamp (UTC): Fri, 01 Apr 2022 17:14:30 GMT

Page 2 of 5



| Dorman 603-5209 Front Engine Coolant Reservoir Compatible with Select Freightliner... | OSBUN Motorcycle Universal Master Cylinder Fluid Oil Reservoir Rear Brake... | OSBUN Brake Clutch Master Cylinder Oil Fluid Tank Reservoir With Bracket And Rubber... | crazy sport Front Brake Fluid Reservoir Cover Cap Fits For CRF450R CRF250R CRF150R... | Dorman M390259 Brake Master Cylinder Compatible with Select Models | crazy sport Front Rear Brake Fluid Reservoir Cover Fits For CRF150R CRF250X CRF450R... | Universal Motorcycle Brake Clutch Reservoir Cup Reservoir Bottle For Z650 Z750 Z800... |
|---|---|---|---|---|---|---|
| ★★★★☆ 35 | ★★★★☆ 43 | ★★★★☆ 52 | ★★★☆☆ 26 | ★★★★☆ 711 | ★★★★☆ 9 | ★★★★☆ 116 |
| $176.98 ✓prime | $8.59 ✓prime | $19.99 ✓prime | $15.10 ✓prime | $30.59 ✓prime | $23.99 ✓prime | $19.99 ✓prime |

## Videos

Help others learn more about this product by uploading a video.

Upload video

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:

– Is the item durable?

– Is this item easy to use?

– What are the dimensions of this item?

## Customer reviews

★★★★☆ 3.9 out of 5

8 global ratings

| | |
|---|---|
| 5 star | 52% |
| 4 star | 37% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 22% |

˅ How are ratings calculated?

### Review this product

Share your thoughts with other customers

Write a customer review

Save 15%

ZITA ELEMENT Lot 101 Items 11.5 Inch Gi...

$38.04 $52.00 ✓prime

Sponsored ⓘ

Top reviews ˅

### Top reviews from the United States

Howard Sandres

★★★★★ Awesome

Reviewed in the United States on April 18, 2019

Color: Carbon   Verified Purchase

Love it fit perfectly

Helpful     Report abuse

Jason pace

★☆☆☆☆ Doesn't fit ☹☹

Reviewed in the United States on June 22, 2018

Color: Carbon   Verified Purchase

Will NOT fit reservoir of my 2012 R1. It's too big. DONT WASTE YOUR MONEY OR TIME, you're gonna just return it if you order this. 😠 now I have the headache of doing a return and waiting for my damn money. Ridiculous.

Helpful     Report abuse

Amazon Customer

★★★★★ Five Stars

Reviewed in the United States on October 21, 2017

Color: Carbon   Verified Purchase

Looks way better than the factory one

Helpful     Report abuse

See all reviews ›

### Top reviews from other countries

Amazon Customer

★★★★★ Excellent

Reviewed in the United Kingdom on April 11, 2020

Color: Carbon   Verified Purchase

Great product

Report abuse

See all reviews ›

Document title: Amazon.com: HTTMT - For 1998-2014 YZF R1 2006-2012 YZF R6S 1995-2009 YZF 600R 2006-2015 FJR1300A Front Master Cylinder Fluid Reservoir…

Capture URL: https://www.amazon.com/HTTMT-Motorcycle-Reservoir-1998-2014-2006-2012/dp/B00LIRXD3U/ref=sr_1_316?…

Capture timestamp (UTC): Fri, 01 Apr 2022 17:14:30 GMT

Page 3 of 5

Great product

See all reviews ›



## Recommended based on your shopping trends

Page 1 of 3

Sponsored

Motorcycle Vintage Non Slip Handlebar Grips 7/8" 22mm 1"24mm Rubber Handle Grips Compatible with
★★★★☆ 180
$12.99 prime

1 Front Foot Pegs Footrest Foot Pedal Fits for Suzuki GSX1300R GSX1300 Hayabusa 1999-2012, Suzuki
★★★★☆ 65
$12.99 prime

Motorcycle Handlebar Phone Holder, Bicycle Phone Holder, Aluminum Alloy Material, Sturdy and Durable, Suitable for
★★★★☆ 28
$25.98 prime

HVB 12 Piece Motorcycle LED Light Kit with APP IR RF Wireless Remote Controllers Multi-Color Underglow Neon Ground
★★★★☆ 711
$48.99 prime

Motorcycle Non Slip Handlebar Grips 7/8" 22mm 1" Rubber Handle Grips For Suzuki GSXR 600 750 1000 (Gold)
★★★★☆ 112
$25.99 prime

XYZCTEM All Season Black Waterproof Sun Motorcycle Cover,Fits up to 108" Motors (XX Large & Lockholes)
★★★★☆ 13,259
$21.98 prime

Geluoxin Left Side Engine Stator Magneto Cover Case w/ Gask for DR2400E DR2400S DR2400SM Replace
★★☆☆☆ 1
$99.95 prime

## Best Sellers in Automotive

Page 1 of 7

Rain-X 9079272-2 Latitude 2-IN-1 Water Repellency Wiper Blade, 14" (Pack of 1)
★★★★☆ 89,763
#1 Best Seller in Automotive
$15.27-$59.99

THISWORX Car Vacuum Cleaner - Portable, High Power, Mini Handheld Vacuum w/ 3 Attachments, 16 Ft Co...
★★★★☆ 205,410
#1 Best Seller in Vacuums
$34.50-$85.00

Bosch PV13 Wiper Blade
★★★★☆ 219,043
$5.49-$124.41

Cleaning Gel for Car, Car Cleaning Kit Universal Detailing Automotive Dust Car Crevice Cleani...
★★★★☆ 34,454
#1 Best Seller in Detailing Tools
$6.99
Get it as soon as Thursday, Apr 7
FREE Shipping on orders over $25 shipped by Amazon

Amazon Basics Microfiber Cleaning Cloths, Non-Abrasive, Reusable and Washable - Pack of 24, 12 x16-Inc...
★★★★☆ 48,247
#1 Best Seller in Reuseable Cleaning Cloths
$13.35-$65.02

Rain-X RX30212 Weatherbeater Wiper Blade - 12-Inches - (Pack of 1)
★★★★☆ 38,650
$6.48-$57.77

AstroAI Air Compressor Tire Inflator Portable Air Pump for Car Tires 12V DC Auto Tire Pump with Digital Pressure Gauge...
★★★★☆ 37,466
#1 Best Seller in Wheels & Tire Air Compressors & Inflators
$31.99

See personalized recommendations

**Sign in**

New customer? Start here



Back to top

### Get to Know Us
Careers
Blog
About Amazon
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

### Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

### Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

### Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

amazon

English    United States



Rain-X 5079272-2
Latitude 2-IN-1 Water
Repellency Wiper Blade,
14" (Pack of 1)
★★★★☆ 85,783 in
Automotive
$15.27–$59.99

THISWORX Car Vacuum
Cleaner - Portable, High
Power, Mini Handheld
Vacuum w/ 3
Attachments, 16 Ft Co...
★★★★☆ 209,410
#1 Best Seller in Vacuums
$34.50–$85.00

Bosch PV13 Wiper Blade
★★★★☆ 210,043
$5.49–$124.41

Cleaning Gel for Car, Car
Cleaning Kit Universal
Detailing Automotive
Dust Car Crevice Clean...
★★★★☆ 54,454
#1 Best Seller in Detailing
Tools
$6.99
Get it as soon as **Thursday,
Apr 7**
FREE Shipping on orders over
$25 shipped by Amazon

Amazon Basics
Microfiber Cleaning
Cloths, Non-Abrasive,
Reusable and Washable
Pack of 24, 12 x16-Inc...
★★★★☆ 48,247
#1 Best Seller in
Reusable Cleaning Cloths
$13.35–$65.02

Rain-X RX30212
Weatherbeater Wiper
Blade - 12-Inches – (Pack
of 1)
★★★★☆ 18,650
$6.48–$57.77

AstroAI Air Compressor
Tire Inflator Portable Air
Pump for Car Tires 12V
DC Auto Tire Pump with
Digital Pressure Gauge...
★★★★☆ 37,406
#1 Best Seller in Wheel &
Tire Air Compressors &
Inflators
$31.99

See personalized recommendations

Sign in

Now customer? Start here.



Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Become a Delivery Driver
Start a package delivery
business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make
Money

**Amazon Payment Products**
Amazon Rewards Visa Signature
Cards
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-
19
Your Account
Your Orders
Shipping Rates &
Policies
Amazon Prime
Returns &
Replacements
Manage Your
Content and Devices
Amazon Assistant
Help

amazon

English | United States

Amazon Music
Stream millions
of songs

Amazon
Advertising
Find, attract, and
engage
customers

Amazon
Drive
Cloud
storage
from Amazon

6pm
Score deals
on fashion
brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Alexa
Actionable Analytics
for the Web

Sell on Amazon
Start a Selling Account

Amazon
Business
Everything For
Your Business

Amazon
Fresh
Groceries &
More
Right To
Your Door

AmazonGlobal
Ship Orders
Internationally

Home
Services
Experienced
Pros
Happiness
Guarantee

Amazon Ignite
Sell your original
Digital Educational
Resources

Amazon Web
Services
Scalable Cloud
Computing Services

Audible
Listen to Books &
Original
Audio Performances

Book
Depository
Books With
Free
Delivery
Worldwide

Box Office
Mojo
Find Movie
Box Office
Data

ComiXology
Thousands of
Digital Comics

DPReview
Digital
Photography

Fabric
Sewing, Quilting
& Knitting

Goodreads
Book reviews
& recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals
Need

Kindle
Direct
Publishing
Indie
Digital &
Print
Publishing
Made Easy

Amazon
Photos
Unlimited
Photo Storage
Free With Prime

Prime
Video
Direct
Video
Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon Warehouse
Great Deals on
Quality Used Products

Whole Foods Market
America's Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security
Systems

eero WiFi
Stream 4K Video
in Every Room
of Your Home

Blink
Smart Security
for Every Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon
Subscription
Boxes
Top
subscription
boxes – right
to your door

PillPack
Pharmacy
Simplified

Amazon
Renewed
Like-new
products
you can trust

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2022, Amazon.com, Inc. or its affiliates



| Document title: | Amazon.com: HTTMT MT249-007- Motorcycle Carbon Fiber Billet Aluminum Rear Brake Fluid Reservoir Cap Cover"RR" Engraved Compatible with CBR 600RR CBR 1000RR NT-650 Hawk VFR-750F VTR-1000F Superhawk : Automotive |
| Capture URL: | https://www.amazon.com/HTTMT-Motorcycle-Reservoir-VTR-1000F-Superhawk/dp/B00LHNWX68/ref=sr_1_449?m=AU47PMH7TBVX6&marketplaceID=ATVPDKIKX0DER&qid=1648739598&refinements=p_4%3AHTTMT&s=merchant-items&sr=1-449 |
| Page loaded at (UTC): | Fri, 01 Apr 2022 17:14:46 GMT |
| Capture timestamp (UTC): | Fri, 01 Apr 2022 17:15:10 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 6 |
| Capture ID: | 3f707ad6-8f10-411e-824e-949ebbc98ba4 |
| User: | im-cmauney |

PDF REFERENCE #:        7jn6qUfdMob5iZW7gnNcXi



$17.89     $9.99 ✓prime     $20.91     $174.99     $39.99     $3.91 ✓prime     $10.94 ✓prime

## Customers also viewed these products

Page 1 of 7

      

| | | | | | | |
|---|---|---|---|---|---|---|
| REVSOSTAR Real Carbon Look, Protector Pad, Tank Pad Decal Stickers, Tank Side Traction Pad... | K&N Motorcycle Oil Filter: High Performance, Premium, Designed to be used with Synthetic or... | HTTMT MT262-001-Black Front Brake Fluid Master Cylinder Cover Compatible with V-Star 650/1100/950/1300... | SPECSTAR Heavy Duty Motorcycle Front Rear Wheels Lift Universal Sport Bike Swingarm Spool Paddock Stand... | crazy sport crazy sport Front Rear(2008-2019) Brake Clutch(2004-2007) Fluid Reservoir Cover Fits For HONDA CBR1000R... | REVSOSTAR Real Carbon Look, Fuel Gas Tank Cap, Protector Pad, Tank Pad Decal Stickers, Tank Protector with Keychai... | HTTMT MT390-007-BK Black Front Rider Foot Pegs Brackes Compatible with Cbr600Rr 2003 2004 2005 2006 |
| ★★★★☆ 34 | ★★★★★ 4,032 | ★★★★☆ 191 | ★★★★☆ 376 | ★★★★★ 46 | ★★★★★ 504 | ★★★★☆ 34 |
| Amazon's Choice in Powersports Gas Tank Protectors | Amazon's Choice in Powersports Oil Filters | $16.99 | $119.99 | $28.99 | $20.99 | $41.39 |
| $39.99 | $14.99 | Get it as soon as Thursday, Apr 7 | Get it as soon as Thursday, Apr 7 | Get it as soon as Thursday, Apr 7 | Get it as soon as Thursday, Apr 7 | Get it as soon as Thursday, Apr 7 |
| Get it as soon as Thursday, Apr 7 | Get it as soon as Thursday, Apr 7 | FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping on orders over $25 shipped by Amazon |
| FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping on orders over $25 shipped by Amazon | | | Only 3 left in stock - order... | Only 3 left in stock - order... | |
| Only 12 left in stock - orde... | | | | | | |

- Save 3% each on Qualifying items offered by Secret E when you purchase 2 or more. Here's how  (restrictions apply)

## Important Information

### Legal Disclaimer

PLEASE NOTE: This is an aftermarket custom item, not an OEM part. It will fit the models listed but modification may or may not be required. This item is intended for professional installation. Make sure it will fit before you buy. Thank you for your understanding.

## Product Description

Attributes

Billet Aluminum Fluid Reservoir Cap
Easy Installation! Screw Directly on your Fluid Reservoir

Specifics

Instructions: Not Included
Condition: 100% Brand New
Color: Same as picture show
Material: Billet Aluminum
"RR" Engraved

Fitment:
2003-2009 CBR 600RR (rear brake)
2004-2008 CBR 1000RR (rear brake)
1986-1991 NT-650 Hawk(rear brake)
1990-1993 VFR-750F(rear brake)
1998-2005 VTR-1000F Superhawk(rear brake)

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | HTTMT |
| Brand | HTTMT |
| Model | HTTMT |
| Is Discontinued By Manufacturer | No |
| Exterior | Aluminum |
| Manufacturer Part Number | HTTMT |

### Additional Information

| | |
|---|---|
| ASIN | B00LHNWX68 |
| Best Sellers Rank | #2,965,178 in Automotive (See Top 100 in Automotive) #178 in Automotive Replacement Oil Breather & Filler Caps #85,644 in Automotive Replacement Engine Parts |
| Date First Available | July 3, 2014 |

### Warranty & Support

Product Warranty: For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price?

## Have a question?

Find answers in product info, Q&As, reviews.

🔍 Type your question or keyword

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Compare with similar items

   

**This item** HTTMT MT249-007- Motorcycle Carbon Fiber Billet Aluminum Rear Brake Fluid Reservoir Cap Cover"RR" Engraved Compatible with CBR 600RR CBR 1000RR NT-650 Hawk VFR-750F VTR-1000F Superhawk

Add to Cart

XKH- Motorcycle Carbon Fiber Billet Aluminum Rear Brake Fluid Reservoir Cap Cover"RR" Engraved Compatible with Honda CBR 600RR/ CBR 1000RR/ NT-650 Hawk/VFR-750F/ VTR-1000F Superhawk (B00LJK4M7Y0)

Add to Cart

HTTMT MT249-006- Motorcycle Chrome Billet Aluminum Front Brake Fluid Reservoir Cap Cover"RR" Engraved Compatible with 1990-2006 CBR 600 F2 F3 F4 F4i 2003-2006 CBR 600RR (not 2007+)

Add to Cart

HTTMT MT249-008- Motorcycle Carbon Fiber Billet Aluminum Fluid Reservoir Cap Cover"GSXR" Engraved Compatible with Suzuki GSXR 600 750 1000 100 Hayabusa 1300 SV1000 & SV1000S TL1000 S&R Bandit

Add to Cart

| | This item | | | |
|---|---|---|---|---|
| Customer Rating | ☆☆☆☆☆ (0) | ★★★★½ (20) | ☆☆☆☆☆ (0) | ★★★★☆ (3) |
| Price | $7³⁹ | $7³⁹ | $7⁴⁹ | $8⁵⁹ |
| Sold By | Secret E | Secret E | Secret E | Secret E |

## Products related to this item

Sponsored ⓘ

Page 1 of 7

‹

      

›

Badass Moto Ultimate Waterproof Motorcycle Cover - Outdoor Storage Motorcycle Cover...
★★★★½ 2,098
$69.99 ✓prime

HTTMT MT249-001- Motorcycle Carbon Fiber Billet Aluminum Fluid Reservoir Cap Cover"...
★★★★★ 16
$17.89

Dowco Guardian 50003-02 WeatherAll Plus Indoor/Outdoor Waterproof...
★★★★½ 3,573
$92.13 ✓prime

iCarCover 18-Layers Premium Car Cover Waterproof All Weather Weatherproof UV Sun...
★★★★½ 5,884
$64.99 ✓prime

Honda CBR Black/Gray Brake Reservoir Cover by MotoSocks Fits CBR, 600, 1000, 600RR,...
★★★★½ 524
$9.99 ✓prime

Motorcycle Cover, Ohuhu All Season Waterproof Snowproof Motorbike Covers with Lock ...
★★★★½ 1,535
$19.99 ✓prime

Carbhub Carburetor for Honda Fourtrax 300 350 Foreman 400 450 Rancher 350 Carb, Hon...
★★★★½ 1,249
$33.99 ✓prime

## Videos

Help others learn more about this product by uploading a video!

Upload video

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

No customer reviews

---





Rain-X 5079272-2 Latitude 2-IN-1 Water Repellency Wiper Blade, 14" (Pack of 1)
★★★★★ 89,283
#1 Best Seller in Automotive
$15.27–$59.99

THISWORX Car Vacuum Cleaner - Portable, High Power, Mini Handheld Vacuum w/ 3 Attachments, 16 Ft Co...
★★★★★ 209,410
#1 Best Seller in Vacuums...
$34.50–$85.00

Bosch PV13 Wiper Blade
★★★★★ 219,042
$5.49–$124.41

Cleaning Gel for Car, Car Cleaning Kit Universal Detailing Automotive Dust Car Crevice Clean...
★★★★★ 56,458
#1 Best Seller in Detailing Tools
$6.99
Get it as soon as Thursday, Apr 7
FREE Shipping on orders over $25 shipped by Amazon

Amazon Basics Microfiber Cleaning Cloths, Non-Abrasive, Reusable and Washable - Pack of 24, 12 x16-Inc...
★★★★★ 48,247
#1 Best Seller in Reusable Cleaning Cloths
$13.35–$65.02

Rain-X RX30212 Weatherbeater Wiper Blade - 12-inches - (Pack of 1)
★★★★★ 38,650
$6.48–$57.77

AstroAI Air Compressor Tire Inflator Portable Air Pump for Car Tires 12V DC Auto Tire Pump with Digital Pressure Gauge...
★★★★★ 37,466
#1 Best Seller in Wheel & Tire Air Compressors & Inflators
$31.99

See personalized recommendations

**Sign in**

New customer? Start here.



Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

English    United States

**Page Vault**

| | |
|---|---|
| Document title: | Amazon.com: HTTMT MT298-10-K Radiator Guard Protector Cover Grille Grill Compatible with 2007-2012 KAWASAKI stainless steel : Automotive |
| Capture URL: | https://www.amazon.com/Radiator-Protector-2007-2012-KAWASAKI-stainless/dp/ B00XOEZXV0/ref=sr_1_632?m=AU47PMH7TBVX6&marketplaceID=ATVPDKIKX0D ER&qid=1648739715&refinements=p_4%3AHTTMT&s=merchant-items&sr=1-632 |
| Page loaded at (UTC): | Fri, 01 Apr 2022 17:15:19 GMT |
| Capture timestamp (UTC): | Fri, 01 Apr 2022 17:15:38 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 5 |
| Capture ID: | 1c980636-53ae-47fd-adae-a2774e0fd4cd |
| User: | im-cmauney |

PDF REFERENCE #:      q1tHjm5ytbCd355tR97w9H





### Videos

Help others learn more about this product by uploading a video!

Upload video

## Customer questions & answers

Q Have a question? Search for answers

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

~ How are ratings calculated?

No customer reviews

### Review this product

Share your thoughts with other customers

Write a customer review

Red Kap Men's Long Sleeve Pro Airflow W...
★★★★★ 190
Shop now
$15.10 ✓prime

Sponsored ⓘ

## Recommended based on your shopping trends

Sponsored

Page 1 of 3

crazy sport Front Brake Fluid Reservoir Cover Cap Fits For CRF450R CRF250R CRF150R CRF450X CRF250X
★★★★☆ 26

HTTMT MT249-011- Motorcycle Chrome Front Master Cylinder Fluid Reservoir Cap Cover® Engraved
★★★★☆ 8

HTTMT MT249-015- Motorcycle Carbon Brake Fluid Reservoir Cap Cover™ Engraved Compatible with Virago
$8.39 ✓prime

HTTMT MT249-044- Carbon Fluid Reservoir Cap Plain Surface Compatible with CBR 600 RR/900 RR/929
$7.99 ✓prime

crazy sport Front Rear Brake Fluid Reservoir Cover Fits For CRF150R CRF250X CRF450R CRF450X CRF250RX
★★★★☆ 9
$23.99 ✓prime

Universal Motorcycle Brake Clutch Reservoir Cup Reservoir Bottle For Z650 Z750 Z800 Z900 Z1000 Z1000SX Z250
★★★★☆ 116
$19.89 ✓prime

Suzuki GSXR Red Brake Reservoir Cover by MotoSocks Fits GSXR, GSX-R, 600, 750, 1000, 1300, Hayabusa, Katana,
★★★★☆ 1,362
$9.99 ✓prime

## Deals in magazine subscriptions

Page 1 of 8

Better Homes

Southern Living South's Best

Better Homes

REAL SIMPLE Calm &

Women's World

Document title: Amazon.com: HTTMT MT298-10-K Radiator Guard Protector Cover Grille Grill Compatible with 2007-2012 KAWASAKI stainless steel : Automotive
Capture URL: https://www.amazon.com/Radiator-Protector-2007-2012-KAWASAKI-stainless/dp/B00XOEZXV0/ref=sr_1_632?…
Capture timestamp (UTC): Fri, 01 Apr 2022 17:15:38 GMT

Page 2 of 4







Page Vault

| | |
|---|---|
| Document title: | Amazon.com: HTTMT MT222-008- Mirror Block Off Base Plates Compatible with Cbr 600 F4 F4I 900 Rr 929 954 1000Rr Cn : Automotive |
| Capture URL: | https://www.amazon.com/Mirror-Block-Plates-Honda-1000Rr/dp/B00LSBYR9U/ ref=sr_1_230?m=A18132C77AG5IR&marketplaceID=ATVPDKIKX0DER&qid=1648742029&s=merchant-items&sr=1-230&th=1 |
| Page loaded at (UTC): | Fri, 01 Apr 2022 17:15:48 GMT |
| Capture timestamp (UTC): | Fri, 01 Apr 2022 17:16:27 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 7 |
| Capture ID: | ade2adc6-c4d9-4557-b7ec-e11d37a1c739 |
| User: | im-cmauney |



Document title: Amazon.com: HTTMT MT222-008- Mirror Block Off Base Plates Compatible with Cbr 600 F4 F4I 900 Rr 929 954 1000Rr Cn : Automotive
Capture URL: https://www.amazon.com/Mirror-Block-Plates-Honda-1000Rr/dp/B00LSBYR9U/ref=sr_1_230?...
Capture timestamp (UTC): Fri, 01 Apr 2022 17:16:27 GMT
Page 1 of 6

Only 2 left in stock - order...

Get it as soon as **Thursday,**

$25 shipped by Amazon

FREE Shipping on orders over
$25 shipped by Amazon

## Products related to this item

Sponsored ⓘ

Page 1 of 35



| XKH- Mirror Block Off Base Plates Compatible with Suzuki Gsxr 600 750 1000 Gsx-R 20... | HTTMT- USMT222-013-BK-NOLOGO- Mirror Block Off Base Plates 5mm Compatible With... | HTTMT- USMT222-011-CN-NOLOGO- Mirror Block Off Base Plates Black Compatible With... | HTTMT- Chrome Mirror Block Off Plate"CBR" Logo Compatible With 2008-2021... | HTTMT MT222-010- Mirror Block Off Base Plates Compatible with Suzuki Gsxr 600 750 1... | HTTMT- USMT221-001-CN-NOLOGO- Mirror Block Off Base Plate Compatible With 1999... | HTTMT- LED Signal Black Mirror Block Off Base Plate Compatible with Suzuki 05-08 GS... |
|---|---|---|---|---|---|---|
| ★★★★½ 40 | ★★★★☆ 87 | ★★★★☆ 44 | | ★★★★½ 70 | ★★★½☆ 5 | ★★★★☆ 17 |
| $7.39 | $10.39 ✓prime | $12.89 | $12.19 | $12.29 | $9.69 | $59.99 ✓prime |

- Save 5% each on Qualifying items offered by XKHmoto when you purchase 3 or more. Shop items
- Save 2% each on Qualifying items offered by XKHmoto when you purchase 2 or more. Here's how ⌄ (restrictions apply).

## Important information

### Legal Disclaimer

PLEASE NOTE: This is an aftermarket custom item, not an OEM part. It will fit the models listed but modification may or may not be required. This item is intended for professional installation. Make sure it will fit before you buy. Thank you for your understanding.

## Product Description

Attributes:

High Quality Mirror Block Off Base Plates
These can also be used as stand-alone block-off plates.

Specifics:

Instructions: Not Included
Professional Install is Recommended
Material: High Quality Billet Aluminum
Color: The same as picture show
Engraving: CBR Logo
Bolt Hole Diameter: 5mm
Size: 58mm x 26mm
Quantity: 1 Pair (Left & Right)
Condition: 100% Brand New

Fitment:

1999-2000 CBR 600 F4
2001-2006 CBR 600 F4i
2003-2011 CBR 600 RR / CBR600RR
2000-2001 CBR 900 RR 929 / CBR900RR
2002-2003 CBR 900 954 / CBR900RR
2004-2007 CBR 1000RR / CBR1000RR / Fireblade

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | HTT |
| Brand | HTTMT |
| Item model number | XXHT222-008-CN-CBR |
| Is Discontinued By Manufacturer | No |
| Manufacturer Part Number | USMT222-008-CN-CBR |

### Additional Information

| | |
|---|---|
| ASIN | B00LSBYR9U |
| Customer Reviews | ★★★★☆ ~ 16 ratings<br>4.2 out of 5 stars |
| Best Sellers Rank | #128,064 in Automotive (See Top 100 in Automotive)<br>#401 in Powersports Mirrors & Accessories |
| Date First Available | July 13, 2014 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here.

### Feedback

Would you like to **tell us about a lower price?** ⌄

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

---

Document title: Amazon.com: HTTMT MT222-008- Mirror Block Off Base Plates Compatible with Cbr 600 F4 F4I 900 Rr 929 954 1000Rr Cn : Automotive
Capture URL: https://www.amazon.com/Mirror-Block-Plates-Honda-1000Rr/dp/B00LSBYR9U/ref=sr_1_230?…
Capture timestamp (UTC): Fri, 01 Apr 2022 17:16:27 GMT

Feedback

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Products related to this item

Sponsored ⓘ

Page 1 of 20



kemimoto Motorcycle Handlebar Bar End Mirrors Rearview Mirror Universal 7/8" Handle...
★★★★☆ 420
$32.99 √prime

Mirror Block Off Blanking Plates Mirror hole Cover Cap Eliminators For Suzuki...
$29.90 √prime

POISON SCORPION Arrow Bar End Mirrors 1 inch Motorcycle Handlebar Rear View...
★★★★★ 1
$39.99 √prime

HTTMT- USMT222-013-BK-NOLOGO- Mirror Block Off Base Plates 5mm Compatible With...
★★★★☆ 87
$10.39 √prime

HTTMT- USMT222-011-CN-NOLOGO- Mirror Block Off Base Plates Black Compatible With...
★★★★☆ 44
$12.89

MRELC Universal Motorcycle Aluminum Brake Fluid Reservoir Oil Cup Fit For Yamaha Ka...
★★★★☆ 18
$13.99 √prime

Motorcycle Side Stand Kickstand Enlarge Fit For CBR650R CBR650F CB500F CB500X CB150...
★★★★☆ 5
$29.99 √prime

## Videos

Help others learn more about this product by uploading a video!

Upload video

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

★★★★☆ 4.2 out of 5

18 global ratings

| 5 star | | 62% |
| 4 star | | 14% |
| 3 star | | 11% |
| 2 star | | 5% |
| 1 star | | 9% |

~ How are ratings calculated?

## By feature

| Easy to install | ★★★★★ 5.0 |
| Value for money | ★★★★☆ 4.3 |

## Review this product

Share your thoughts with other customers

Write a customer review

## Reviews with images

See all customer images

Top reviews ⌄

## Top reviews from the United States

**Derek**

★★★★★ **They look great with a great price!**
Reviewed in the United States on January 15, 2022
Size: CBR Logo   Color: Carbon   Verified Purchase

Nothing to dislike! Great for a track or if you know how to ride. Just make sure your states laws won't make your wallet empty!

Helpful    Report abuse

**Spence**

★★★☆☆ **A little expensive for the materials**



### Review this product

Share your thoughts with other customers

Write a customer review

Shark NV356E S2 Navigator Lift-Away Pr...

⭐⭐⭐⭐⭐ 27,013

$199.99 prime

Shop now

Sponsored

---

Helpful | Report abuse

**Spence**

⭐⭐⭐☆☆ **A little expensive for the materials**

Reviewed in the United States on October 5, 2021

Size: CBR Logo · Color: Carbon · Verified Purchase

Does what it's supposed to. But the screws used to mount should match but don't. And depending on your bike are the bare minimum material. Merely two turns secured.

Helpful | Report abuse

**Timothy**

⭐⭐⭐⭐⭐ **Five Stars**

Reviewed in the United States on March 30, 2015

Size: CBR Logo · Color: Carbon · Verified Purchase

Perfect fit and delivery was awesome

Helpful | Report abuse

**Researcher**

⭐☆☆☆☆ **Recieved wrong item**

Reviewed in the United States on October 18, 2018

Size: RR Logo · Color: Chrome · Verified Purchase

Recieved Kawi Zx12R block off plates. Package is labeled "cbr 929,954, 1000" Yet on the plate it says zx12r on the plate...

Helpful | Report abuse

**corey large**

⭐⭐⭐⭐☆ **Four Stars**

Reviewed in the United States on September 24, 2017

Size: CBR Logo · Color: Carbon · Verified Purchase

Perfect fitment

Helpful | Report abuse

**Derrick Rucker**

⭐⭐⭐⭐⭐ **Great upgrade**

Reviewed in the United States on March 29, 2022

Size: Classic · Color: Black · Verified Purchase

Installed these on my cbr1000rr. Very easy to install, took off my factory mirrors to install bar end mirrors so these were a must

Helpful | Report abuse

See all reviews›

---

### Top reviews from other countries

**Rob Cameron**

⭐⭐☆☆☆ **nice product though and quick delivery**

Reviewed in the United Kingdom on January 28, 2018

Size: RR Logo · Color: Carbon · Verified Purchase

Item was a little small for the cbr 600f2. nice product though and quick delivery.

Report abuse

See all reviews›

---

Document title: Amazon.com: HTTMT MT222-008- Mirror Block Off Base Plates Compatible with Cbr 600 F4 F4I 900 Rr 929 954 1000Rr Cn : Automotive

Capture URL: https://www.amazon.com/Mirror-Block-Plates-Honda-1000Rr/dp/B00LSBYR9U/ref=sr_1_230?…

Capture timestamp (UTC): Fri, 01 Apr 2022 17:16:27 GMT

Page 4 of 6

Reviewed in the United Kingdom on January 28, 2018

item was a little small for the cbr 600f2. nice product though and quick delivery.

Report abuse

See all reviews ›



## Recommended based on your shopping trends

Sponsored

**EVIL ENERGY 16 Row AN10 Oil Cooler Kit Universal 10AN Engine Transmission Aluminium Alloy Black**
★★★★ 260
$99.00 √prime

**Shogun Yamaha YZF-R6 R6 2008 2009 2010 2011 2012 2013 2014 2015 2016 Black NO CUT Frame Sliders - 750-...**
★★★★ 750
$71.99 √prime

**Sapjdez CNC Aluminum Alloy Motorcycle Mirror Apply to 22MM 25MM 7/8" Motorcycle Handlebar Ends...**
★★★★ 3
$49.99 √prime

**Oil Pump Supply Adapter Plate for Dual Turbo 90 degree 1/8" NPT Oil Feed Line Adapter for LS1 LS6 LSX LS7 LS7.R**
$22.83 √prime

**Weize YTX9-BS Battery Maintenance Free For Motorcycle ATV Compatible with Honda TRX 400EX Sportrax**
★★★★ 2,805
$25.99 √prime

**Motorcycle Backpack Waterproof Hard Shell Helmet Backpack Carbon Fiber Riding Backpack for Men Motorcycle**
★★★★ 1,311
$49.99 √prime

**All Balls 56-132-1 Fork and Dust Seal Kit Compatible with/Replacement for Honda Kawasaki Suzuki**
★★★★ 159
$27.63 √prime

## Best Sellers in Motorcycle & Powersports

Page 1 of 7

**Bike Phone Holder, Motorcycle Phone Mount - Lamicall Bicycle Handlebar Cell Phone Clamp, Scooter Phone...**
★★★★ 21,513
#1 Best Seller in Powersports Electrical Device Mounts
$17.99

**Marsauto 194 LED Light Bulb 6000K 168 T10 2825 SSMD LED Replacement Bulbs for...**
★★★★ 30,538
#1 Best Seller in Automotive License Plate Light Assemblies
$9.99 ($1.00/Count)
Get it as soon as Thursday, Apr 7
FREE Shipping on orders over $25 shipped by Amazon

**iBrightstar Newest 9-30V Super Bright Low Power 3157 3156 3057 4157 LED Bulbs with Projector Lenses Replacement for...**
★★★★ 28,189
#1 Best Seller in Automotive Parking Bulbs
$15.99–$16.99

**Roam Handlebar Bike Phone Mount - Universal, Adjustable Bicycle Phone Holder f...**
★★★★ 49,477
Amazon's Choice in Powersports Electrical Device Mounts
$17.99
Get it as soon as Thursday, Apr 7
FREE Shipping on orders over $25 shipped by Amazon

**Sea Foam SF-16 Motor Treatment - 16 oz., white**
★★★★ 17,550
#1 Best Seller in Carburetor & Throttle Body Cleaners
$8.48
Get it as soon as Thursday, Apr 7
FREE Shipping on orders over $25 shipped by Amazon

**Chevron Techron Protection Plus Marine Fuel System Treatment, 10 oz, Pack of 1**
★★★★ 12,046
#1 Best Seller in Fuel System Cleaners
$7.99–$113.73

**CRC Brakleen**
★★★★ 16,391
#1 Best Seller in Brake Cleaners
$4.47–$95.95

See personalized recommendations

**Sign in**

New customer? Start here.



Back to top

### Get to Know Us
Careers
Blog
About Amazon
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

### Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

### Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

### Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help



Bike Phone Holder,
Motorcycle Phone Mount
- Lamicall Bicycle
Handlebar Cell Phone
Clamp, Scooter Phone...
★★★★☆ 21,513
**#1 Best Seller** in
Powersports Electrical Device
Mounts
$17.99

Marsauto 194 LED Light
Bulb 6000K 168 T10
2825 5SMD LED
Replacement Bulbs for...
★★★★☆ 30,338
**#1 Best Seller** in
Automotive License Plate
Light Assemblies
$9.99 ($1.00/Count)
Get it as soon as **Thursday,
Apr 7**
FREE Shipping on orders over
$25 shipped by Amazon

iBrightstar Newest 9-30V
Super Bright Low Power
3157 3156 3057 4157
LED Bulbs with Projector
Lenses Replacement for...
★★★★☆ 28,135
**#1 Best Seller** in
Automotive Parking Bulbs
$15.99-$16.99

Roam Handlebar Bike
Phone Mount -
Universal, Adjustable
Bicycle Phone Holder f...
★★★★☆ 49,477
Amazon's Choice in
Powersports Electrical Device
Mounts
$17.99
Get it as soon as **Thursday,
Apr 7**
FREE Shipping on orders over
$25 shipped by Amazon

Sea Foam SF-16 Motor
Treatment - 16 oz.,
white
★★★★☆ 11,590
**#1 Best Seller** in
Carburetor & Throttle Body
Cleaners
$8.48
Get it as soon as **Thursday,
Apr 7**
FREE Shipping on orders over
$25 shipped by Amazon

Chevron Techron
Protection Plus Marine
Fuel System Treatment,
10 oz, Pack of 1
★★★★☆ 12,046
**#1 Best Seller** in Fuel
System Cleaners
$7.99-$113.73

CRC Brakleen
★★★★☆ 16,391
**#1 Best Seller** in Brake
Cleaners
$4.47-$95.95

See personalized recommendations

[ **Sign in** ]

New customer? Start here.

---

**Back to top**

## Get to Know Us
Careers
Blog
About Amazon
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

## Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Become a Delivery Driver
Start a package delivery
business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make
Money

## Amazon Payment Products
Amazon Rewards Visa Signature
Cards
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

## Let Us Help You
Amazon and COVID-
19
Your Account
Your Orders
Shipping Rates &
Policies
Amazon Prime
Returns &
Replacements
Manage Your
Content and Devices
Amazon Assistant
Help

amazon

[ English ]    [ United States ]



| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music | Amazon Advertising | Amazon Drive | 6pm | AbeBooks | ACX | Alexa |
| Sell on Amazon | Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Ignite | Amazon Web Services |
| Audible | Book Depository | Box Office Mojo | ComiXology | DPReview | Fabric | Goodreads |
| IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop | Amazon Warehouse |
| Whole Foods Market | Woot! | Zappos | Ring | eero WiFi | Blink | Neighbors App |
| | Amazon Subscription Boxes | PillPack | Amazon Renewed | | | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2022, Amazon.com, Inc. or its affiliates

---

EXHIBIT 15



Automotive › Motorcycle & Powersports › Parts › Body & Frame Parts › Footing Accessories

## Motorcycle Front Rear Black CNC Deep Cut Driver Passenger Stretched Floorboards For Harley Davidson Touring Road Glide Custom Road King Classic CVO

Brand: XKH-MOTO

Price: **$281.19**

Save 5% on 3 select item(s). Shop items

Get 3% back on this item with the Amazon Rewards Visa Card.

Extra Savings Buy 2, save 2%. 1 Applicable Promotion

- 4 Pieces of billet aluminum to create a cutting-edge see-through design
- Black anodized features machined accents on the top, bottom and side of the floorboard.
- Adds exceptional style and comfort to your bike
- Instantly upgrade your bike impression. Easy Installation.

› See more product details

Click image to open expanded view

**$281.19**

$5.00 delivery: **July 30 - Aug 4**

Fastest delivery: **July 28 - Aug 2**

Select delivery location

**Only 20 left in stock - order soon.**

Qty: 1

Add to Cart

Buy Now

🔒 Secure transaction

Ships from   XKHmoto
Sold by      XKHmoto

Return policy: This item is returnable

Add to List

Share

## Special offers and product promotions

- **Amazon Business:** Make the most of your Amazon Business account with exclusive tools and savings. **Login now**

## Have a question?

Find answers in product info, Q&As, reviews

Type your question or keyword

## Videos

Help others learn more about this product by uploading a video!

Upload video

**Customer Questions & Answers**

See questions and answers

## Customer reviews

**No customer reviews**

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How are ratings calculated?

**Pages with related products.** See and discover other items: floorboards for harley davidson, floorboards harley davidson, harley davidson floorboards, harley davidson passenger floorboards, harley floorboard, harley floorboards

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Secured Card | Your Orders |
| Sustainability | Become a Delivery Driver | Amazon Business Card | Shipping Rates & Policies |
| Press Center | Start a package delivery business | Amazon Business Line of Credit | Amazon Prime |
| Investor Relations | Advertise Your Products | Shop with Points | Returns & Replacements |
| Amazon Devices | Self-Publish with Us | Credit Card Marketplace | Manage Your Content and Devices |
| | Host an Amazon Hub | Reload Your Balance | Amazon Assistant |
| | › See More Make Money with Us | Amazon Currency Converter | Help |

English          United States

Amazon Music
Stream millions
of songs

Amazon
Advertising
Find, attract,
and
engage
customers

Amazon Drive
Cloud storage
from Amazon

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook Publishing
Made Easy

Alexa
Actionable
Analytics
for the Web

Sell on Amazon
Start a Selling
Account

Amazon
Business
Everything
For
Your Business

Amazon Fresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced
Pros
Happiness
Guarantee

Amazon Ignite
Sell your original
Digital Educational
Resources

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio
Performances

Book
Depository
Books With
Free
Delivery
Worldwide

Box Office Mojo
Find Movie
Box Office Data

ComiXology
Thousands of
Digital Comics

DPReview
Digital
Photography

East Dane
Designer Men's
Fashion

Fabric
Sewing,
Quilting
& Knitting

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info Entertainment
Professionals Need

Kindle Direct
Publishing
Indie Digital & Print
Publishing
Made Easy

Amazon
Photos
Unlimited
Photo Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon
Warehouse
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security
Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart Security
for Every Home

Neighbors
App
Real-Time
Crime
& Safety
Alerts

Amazon Subscription
Boxes
Top subscription boxes –
right to your door

PillPack
Pharmacy
Simplified

Amazon
Renewed
Like-new
products
you can trust

Amazon Second Chance
Pass it on, trade it in, give
it a second life

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996–2021, Amazon.com, Inc. or its affiliates



Ship to
Venezuela

All ▾

Departments ▾   Offers of the Day   Your amazon.com

IS   Hello, Sign in
Account & Lists ▾   Orders   0
Shopping trolley

**Purchase per vehicle:**   Year   Brand   Model   Go

Your Workshop (0)

Automotive › Motorcycles, Accessories and Parts › Spare parts › Frames and Accessories › Base Accessories



12"

Click on the image to get an enlarged view

MT Motorcycle Rare Black CNC
p Cut Passenger Stretched
rboards for Harley Davidson
d Glide Road King Street
e

MT

first to rate this product

US$99.99 + US$54.99 shipping

ieces of Billet aluminum to create a
nsparent avant-garde design
ck anodized features with details on the top,
tom and side of the wood.
exceptional style and comfort to your bike
antly update your print bike. easy
allation.
y product details

) from US$99.99

### US$99.99
+ US$54.99 shipping

This article is sent to **Venezuela**.
**Get it before Monday, June 17 – Thursday, June 20** Choose that date at checkout.

There are only 11 left in stock (more units are on the way).

Quantity: 1

US$99.99 + US$54.99 shipping

Add to Cart

Buy now

Sold and shipped by HTTMT.

Ship to Venezuela

Add to List

Share

Other sellers on Amazon

New (1) from US$99.99

Not Found

## Customers also bought



NBOMOTO – Front floor tweezers, black color for Harley Touring 1984–2017
10
US$112.99

## Customers who viewed this product also viewed



NBOMOTO – CNC Mounting Foot for Harley Touring FLH Road King Motorcycle
4
US$70.99

**Sponsored products related to this article**









Front/Rear floorboard Estribo para Honda Shadow VT400/750 1997 – 2003
41

Hanswd estriberas de corte de borde, clavija de pie de reposo para motocicletas Har...
11

Juego de pedales de freno con palancas traseras delanteras para Harley Touring FLH FLT
19

Pizarra de suelo y soporte de montaje para Road King Street Tri Electra Glide
18

Uxcell Gloss Black montura dual para hombre clavijas de pie para motocicleta Harley...
84

Edge Cut Rear fo Mount Kit para 1 2017 Harley Tou King Electra S...
3

$49.99

$20.99

$83.99

$143.99

$35.85

$32.49

Comentarios sobre el anuncio

**Ofertas especiales y promociones de productos**

- Ahorra un 4% en cada Qualifying items de HTTMT al comprar 3 o más. Comprar artículos que califican
- Ahorra un 3% en cada Qualifying items de HTTMT al comprar 2 o más. Comprar artículos que califican

## ¿Tienes una pregunta?

Busca la información del producto, preguntas frecuentes, opiniones…

**Idioma**  Español

## Información de producto

### Especificaciones técnicas

| Marca | HTTMT |
|---|---|
| Modelo | HTT |
| Número de pieza del fabricante | HTT |

### Información adicional

| ASIN | B01HEQL092 |
|---|---|
| Opinión media de los clientes | Sé el primero en calificar este producto<br>0.0 de un máximo de 5 estrellas |
| Clasificación en los más vendidos de Amazon | nº2,354,978 en Automotriz (Ver el Top 100 en Automotriz)<br>nº4,785 en Accesorios para Base de Moto |
| Información del envío | Ver tarifas y políticas de envío |
| Producto en amazon.com desde | junio 22, 2016 |

### Garantía y asistencia

Garantía, piezas:Parts

**Garantía del producto:** Para obtener información sobre la garantía de este producto, **Product Warranty:** For warranty information about this product, please haz clic aquí

### Comentarios

Si vendes este producto, ¿te gustaría sugerir actualizaciones mediante el soporte al vendedor?
¿Quieres informarnos sobre un precio más bajo?

**Videos breves relacionados (0)**  Cargar tu video



**Sube tú el primer video**
Tu nombre aquí

**Información importante**

**Exclusión de garantías y responsabilidad: POR FAVOR LEA**
PLEASE NOTE: This is an aftermarket custom item, not an OEM part. It will fit the models listed but modification may or may not be required. This item is intended for professional installation. Make sure it will fit before you buy.Thank you for our understanding.

## Productos patrocinados relacionados con este artículo









| | | | | | |
|---|---|---|---|---|---|
| Senkauto - Palanca de cambio de talón con palanca de cambio para Harley Touring FLT... | Senkauto Black Clarity Edge Derby Timer Cover and Points Covers for Harley 1999-201... | HANSWD 1 Set CNC de palanca de cambios de talón y dedo del pie para palanca de camb... | Juego de pedales de freno con palancas traseras delanteras para Harley Touring FLH FLT | Pizarra de suelo y soporte de montaje para Road King Street Tri Electra Glide | Hanswd estribera de borde, clavija reposo para mot Har... |
| 9 | 13 | 36 | 19 | 18 | 11 |
| $45.99 | $39.99 | $24.99 | $83.99 | $143.99 | $20.99 |

Comentarios sobre el anuncio

Not Found

---

## Preguntas y respuestas de los clientes

Ver preguntas y respuestas

---

# Ninguna opinión de cliente

| | |
|---|---|
| 5 estrellas | 0% |
| 4 estrellas | 0% |
| 3 estrellas | 0% |
| 2 estrellas | 0% |
| 1 estrella | 0% |

## Escribir opinión de este producto

Comparte tu opinión con otros clientes

Escribir mi opinión

Not Found



Inicio de página

## Conócenos

Trabaja en Amazon

Blog

Acerca de Amazon

Relaciones con los inversionistas

Dispositivos Amazon

Visita un centro logístico de Amazon

## Gana dinero con nosotros

Vende en Amazon

Vende tus servicios en Amazon

Vende en Amazon Business

Vende tus Apps en Amazon

Programa de afiliados

Anuncia tus productos

Publica tu libro en Kindle

› Ver Más

## Productos de Pago Amazon

Compra con puntos

Recarga tu tarjeta de regalo

Convertidor de Moneda de Amazon

## Podemos ayudarte

Tu cuenta

Tus pedidos

Tarifas y políticas

Devolver productos

Administrar dispositivos

Amazon Assistant

Ayuda

---

| Español | $ USD - dólar estadounidense | Estados Unidos |

| | | |
|---|---|---|
| **Amazon Music** Reproduce millones de canciones | **Amazon Advertising** Encontrar, atraer y captar clientes | **Amazon Drive** Almacenamiento en la nube desde Amazon |

**6pm**
Descubre ofertas
en marcas de moda

**AbeBooks**
Libros, arte
& artículos de colección

**ACX**
Editorial de Audiolibros
Hecho Fácil

**Alexa**
Análisis Accionables
para la Web

**Amazon Business**
Todo para
tu negocio

**AmazonGlobal**
Pedidos de Envío
Internacional

**Servicios para el Hogar**
de Amazon
Profesionales Elegidos a Mano
Garantía de Satisfacción

**Amazon Inspire**
Educación Digital
Recursos

**Amazon Rapids**
Historias divertidas para
Niños en movimiento

**Amazon Web Services**
Servicios de cómputo
en nube escalable

**Audible**
Escucha Libros e Interpretaciones
de Audio Originales

**Book Depository**
Libros con
Entrega Intl Gratuita

**Box Office Mojo**
Encuentra películas
Datos de taquilla

**ComiXology**
Miles de
Comics Digitales

**CreateSpace**
Indie Print Publishing
Hazlo Fácil

**DPReview**
Fotografía
Digital

**East Dane**
Moda de diseñador
para hombres

**Fabric**
Costura, Acolchado
y Tejido

**Goodreads**
Análisis de libros
y recomendaciones

**IMDb**
Películas, TV
y Celebridades

**IMDbPro**
Obtén información de entret...
que los profesionales necesita...

**Kindle Direct Publishing**
Publica tu libro en papel y digital
de manera independiente

**Prime Video Direct**
Distribución de Video
Sin Esfuerzo

**Shopbop**
Diseñador
Marcas de Moda

**Woot!**
Descuentos y
travesuras

**Zappos**
Zapatos y
ropa

**Ring**
Casa Inteligente
Sistemas de Seguridad

**Neighbors App**
Alertas de seguridad y delitos en tiempo real

**Suscríbete con Amazon**
a los servicios de suscripción
de "Discover & try"

**PillPack**
Pharmacy simplificado

**Amazon Second Chance**
Pásalo, entréguelo como parte de pago,
dele una segunda vida

Condiciones de uso    Aviso de privacidad    Anuncios basados en intereses    © 1996-2019, Amazon.com, Inc, o sus filiales

Automotive › Motorcycle & Powersports › Parts › Body & Frame Parts › Footing Accessories › Floor Boards

EN

Hello, Sign in
Account & Lists

Orders

0 Cart

Deliver to
Turkmenistan

All ▾

Today's Deals   Help   Registry   Gift Cards   Sell

Shop Happy Holiday deals



Roll over image to zoom in

...ement
...p Cut
...ger
...Floor
...arley
...ne

$6.49

to create a
...-through

...features
...s on the top,
bottom and side of the
floorboard.
• Adds exceptional style and
comfort to your bike
• Instantly upgrade your bike
impression. Easy Installation.
• Easy installation, No
Installation Instruction
› See more product details

New (1) from $70.99

**$70.99**
+ $56.49 shipping

This item ships to **Turkmenistan.**
**Get it by Tuesday, Dec. 24 –
Monday, Dec. 30** Choose this date
at checkout.

**Only 15 left in stock -
order soon.**

Qty: 1

$70.99 + $56.49 shipping

Add to Cart

Buy Now

Ships from and sold by Secret E.

Deliver to Turkmenistan

Add to List

New (1) from $70.99

Share

## Have a question?

Find answers in product info, Q&As, reviews

Type your question or keyword

## Product information

Color: **Skull CD C**

### Technical Details

| | |
|---|---|
| Brand | XKH-MOTO |
| Manufacturer Part Number | XKH-216-113PA-CD |

### Additional Information

| | |
|---|---|
| ASIN | B07L44RT9G |
| Shipping Information | View shipping rates and policies |

| Vehicle Service Type | touring, bike |
| --- | --- |

Date First Available          December 4, 2018

## Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

## Feedback

If you are a seller for this product, would you like to suggest updates through seller support?

Would you like to tell us about a lower price?

# Videos

## Videos for related products



Passenger Floorboards Installation Instructions
0:55
Amazon Seller

KEMIMOTO Passenger Floorboards
0:08
Seller Videos

ISSYZONE Motorcycle Passenger Floorboards Foot Pegs
0:11
Seller Videos

Passenger Instructio...
Amazon S...

Upload your video

## Product description

Color:**Skull CD C**

**Feature:**

- 2 Pieces of billet aluminum to create a cutting-edge see-through design
- Black anodized features machined accents on the top, bottom and side of the floorboard.
- Adds exceptional style and comfort to your bike
- Custom new style make your bike more outstanding.
- Instantly upgrade your bike impression. Easy Installation.

**Specification:**

- Condition :100% Brand New Aftermarket
- Length: 7 9/32" (18.5cm)
- Width: 3 47/64" (9.5cm)
- Mounting Hole :10mm
- Material:Billet CNC Aluminum
- Weight:1020g

**Fitment:**

- **Fits most Harley-Davidson Style Male Mount 10mm Foot peg Applications**
- FLST/FLD models w/ passenger footpegs will require the use of OEM accessory floorboard mounts.
- Electra Glide and 08 later models may need floorboard mounts for installation

e.g.,

Touring Electra Glide Classic Anniversary FLHTC : 1988
Touring Electra Glide Classic CVO FLHTCSE : 2004
Touring Electra Glide Classic CVO FLHTCSE2 : 2005
Touring Electra Glide Classic EFI FLHTCI : 1996-2006
Touring Electra Glide Classic FLHTC : 1983-2013
Touring Electra Glide FLH : 1983-1984
Touring Electra Glide Police EFI FLHPEI : 2006
Touring Electra Glide Police EFI FLHTPI : 2005-2006
Touring Electra Glide Police FLHTP : 1986-2015
Touring Electra Glide Special Edition FLHX : 1984
Touring Electra Glide Sport FLHS : 1983-1984, 1987-1993
Touring Electra Glide Standard EFI FLHTI : 20032006
Touring Electra Glide Standard FLHT : 1983-1990, 1995?009

## Customer Questions & Answers

See questions and answers

## No customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Back to top

**Get to Know Us**

Careers

Blog

About Amazon

Investor Relations

Amazon Devices

Amazon Tours

**Make Money with Us**

Sell on Amazon

Sell Your Services on Amazon

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

› See More

**Amazon Payment Products**

Amazon Business Card

Shop with Points

Reload Your Balance

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

English

$ USD - U.S. Dollar

United States

Amazon Music
Stream millions
of songs

Amazon
Advertising
Find, attract, and
engage customers

Amazon Drive
Cloud storage
from Amazon

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Alexa
Actionable Analytics
for the Web

Amazon Business
Everything For Your Business

AmazonGlobal
Ship Orders Internationally

Home Services
Handpicked Pros Happiness Guarantee

Amazon Ignite
Sell your original Digital Educational Resources

Amazon Rapids
Fun stories for kids on the go

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Book Depository
Books With Free Delivery Worldwide

Box Office Mojo
Find Movie Box Office Data

ComiXology
Thousands of Digital Comics

CreateSpace
Indie Print Publishing Made Easy

DPReview
Digital Photography

East Dane
Designer Men's Fashion

Fabric
Sewing, Quilting & Knitting

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital Publishing Made Easy

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Neighbors App
Real-Time Crime & Safety Alerts

Subscribe with Amazon
Discover & try subscription services

PillPack
Pharmacy Simplified

Amazon Second Chance
Pass it on, trade it in, give it a second life

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2019, Amazon.com, Inc. or its affiliates









EN
Hello, Sign in
Account & Lists

Orders

0 Cart

Deliver to
Belarus

All

Today's Deals   Help   Registry   Gift Cards   Sell

Shop Happy Holiday deals

Automotive › Motorcycle & Powersports › Parts › Body & Frame Parts › Footing Accessories › Floor Boards



Click image to open expanded view

## XKH- Replacement of Motorcycle Front Rear Black CNC Deep Cut Driver Passenger Stretched Floorboards For 1986-2015 Harley Touring/ 1986-2015 Softail FL /1986-2015 Dyna FLD

by XKH-MOTO

Price: **$235.99** + $56.49 shipping

**May arrive after Christmas.**

Color: F+R Black



- billet aluminum to create a cutting-edge see-through design
- Black anodized features machined accents on the top, bottom and side of the floorboard.
- Adds exceptional style and comfort to your bike
- Instantly upgrade your bike impression. Easy Installation.
- Easy installation, No Installation Instruction

› See more product details

**$235.99**
+ $56.49 shipping

This item ships to **Belarus**. **Get it by Tuesday, Dec. 24 - Monday, Dec. 30** Choose this date at checkout.

**Only 15 left in stock - order soon.**

Qty: 1

**$235.99** + $56.49 shipping

Add to Cart

Buy Now

Ships from and sold by Secret E.

Deliver to Belarus

Add to List

Share

## Customers also shopped for

            

XKH Group Motorcycle New Chrome Custom Mini Oval Mirrors For Harley Davidson Sportster Dyna...

XKH- Replacement of Motorcycle Chrome Brake Clutch Lever Fit For Harley Davidson Xl Sportster...

CNC Cut Stretched Floorboard for harley street glide flhx passenger floorboards flhxxx rear

XKH Group Motorcycle CHROME Billet Skull Blade Mirror fit for Harley Electra Heritage Sportster Glide...

XKH- Motorcycle Black Compatible with Harley Davidson Touring Softail Brake Pedal Large Pad H-D

## Have a question?

Find answers in product info, Q&As, reviews

| Type your question or keyword |
| --- |

## Product information

Color:**F+R Black**

### Technical Details

| Brand | XKH-MOTO |
| --- | --- |
| Manufacturer Part Number | XKH-216-113F+R-BK1 |
| Folding | No |

### Additional Information

| ASIN | B01HJ67ZYQ |
| --- | --- |
| Best Sellers Rank | #5,510,318 in Automotive (See Top 100 in Automotive) #1,242 in ATV Floor Boards |
| Shipping Information | View shipping rates and policies |
| Date First Available | June 25, 2016 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

If you are a seller for this product, would you like to suggest updates through seller support?
Would you like to tell us about a lower price?

## Videos

### Videos for related products


0:55
Passenger Floorboards Installation Instructions
Amazon Seller


0:08
KEMIMOTO Passenger Floorboards
Seller Videos


0:11
ISSYZONE Motorcycle Passenger Floorboards Foot Pegs
Seller Videos

Passenger Instructi Amazon S

| Upload your video |
| --- |

## Product description

Color:**F+R Black**

Feature:
4 Pieces of billet aluminum to create a cutting-edge see-through design
Black anodized features machined accents on the top, bottom and side of the floorboard.
Adds exceptional style and comfort to your bike
Instantly upgrade your bike impression. Easy Installation.

Specifics:
Package Includes: One pair of CNC Deep Cut Driver Stretched Floorboards (Left and Right)+One pair of CNC Deep Cut Passenger Stretched Floorboards (Left and Right)
Color: Black + Silver
Material: Billet CNC Aluminum

Fitment:
2005 Harley-Davidson 15th Anniversary Fat Boy-Injected - FLSTF-I
2008 - 2011 Harley-Davidson Cross Bones (EFI) - FLSTSB
2007 - 2015 Harley-Davidson Deluxe (EFI) - FLSTN
2005 - 2006 Harley-Davidson Deluxe - FLSTN
2005 - 2006 Harley-Davidson Deluxe-Injected - FLSTN-I
2012 - 2015 Harley-Davidson Dyna Switchback - FLD
2007 - 2013 Harley-Davidson Electra Glide Classic (EFI) - FLHTC
1993 - 2005 Harley-Davidson Electra Glide Classic - FLHTC
1995 - 2006 Harley-Davidson Electra Glide Classic Injected - FLHTC I
1993 Harley-Davidson Electra Glide Sport - FLHS
2007 - 2009 Harley-Davidson Electra Glide Standard (EFI) - FLHT
1995 - 2006 Harley-Davidson Electra Glide Standard - FLHT
2003 - 2006 Harley-Davidson Electra Glide Standard Injected - FLHT I
1993 - 1999 Harley-Davidson Electra Glide Ultra Classic - FLHTCU
2015 Harley-Davidson Electra Glide Ultra Classic Low-FLHTCUL
2010 - 2015 Harley-Davidson Electra Glide Ultra Limited - FLHTK
2007 - 2015 Harley-Davidson Fat Boy (EFI) - FLSTF
1990 - 2006 Harley-Davidson Fat Boy - FLSTF
2010 - 2015 Harley-Davidson Fat Boy Lo - FLSTFB
2001 - 2006 Harley-Davidson Fat Boy-Injected - FLSTF-I
2012 - 2015 Harley-Davidson FLS Slim

## Customer Questions & Answers

See questions and answers

## No customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

**Pages with related products.** See and discover other items: harley softail front and rear foot pegs

Back to top

## Get to Know Us

Careers

Blog

About Amazon

Investor Relations

Amazon Devices

Amazon Tours

## Make Money with Us

Sell on Amazon

Sell Your Services on Amazon

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

› See More

## Amazon Payment Products

Amazon Business Card

Shop with Points

Reload Your Balance

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

---

| English | $ USD – U.S. Dollar | United States |

Amazon Music
Stream millions
of songs

Alexa
Actionable Analytics
for the Web

Amazon Rapids
Fun stories for
kids on the go

CreateSpace
Indie Print Publishing
Made Easy

IMDbPro
Get Info Entertainment
Professionals Need

Ring
Smart Home
Security Systems

Amazon Advertising
Find, attract, and
engage customers

Sell on Amazon
Start a Selling Account

Amazon Web Services
Scalable Cloud
Computing Services

DPReview
Digital
Photography

Kindle Direct Publishing
Indie Digital Publishing
Made Easy

eero WiFi
Stream 4K Video
in Every Room

Amazon Drive
Cloud storage
from Amazon

Amazon Business
Everything For
Your Business

Audible
Listen to Books & Original
Audio Performances

East Dane
Designer Men's
Fashion

Prime Video Direct
Video Distribution
Made Easy

Neighbors App
Real-Time Crime
& Safety Alerts

6pm
Score deals
on fashion brands

AmazonGlobal
Ship Orders
Internationally

Book Depository
Books With Free
Delivery Worldwide

Fabric
Sewing, Quilting
& Knitting

Shopbop
Designer
Fashion Brands

Subscribe with Amazon
Discover & try
subscription services

AbeBooks
Books, art
& collectibles

Home Services
Handpicked Pros
Happiness Guarantee

Box Office Mojo
Find Movie
Box Office Data

Goodreads
Book reviews
& recommendations

Woot!
Deals and
Shenanigans

PillPack
Pharmacy Simplified

ACX
Audiobook Publishing
Made Easy

Amazon Ignite
Sell your original
Digital Educational
Resources

ComiXology
Thousands of
Digital Comics

IMDb
Movies, TV
& Celebrities

Zappos
Shoes &
Clothing

Amazon Second Chance
Pass it on, trade it in,
give it a second life

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2019, Amazon.com, Inc. or its affiliates

amazon

     

Click image to open expanded view

## XKH- Replacement of Motorcycle Front Black CNC Deep Cut Driver Stretched Floorboards For 1986-2015 Harley Touring/ 1986-2015 Softail FL /1986-2015 Dyna FLD
by XKH-MOTO

Price: **$139.99** + $56.49 shipping

**May arrive after Christmas.**

Color: **B Black**

- billet aluminum to create a cutting-edge see-through design
- Black anodized features machined accents on the top, bottom and side of the floorboard
- Adds exceptional style and comfort to your bike
- instantly upgrade your bike impression. Easy Installation.
- Easy installation, No Installation instruction
- See more product details

New (1) from $139.99

**$139.99**
+ $56.49 shipping

This item ships to **Turkey**. **Get it by Tuesday, Dec. 24 - Monday, Dec. 30** Choose this date at checkout.

**Only 15 left in stock - order soon.**

Qty: 1

$139.99 + $56.49 shipping

Add to Cart

Buy Now

Ships from and sold by Secret E.

Deliver to Turkey

Add to List

New (1) from $139.99

Share

### Customers also shopped for

Page 1 of 2



XKH Group Motorcycle New Chrome Custom Mini Oval Mirrors Par Harley Davidson Sportster...
★★☆☆☆ 8
$32.98

XKH- Replacement of Motorcycle Chrome Brake Clutch Lever Fit For Harley Davidson Xl Sportster...
★★★☆☆ 15
$15.99

CNC Cut Stretched Floorboard for harley street glide flhx passenger floorboards flhxxx rear pegs motorcycle chromed
$52.00

XKH Group Motorcycle CHROME Billet Skull Blade Mirror fit for Harley Electra Heritage Sportster Glide...
★★☆☆☆ 54
$24.95

XKH- Motorcycle Black Compatible with Harley Davidson Touring Softail Brake Pedal Large Pad Large Pad H-D Skull [B07K2VTG9]
★★☆☆☆
$23.75

INNOGLOW Motorcycle Foot Pegs Rear Passenger Foot Peg Mount Brackets Fits For Harley Davidson...
★☆☆☆☆ 1
$28.99

## Have a question?

Find answers in product info, Q&As, reviews

Type your question or keyword

## Product information

Color: **B Black**

### Technical Details

| Brand | XKH-MOTO |
|---|---|
| Manufacturer Part Number | XKH-218-113F-BK1 |
| Folding | No |

### Additional Information

| ASIN | B01HJ66948 |
|---|---|
| Best Sellers Rank | #6, 139,679 in Automotive (See Top 100 in Automotive) #1,356 in ATV Floor Boards |
| Shipping Information | View shipping rates and policies |
| Date First Available | June 25, 2016 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here.

### Feedback

If you are a seller for this product, would you like to **suggest updates through seller support?**
Would you like to **tell us about a lower price?**

## Videos

### Videos for related products


0:55
Passenger Floorboards Installation Instructions


0:08
KEMIMOT Passenger Floorboards


0:11
ISSYZONE Motorcycle Passenger Floorboards Foot Pegs


0:55
Passenger Floorboards Install Instruction



Try Prime

Automotive Parts & Accessories

EN

Hello, Sign in
Account & Lists

Orders    Try Prime

0
Cart

Deliver to
Auburn 98001

Last-Minute Deals    Best Sellers    Find a Gift

Sign in

New customer? Start here.

Automotive    Your Garage    Deals & Rebates    Best Sellers    Parts    Accessories    Tools & Equipment    Car Care    Motorcycle & Pow...

★ Shop last-minute deals   Check your list twice ›

Automotive › Motorcycle & Powersports › Parts › Body & Frame Parts › Footing Accessories › Floor Boards



Click image to open expanded view

## XKH- Replacement of Motorcycle Front Rear Black CNC Deep Cut Driver Passenger Stretched Floorboards For Harley Davidson Touring Electra Glide Classic CVO Anniversary

by XKH-MOTO

Price: **$235.99** & FREE Shipping

Color: **F+P Black**

      

- billet aluminum to create a cutting-edge see-through design
- Black anodized features machined accents on the top, bottom and side of the floorboard.
- Adds exceptional style and comfort to your bike
- Instantly upgrade your bike impression. Easy Installation.
- Easy installation, No Installation Instruction
› See more product details

New (1) from $235.99 + FREE Shipping


15% off SuperHandy

**$235.99**
& FREE Shipping

**Get it as soon as Dec. 20 - 27** when you choose **Expedited Shipping** at checkout.

**Only 15 left in stock - order soon.**

Qty: 1

$235.99 + Free Shipping

Add to Cart

Buy Now

Ships from and sold by Secret E.

**Add a Protection Plan:**
☐ Assurant 3-Year Auto Parts Protection Plan $200-249.99 for $21.09

Deliver to Auburn 98001

Add to List

New (1) from
$235.99 + FREE Shipping

Share



## Customers also shopped for







Rebacker Motorcycle Stretched Driver Floorboards Passenger Foot Pegs for Harley…
1
$296.99

XKH Group Motorcycle Chrome Spear Blade Mini Mirrors for Harley Davidson Sportster Dyna…
1
$29.99

XKH Group Motorcycle New Chrome Custom Mini Oval Mirrors For Harley Davidson Sportster Dyna…
8
$32.98

XKH- Replacement of Motorcycle Chrome Brake Clutch Lever Fit For Harley Davidson Xl Sportster…
13
$15.99

YHMTIVTU Motorcycle CNC Foot Pegs Foot Rest Driver Stretched Floorboards For Harley Softail Dyna Chrome
$97.00

---

## Special offers and product promotions

Color: **F+P Black**
- **Your cost could be $175.99 instead of $235.99**! Get a **$60 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

---

## Have a question?

Find answers in product info, Q&As, reviews

Type your question or keyword

---

## Product information

Color:**F+P Black**

### Technical Details

| Brand | XKH-MOTO |
|---|---|
| Manufacturer Part Number | XKH-216-113F+P-BK1 |
| Folding | No |
| Vehicle Service Type | motorcycle, touring, bike |

### Additional Information

| ASIN | B01HJ687A2 |
|---|---|
| Shipping Information | View shipping rates and policies |
| Date First Available | June 25, 2016 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

If you are a seller for this product, would you like to **suggest updates through seller support**?
Would you like to **tell us about a lower price**?

## Videos

### Videos for related products

| | | |
|---|---|---|
| 0:55 | 0:08 | 0:11 |
| Passenger Floorboards Installation Instructions | KEMIMOTO Passenger Floorboards | ISSYZONE Motorcycle Passenger Floorboards Foot Pegs |
| Amazon Seller | Seller Videos | Seller Videos |

Passenger Instructi
Amazon S

[ Upload your video ]

---

## Product description

Color:**F+P Black**

Feature:
4 Pieces of billet aluminum to create a cutting-edge see-through design
Black anodized features machined accents on the top, bottom and side of the floorboard.
Adds exceptional style and comfort to your bike
Instantly upgrade your bike impression. Easy Installation.

Specifics:
Package Includes: One pair of CNC Deep Cut Driver Stretched Floorboards (Left and Right)+One pair of CNC Deep Cut Passenger Stretched Floorboards (Left and Right)
Color: Black + Silver
Material: Billet CNC Aluminum

Fitment:
Touring Road King EFI FLHRI : 1996–2006
Touring Road King FLHR : 1994–2006, 2008–2015
Touring Road King FLHR Anniversary : 2013
Touring Road King Police CA EFI FLHPEI : 2005–2006
Touring Road King Police CA FLHPE : 2007–2011
Touring Road King Police EFI FLHPI : 2005–2006
Touring Road King Police FLHP : 2007–2015
Touring Street Glide CVO FLHXSE : 2010
Touring Street Glide CVO FLHXSE2 : 2011
Touring Street Glide CVO FLHXSE3 : 2012
Touring Street Glide EFI FLHXI : 2006
Touring Street Glide FLHX : 2006–2015
Touring Street Glide Special FLHXS : 2014
Touring Tour Glide Classic Anniversary FLTC : 1988
Touring Tour Glide Classic FLTC : 1981–1992
Touring Tour Glide FLT : 1980–1986
Touring Tour Glide Ultra Classic EFI FLTCUI : 1996
Touring Tour Glide Ultra Classic FLTCU : 1989–1995
Touring Ultra Limited Anniversary FLHTK : 2013
Touring Ultra Limited CVO FLHTKSE : 2014
Touring Ultra Limited FLHTK : 2010–2015
Trike Street Glide FLHXXX : 2010–2011
Trike Tri Glide Ultra Classic FLHTCUTG : 2009–2015

---

## Customer Questions & Answers

See questions and answers

## No customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

**Pages with related products.** See and discover other items: floorboards for harley davidson, floorboards harley davidson, harley davidson floorboards, harley davidson passenger floorboards, harley floorboards

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Rewards Visa Signature Cards | Your Account |
| Blog | Sell Under Amazon Accelerator | Amazon.com Store Card | Your Orders |
| About Amazon | Sell on Amazon Handmade | Amazon Business Card | Shipping Rates & Policies |
| Press Center | Sell Your Services on Amazon | Amazon.com Corporate Credit Line | Amazon Prime |
| Investor Relations | Sell on Amazon Business | Shop with Points | Returns & Replacements |
| Amazon Devices | Sell Your Apps on Amazon | Credit Card Marketplace | Manage Your Content and Devices |
| Amazon Tours | Become an Affiliate | Reload Your Balance | Amazon Assistant |
| | Advertise Your Products | Amazon Currency Converter | Help |
| | Self-Publish with Us | | |
| | › See More | | |

| English | United States |
|---|---|

| Amazon Music | Amazon | Amazon Drive | 6pm | AbeBooks | ACX | Alexa |
|---|---|---|---|---|---|---|
| Stream millions of songs | Advertising Find, attract, and engage customers | Cloud storage from Amazon | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Actionable Analytics for the Web |
| Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Ignite | Amazon Rapids | Amazon Web |

| | | | | | | |
|---|---|---|---|---|---|---|
| Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Handpicked Pros Happiness Guarantee | Sell your original Digital Educational Resources | Fun stories for kids on the go | Services Scalable Cloud Computing Services |
| Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | CreateSpace Indie Print Publishing Made Easy | DPReview Digital Photography | East Dane Designer Men's Fashion |
| Fabric Sewing, Quilting & Knitting | Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital Publishing Made Easy | Prime Now FREE 2-hour Delivery on Everyday Items | Amazon Photos Unlimited Photo Storage Free With Prime |
| Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems |
| eero WiFi Stream 4K Video in Every Room | Neighbors App Real-Time Crime & Safety Alerts | Subscribe with Amazon Discover & try subscription services | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | Amazon Second Chance Pass it on, trade it in, give it a second life | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2019, Amazon.com, Inc. or its affiliates



Roll over image to zoom in

## XKH- Replacement of Driver CNC Deep Cut Stretched Floorboard For Harley Touring/Softail/Dyna FLD Chrome

by XKH-MOTO

Price: $150.99 + $44.49 shipping

**May arrive after Christmas.**

Color: **B Chrome**



- billet aluminum to create a cutting-edge see-through design
- chrome anodized features machined accents on the top, bottom and side of the floorboard.
- Adds exceptional style and comfort to your bike
- Instantly upgrade your bike impression. Easy Installation.
- Easy installation, No Installation Instruction

> See more product details

New (1) from $150.99

$150.99
+ $44.49 shipping

This item ships to **United Kingdom**. **Get it by Tuesday, Dec. 24 - Tuesday, Dec. 31** Choose this date at checkout.

**Only 15 left in stock - order soon**

Qty: 1

$150.99 + $44.49 shipping

Add to Cart

Buy Now

Ships from and sold by Secret E.

Deliver to United Kingdom

Add to List

New (1) from $150.99

Share

## Customers also shopped for

Page 1 of 2



XKH Group Motorcycle New Chrome Custom Mini Oval Mirrors For Harley Davidson Sportster...
8
$32.98



XKH- Replacement of Motorcycle Chrome Brake Clutch Lever Fit For Harley Davidson XL Sportster...
15
$15.99



CNC Cut Stretched Floorboard for harley street glide flhx passenger floorboards flhxxx rear pegs motorcycle chromed
$52.00



XKH Group Motorcycle CHROME Billet Skull Blade Mirror fit for Harley Electra Heritage Sportster Glide ...
54
$24.95



XKH- Motorcycle Black Compatible with Harley Davidson Touring Softail Brake Pedal Large Pad H-D Skull [B07FK2VTG9]
$23.75



INNOGLOW Motorcycle Foot Pegs Rear Passenger Foot Peg Mount Brackets Fits for Harley Davidson...
1
$28.99

## Have a question?

Find answers in product info, Q&As, reviews

Type your question or keyword

## Product information

Color: **B Chrome**

### Technical Details

| | |
|---|---|
| Brand | XKH-MOTO |
| Manufacturer Part Number | XKH-216-113F-CD |

### Additional Information

| | |
|---|---|
| ASIN | B076GZBGJG |
| Best Sellers Rank | #3,020,024 in Automotive (See Top 100 in Automotive)<br>#670 in ATV Floor Boards |
| Shipping Information | View shipping rates and policies |
| Date First Available | October 18, 2017 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here.

### Feedback

If you are a seller for this product, would you like to suggest updates through seller support? Would you like to tell us about a lower price?

## Videos

### Videos for related products



Passenger Floorboards Installation Instructions



KEMIMOTO Passenger Floorboards



ISSYZONE Motorcycle Passenger Floorboards Foot Pegs



Passenger Floorboards Install Instruction



EN    Hello, Sign in
       Account & Lists ▾    Orders    Try Prime ▾    0 Cart

Try Prime

Automotive Parts & Accessories ▾

Deliver to
Auburn 98001    Last-Minute Deals    Best Sellers    Find a Gift

Sign in

New customer? Start here.

Automotive    Your Garage    Deals & Rebates    Best Sellers    Parts ▾    Accessories ▾    Tools & Equipment ▾    Car Care ▾    Motorcycle & Pow

★ Shop last-minute deals    Check your list twice▸

Automotive › Motorcycle & Powersports › Parts › Body & Frame Parts › Footing Accessories



Click image to open expanded view

Front
eep Cut
hed
For
lson
tra
CVO

FREE

ristmas.

aluminum to
edge see–

eatures
s on the top,
of the

style and
ike
e your bike
Installation.

See more product details

**New (1) from $144.99** + FREE Shipping

$144.99
& FREE Shipping

**Get it as soon as Dec. 20 - 27** when you choose **Expedited Shipping** at checkout.

Only 15 left in stock - order soon.

Qty: 1

$144.99 + Free Shipping

Add to Cart

Buy Now

Ships from and sold by Secret E.

**Add a Protection Plan:**
☐ Assurant 3-Year Auto Parts Protection Plan $125-149.99 for $5.92

Deliver to Auburn 98001

Add to List

New (1) from
$144.99 + FREE Shipping

Share

Not Found



15% off SuperHandy

## Customers also shopped for



HTT Motorcycle Front Black CNC Deep Cut Driver Stretched Floorboards For Harley Davidson Road...



HTT Motorcycle Front Rear Black CNC Deeply Cut Driver Passenger Stretched Floorboards For Harley...



Chrome Shallow Cut Front Driver Floorboards For Harley Electra Street Glide Road King Dyna

3
$129.99
12
$219.99
1
1 offer from $126.99

## Sponsored products related to this item

    

| HTT Motorcycle Front Black CNC Deep Cut Driver Stretched Floorboards For Harley Dav... | Chrome Motorcycle CNC Stretched Front Drive Driver Floorboards Fit For Harley Roadk... | HTT Motorcycle Front Black CNC Deep Cut Driver Stretched Floorboards For Harley Dav... | HTT Motorcycle Front Rear Black CNC Deep Cut Driver Passenger Stretched Floorboards... | HTT Motorcycle Rare Black CNC Deep Cut Passenger Stretched Floorboards For Harley D... |
|---|---|---|---|---|
| 3 | | | 1 | |
| $129.99 | $226.99 | $119.99 | $219.99 | $99.99 |

Ad feedback

## Special offers and product promotions

- **Your cost could be $84.99 instead of $144.99!** Get a **$60 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card**. Apply now

## Have a question?

Find answers in product info, Q&As, reviews

> Type your question or keyword

## Product information

### Technical Details

| Brand | XKH-MOTO |
|---|---|
| Manufacturer Part Number | XKH-216-113F-BK4 |
| Folding | No |

### Additional Information

| ASIN | B01HJ67AV4 |
|---|---|
| Shipping Information | View shipping rates and policies |
| Date First Available | June 24, 2016 |

### Warranty & Support

Warranty, Parts: Parts

**Product Warranty:** For warranty information about this product, please click here

### Feedback

If you are a seller for this product, would you like to **suggest updates through seller support**?
Would you like to **tell us about a lower price**?

## Related video shorts (0)    Upload your video



**Be the first video**
Your name here

## Product description

Feature:
2 Pieces of billet aluminum to create a cutting-edge see-through design
Black anodized features machined accents on the top, bottom and side of the floorboard.
Adds exceptional style and comfort to your bike
Instantly upgrade your bike impression. Easy Installation.

Specifics:
Package Includes: One pair of CNC Deep Cut Driver Stretched Floorboards (Left and Right)
Color: Black + Silver
Material: Billet CNC Aluminum
Weight:3020g
Floorboard Size:
Length: 18" (45.5cm)
Width: 5-5/8" (14.3cm)
Thickness: 1" (2.5cm)
Mounting Space: 8" (20.3cm)

Fitment:
Touring Electra Glide Classic Anniversary FLHTC : 1988
Touring Electra Glide Classic CVO FLHTCSE : 2004
Touring Electra Glide Classic CVO FLHTCSE2 : 2005
Touring Electra Glide Classic EFI FLHTCI : 1996–2006
Touring Electra Glide Classic FLHTC : 1983–2013
Touring Electra Glide FLH : 1983–1984
Touring Electra Glide Police EFI FLHPEI : 2006
Touring Electra Glide Police EFI FLHTPI : 2005–2006
Touring Electra Glide Police FLHTP : 1986–2015
Touring Electra Glide Special Edition FLHX : 1984
Touring Electra Glide Sport FLHS : 1983–1984, 1987–1993
Touring Electra Glide Standard EFI FLHTI : 2003–2006
Touring Electra Glide Standard FLHT : 1983–1990, 1995–2009
Touring Electra Glide Ultra Classic CVO Anniversary FLHTCUSE8 : 2013
Touring Electra Glide Ultra Classic CVO EFI FLHTCUSE : 2006
Touring Electra Glide Ultra Classic CVO FLHTCUSE2 : 2007
Touring Electra Glide Ultra Classic CVO FLHTCUSE3 : 2008
Touring Electra Glide Ultra Classic CVO FLHTCUSE4 : 2009
Touring Electra Glide Ultra Classic CVO FLHTCUSE5 : 2010
Touring Electra Glide Ultra Classic CVO FLHTCUSE6 : 2011
Touring Electra Glide Ultra Classic CVO FLHTCUSE7 : 2012
Touring Electra Glide Ultra Classic CVO FLHTCUSE8 : 2013

Not Found

## Customer Questions & Answers

See questions and answers

## No customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Not Found

**Pages with related products.** See and discover other items: floorboards for harley davidson, floorboards harley davidson, harley davidson floorboards, harley floorboard, harley floorboards

Not Found

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Rewards Visa Signature Cards | Your Account |
| Blog | Sell Under Amazon Accelerator | Amazon.com Store Card | Your Orders |
| About Amazon | Sell on Amazon Handmade | Amazon Business Card | Shipping Rates & Policies |
| Press Center | Sell Your Services on Amazon | Amazon.com Corporate Credit Line | Amazon Prime |
| Investor Relations | Sell on Amazon Business | Shop with Points | Returns & Replacements |
| Amazon Devices | Sell Your Apps on Amazon | Credit Card Marketplace | Manage Your Content and Devices |
| Amazon Tours | Become an Affiliate | Reload Your Balance | Amazon Assistant |
| | Advertise Your Products | Amazon Currency Converter | Help |
| | Self-Publish with Us | | |
| | › See More | | |

English   United States

Amazon Music
Stream millions
of songs

Amazon
Advertising
Find, attract, and
engage
customers

Amazon Drive
Cloud storage
from Amazon

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Alexa
Actionable Analytics
for the Web

Amazon Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your
Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Handpicked Pros
Happiness
Guarantee

Amazon Ignite
Sell your original
Digital Educational
Resources

Amazon Rapids
Fun stories for
kids on the go

Amazon Web
Services
Scalable Cloud
Computing Services

Audible
Listen to Books &
Original
Audio Performances

Book
Depository
Books With Free
Delivery
Worldwide

Box Office Mojo
Find Movie
Box Office Data

ComiXology
Thousands of
Digital Comics

CreateSpace
Indie Print
Publishing
Made Easy

DPReview
Digital
Photography

East Dane
Designer Men's
Fashion

Fabric
Sewing, Quilting
& Knitting

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals
Need

Kindle Direct
Publishing
Indie Digital
Publishing
Made Easy

Prime Now
FREE 2-hour Delivery
on Everyday Items

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon
Warehouse
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Neighbors App
Real-Time Crime
& Safety Alerts

Subscribe with
Amazon
Discover & try
subscription services

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Amazon Second
Chance
Pass it on, trade it in,
give it a second life

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2019, Amazon.com, Inc. or its affiliates



EN    Hello, Sign in
Account & Lists    Orders    0 Cart

Deliver to
Romania

Today's Deals    Help    Registry    Gift Cards    Sell

Shop Happy Holiday deals

Automotive › Motorcycle & Powersports › Parts › Body & Frame Parts › Footing Accessories



Click image to open expanded view

## Motorcycle Front Rear Black CNC Deep Cut Driver Passenger Stretched Floorboards For Harley Davidson Touring Road King FLHR /Touring Street Glide CVO /Trike Street Glide

by XKH-MOTO

Price: **$240.99** + $75.99 shipping

**May arrive after Christmas.**

- 4 Pieces of billet aluminum to create a cutting-edge see-through design
- Black anodized features machined accents on the top, bottom and side of the floorboard.
- Adds exceptional style and comfort to your bike
- Instantly upgrade your bike impression. Easy Installation.

› See more product details

New (1) from $240.99

**$240.99**
+ $75.99 shipping

This item ships to Romania. **Get it by Tuesday, Dec. 24 – Monday, Dec. 30** Choose this date at checkout.

**Only 15 left in stock - order soon.**

Qty: 1

$240.99 + $75.99 shipping

Add to Cart

Buy Now

Ships from and sold by Secret E.

Deliver to Romania

Add to List

New (1) from $240.99

Share

---

## Customers also shopped for



HTT Motorcycle Front Black CNC Deep Cut Driver Stretched Floorboards For Harley Davidson Road...
3
$129.99



Qlhshop Motorcycle Adjustable Driver Rider Backrest Pad for 1997-2017 Harley Davidson...
7
$58.99



XMMT CNC Left Brake Master Clutch Cylinder Covers For Harley Touring Electra Glide Road Glide...
13
$12.98



Custom Motorcycle CNC Rear View Side Mirrors For Harley Sportster Road King Street Electra Glide Dyna Softail Road Glide...
29
$29.98



PBYMT Driver Rider Bracket Adjustable Compatible for Harley Davidson Touring Road...
1
$47.88

---

## Have a question?

Find answers in product info, Q&As, reviews

Type your question or keyword

## Product information

### Technical Details

| | |
|---|---|
| Brand | XKH-MOTO |
| Manufacturer Part Number | XKH-216-113F+P-BK3 |
| Folding | No |

### Additional Information

| | |
|---|---|
| ASIN | B01HJ68CKW |
| Shipping Information | View shipping rates and policies |
| Date First Available | June 24, 2016 |

### Warranty & Support

Warranty, Parts: Parts

**Product Warranty:** For warranty information about this product, please click here

### Feedback

If you are a seller for this product, would you like to **suggest updates through seller support**?
Would you like to **tell us about a lower price**?

### Related video shorts (0)   Upload your video



**Be the first video**

Your name here

## Product description

Feature:
4 Pieces of billet aluminum to create a cutting-edge see-through design
Black anodized features machined accents on the top, bottom and side of the floorboard.
Adds exceptional style and comfort to your bike
Instantly upgrade your bike impression. Easy Installation.

Specifics:
Package Includes: One pair of CNC Deep Cut Driver Stretched Floorboards (Left and Right)+One pair of CNC Deep Cut Passenger Stretched Floorboards (Left and Right)
Color: Black + Silver
Material: Billet CNC Aluminum

Fitment:
Touring Road King EFI FLHRI : 1996–2006
Touring Road King FLHR : 1994–2006, 2008–2015
Touring Road King FLHR Anniversary : 2013
Touring Road King Police CA EFI FLHPEI : 2005–2006
Touring Road King Police CA FLHPE : 2007–2011
Touring Road King Police EFI FLHPI : 2005–2006
Touring Road King Police FLHP : 2007–2015
Touring Street Glide CVO FLHXSE : 2010
Touring Street Glide CVO FLHXSE2 : 2011
Touring Street Glide CVO FLHXSE3 : 2012
Touring Street Glide EFI FLHXI : 2006
Touring Street Glide FLHX : 2006–2015
Touring Street Glide Special FLHXS : 2014
Touring Tour Glide Classic Anniversary FLTC : 1988
Touring Tour Glide Classic FLTC : 1981–1992
Touring Tour Glide FLT : 1980–1986
Touring Tour Glide Ultra Classic EFI FLTCUI : 1996
Touring Tour Glide Ultra Classic FLTCU : 1989–1995

Touring Ultra Limited Anniversary FLHTK : 2013
Touring Ultra Limited CVO FLHTKSE : 2014
Touring Ultra Limited FLHTK : 2010–2015
Trike Street Glide FLHXXX : 2010–2011
Trike Tri Glide Ultra Classic FLHTCUTG : 2009–2015

---

**Customer Questions & Answers**

See questions and answers

---

## No customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

---

**Pages with related products.** See and discover other items: floorboards for harley davidson, floorboards harley davidson, harley davidson floorboards, harley davidson passenger floorboards, harley floorboards

Back to top

**Get to Know Us**

Careers

Blog

About Amazon

Investor Relations

Amazon Devices

Amazon Tours

**Make Money with Us**

Sell on Amazon

Sell Your Services on Amazon

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

› See More

**Amazon Payment Products**

Amazon Business Card

Shop with Points

Reload Your Balance

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

English

$ USD - U.S. Dollar

United States

| Amazon Music | Amazon Advertising | Amazon Drive | 6pm | AbeBooks | ACX |
|---|---|---|---|---|---|
| Stream millions of songs | Find, attract, and engage customers | Cloud storage from Amazon | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy |
| Alexa | Sell on Amazon | Amazon Business | AmazonGlobal | Home Services | Amazon Ignite |
| Actionable Analytics for the Web | Start a Selling Account | Everything For Your Business | Ship Orders Internationally | Handpicked Pros Happiness Guarantee | Sell your original Digital Educational Resources |
| Amazon Rapids | Amazon Web Services | Audible | Book Depository | Box Office Mojo | ComiXology |
| Fun stories for kids on the go | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Books With Free Delivery Worldwide | Find Movie Box Office Data | Thousands of Digital Comics |
| CreateSpace | DPReview | East Dane | Fabric | Goodreads | IMDb |
| Indie Print Publishing Made Easy | Digital Photography | Designer Men's Fashion | Sewing, Quilting & Knitting | Book reviews & recommendations | Movies, TV & Celebrities |
| IMDbPro | Kindle Direct Publishing | Prime Video Direct | Shopbop | Woot! | Zappos |
| Get Info Entertainment Professionals Need | Indie Digital Publishing Made Easy | Video Distribution Made Easy | Designer Fashion Brands | Deals and Shenanigans | Shoes & Clothing |
| Ring | eero WiFi | Neighbors App | Subscribe with Amazon | PillPack | Amazon Second Chance |
| Smart Home Security Systems | Stream 4K Video in Every Room | Real-Time Crime & Safety Alerts | Discover & try subscription services | Pharmacy Simplified | Pass it on, trade it in, give it a second life |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2019, Amazon.com, Inc. or its affiliates

EN  Hello, Sign in
Account & Lists ⌄   Orders   0 Cart

Deliver to
Romania

All ⌄

Today's Deals    Help    Registry    Gift Cards    Sell

Shop Happy Holiday deals

Automotive › Motorcycle & Powersports › Parts › Body & Frame Parts › Footing Accessories › Floor Boards



Click image to open expanded view

### XKH- Replacement of Motorcycle Rare k CNC Deep Cut enger Stretched rboards For 5-2015 Harley ring/ 1986-2015 ail FL /1986- 5 Dyna FLD

XI-MOTO

$119.99 + $44.49 shipping

D Black

           

- billet aluminum to create a cutting-edge see-through design
- Black anodized features machined accents on the top, bottom and side of the floorboard.
- Adds exceptional style and comfort to your bike
- Instantly upgrade your bike impression. Easy Installation.
- Easy installation, No Installation Instruction

› See more product details

New (1) from $119.99

$119.99
+ $44.49 shipping

This item ships to **Romania**. **Get it by Tuesday, Dec. 24 – Monday, Dec. 30** Choose this date at checkout.

**Only 15 left in stock - order soon.**

Qty: 1

$119.99 + $44.49 shipping

Add to Cart

Buy Now

Ships from and sold by Secret E.

Deliver to Romania

Add to List

New (1) from $119.99

Share

## Customers also shopped for



XKH Group Motorcycle New Chrome Custom Mini



XKH- Replacement of Motorcycle Chrome Brake



CNC Cut Stretched Floorboard for harley street glide flhx passenger



XKH Group Motorcycle CHROME Billet Skull Blade



XKH- Motorcycle Black Compatible with Harley Davidson Touring Softail

Oval Mirrors For Harley Davidson Sportster Dyna...

Clutch Lever Fit For Harley Davidson Xl Sportster...

floorboards flhxxx rear pegs motorcycle chromed
$52.00

Mirror fit for Harley Electra Heritage Sportster Glide...

Brake Pedal Large Pad H-D Skull [B07FK2VTG9]
$23.75

## Have a question?

Find answers in product info, Q&As, reviews

Type your question or keyword

## Product information

Color:**D Black**

### Technical Details

| Brand | XKH-MOTO |
|---|---|
| Manufacturer Part Number | XKH-216-113R-BK1 |
| Folding | No |

### Additional Information

| ASIN | B01HJ66FZQ |
|---|---|
| Shipping Information | View shipping rates and policies |
| Date First Available | June 25, 2016 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

If you are a seller for this product, would you like to suggest updates through seller support?

Would you like to tell us about a lower price?

## Videos

### Videos for related products


0:55
Passenger Floorboards Installation Instructions
Amazon Seller


0:08
KEMIMOTO Passenger Floorboards
Seller Videos


0:11
ISSYZONE Motorcycle Passenger Floorboards Foot Pegs
Seller Videos


Passeng...
Instructi...
Amazon S...

Upload your video

## Product description

Color:**D Black**

Feature:
2 Pieces of billet aluminum to create a cutting-edge see-through design
Black anodized features machined accents on the top, bottom and side of the floorboard.
Adds exceptional style and comfort to your bike
Instantly upgrade your bike impression. Easy Installation.

Specifics:
Package Includes: One pair of CNC Deep Cut Passenger Stretched Floorboards (Left and Right)
Color: Black + Silver
Material: Billet CNC Aluminum
Floorboard Size:

Length: 12"
Width: 5-3/4"
Thickness: 1"
Mounting Space: 4"

Fitment:
1986 - 1990 Harley-Davidson Heritage - FLST
2006 Harley-Davidson Heritage - FLST
2007 - 2015 Harley-Davidson Heritage Classic (EFI) - FLSTC
1987 - 2006 Harley-Davidson Heritage Classic - FLSTC
2001 - 2006 Harley-Davidson Heritage Classic-Injected - FLSTC-I
1993 Harley-Davidson Heritage Nostalgia - FLSTN
2006 Harley-Davidson Heritage Softail Injected - FLST I
1994 - 1996 Harley-Davidson Heritage Special - FLSTN
1997 - 2003 Harley-Davidson Heritage Springer - FLSTS
2001 - 2003 Harley-Davidson Heritage Springer-Injected - FLSTS-I
1993 - 1994 Harley-Davidson Tour Glide Classic - FLTC
1993 - 1996 Harley-Davidson Tour Glide Ultra Classic - FLTCU
1996 Harley-Davidson Tour Glide Ultra Classic Injected - FLTCU I
2009 - 2013 Harley-Davidson Tri Glide Ultra Classic - FLHTCUTG
2007 - 2015 Harley-Davidson Ultra Classic (EFI) - FLHTCU
1995 - 2006 Harley-Davidson Ultra Classic-Injected - FLHTCU-I
2015 Harley-Davidson Ultra Limited Low-FLHTKL

## Customer Questions & Answers

See questions and answers

## No customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

**Pages with related products.** See and discover other items: harley floorboards

Back to top

## Get to Know Us

Careers

Blog

About Amazon

Investor Relations

Amazon Devices

Amazon Tours

## Make Money with Us

Sell on Amazon

Sell Your Services on Amazon

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

› See More

## Amazon Payment Products

Amazon Business Card

Shop with Points

Reload Your Balance

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

English

$ USD - U.S. Dollar

United States

| Amazon Music | Amazon | Amazon Drive | 6pm | AbeBooks | ACX | Alexa |
| Stream millions of songs | Advertising Find, attract, and engage customers | Cloud storage from Amazon | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Actionable Analytics for the Web |

Amazon Business
Everything For Your Business

AmazonGlobal
Ship Orders Internationally

Home Services
Handpicked Pros Happiness Guarantee

Amazon Ignite
Sell your original Digital Educational Resources

Amazon Rapids
Fun stories for kids on the go

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Book Depository
Books With Free Delivery Worldwide

Box Office Mojo
Find Movie Box Office Data

ComiXology
Thousands of Digital Comics

CreateSpace
Indie Print Publishing Made Easy

DPReview
Digital Photography

East Dane
Designer Men's Fashion

Fabric
Sewing, Quilting & Knitting

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital Publishing Made Easy

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Neighbors App
Real-Time Crime & Safety Alerts

Subscribe with Amazon
Discover & try subscription services

PillPack
Pharmacy Simplified

Amazon Second Chance
Pass it on, trade it in, give it a second life

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2019, Amazon.com, Inc. or its affiliates



amazon

All ▾

EN Hello, Sign in
Account & Lists ▾     Orders     Cart

Deliver to
Russian Federation

Today's Deals     Help     Registry     Gift Cards     Sell     Your Amazon.com

Shop Happy Holiday deals

Automotive › Motorcycle & Powersports › Parts › Body & Frame Parts › Footrest Accessories

## Motorcycle Rear Black CNC Deep Cut Passenger Stretched Floorboards For Harley Davidson Touring Road Glide Custom Road King Classic CVO
by XKH-MOTO

Price: **$124.99** + $55.99 shipping

- 2 Pieces of billet aluminum to create a cutting-edge see-through design
- Black anodized features machined accents on the top, bottom and side of the floorboard.
- Adds exceptional style and comfort to your bike
- Instantly upgrade your bike impression. Easy Installation.
+ See more product details

New (1) from $124.99

Click image to open expanded view

**$124.99**
+ $55.99 shipping

This item ships to **Russian Federation. Get it by Tuesday, Dec. 31 - Monday, Jan. 13**
Choose this date at checkout.

**Only 15 left in stock - order soon.**

Qty: 1 ▾

$124.99 + $55.99 shipping

 Add to Cart

 Buy Now

Ships from and sold by Secret E.

⊙ Deliver to Russian Federation

Add to List

New (1) from $124.99     ›

Share ✉ 📘 🐦 📌

## Customers also shopped for

Page 1 of 2

‹



HTT Motorcycle Front Black CNC Deep Cut Driver Stretched Floorboards For Harley Davidson Road...
★★★☆☆ 3
$129.99



Senkauto Black Deep Cut Upper Fork Boot Slider Cover for Harley Touring Electra Road Glide King...
★★★★★ 13
$47.99



Passenger Floorboards Mount Bracket Kits for Road King Street Glide Road Glide Electra Glide...
★★★★☆ 96
$109.99



Motorcycle Skull Flame Side Mirrors for 1984-2014 universal to most Harley Road King FLHR...
★★★☆☆ 6
$34.99



Senkauto 5 Hole Derby Timer Cover and Points Covers Kit for Harley 1999-2014 Harley Twin...
★★★★☆ 3
$37.99

›

## Have a question?
Find answers in product info, Q&As, reviews.

🔍 Type your question or keyword

## Product information

### Technical Details

| | |
|---|---|
| Brand | XKH-MOTO |
| Manufacturer Part Number | XKH-216-113P-BK2 |
| Fitting | No |

### Additional Information

| | |
|---|---|
| ASIN | B01HJ67LGS |
| Best Sellers Rank | #6,558,185 in Automotive (See Top 100 in Automotive)<br>#13,633 in Powersports Footrest Accessories |
| Shipping Information | View shipping rates and policies |
| Date First Available | June 24, 2016 |

### Warranty & Support

Warranty, Parts: Parts

**Product Warranty:** For warranty information about this product, please click here.

### Feedback

If you are a seller for this product, would you like to suggest updates through seller support?
Would you like to tell us about a lower price?

## Related video shorts (0)     Upload your video



**Be the first video**
Your name here

## Product description

Feature:
2 Pieces of billet aluminum to create a cutting-edge see-through design
Black anodized features machined accents on the top, bottom and side of the floorboard.
Adds exceptional style and comfort to your bike
Instantly upgrade your bike impression. Easy Installation.

Specifics:
Package Includes: One pair of CNC Deep Cut Passenger Stretched Floorboards (Left and Right)
Color: Black + Silver
Material: Billet CNC Aluminum
Floorboard Size:

EN   Hello, Sign in
Account & Lists

Orders   Cart   0

Deliver to
Latvia

All

Today's Deals   Help   Registry   Gift Cards   Sell

Shop Happy Holiday deals

Automotive › Motorcycle & Powersports › Parts › Body & Frame Parts › Footing Accessories



Click image to open expanded view

Front
eep Cut
ched
For
lson
ir Glide
ide
imited

$75.99

ristmas.

aluminum to
edge see-

eatures
s on the top,
of the

style and
ike
e your bike
Installation.

▸ See more product details

New (1) from $144.99

**$144.99**
+ $75.99 shipping

This item ships to Latvia. **Get it by Tuesday, Dec. 24 - Monday, Dec. 30** Choose this date at checkout.

**Only 15 left in stock - order soon.**

Qty: 1

$144.99 + $75.99 shipping

Add to Cart

Buy Now

Ships from and sold by Secret E.

Deliver to Latvia

Add to List

New (1) from $144.99

Share

## Customers also shopped for



Motorcycle Highway Pegs for Electra Glide Road King Street Glide 1.25" 1 1/4 Engine Guard Highway Bar
15
$69.99



Highway Pegs Foot Rest for Street Glide Electra Glide Road King Road Glide with 1.25 Engine...
18
$74.99



Black Rear Floorboards and Mounting Bracket Compatible with 93-18 Harley Motorcycle Road...
21
$114.99



XKH- Replacement of Chrome Large Footpegs Mounting Kit For Honda GoldWing VTX1300...
28
$59.99

## Have a question?

Find answers in product info, Q&As, reviews

Type your question or keyword

## Product information

### Technical Details

| | |
|---|---|
| Brand | XKH-MOTO |
| Manufacturer Part Number | XKH-216-113F-BK3 |
| Folding | No |

### Additional Information

| | |
|---|---|
| ASIN | B01HJ66E7U |
| Shipping Information | View shipping rates and policies |
| Date First Available | June 24, 2016 |

### Warranty & Support

Warranty, Parts: Parts

**Product Warranty:** For warranty information about this product, please click here

### Feedback

If you are a seller for this product, would you like to **suggest updates through seller support**?

Would you like to **tell us about a lower price**?

### Related video shorts (0)    Upload your video



**Be the first video**

Your name here

## Product description

Feature:
2 Pieces of billet aluminum to create a cutting-edge see-through design
Black anodized features machined accents on the top, bottom and side of the floorboard.
Adds exceptional style and comfort to your bike
Instantly upgrade your bike impression. Easy Installation.

Specifics:
Package Includes: One pair of CNC Deep Cut Driver Stretched Floorboards (Left and Right)
Color: Black + Silver
Material: Billet CNC Aluminum
Weight:3020g
Floorboard Size:
Length: 18" (45.5cm)
Width: 5-5/8" (14.3cm)
Thickness: 1" (2.5cm)
Mounting Space: 8" (20.3cm)

Fitment:
1986 - 1990 Harley-Davidson Heritage - FLST
2006 Harley-Davidson Heritage - FLST
2007 - 2015 Harley-Davidson Heritage Classic (EFI) - FLSTC
1987 - 2006 Harley-Davidson Heritage Classic - FLSTC
2001 - 2006 Harley-Davidson Heritage Classic-Injected - FLSTC-I
1993 Harley-Davidson Heritage Nostalgia - FLSTN
2006 Harley-Davidson Heritage Softail Injected - FLST I
1994 - 1996 Harley-Davidson Heritage Special - FLSTN
1997 - 2003 Harley-Davidson Heritage Springer - FLSTS
2001 - 2003 Harley-Davidson Heritage Springer-Injected - FLSTS-I
1993 - 1994 Harley-Davidson Tour Glide Classic - FLTC
1993 - 1996 Harley-Davidson Tour Glide Ultra Classic - FLTCU
1996 Harley-Davidson Tour Glide Ultra Classic Injected - FLTCU I
2009 - 2013 Harley-Davidson Tri Glide Ultra Classic - FLHTCUTG
2007 - 2015 Harley-Davidson Ultra Classic (EFI) - FLHTCU
1995 - 2006 Harley-Davidson Ultra Classic-Injected - FLHTCU-I
2015 Harley-Davidson Ultra Limited Low-FLHTKL

**Customer Questions & Answers**

See questions and answers

## No customer reviews

| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

**Pages with related products.** See and discover other items: floorboards for harley davidson, floorboards harley davidson, harley davidson floorboards, harley floorboard, harley floorboards

Back to top

**Get to Know Us**

Careers

Blog

About Amazon

Investor Relations

Amazon Devices

Amazon Tours

**Make Money with Us**

Sell on Amazon

Sell Your Services on Amazon

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

› See More

**Amazon Payment Products**

Amazon Business Card

Shop with Points

Reload Your Balance

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

English

$ USD - U.S. Dollar

United States

| Amazon Music | Amazon Advertising | Amazon Drive | 6pm | AbeBooks | ACX |
|---|---|---|---|---|---|
| Stream millions of songs | Find, attract, and engage customers | Cloud storage from Amazon | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy |
| Alexa | Sell on Amazon | Amazon Business | AmazonGlobal | Home Services | Amazon Ignite |
| Actionable Analytics for the Web | Start a Selling Account | Everything For Your Business | Ship Orders Internationally | Handpicked Pros Happiness Guarantee | Sell your original Digital Educational Resources |
| Amazon Rapids | Amazon Web Services | Audible | Book Depository | Box Office Mojo | ComiXology |
| Fun stories for kids on the go | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Books With Free Delivery Worldwide | Find Movie Box Office Data | Thousands of Digital Comics |
| CreateSpace | DPReview | East Dane | Fabric | Goodreads | IMDb |
| Indie Print Publishing Made Easy | Digital Photography | Designer Men's Fashion | Sewing, Quilting & Knitting | Book reviews & recommendations | Movies, TV & Celebrities |
| IMDbPro | Kindle Direct Publishing | Prime Video Direct | Shopbop | Woot! | Zappos |
| Get Info Entertainment Professionals Need | Indie Digital Publishing Made Easy | Video Distribution Made Easy | Designer Fashion Brands | Deals and Shenanigans | Shoes & Clothing |
| Ring | eero WiFi | Neighbors App | Subscribe with Amazon | PillPack | Amazon Second Chance |
| Smart Home Security Systems | Stream 4K Video in Every Room | Real-Time Crime & Safety Alerts | Discover & try subscription services | Pharmacy Simplified | Pass it on, trade it in, give it a second life |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2019, Amazon.com, Inc. or its affiliates

EN · Hello, Sign in Account & Lists · Orders · 0 Cart

Deliver to Russian Federation

All

Today's Deals    Help    Registry    Gift Cards    Sell



**Shop Happy Holiday deals**

Automotive › Motorcycle & Powersports › Parts › Body & Frame Parts › Footing Accessories › Floor Boards



Roll over image to zoom in

### XKH Group Chrome Deep Cut Passenger Foot Boards Floorboard For Harley Touring&Softai

by **XKH-MOTO**

Price: **$109.59** + $119.99 shipping

- Fits 1984-2015 all Touring models and Softails (EXCEPT 2006 and later VRSC V-Rods)
- These Floorboard are the perfect replacement for your factory one.
- Regular replacement of Floorboard can prevent accident and maintain bike performance
- Rubber laid in a pocket on the top surface to provide traction & keep the board looking good
- These Floorboards are longer and wider than stock boards, giving your feet room to move around on long rides

› See more product details

New (1) from $109.59

**$109.59**
+ $119.99 shipping

This item ships to **Russian Federation**. Get it by **Tuesday, Dec. 31 - Monday, Jan. 13** Choose this date at checkout.

**Only 15 left in stock - order soon.**

Qty: 1

$109.59 + $119.99 shipping

Add to Cart

Buy Now

Ships from and sold by **Secret E**.

**Deliver to Russian Federation**

Add to List

New (1) from **$109.59**

Share

## Have a question?

Find answers in product info, Q&As, reviews

Type your question or keyword

## Product information

### Technical Details

| Brand | XKH-MOTO |
|---|---|
| Manufacturer Part Number | XKH-TGHD-H1318-CD |

### Additional Information

| ASIN | B077FZLKY7 |
|---|---|
| Shipping Information | View shipping rates and policies |
| Date First Available | November 14, 2017 |

### Warranty & Support

Warranty, Parts: Parts

**Product Warranty:** For warranty information about this product, please click here

## Feedback

If you are a seller for this product, would you like to **suggest updates through seller support**?

Would you like to **tell us about a lower price**?

# Videos

### Videos for related products



Passenger Floorboards Installation Instructions

Amazon Seller

0:55

KEMIMOTO Passenger Floorboards

Seller Videos

0:08

ISSYZONE Motorcycle Passenger Floorboards Foot Pegs

Seller Videos

0:11

Passenger Instructio

Amazon S

Upload your video

## Product description

**Attributes:**

- These Floorboard are the perfect replacement for your factory one.

- Regular replacement of Floorboard can prevent accident and maintain bike performance

- This item is in high quality and suitable for daily use.

- These Rear boards are longer and wider than stock boards, giving your feet room to move around on long rides

- Rubber laid in a pocket on the top surface to provide traction & keep the board looking good

- Easy installation!

**Specifications:**

- Material: High Quality Aluminum

- Color: Same as picture shown

- Condition: 100% Brand New

- Package Includes:1 pair Footpegs

- Instructions not included

- Position: Rear

**Fitment:**

- Fits 1984-2015 all Touring models and Softails (EXCEPT 2006 and later VRSC V-Rods)

- NOTICE: When install the floorboard,using the Thread-locking Adhesives on the bolt and screw.

## Customer Questions & Answers

See questions and answers

## No customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Back to top

**Get to Know Us**

Careers

Blog

About Amazon

Investor Relations

Amazon Devices

Amazon Tours

**Make Money with Us**

Sell on Amazon

Sell Your Services on Amazon

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

› See More

**Amazon Payment Products**

Amazon Business Card

Shop with Points

Reload Your Balance

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

English        $ USD - U.S. Dollar        United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon<br>Advertising<br>Find, attract, and<br>engage customers | Amazon Drive<br>Cloud storage<br>from Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook<br>Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web |
| Amazon<br>Business<br>Everything For<br>Your Business | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Handpicked Pros<br>Happiness<br>Guarantee | Amazon Ignite<br>Sell your original<br>Digital Educational<br>Resources | Amazon Rapids<br>Fun stories for<br>kids on the go | Amazon Web<br>Services<br>Scalable Cloud<br>Computing Services | Audible<br>Listen to Books &<br>Original<br>Audio Performances |

Book Depository
Books With Free Delivery Worldwide

Box Office Mojo
Find Movie Box Office Data

ComiXology
Thousands of Digital Comics

CreateSpace
Indie Print Publishing Made Easy

DPReview
Digital Photography

East Dane
Designer Men's Fashion

Fabric
Sewing, Quilting & Knitting

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital Publishing Made Easy

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Neighbors App
Real-Time Crime & Safety Alerts

Subscribe with Amazon
Discover & try subscription services

PillPack
Pharmacy Simplified

Amazon Second Chance
Pass it on, trade it in, give it a second life

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2019, Amazon.com, Inc. or its affiliates

EN    Hello, Sign in
Account & Lists ▾    Orders    0 Cart

Deliver to Spain

All ▾

Today's Deals    Help    Registry    Gift Cards    Sell

Shop Happy Holliday deals

Sign in

New customer? Start here.

Automotive › Motorcycle & Powersports › Parts › Body & Frame Parts › Footing Accessories › Floor Boards



Roll over image to zoom in

## XKH Group Deep Cut Rider Front FootBoard Floorboard Fit Harley Touring Softail 84-15 Black

by XKH-MOTO

Price: **$128.59** + $75.99 shipping

**Arrives after Christmas.** Need a gift quickly? Send the gift of Prime or an Amazon Gift Card by email or text message.

- Fits 1984-2015 all Touring models and Softails (EXCEPT 2006 and later VRSC V-Rods)
- These Floorboard are the perfect replacement for your factory one.
- Regular replacement of Floorboard can prevent accident and maintain bike performance
- Rubber laid in a pocket on the top surface to provide traction & keep the board looking good
- These Floorboards are longer and wider than stock boards, giving your feet room to move around on long rides

› See more product details

New (1) from $128.59

**$128.59**
+ $75.99 shipping

This item ships to **Spain**. Get it by **Friday, Dec. 27 - Thursday, Jan. 2**
Choose this date at checkout.

**Only 15 left in stock - order soon.**

Qty: 1

$128.59 + $75.99 shipping

Add to Cart

Buy Now

Ships from and sold by Secret E.

Deliver to Spain

Add to List

New (1) from **$128.59**

Share

Not Found

## Have a question?

Find answers in product info, Q&As, reviews

Type your question or keyword

## Product information

### Technical Details

| Brand | XKH-MOTO |
|---|---|
| Manufacturer Part Number | XKH-TGHD-H1317-BK |

### Additional Information

| ASIN | B077GB7CKP |
|---|---|
| Shipping Information | View shipping rates and policies |
| Date First Available | November 14, 2017 |

### Warranty & Support

Warranty, Parts: Parts

**Product Warranty:** For warranty information about this product, please click here

Feedback

If you are a seller for this product, would you like to **suggest updates through seller support**?
Would you like to **tell us about a lower price**?

# Videos

### Videos for related products



| | | | |
|---|---|---|---|
| 0:55 | 0:08 | 0:11 | |
| Passenger Floorboards Installation Instructions | KEMIMOTO Passenger Floorboards | ISSYZONE Motorcycle Passenger Floorboards Foot Pegs | Passenger Flo... Instruction |
| Amazon Seller | Seller Videos | Seller Videos | Amazon Seller |

Upload your video

## Product description

**Attributes:**

- These Floorboard are the perfect replacement for your factory one.

- Regular replacement of Floorboard can prevent accident and maintain bike performance

- This item is in high quality and suitable for daily use.

- These Front boards are longer and wider than stock boards, giving your feet room to move around on long rides

- Rubber laid in a pocket on the top surface to provide traction & keep the board looking good

- Easy installation!

**Specifications:**

- Material: High Quality Aluminum

- Color: Same as picture shown

- Condition: 100% Brand New

- Package Includes:1 pair Footpegs

- Instructions not included

- Position: Front

**Fitment:**

- Fits 1984-2015 all Touring models and Softails (EXCEPT 2006 and later VRSC V-Rods)

- NOTICE: When install the floorboard,using the Thread-locking Adhesives on the bolt and screw.

Not Found

---

**Customer Questions & Answers**

See questions and answers

---

# No customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

---

Not Found

Not Found

Back to top

## Get to Know Us

Careers

Blog

About Amazon

Investor Relations

Amazon Devices

Amazon Tours

## Make Money with Us

Sell on Amazon

Sell Your Services on Amazon

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

› See More

## Amazon Payment Products

Amazon Business Card

Shop with Points

Reload Your Balance

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

---

| English | $ USD - U.S. Dollar | United States |

**Amazon Music**
Stream millions of songs

**Amazon Advertising**
Find, attract, and engage customers

**Amazon Drive**
Cloud storage from Amazon

**6pm**
Score deals on fashion brands

**AbeBooks**
Books, art & collectibles

**ACX**
Audiobook Publishing Made Easy

**Alexa**
Actionable Analytics for the Web

**Sell on Amazon**
Start a Selling Account

**Amazon Business**
Everything For Your Business

**AmazonGlobal**
Ship Orders Internationally

**Home Services**
Handpicked Pros Happiness Guarantee

**Amazon Ignite**
Sell your original Digital Educational Resources

**Amazon Rapids**
Fun stories for kids on the go

**Amazon Web Services**
Scalable Cloud Computing Services

**Audible**
Listen to Books & Original Audio Performances

**Book Depository**
Books With Free Delivery Worldwide

**Box Office Mojo**
Find Movie Box Office Data

**ComiXology**
Thousands of Digital Comics

**CreateSpace**
Indie Print Publishing Made Easy

**DPReview**
Digital Photography

**East Dane**
Designer Men's Fashion

**Fabric**
Sewing, Quilting & Knitting

**Goodreads**
Book reviews & recommendations

**IMDb**
Movies, TV & Celebrities

**IMDbPro**
Get Info Entertainment Professionals Need

**Kindle Direct Publishing**
Indie Digital Publishing Made Easy

**Prime Video Direct**
Video Distribution Made Easy

**Shopbop**
Designer Fashion Brands

**Woot!**
Deals and Shenanigans

**Zappos**
Shoes & Clothing

**Ring**
Smart Home Security Systems

**eero WiFi**
Stream 4K Video in Every Room

**Neighbors App**
Real-Time Crime & Safety Alerts

**Subscribe with Amazon**
Discover & try subscription services

**PillPack**
Pharmacy Simplified

**Amazon Second Chance**
Pass it on, trade it in, give it a second life

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2019, Amazon.com, Inc. or its affiliates



## XKH- Deep Cut Brake Arm Kit Shift Lever W/Shifter Pegs For Harley Touring 2008-2013

by XKH MOTOR

Price: $81.99 & FREE Shipping

**May arrive after Christmas.**

- Each Brake Arm is CNC machined from billet aluminum with black anodized finish
- Each kit includes: Brake Arm, Heel/Toe Shifter
- Arm and Shifter length are 1" longer than stock
- Includes a billet Shift Peg
- Comfortable and Stylish Design Upgrade Your Bike Impression
- See more product details

New (1) from $81.99 + FREE Shipping

Package Includes:
- SET Front&Rear Shift Lever
- 1PC Brake Arm Lever w/Peg Pedal

Roll over image to zoom in

**15% off SuperHandy**
An Amazon Exclusive Brand
Shop now

**$81.99**
& FREE Shipping

Get it as soon as Dec. 20 - 27 when you choose **Expedited Shipping** at checkout.

**Only 15 left in stock - order soon.**

Qty: 1

$81.99 + Free Shipping

Add to Cart

Buy Now

Ships from and sold by Secret E.

**Add a Protection Plan:**
Assurant 3-Year Auto Parts Protection Plan $75-99.99 for $15.99

Deliver to Auburn 98001

Add to List

New (1) from
$81.99 + FREE Shipping

Share

### Special offers and product promotions

- **Your cost could be $21.99 instead of $81.99!** Get a $60 Amazon Gift Card instantly upon approval for the **Amazon Rewards Visa Card.** Apply now

### Have a question?

Find answers in product info, Q&A, reviews.

Type your question or keyword

## Product information

### Technical Details

| | |
|---|---|
| Brand | XKH MOTOR |
| Manufacturer Part Number | XKH-TOHD-FB021-BK2 |

### Additional Information

| | |
|---|---|
| ASIN | B07GGHTQ0W |
| Shipping Information | View shipping rates and policies |
| Date First Available | August 14, 2018 |

### Warranty & Support

Warranty, Parts: Parts

**Product Warranty:** For warranty information about this product, please click here

### Feedback

If you are a seller for this product, would you like to suggest updates through seller support?
Would you like to tell us about a lower price?

## Videos

Videos for related products


Highway Pegs Install Instruction
Amazon Seller


Xprite Front Foot Pegs with U.S. Flag for 2018-2019 Jeep Wrangl...
Seller Videos


1~1.25 inch Highway Pegs Install Instruction
Amazon Seller


honda foot pegs show
AmazonSeller

Page 1 of 3

Upload your video

## Product description

**Feature:**
- Each Brake Arm is CNC machined from billet aluminum with the black anodized finish
- Includes billet Shift Peg
- Replace Standard H-D Male Shift Lever and Shifter Peg



Try Prime

Automotive Parts & Accessories

EN    Hello, Sign in    Account & Lists    Orders    Try Prime    0 Cart

Deliver to Auburn 98001

Last-Minute Deals    Best Sellers    Find a Gift

Sign in

New customer? Start here.

Automotive    Your Garage    Deals & Rebates    Best Sellers    Parts    Accessories    Tools & Equipment    Car Care    Motorcycle & Pow

★ Shop last-minute deals Check your list twice ▸

Automotive › Motorcycle & Powersports › Parts › Body & Frame Parts › Footing Accessories



Click image to open expanded view

### Motorcycle Front Rear Black CNC Deep Cut Driver Passenger Stretched Floorboards For Harley Davidson Heritage Tour Glide Classic Tri Glide Ultra Ultra Limited

by XKH-MOTO

Price: **$240.99** & FREE Shipping

**May arrive after Christmas.**

- 4 Pieces of billet aluminum to create a cutting-edge see-through design
- Black anodized features machined accents on the top, bottom and side of the floorboard.
- Adds exceptional style and comfort to your bike
- Instantly upgrade your bike impression. Easy Installation.

❯ See more product details

New (1) from $240.99 + FREE Shipping





$240.99
& **FREE Shipping**

**Get it as soon as Dec. 20 - 27** when you choose **Expedited Shipping** at checkout.

**Only 15 left in stock - order soon.**

Qty: 1

$240.99 + Free Shipping

Add to Cart

Buy Now

Ships from and sold by Secret E.

**Add a Protection Plan:**
☐ Assurant 3-Year Auto Parts Protection Plan $200-249.99 for $21.09

Deliver to Auburn 98001

Add to List

New (1) from
$240.99 + FREE Shipping

Share

## Customers also shopped for







HTT Motorcycle Front Rear Black CNC Deep Cut Driver Passenger Stretched Floorboards For Harley...
1
$219.99

Left Right Edge Cutting Footpegs + Passenger Foot Pegs Mount Kit Compatible with 2006...
1
$64.49

2 Pairs Front Rear CNC Aluminum Foot Pegs + Passenger Footpegs Mount Kit Compatible with 2006-2017 Harley Dyna Fat...
$69.99

## Special offers and product promotions

- Your cost could be $180.99 instead of $240.99! Get a $60 Amazon Gift Card instantly upon approval for the Amazon Rewards Visa Card Apply now

## Have a question?

Find answers in product info, Q&As, reviews

> Type your question or keyword

## Product information

### Technical Details

| | |
|---|---|
| Brand | XKH-MOTO |
| Manufacturer Part Number | XKH-216-113F+R-BK3 |
| Folding | No |

### Additional Information

| | |
|---|---|
| ASIN | B01HJ684IC |
| Best Sellers Rank | #6,174,656 in Automotive (See Top 100 in Automotive) #12,822 in Powersports Footing Accessories |
| Shipping Information | View shipping rates and policies |
| Date First Available | June 24, 2016 |

### Warranty & Support

Warranty, Parts: Parts

**Product Warranty:** For warranty information about this product, please click here

### Feedback

If you are a seller for this product, would you like to suggest updates through seller support?
Would you like to tell us about a lower price?

## Related video shorts (0)   Upload your video



**Be the first video**

Your name here

## Product description

Feature:
4 Pieces of billet aluminum to create a cutting-edge see-through design
Black anodized features machined accents on the top, bottom and side of the floorboard.
Adds exceptional style and comfort to your bike
Instantly upgrade your bike impression. Easy Installation.

Specifics:
Package Includes: One pair of CNC Deep Cut Driver Stretched Floorboards (Left and Right)+One pair of CNC Deep Cut Passenger Stretched Floorboards (Left and Right)
Color: Black + Silver
Material: Billet CNC Aluminum

Fitment:
1986 - 1990 Harley-Davidson Heritage - FLST
2006 Harley-Davidson Heritage - FLST
2007 - 2015 Harley-Davidson Heritage Classic (EFI) - FLSTC
1987 - 2006 Harley-Davidson Heritage Classic - FLSTC
2001 - 2006 Harley-Davidson Heritage Classic-Injected - FLSTC-I
1993 Harley-Davidson Heritage Nostalgia - FLSTN
2006 Harley-Davidson Heritage Softail Injected - FLST I
1994 - 1996 Harley-Davidson Heritage Special - FLSTN
1997 - 2003 Harley-Davidson Heritage Springer - FLSTS
2001 - 2003 Harley-Davidson Heritage Springer-Injected - FLSTS-I
1993 - 1994 Harley-Davidson Tour Glide Classic - FLTC

1993 - 1996 Harley-Davidson Tour Glide Ultra Classic - FLTCU
1996 Harley-Davidson Tour Glide Ultra Classic Injected - FLTCU I
2009 - 2013 Harley-Davidson Tri Glide Ultra Classic - FLHTCUTG
2007 - 2015 Harley-Davidson Ultra Classic (EFI) - FLHTCU
1995 - 2006 Harley-Davidson Ultra Classic-Injected - FLHTCU-I
2015 Harley-Davidson Ultra Limited Low-FLHTKL

## Customer Questions & Answers

See questions and answers

## No customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

**Pages with related products.** See and discover other items: floorboards for harley davidson, floorboards harley davidson, harley davidson floorboards, harley davidson foot pegs, harley davidson passenger floorboards, harley floorboards

Back to top

**Get to Know Us**

Careers

Blog

About Amazon

Press Center

Investor Relations

Amazon Devices

Amazon Tours

**Make Money with Us**

Sell on Amazon

Sell Under Amazon Accelerator

Sell on Amazon Handmade

Sell Your Services on Amazon

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

**Amazon Payment Products**

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Business Card

Amazon.com Corporate Credit Line

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

Advertise Your Products

Self-Publish with Us

› See More

---

English

United States

Amazon Music
Stream millions
of songs

Amazon
Advertising
Find, attract, and
engage customers

Amazon Drive
Cloud storage
from Amazon

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Alexa
Actionable Analytics
for the Web

Sell on Amazon
Start a Selling
Account

Amazon Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your
Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Handpicked Pros
Happiness
Guarantee

Amazon Ignite
Sell your original
Digital Educational
Resources

Amazon Rapids
Fun stories for
kids on the go

Amazon Web
Services
Scalable Cloud
Computing Services

Audible
Listen to Books &
Original
Audio Performances

Book
Depository
Books With Free
Delivery
Worldwide

Box Office Mojo
Find Movie
Box Office Data

ComiXology
Thousands of
Digital Comics

CreateSpace
Indie Print
Publishing
Made Easy

DPReview
Digital
Photography

East Dane
Designer Men's
Fashion

Fabric
Sewing, Quilting
& Knitting

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals
Need

Kindle Direct
Publishing
Indie Digital
Publishing
Made Easy

Prime Now
FREE 2-hour Delivery
on Everyday Items

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon
Warehouse
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Neighbors App
Real-Time Crime
& Safety Alerts

Subscribe with
Amazon
Discover & try
subscription services

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Amazon Second
Chance
Pass it on, trade it in,
give it a second life

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2019, Amazon.com, Inc. or its affiliates

Deliver to
Georgia

All ▾

EN
Hello, Sign in
Account & Lists ▾    Orders    0 Cart

Today's Deals    Help    Registry    Gift Cards    Sell

**Shop Happy Holiday deals**

Automotive › Motorcycle & Powersports › Parts › Body & Frame Parts › Footing Accessories



Click image to open expanded view

## Motorcycle Front
Black CNC Deep Cut
er Stretched
rboards For
ey Davidson
ing Road Glide
om Road King
sic CVO

-MOTO

$144.99 + $95.99
shipping

**rive after Christmas.**

eces of billet aluminum to
te a cutting-edge see-
ugh design
k anodized features
chined accents on the top,
om and side of the
rboard.
s exceptional style and
fort to your bike
...antly upgrade your bike
impression. Easy Installation.

› See more product details

New (1) from $144.99

$144.99
+ $95.99 shipping

This item ships to **Georgia. Get it
by Tuesday, Dec. 24 – Monday,
Dec. 30** Choose this date at
checkout.

**Only 15 left in stock -
order soon.**

Qty: 1

$144.99 + $95.99 shipping

Add to Cart

Buy Now

Ships from and sold by Secret E.

Deliver to Georgia

Add to List

New (1) from $144.99

Share

## Have a question?

Find answers in product info, Q&As, reviews

Type your question or keyword

## Product information

### Technical Details

| Brand | XKH-MOTO |
| --- | --- |
| Manufacturer Part Number | XKH-216-113F-BK5 |
| Folding | No |

### Additional Information

| ASIN | B01HJ67DRU |
| --- | --- |
| Shipping Information | View shipping rates and policies |
| Date First Available | June 24, 2016 |

### Warranty & Support

Warranty, Parts: Parts

**Product Warranty:** For warranty information about this product, please click here

### Feedback

If you are a seller for this product, would you like to **suggest updates through seller support**?

Would you like to **tell us about a lower price**?

## Related video shorts (0)    Upload your video



**Be the first video**

Your name here

## Product description

Feature:
2 Pieces of billet aluminum to create a cutting-edge see-through design
Black anodized features machined accents on the top, bottom and side of the floorboard.
Adds exceptional style and comfort to your bike
Instantly upgrade your bike impression. Easy Installation.

Specifics:
Package Includes: One pair of CNC Deep Cut Driver Stretched Floorboards (Left and Right)
Color: Black + Silver
Material: Billet CNC Aluminum
Weight:3020g
Floorboard Size:
Length: 18" (45.5cm)
Width: 5-5/8" (14.3cm)
Thickness: 1" (2.5cm)
Mounting Space: 8" (20.3cm)

Fitment:
Touring Electra Glide Ultra Classic EFI FLHTCUI : 1995–2006
Touring Electra Glide Ultra Classic FLHTCU : 1989–1998, 2005, 2007–2015
Touring Road Glide Custom CVO Anniversary FLTRXSE2 : 2013
Touring Road Glide Custom CVO FLTRXSE : 2012
Touring Road Glide Custom CVO FLTRXSE2 : 2013
Touring Road Glide Custom FLTRX : 2010–2013
Touring Road Glide CVO FLTRSE3 : 2009
Touring Road Glide EFI CVO FLTRSEI : 2000
Touring Road Glide EFI CVO FLTRSEI2 : 2001
Touring Road Glide EFI FLTRI : 1998–2006
Touring Road Glide FLTR : 1998–2009
Touring Road Glide Ultra CVO FLTRUSE : 2011
Touring Road Glide Ultra FLTRU : 2011–2013
Touring Road King Classic EFI FLHRCI : 1998–2006
Touring Road King Classic FLHRC : 2007–2015
Touring Road King Custom EFI FLHRSI : 2004–2006
Touring Road King Custom FLHRS : 2004–2007
Touring Road King CVO Anniversary FLHRSE5 : 2013
Touring Road King CVO EFI FLHRSEI : 2002
Touring Road King CVO EFI FLHRSEI2 : 2003
Touring Road King CVO FLHRSE3 : 2007
Touring Road King CVO FLHRSE4 : 2008
Touring Road King CVO FLHRSE5 : 2013
Touring Road King CVO FLHRSE6 : 2014

## Customer Questions & Answers

See questions and answers

## No customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

**Pages with related products.** See and discover other items: floorboards for harley davidson, floorboards harley davidson, harley davidson floorboards, harley floorboard, harley floorboards

Back to top

**Get to Know Us**

Careers

Blog

About Amazon

Investor Relations

Amazon Devices

Amazon Tours

**Make Money with Us**

Sell on Amazon

Sell Your Services on Amazon

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

❯ See More

**Amazon Payment Products**

Amazon Business Card

Shop with Points

Reload Your Balance

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

English

$ USD - U.S. Dollar

United States

Amazon Music
Stream millions
of songs

Alexa
Actionable Analytics
for the Web

Amazon Rapids
Fun stories for
kids on the go

CreateSpace
Indie Print Publishing
Made Easy

Amazon Advertising
Find, attract, and
engage customers

Sell on Amazon
Start a Selling Account

Amazon Web Services
Scalable Cloud
Computing Services

DPReview
Digital
Photography

Amazon Drive
Cloud storage
from Amazon

Amazon Business
Everything For
Your Business

Audible
Listen to Books & Original
Audio Performances

East Dane
Designer Men's
Fashion

6pm
Score deals
on fashion brands

AmazonGlobal
Ship Orders
Internationally

Book Depository
Books With Free
Delivery Worldwide

Fabric
Sewing, Quilting
& Knitting

AbeBooks
Books, art
& collectibles

Home Services
Handpicked Pros
Happiness Guarantee

Box Office Mojo
Find Movie
Box Office Data

Goodreads
Book reviews
& recommendations

ACX
Audiobook Publishing
Made Easy

Amazon Ignite
Sell your original
Digital Educational
Resources

ComiXology
Thousands of
Digital Comics

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info Entertainment
Professionals Need

Kindle Direct Publishing
Indie Digital Publishing
Made Easy

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Neighbors App
Real-Time Crime
& Safety Alerts

Subscribe with Amazon
Discover & try
subscription services

PillPack
Pharmacy Simplified

Amazon Second Chance
Pass it on, trade it in,
give it a second life

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996–2019, Amazon.com, Inc. or its affiliates



Automotive › Motorcycle & Powersports › Parts › Body & Frame Parts › Footing Accessories › Floor Boards



Roll over image to zoom in

## XKH Group Deep Cut Rider Front FootBoard Floorboard Fit Harley Touring Softail 84-15 Chrome

by XKH-MOTO

Price: **$138.99** & **FREE Shipping**

**May arrive after Christmas.**

- Fits 1984-2015 all Touring models and Softails (EXCEPT 2006 and later VRSC V-Rods)
- Fits 1984-2015 all Touring models and Softails (EXCEPT 2006 and later VRSC V-Rods)
- Regular replacement of Floorboard can prevent accident and maintain bike performance
- Rubber laid in a pocket on the top surface to provide traction & keep the board looking good
- These Floorboards are longer and wider than stock boards, giving your feet room to move around on long rides

› See more product details

New (1) from $138.99 + FREE Shipping



15% off SuperHandy
Shop now ›

$138.99
& **FREE Shipping**

**Get it as soon as Dec. 20 - 27** when you choose **Expedited Shipping** at checkout.

**Only 15 left in stock - order soon.**

Qty: 1

$138.99 + Free Shipping

[ Add to Cart ]

[ Buy Now ]

Ships from and sold by Secret E.

**Add a Protection Plan:**

☐ Assurant 3-Year Auto Parts Protection Plan $125-149.99 for $5.92

Deliver to Auburn 98001

[ Add to List ]

New (1) from
$138.99 + FREE Shipping

Share

## Have a question?

Find answers in product info, Q&As, reviews

[ Type your question or keyword ]

## Product information

### Technical Details

| Brand | XKH-MOTO |
|---|---|
| Manufacturer Part Number | XKH-TGHD-H1317-CD |

### Additional Information

| ASIN | B077FPNQ3V |
|---|---|
| Shipping Information | View shipping rates and policies |
| Date First Available | November 14, 2017 |

### Warranty & Support

Warranty, Parts: Parts

**Product Warranty:** For warranty information about this product, please click here

### Feedback

If you are a seller for this product, would you like to suggest updates through seller support?

Would you like to tell us about a lower price?

# Videos

## Videos for related products



0:55
Passenger Floorboards Installation Instructions
Amazon Seller

0:08
KEMIMOTO Passenger Floorboards
Seller Videos

0:11
ISSYZONE Motorcycle Passenger Floorboards Foot Pegs
Seller Videos

Passenger
Instructi
Amazon S

Upload your video

## Product description

**Attributes:**

- These Floorboard are the perfect replacement for your factory one.

- Regular replacement of Floorboard can prevent accident and maintain bike performance

- This item is in high quality and suitable for daily use.

- These Front boards are longer and wider than stock boards, giving your feet room to move around on long rides

- Rubber laid in a pocket on the top surface to provide traction & keep the board looking good

- Easy installation!

**Specifications:**

- Material: High Quality Aluminum

- Color: Same as picture shown

- Condition: 100% Brand New

- Package Includes:1 pair Footpegs

- Instructions not included

- Position: Front

**Fitment:**

- Fits 1984-2015 all Touring models and Softails (EXCEPT 2006 and later VRSC V-Rods)

- NOTICE: When install the floorboard,using the Thread-locking Adhesives on the bolt and screw.

## Customer Questions & Answers

See questions and answers

## No customer reviews

| 5 star | | 0% |
|---|---|---|
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Back to top

**Get to Know Us**

Careers

Blog

About Amazon

Press Center

Investor Relations

Amazon Devices

Amazon Tours

**Make Money with Us**

Sell on Amazon

Sell Under Amazon Accelerator

Sell on Amazon Handmade

Sell Your Services on Amazon

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

**Amazon Payment Products**

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Business Card

Amazon.com Corporate Credit Line

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

Advertise Your Products

Self-Publish with Us

› See More

---

English   |   United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon<br>Advertising<br>Find, attract, and<br>engage customers | Amazon Drive<br>Cloud storage<br>from Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook<br>Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web |
| Sell on Amazon<br>Start a Selling<br>Account | Amazon Business<br>Everything For<br>Your Business | Amazon Fresh<br>Groceries & More<br>Right To Your<br>Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Handpicked Pros<br>Happiness<br>Guarantee | Amazon Ignite<br>Sell your original<br>Digital Educational<br>Resources | Amazon Rapids<br>Fun stories for<br>kids on the go |
| Amazon Web<br>Services<br>Scalable Cloud<br>Computing Services | Audible<br>Listen to Books &<br>Original<br>Audio Performances | Book<br>Depository<br>Books With Free<br>Delivery<br>Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print<br>Publishing<br>Made Easy | DPReview<br>Digital<br>Photography |
| East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>&<br>recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info<br>Entertainment<br>Professionals<br>Need | Kindle Direct<br>Publishing<br>Indie Digital<br>Publishing<br>Made Easy | Prime Now<br>FREE 2-hour Delivery<br>on Everyday Items |
| Amazon Photos<br>Unlimited Photo<br>Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion Brands | Amazon<br>Warehouse<br>Great Deals on<br>Quality Used<br>Products | Whole Foods<br>Market<br>America's<br>Healthiest<br>Grocery Store | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing |
| Ring<br>Smart Home<br>Security Systems | eero WiFi<br>Stream 4K Video<br>in Every Room | Neighbors App<br>Real-Time Crime<br>& Safety Alerts | Subscribe with<br>Amazon<br>Discover & try<br>subscription services | PillPack<br>Pharmacy<br>Simplified | Amazon Renewed<br>Like-new products<br>you can trust | Amazon Second<br>Chance<br>Pass it on, trade it in,<br>give it a second life |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2019, Amazon.com, Inc. or its affiliates

☰  amazon    All ▾   [search]    🔍       EN ▾   Hello, Sign in
                                                    Account & Lists ▾    Orders    🛒 Cart

⦿ Deliver to
  Romania       Today's Deals   Help   Registry   Gift Cards   Sell   Your Amazon.com      Shop Happy Holiday deals

Automotive › Motorcycle & Powersports › Parts › Body & Frame Parts › Footing Accessories



    

Click image to open expanded view

## Motorcycle Front Black CNC Deep Cut Driver Stretched Floorboards For Harley Davidson Touring Road King FLHR /Touring Street Glide CVO /Trike Street Glide

by XKH-MOTO

★★★☆☆ ▾    2 ratings

Price: **$144.99** + $75.99 shipping

**May arrive after Christmas.**

+ 2 Pieces of billet aluminum to create a cutting-edge see-through design
+ Black anodized features machined accents on the top, bottom and side of the floorboard.
+ Adds exceptional style and comfort to your bike
+ Instantly upgrade your bike impression. Easy Installation.

See more product details

New (1) from $144.99



**$144.99**
+ $75.99 shipping

This item ships to **Romania. Get it by Tuesday, Dec. 24 - Monday, Dec. 30** Choose this date at checkout

**Only 15 left in stock - order soon.**

Qty: 1 ▾

$144.99 + $75.99 shipping

[ Add to Cart ]

[ Buy Now ]

Ships from and sold by Secret E.

⦿ Deliver to Romania

[ Add to List ]

New (1) from $144.99                >

Share ✉ f 🐦 📌

## Customers also shopped for

Page 1 of 2



HTT Motorcycle Front Black CNC Deep Cut Driver Stretched Floorboards For Harley Davidson Road...
★★☆☆☆ 3
$129.99

DLLL Motorcycle CNC Deep Cut Front Axle Cover Bolt Caps For Harley Davidson Dyna Sportster XL 883...
★★★★★ 5
$22.99

Custom Motorcycle CNC Rear View Side Mirrors For Harley Sportster Road King Street Electra Glide Dyna Softail Road Glide...
★★★★★ 5
$29.98

Tridicks 1 Pair Black Motorcycle Rear View Side Mirrors For Harley Road King Street Electra Glide Sportster Street...
★★★☆☆ 12
$31.99

Black Motorcycle Rearview Side Mirrors for Road King Sportster Street Glide Electra Glide Dyna...
★★★★★ 2
$27.99

## Have a question?

Find answers in product info, Q&As, reviews.

🔍 Type your question or keyword

## Product information

### Technical Details

| | |
|---|---|
| Brand | XKH-MOTO |
| Manufacturer Part Number | XKH-216-113F-BK6 |
| Folding | No |

### Additional Information

| | |
|---|---|
| ASIN | B01HJ6TFZU |
| Customer Reviews | ★★★☆☆ ▾ 3 ratings
2.4 out of 5 stars |
| Best Sellers Rank | #3,639,113 in Automotive (See Top 100 in Automotive)
#7,089 in Powersports Footing Accessories |
| Shipping Information | View shipping rates and policies |
| Date First Available | June 24, 2016 |

### Warranty & Support

Warranty: Parts: Parts

**Product Warranty:** For warranty information about this product, please click here

### Feedback

If you are a seller for this product, would you like to **suggest updates through seller support**?
Would you like to **tell us about a lower price**?

## Related video shorts (0)  Upload your video



**Be the first video**

Your name here

## Product description

Feature:
2 Pieces of billet aluminum to create a cutting-edge see-through design
Black anodized features machined accents on the top, bottom and side of the floorboard.
Adds exceptional style and comfort to your bike
Instantly upgrade your bike impression. Easy Installation.

Specifics:
Package includes: One pair of CNC Deep Cut Driver Stretched Floorboards (Left and Right).





EN
Hello, Sign in
Account & Lists
Orders
Cart 0

Deliver to
Belarus

Today's Deals    Help    Registry    Gift Cards    Sell

Shop Happy Holiday deals

Automotive › Motorcycle & Powersports › Parts › Body & Frame Parts › Footing Accessories



Click image to open expanded view

New (1) from $144.99

Front
eep Cut
ched
For
lson
Road
Glide

$95.99

ristmas.

aluminum to
edge see-

eatures
s on the top,
of the

style and
bike
e your bike
Installation.
details

$144.99
+ $95.99 shipping

This item ships to **Belarus**. **Get it by Tuesday, Dec. 24 – Monday, Dec. 30** Choose this date at checkout.

**Only 15 left in stock - order soon.**

Qty: 1

$144.99 + $95.99 shipping

Add to Cart

Buy Now

Ships from and sold by Secret E.

Deliver to Belarus

Add to List

New (1) from $144.99

Share

---

## Customers also shopped for

Page 1 of 2



HTT Motorcycle Front Black CNC Deep Cut Driver Stretched Floorboards For Harley Davidson Road...
3
$129.99



Motorcycle Highway Pegs Foot Peg for Softail Sportster Electra Road Glide Road King Street...
48
$64.99



8mm Black Motorcycle Aluminum Side Mirrors for Sportster XL 883 1200 Road King V-Rod Street...
13
$31.99

---

## Have a question?

Find answers in product info, Q&As, reviews

Type your question or keyword

## Product information

### Technical Details

| | |
|---|---|
| Brand | XKH-MOTO |
| Manufacturer Part Number | XKH-216-113F-BK2 |
| Folding | No |

### Additional Information

| | |
|---|---|
| ASIN | B01HJ66B8M |
| Shipping Information | View shipping rates and policies |
| Date First Available | June 24, 2016 |

### Warranty & Support

Warranty, Parts: Parts

**Product Warranty:** For warranty information about this product, please click here

### Feedback

If you are a seller for this product, would you like to suggest updates through seller support?

Would you like to tell us about a lower price?

### Related video shorts (0)   Upload your video



**Be the first video**

Your name here

## Product description

Feature:
2 Pieces of billet aluminum to create a cutting-edge see-through design
Black anodized features machined accents on the top, bottom and side of the floorboard.
Adds exceptional style and comfort to your bike
Instantly upgrade your bike impression. Easy Installation.

Specifics:
Package Includes: One pair of CNC Deep Cut Driver Stretched Floorboards (Left and Right)
Color: Black + Silver
Material: Billet CNC Aluminum
Weight:3020g
Floorboard Size:
Length: 18" (45.5cm)
Width: 5-5/8" (14.3cm)
Thickness: 1" (2.5cm)
Mounting Space: 8" (20.3cm)

Fitment:
2007 - 2009 Harley-Davidson Road Glide (EFI) - FLTR
1998 - 2002 Harley-Davidson Road Glide - FLTR
2010 - 2013 Harley-Davidson Road Glide Custom - FLTRX
2015 Harley-Davidson Road Glide Custom - FLTRX
2015 Harley-Davidson Road Glide Special-FLTRXS
2011 - 2013 Harley-Davidson Road Glide Ultra - FLTRU
1998 - 2006 Harley-Davidson Road Glide-Injected - FLTR-I
2007 - 2015 Harley-Davidson Road King (EFI) - FLHR
1994 - 2006 Harley-Davidson Road King - FLHR
2007 - 2013 Harley-Davidson Road King Classic (EFI) - FLHRC
1998 - 2006 Harley-Davidson Road King Classic Injected - FLHRC I
2007 Harley-Davidson Road King Custom (EFI) - FLHRS
2004 - 2006 Harley-Davidson Road King Custom - FLHRS
2004 - 2006 Harley-Davidson Road King Custom Injected - FLHRS I
1996 - 2006 Harley-Davidson Road King-Injected - FLHR-I
2007 - 2015 Harley-Davidson Street Glide (EFI) - FLHX
2006 Harley-Davidson Street Glide - FLHX
2014 - 2015 Harley-Davidson Street Glide Special - FLHXS

2010 - 2011 Harley-Davidson Street Glide Trike - FLHXXX
2006 Harley-Davidson Street Glide-Injected - FLHX-I

## Customer Questions & Answers

See questions and answers

## No customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

**Pages with related products.** See and discover other items: floorboards for harley davidson, floorboards harley davidson, harley davidson floorboards, harley floorboard, harley floorboards

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Business Card | Your Account |
| Blog | Sell Your Services on Amazon | Shop with Points | Your Orders |
| About Amazon | Sell on Amazon Business | Reload Your Balance | Shipping Rates & Policies |
| Investor Relations | Sell Your Apps on Amazon | Amazon Currency Converter | Returns & Replacements |
| Amazon Devices | Become an Affiliate | | Manage Your Content and Devices |
| Amazon Tours | Advertise Your Products | | Amazon Assistant |
| | Self-Publish with Us | | Help |
| | › See More | | |

English    $ USD - U.S. Dollar    United States

| Amazon Music | Amazon | Amazon Drive | 6pm | AbeBooks | ACX | Alexa |
|---|---|---|---|---|---|---|
| Stream millions of songs | Advertising Find, attract, and engage customers | Cloud storage from Amazon | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Actionable Analytics for the Web |
| Amazon Business | AmazonGlobal | Home Services | Amazon Ignite | Amazon Rapids | Amazon Web Services | Audible |
| Everything For Your Business | Ship Orders Internationally | Handpicked Pros Happiness Guarantee | Sell your original Digital Educational Resources | Fun stories for kids on the go | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances |
| Book Depository | Box Office Mojo | ComiXology | CreateSpace | DPReview | East Dane | Fabric |
| Books With Free Delivery Worldwide | Find Movie Box Office Data | Thousands of Digital Comics | Indie Print Publishing Made Easy | Digital Photography | Designer Men's Fashion | Sewing, Quilting & Knitting |
| Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Prime Video Direct | Shopbop | Woot! |
| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital Publishing Made Easy | Video Distribution Made Easy | Designer Fashion Brands | Deals and Shenanigans |
| Zappos | Ring | eero WiFi | Neighbors App | Subscribe with Amazon | PillPack | Amazon Second Chance |
| Shoes & Clothing | Smart Home Security Systems | Stream 4K Video in Every Room | Real-Time Crime & Safety Alerts | Discover & try subscription services | Pharmacy Simplified | Pass it on, trade it in, give it a second life |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2019, Amazon.com, Inc. or its affiliates



Automotive › Motorcycle & Powersports › Parts › Body & Frame Parts › Footing Accessories



## Motorcycle Rare Black CNC Deep Cut Passenger Stretched Floorboards For Harley Davidson Heritage Tour Glide Classic Tri Glide Ultra Ultra Limited
by XKH-MOTO

Price: $124.99 + $95.99 shipping

**May arrive after Christmas.**

- 2 Pieces of billet aluminum to create a cutting-edge see-through design
- Black anodized features machined accents on the top, bottom and side of the floorboard
- Adds exceptional style and comfort to your bike
- Instantly upgrade your bike impression. Easy Installation.

▸ See more product details

New (1) from $124.99

Click image to open expanded view

### Have a question?

Find answers in product info, Q&A's, reviews

🔍 Type your question or keyword



$124.99
+ $95.99 shipping

This item ships to **Moldova, Republic of**. Get it by **Tuesday, Dec. 24 - Monday, Dec. 30**
Choose this date at checkout.

**Only 15 left in stock - order soon.**

Qty: 1

$124.99 + $95.99 shipping

 Add to Cart

 Buy Now

Ships from and sold by Secret E.

📍 Deliver to Moldova, Republic of

Add to List

New (1) from $124.99

Share ✉ f 🐦 📌

## Product information

### Technical Details

| | |
|---|---|
| Brand | XKH-MOTO |
| Manufacturer Part Number | XKH-216-113R-BK3 |
| Folding | No |

### Additional Information

| | |
|---|---|
| ASIN | B01HJ66LE6 |
| Best Sellers Rank | #6,099,105 in Automotive (See Top 100 in Automotive)<br>#12,663 in Powersports Footing Accessories |
| Shipping Information | View shipping rates and policies |
| Date First Available | June 24, 2016 |

### Warranty & Support

Warranty, Parts: Parts

**Product Warranty:** For warranty information about this product, please click here

### Feedback

If you are a seller for this product, would you like to **suggest updates through seller support?**

Would you like to **tell us about a lower price?**

## Related video shorts (0)   Upload your video

Be the first video

Your name here

## Product description

Feature:
2 Pieces of billet aluminum to create a cutting-edge see-through design
Black anodized features machined accents on the top, bottom and side of the floorboard.
Adds exceptional style and comfort to your bike
Instantly upgrade your bike impression. Easy Installation.

Specifics:
Package includes: One pair of CNC Deep Cut Passenger Stretched Floorboards (Left and Right)
Color: Black + Silver
Material: Billet CNC Aluminum
Floorboard Size:
Length: 12"
Width: 5-3/4"
Thickness: 1"
Mounting Space: 4"

Fitment:
1986 - 1990 Harley-Davidson Heritage - FLST
2006 Harley-Davidson Heritage - FLST
2007 - 2015 Harley-Davidson Heritage Classic (EFI) - FLSTC
1987 - 2006 Harley-Davidson Heritage Classic - FLSTC
2001 - 2006 Harley-Davidson Heritage Classic-injected - FLSTC-I
1993 Harley-Davidson Heritage Nostalgia - FLSTN
2006 Harley-Davidson Heritage Softail Injected - FLST I
1994 - 1996 Harley-Davidson Heritage Special - FLSTN
1997 - 2003 Harley-Davidson Heritage Springer - FLSTS
2001 - 2003 Harley-Davidson Heritage Springer-injected - FLSTS-I
1993 - 1994 Harley-Davidson Tour Glide Classic - FLTC
1993 - 1996 Harley-Davidson Tour Glide Ultra Classic - FLTCU
1996 Harley-Davidson Tour Glide Ultra Classic Injected - FLTCU I

EXHIBIT 16

**Page Vault**

| | |
|---|---|
| Document title: | Amazon.com: HONGK- CNC Machined Deeply cut Saddlebag Latch Cover Compatible with 93-13 Harley Touring FLH FLT Black [B01N41L5X6] : Automotive |
| Capture URL: | https://www.amazon.com/Machined-Saddlebag-Latch-Harley-Touring/dp/B01N41L5X6 |
| Page loaded at (UTC): | Wed, 06 Apr 2022 17:31:36 GMT |
| Capture timestamp (UTC): | Wed, 06 Apr 2022 17:32:31 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 5 |
| Capture ID: | db9ae36e-e519-4010-bedc-06a3ce205b99 |
| User: | im-cmauney |

PDF REFERENCE #:          rhigcDah4Vxiy2MKzzoJdU



| | |
|---|---|
| Brand | HK MOTO |
| Manufacturer Part Number | HKWG-SLC02-BK2 |

Date First Available November 17, 2016

**Warranty & Support**

**Product Warranty:** For warranty information about this product, please click here

Feedback

Would you like to **tell us about a lower price?** ˅

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Videos

Help others learn more about this product by uploading a video!

Upload video

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:

– Is the item durable?

– Is this item easy to use?

– What are the dimensions of this item?

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

˅ How are ratings calculated?

**No customer reviews**

### Review this product

Share your thoughts with other customers

Write a customer review

Castrol

*Prepare with Confidence, Ride with Confidence*

Castrol 03100 GTX High Mileage 5W-20 ...
★★★★★ 18,611
$21.92 ✓prime
Add to Cart

Sponsored ⓘ

## Best Sellers in Automotive

Page 1 of 7



Document title: Amazon.com: HONGK- CNC Machined Deeply cut Saddlebag Latch Cover Compatible with 93-13 Harley Touring FLH FLT Black [B01N41L5X6] :...
Capture URL: https://www.amazon.com/Machined-Saddlebag-Latch-Harley-Touring/dp/B01N41L5X6
Capture timestamp (UTC): Wed, 06 Apr 2022 17:32:31 GMT







See personalized recommendations

**Sign in**

New customer? Start here.



Document title: Amazon.com: HONGK- CNC Machined Deeply cut Saddlebag Latch Cover Compatible with 93-13 Harley Touring FLH FLT Black [B01N41L5X6] : ....
Capture URL: https://www.amazon.com/Machined-Saddlebag-Latch-Harley-Touring/dp/B01N41L5X6
Capture timestamp (UTC): Wed, 06 Apr 2022 17:32:31 GMT

**Page**Vault

| | |
|---|---|
| Document title: | XKH- Replacement of Motorcycle Rare Black CNC Deep Cut Passenger Stretched Floorboards For 1986-2015 Harley Touring/ 1986-2015 Softail FL /1986-2015 Dyna FLD : Amazon.in: Car & Motorbike |
| Capture URL: | https://www.amazon.in/Replacement-Motorcycle-Passenger-Stretched-Floorboards/dp/B01HJ66FZQ |
| Page loaded at (UTC): | Wed, 06 Apr 2022 17:31:36 GMT |
| Capture timestamp (UTC): | Wed, 06 Apr 2022 17:31:58 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 4 |
| Capture ID: | 283bb87b-f15e-4343-81be-edb2a5481618 |
| User: | im-cmauney |

PDF REFERENCE #:     dVFbYP26QZWXcKVTFmmbUK





| Manufacturer Part Number | XKH-215-113R-BK1 |
| Material | Aluminium |
| Colour | D.Black |
| Manufacturer | XKH-MOTO |

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:
 - Is the item durable?
 - Is this item easy to use?
 - What are the dimensions of this item?

## Customer reviews

No customer reviews

5 star    0%
4 star    0%
3 star    0%
2 star    0%
1 star    0%

~ How are ratings calculated?

## Review this product

Share your thoughts with other customers

Write a product review

See personalized recommendations

**Sign in**

New customer? Start here.



Back to top

**Get to Know Us**
About Us
Careers
Press Releases
Amazon Cares
Gift a Smile
Amazon Science

**Connect with Us**
Facebook
Twitter
Instagram

**Make Money with Us**
Sell on Amazon
Sell under Amazon Accelerator
Amazon Global Selling
Become an Affiliate
Fulfilment by Amazon
Advertise Your Products
Amazon Pay on Merchants

**Let Us Help You**
COVID-19 and Amazon
Your Account
Returns Centre
100% Purchase Protection
Amazon App Download
Amazon Assistant Download
Help

**amazon**

⊕ English

Australia  Brazil  Canada  China  France  Germany  Italy  Japan  Mexico  Netherlands  Poland  Singapore  Spain  Turkey  United Arab Emirates  United Kingdom  United States

Document title: XKH- Replacement of Motorcycle Rare Black CNC Deep Cut Passenger Stretched Floorboards For 1986-2015 Harley Touring/ 1986-2015 Softail…
Capture URL: https://www.amazon.in/Replacement-Motorcycle-Passenger-Stretched-Floorboards/dp/B01HJ66FZQ
Capture timestamp (UTC): Wed, 06 Apr 2022 17:31:58 GMT

Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of the item?

## Customer reviews

No customer reviews

5 star          0%
4 star          0%
3 star          0%
2 star          0%
1 star          0%

⌄ How are ratings calculated?

## Review this product

Share your thoughts with other customers

Write a product review



See personalized recommendations

**Sign in**

New customer? Start here.



Back to top

**Get to Know Us**
About Us
Careers
Press Releases
Amazon Cares
Gift a Smile
Amazon Science

**Connect with Us**
Facebook
Twitter
Instagram

**Make Money with Us**
Sell on Amazon
Sell under Amazon Accelerator
Amazon Global Selling
Become an Affiliate
Fulfilment by Amazon
Advertise Your Products
Amazon Pay on Merchants

**Let Us Help You**
COVID-19 and Amazon
Your Account
Returns Centre
100% Purchase Protection
Amazon App Download
Amazon Assistant Download
Help

amazon

🌐 English

Australia   Brazil   Canada   China   France   Germany   Italy   Japan   Mexico   Netherlands   Poland   Singapore   Spain   Turkey   United Arab Emirates   United Kingdom   United States

AbeBooks          Amazon Web Services          Audible          DPReview          IMDb

Shopbop          Amazon Business          Prime Now          Amazon Prime Music

Conditions of Use & Sale   Privacy Notice   Interest-Based Ads   © 1996-2022, Amazon.com, Inc. or its affiliates



Document title:          Amazon.com: SMT-Deeply Cut REAR PASSENGER STRETCHED FLOOR
                         BOARDS Compatible With Most 1986-15 [B07L5XGFGF] : Automotive

Capture URL:             https://www.amazon.com/SMT-Deeply-PASSENGER-STRETCHED-Compatible-
                         B07L5XGFGF/dp/B07L5XGFGF

Page loaded at (UTC):    Wed, 06 Apr 2022 17:31:01 GMT

Capture timestamp (UTC): Wed, 06 Apr 2022 17:31:24 GMT

Capture tool:            v7.14.1

Collection server IP:    34.230.137.168

Browser engine:          Chrome/96.0.4664.93

Operating system:        Microsoft Windows NT 10.0.17763.0 (10.0.17763.0)

PDF length:              5

Capture ID:              acf84be6-7849-4a22-ae32-5b4de5f941d5

User:                    im-cmauney

PDF REFERENCE #:        98MafNx4adMq8kTuz44x5U



- Adds exceptional skull style and comfort to your bike
- Instantly upgrade your bike impression. Easy installation

Specifics:

- Package Includes: One pair of CNC Deep Cut Passenger Stretched Floorboards (Left and Right)
- Color: Black + Silver
- Material: Billet CNC Aluminum
- Floorboard Size:
  - -Length: 12"
  - -Width: 5-3/4"
  - -Thickness: 1"
- Mounting Space: 4"

Fitment:

2007 - 2013 H-D Road King Classic (EFI) - FLHRC
1998 - 2006 H-D Road King Classic Injected - FLHRC I
2007 H-D Road King Custom (EFI) - FLHRS
2004 - 2006 H-D Road King Custom - FLHRS
2004 - 2006 H-D Road King Custom Injected - FLHRS I
1996 - 2006 H-D Road King-Injected - FLHR-I
2007 - 2015 H-D Street Glide (EFI) - FLHX
2006 H-D Street Glide - FLHX
2014 - 2015 H-D Street Glide Special - FLHXS
2010 - 2011 H-D Street Glide Trike - FLHXXX
2006 H-D Street Glide-Injected - FLHX-I
1993 - 1994 H-D Tour Glide Classic - FLTC
1993 - 1996 H-D Tour Glide-Ultra Classic - FLTCU
1996 H-D Tour Glide Ultra Classic Injected - FLTCU I
2009 - 2013 H-D Tri Glide Ultra Classic - FLHTCUTG
2007 - 2015 H-D Ultra Classic (EFI) – FLHTCU
1995 - 2006 H-D Ultra Classic-Injected - FLHTCU-I
2015 H-D Ultra Limited Low-FLHTKL

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | SMT |
| Brand | SMT MOTO INC |
| Manufacturer Part Number | SMT-MT216-113R-CD |

### Additional Information

| | |
|---|---|
| ASIN | B07L5XGFGF |
| Date First Available | December 6, 2018 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here.

### Feedback

Would you like to tell us about a lower price? ›

## Have a question?

Find answers in product info, Q&As, reviews.

Q  Type your question or keyword

## Videos

Help others learn more about this product by uploading a video!

Upload video

## Customer questions & answers

Q  Have a question? Search for answers

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

No customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

~ How are ratings calculated?

Document title: Amazon.com: SMT-Deeply Cut REAR PASSENGER STRETCHED FLOOR BOARDS Compatible With Most 1986-15 [B07L5XGFGF] : Automotive
Capture URL: https://www.amazon.com/SMT-Deeply-PASSENGER-STRETCHED-Compatible-B07L5XGFGF/dp/B07L5XGFGF
Capture timestamp (UTC): Wed, 06 Apr 2022 17:31:24 GMT







Document title: Amazon.com: SMT-Deeply Cut REAR PASSENGER STRETCHED FLOOR BOARDS Compatible With Most 1986-15 [B07L5XGFGF] : Automotive
Capture URL: https://www.amazon.com/SMT-Deeply-PASSENGER-STRETCHED-Compatible-B07L5XGFGF/dp/B07L5XGFGF
Capture timestamp (UTC): Wed, 06 Apr 2022 17:31:24 GMT

Page Vault

| | |
|---|---|
| Document title: | Amazon.com: HTTMT MT216-113R- Deeply Cut REAR PASSENGER STRETCHED FLOOR BOARDS Compatible with Most Harley- Davidson 1986-15 : Automotive |
| Capture URL: | https://www.amazon.com/HTTMT-MT216-113R-PASSENGER-STRETCHED-Compatible/dp/B07L5Z9GQ9?th=1 |
| Page loaded at (UTC): | Wed, 06 Apr 2022 17:29:44 GMT |
| Capture timestamp (UTC): | Wed, 06 Apr 2022 17:30:45 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 6 |
| Capture ID: | 18106f3f-5347-4c75-8c9a-ad30ded418bf |
| User: | im-cmauney |



**$188.99**

Get it as soon as **Tuesday, Apr 12**

FREE Shipping on orders over $25 shipped by Amazon

*★★★★☆ 19*

Get it as soon as **Tuesday, Apr 12**

FREE Shipping on orders over $25 shipped by Amazon Only 14 left in stock - orde…

*★★★☆☆ 26*

Get it as soon as **Apr 13 - 19**

FREE Shipping

*★★★★☆ 272*

Get it as soon as **Tuesday, Apr 12**

FREE Shipping on orders over $25 shipped by Amazon

*★★★★☆ 22*

Get it as soon as **Tuesday, Apr 12**

FREE Shipping on orders over $25 shipped by Amazon

*★★★★☆ 193*

Get it as soon as **Apr 11 - 14**

FREE Shipping

---

## Customers also viewed these products

Page 1 of 7

**Compatible with Harley Set Driver Passenger Floorboards Mount Kit Brake Arm Lever Pedal Shift Linkage Heel Toe…**
★★★★☆ 6
**$325.10**
Get it as soon as **Tuesday, Apr 12**
FREE Shipping on orders over $25 shipped by Amazon Only 19 left in stock - orde…

**PBYMT Black Front Axle Nut Cover Cap Compatible for Harley Softail Electra Road…**
★★★★★ 2,413
Powersports Axle Blocks
**$14.89**
Get it as soon as **Tuesday, Apr 12**
FREE Shipping on orders over $25 shipped by Amazon

2014-2016 Touring
**#1 Best Seller** in
**Road glide FLTR driver Floorboards For Harley Special FLHRXS Shift Lever+Brake levers street glide flhx passenger…**
★★★★☆ 94
**$288.00**
Get it as soon as **Tuesday, Apr 12**
FREE Shipping on orders over $25 shipped by Amazon

**Front Rear Floorboards Footpeg Mount Brake Arm Kits Heel Toe Shift Levers Shifter Pegs Dash Accessory Pack Ignitio…**
★★★★☆ 9
**$448.99**
Get it as soon as **Apr 15 - 20**
FREE Shipping

**Kuryakyn 4392 Motorcycle Foot Control Component: Premium Mini Board Floorboards with Male Mount…**
★★★★☆ 1,028
**$129.59**
Get it as soon as **Tuesday, Apr 12**
FREE Shipping on orders over $25 shipped by Amazon



**Orange Cycle Parts Riot Floorboards for Harley Softail 1986-2017 by Kuryakyn 3595 (Satin Black)**
★★★★☆ 65
**$161.09**
Get it as soon as **Tuesday, Apr 12**
FREE Shipping on orders over $25 shipped by Amazon



**Set for Harley Floorboards Driver 1986-2016 Dyna FLD Softail FL Touring Bikes**
★★★★☆ 31
**$141.99**
Get it as soon as **Apr 21 - May 6**
FREE Shipping
Only 20 left in stock - orde…

---

- Save 4% each on Qualifying items offered by HTTMT when you purchase 3 or more. Here's how ∨ (restrictions apply)
- Save 3% each on Qualifying items offered by HTTMT when you purchase 2 or more. Here's how ∨ (restrictions apply)

---

## Important information

### Legal Disclaimer

PLEASE NOTE: This is an aftermarket custom item, not an OEM part. It will fit the models listed but modification may or may not be required. This item is intended for professional installation. Make sure it will fit before you buy. Thank you for your understanding.

---

## Product Description

**Feature:**

- 2 Pieces of billet aluminum to create a cutting-edge design
- Black anodized features machined accents on the top, bottom and side of the floorboard.
- Adds exceptional Skull style and comfort to your bike
- Instantly upgrade your bike impression. Easy Installation

**Specifics:**

- Package Includes: One pair of Hollow CNC Cut Passenger Stretched Floorboards (Left and Right)
- Color: Black + Silver
- Material: Billet CNC Aluminum
- Floorboard Size:
  - -Length: 12"
  - -Width: 5-3/4"
  - -Thickness: 1"
- Mounting Space: 4"

**Fitment:**

2005 H-D 15th Anniversary Fat Boy-Injected - FLSTF-I
2008 - 2011 H-D Cross Bones (EFI) - FLSTSB
2007 - 2015 H-D Deluxe (EFI) - FLSTN
2005 - 2006 H-D Deluxe - FLSTN
2005 - 2006 H-D Deluxe-Injected - FLSTN-I
2012 - 2015 H-D Dyna Switchback - FLD
2007 - 2013 H-D Electra Glide Classic (EFI) - FLHTC
1993 - 2005 H-D Electra Glide Classic - FLHTC
1995 - 2006 H-D Electra Glide Classic Injected - FLHTC I
1993 H-D Electra Glide Sport - FLHS

---

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | HTTMT |
| Brand | HTTMT |
| Manufacturer Part Number | USMT216-113R-CD |

### Additional Information

| | |
|---|---|
| ASIN | B07L5Z9GQ9 |
| Customer Reviews | ★★★★★ ∨ 1 rating 5.0 out of 5 stars |
| Date First Available | December 6, 2018 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

---

| Brand | HTTMT |
| Manufacturer Part Number | |

Customer Reviews ★★★★★ 1 rating
4.0 out of 5 stars
Date First Available    December 6, 2018

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?**

## Have a question?

Find answers in product info, Q&As, reviews.

Q Type your question or keyword

**Videos**

Help others learn more about this product by uploading a video!

Upload video

## Customer questions & answers

Q Have a question? Search for answers

▲
0
votes
▼

**Question:**   Will these fit my 2015 ultra limited

**Answer:**   They are garbage. Don't waste the time or money. Mine weren't even a finished product
By Amazon Customer on June 11, 2019
∨ See more answers (1)

## Customer reviews

★★★★★  5 out of 5
1 global rating

| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

∨ How are ratings calculated?

### Review this product

Share your thoughts with other customers

Write a customer review

**No customer reviews**

There are 0 customer reviews and 1 customer rating.



SYX MOTO Kids Mini Dirt Bike Gas Power ...
★★★☆☆ 4,408
$349.00

Shop now

Sponsored ⓘ

## Recommended based on your shopping trends    Page 1 of 3







**Black Defiance Rider**
**Footboards for HD street**
**glide flhx flhr passenger**
**pegs For Harley**
**Davidson Special...**
★★★★☆ 19
$289.00
Get it as soon as **Tuesday,**
**Apr 12**
FREE Shipping on orders over
$25 shipped by Amazon
Only 14 left in stock - orde...

**XMT-MOTO Black Rear**
**Passenger FootPeg**
**Mount Kit fits for 2014-**
**later Harley Davidson**
**Sportster XL 883 1200**
★★★★★ 4
$39.77
Get it **Apr 12 - 15**
FREE Shipping

**Kuryakyn 5792**
**Motorcycle Foot Control**
**Component: Phantom**
**Driver Floorboards for**
**1983-2019 Harley-...**
★★★★☆ 47
Amazon's Choice  in ATV
Floor Boards
$318.59-$353.99

**WATERWICH Floorboard**
**Inserts Compatible with**
**Harley Davidson Touring**
**Road Glide Electra Glide**
**Heritage Softail Road...**
★★★★☆ 7
$41.99
Get it as soon as **Tuesday,**
**Apr 12**
FREE Shipping on orders over
$25 shipped by Amazon
Only 12 left in stock - orde...

**Floorboard 3/4"**
**Extension Kit Driver**
**Footrest Outward Spacer**
**Compatible with 1983-**
**2008 Harley Davidson...**
★★★★☆ 38
$35.99
FREE Shipping

**Kustom Cycle Parts**
**Aftermarket Floorboard**
**1 1/4" extension/spacer**
**kit for Harley Davidson**
**touring motorcycles**
**2009 to present includ...**
★★★★★ 116
$69.99

**Orange Cycle Parts Riot**
**Floorboards for Harley**
**Softail 1986-2017 by**
**Kuryakyn 3595 (Satin**
**Black)**
★★★★☆ 65
$161.09-$187.44

See personalized recommendations

Sign in

New customer? Start here.



Document title: Amazon.com: HTTMT MT216-113R- Deeply Cut REAR PASSENGER STRETCHED FLOOR BOARDS Compatible with Most Harley- Davidson 1986-15...
Capture URL: https://www.amazon.com/HTTMT-MT216-113R-PASSENGER-STRETCHED-Compatible/dp/B07L5Z9GQ9?th=1
Capture timestamp (UTC): Wed, 06 Apr 2022 17:30:45 GMT

EXHIBIT 17

Page Vault

| | |
|---|---|
| Document title: | Amazon.com: XKH- Motor Chromed Bullet Air Cleaner Kits Compatible with Harley Dyna Touring models [B00YB41JXI] : Automotive |
| Capture URL: | https://www.amazon.com/Chromed-Bullet-Cleaner-Harley-Touring/dp/B00YB41JXI/ref=sr_1_59?keywords=air+filter&m=A18132C77AG5IR&qid=1649439792&s=merchant-items&sr=1-59 |
| Page loaded at (UTC): | Fri, 08 Apr 2022 17:56:15 GMT |
| Capture timestamp (UTC): | Fri, 08 Apr 2022 17:56:39 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 5 |
| Capture ID: | 853cac63-03b7-4bc3-877a-7b8326530d37 |
| User: | im-cmauney |

PDF REFERENCE #:      aT3Yi3e3n96kJxUQ7XHfFP





- Save 5% each on Qualifying items offered by XKHmoto when you purchase 3 or more. Shop items
- Save 2% each on Qualifying items offered by XKHmoto when you purchase 2 or more. Here's how ˅ (restrictions apply)

## Important information

### Legal Disclaimer

PLEASE NOTE: This is an aftermarket custom item, not an OEM part. It will fit the models listed but modification may or may not be required. This item is intended for professional installation. Make sure it will fit before you buy. Thank you for your understanding.

## Product Description

**Fitment:**
- 2010 Harley Dyna Touring models

**Color:**
- Chrome with Red Filter
- Material: High Quality Billet Aluminum
- Condition: 100% Brand New

**Features:**
- High Quality Chrome Billet Aluminum Cone Spike Air Cleaner Kit
- Features an Aggressive look and Performance Gain
- 360 Degree Slotted Spike Cover
- Washable Filter
- Generic Brand Filter can be replaced with a K&N (KN-SP3301)

**Installation:**
- It is the installer's responsibility to ensure that all of the fasteners (including pre-assembled) are tightened before operation of the motorcycle. We will not issue a warranty on components lost due to improper installation.
- Professional installation is highly recommended.
- Re-Jetting of your motorcycle will be required.
- Warning: Spiked cone set screws must be properly tightened during installation.
- Quarter turn set screws alternating between each screw until spiked cone is tightly secured. Lock tight is recommended

  **Package Includes:**
  - 1x Spike Air Intake Kit (Includes adapters and hardware)
  - 1x Generic Brand Air Filter
  - Instructions not included

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | XKH-MOTO |
| Brand | XKH-MOTO |
| Model | XKH-MOTO |
| Is Discontinued By Manufacturer | No |
| Manufacturer Part Number | XKH-230B-CHROME |

### Additional Information

| | |
|---|---|
| ASIN | B00YB41JXI |
| Best Sellers Rank | #1,128,471 in Automotive (See Top 100 in Automotive) #3,464 in Powersports Air Filters |
| Date First Available | May 26, 2015 |

### Warranty & Support

Product Warranty: For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ˅

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Products related to this item

Page 1 of 20

Sponsored ⓘ









| HardDrive 120235 Black 4.5"X12" Ram Air Filter Coned | HardDrive 120234 Chrome 4.5"X12" Ram Air Filter Coned | Kason 7001 Series Trapper Grease Filter, Stainless Steel (16x25 Inches), Model 7001... | PZ20 Carburetor Replacement for Kazuma Baja 50cc -125cc TaoTao 110B NST SunL Chines... | FA-1927 Air Filter Cleaner Replaces FA1927 HC3Z9601A HC3Z-9601-A Compatible with Fo... | Harddrive 820-50521 Ram Air Filter Chopped Black 4.5"X10" | Semi Truck Engine Air Filter AF26163M 20411815 RS4642 P606720 21715613... |
| $290.66 | $292.46 | $95.35 ✓prime | ⭐⭐⭐⭐ 5 $15.99 ✓prime | ⭐⭐⭐⭐ $35.99 ✓prime | $275.36 | ⭐⭐⭐⭐ 9 $79.00 |

## Videos

Help others learn more about this product by uploading a video!

Upload video

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?





## Best Sellers in Automotive

Page 1 of 5



Page Vault

| | |
|---|---|
| Document title: | Amazon.com: Claw Style Rearview Mini Mirror For Harley Street Sports Cruiser Chrome New : Automotive |
| Capture URL: | https://www.amazon.com/Rearview-Mirror-Harley-Street-Cruiser/dp/B01C0SS678/ref=sr_1_1?keywords=claw&m=A1T7DIMHB0ZNRO&qid=1649439013&s=merchant-items&sr=1-1 |
| Page loaded at (UTC): | Fri, 08 Apr 2022 17:55:39 GMT |
| Capture timestamp (UTC): | Fri, 08 Apr 2022 17:56:04 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 4 |
| Capture ID: | 32254e24-8a4e-4fca-8cde-f2285d6751f5 |
| User: | im-cmauney |

PDF REFERENCE #:          nrgygAGt822hX6BRXsEwFF



- Save 4% each on Qualifying items offered by HK MOTO-NC when you purchase 3 or more. Here's how ✔ (restrictions apply)

## Important information

**Legal Disclaimer**

PLEASE NOTE: This is an aftermarket custom item, not an OEM part. It will fit the models listed but modification may or may not be required. This item is intended for professional installation. Make sure it will fit before you buy. Thank you for your understanding.

## Product Description

Fitment:
Fit all Harley-Davidson models Softail, Fat Boy, Road King, Dyna Wide Glide, Springer, Sportster, XL, Ultra Glide Electraglide, Low Rider, V-Rod, Superglide, Electra Glide, Heritage, Street Glide, Night Train, Screaming Eagle, Big Dog, Titan, Iron Horse, Ultra and any Custom Application.
Most of street bike, sports bike, chopper, cruiser, etc...
Except -
Don't fit Motorcycle

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | HK MOTO |
| Brand | HK MOTO |
| Model | HK MOTO |
| Manufacturer Part Number | HK MOTO |

### Additional Information

| | |
|---|---|
| ASIN | B01C0SS678 |
| Customer Reviews | ★★★★☆ ⌄   2 ratings<br>4.5 out of 5 stars |
| Best Sellers Rank | #3,240,679 in Automotive (See Top 100 in Automotive)<br>#7,329 in Powersports Mirrors & Accessories |
| Date First Available | February 20, 2016 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ⌄

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Products related to this item

Sponsored ⓘ

Page 1 of 20



| KAYCENTOP Trailer Wheel Lock Clamp Security Tire Claw Boot Anti Theft for Golf Cart... | HTTMT MT333- Claw Skeleton Hand Mirror Compatible with Cbr Rebel Shadow Magna... | Wheel Clamp Lock Universal Security Tire Lock Anti Theft Lock Fit Most Vehicles, fo... | Speedway Motors Universal Mini Bear Jaw Complete Car Door Latch Kit | Passenger Footpegs Male Mount Foot pegs Front Footrest Compatible With... | Embroidered Cute Steering Wheel Cover for Ladies,Stitched Paws Claws,Breathable,Un... | ValueMax 2-piece Rubber Strap Wrench Set, Adjustable Straps with Max Diameter 4"... |
|---|---|---|---|---|---|---|
| ★★★★☆ 224 | ★★★★☆ 67 | ★★★★☆ 190 | ★★★★★ 3 | ★★★★★ 1 | ★★★★★ 151 | ★★★★★ 200 |
| $35.99 ✓prime | $39.79 | $29.99 ✓prime | $80.98 | $24.99 ✓prime | $13.98 ✓prime | $19.99 ✓prime |

## Videos

Help others learn more about this product by uploading a video!

Upload video

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

★★★★☆ 4.5 out of 5

2 global ratings

| | | |
|---|---|---|
| 5 star | | 50% |
| 4 star | | 50% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How are ratings calculated?

**No customer reviews**

There are 0 customer reviews and 2 customer ratings.

---

Document title: Amazon.com: Claw Style Rearview Mini Mirror For Harley Street Sports Cruiser Chrome New : Automotive
Capture URL: https://www.amazon.com/Rearview-Mirror-Harley-Street-Cruiser/dp/B01C0SS678/ref=sr_1_1?…
Capture timestamp (UTC): Fri, 08 Apr 2022 17:56:04 GMT



| | |
|---|---|
| Document title: | Amazon.com: XKH Group motorcycle 4 Point Micro Black Mirrors For Suzuki Honda Kawasaki Victory Harley Davidson new : Automotive |
| Capture URL: | https://www.amazon.com/motorcycle-Mirrors-Kawasaki-Victory-Davidson/dp/ B00YB3XHCU/ref=sr_1_22?keywords=4- point&m=AU47PMH7TBVX6&qid=1649438935&s=merchant-items&sr=1-22 |
| Page loaded at (UTC): | Fri, 08 Apr 2022 17:55:02 GMT |
| Capture timestamp (UTC): | Fri, 08 Apr 2022 17:55:23 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 4 |
| Capture ID: | 9ba05f07-2378-4838-8dc6-de88a3c61ac3 |
| User: | im-cmauney |

PDF REFERENCE #:          cpKYQqTebKZXwn78db4VwF









**Page Vault**

| | |
|---|---|
| Document title: | Amazon.com: 4-Point Micro Chromed Mirrors For Suzuki Kawasaki Victory Harley Davidson : Automotive |
| Capture URL: | https://www.amazon.com/4-Point-Chromed-Mirrors-Kawasaki-Davidson/dp/B00XM5SG8I?ref_=ast_sto_dp |
| Page loaded at (UTC): | Fri, 08 Apr 2022 17:54:22 GMT |
| Capture timestamp (UTC): | Fri, 08 Apr 2022 17:54:47 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 4 |
| Capture ID: | 21e51221-c098-4988-9ab2-beaa5d6e52f6 |
| User: | im-cmauney |

PDF REFERENCE #:          28FhQKwRJAqZEvZDLABdWy









EXHIBIT 18

**Page Vault**

| | |
|---|---|
| Document title: | Edge Cut Brake Arm Kit Shift Lever W/ Shifter Pegs For 08-13 Harley To – HTT Motor |
| Capture URL: | https://www.httmotor.com/products/us-tghd-fb021-bk1?variant=14132503150644&currency=USD&utm_medium=product_sync&utm_source=google&utm_content=sag_organic&utm_campaign=sag_organic&utm_campaign=gs-2020-09-18&utm_source=google&utm_medium=smart_campaign&gclid=CjwKCAjwopWSBhB6EiwAjxmqDan4v5g-OR52aV1DVIcdQPeOgno5q0p2M0DBqGXVPbveqvvZh7KpXRoC-M4QAvD_BwE |
| Page loaded at (UTC): | Tue, 05 Apr 2022 19:38:21 GMT |
| Capture timestamp (UTC): | Tue, 05 Apr 2022 19:38:39 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 3 |
| Capture ID: | fa307a28-466c-4fcc-bc62-afcd99cabe54 |
| User: | im-cmauney |

PDF REFERENCE #:        mBk4G12iLHrbU5ib1VZ6zn

# HTTMT

PARTS    ACCESSORIES    BODY & FRAME    LIGHTING & ELECTRICAL    TOOLS & GARAGE    CATALOG    SEARCH BY MODEL

Home / Edge Cut Brake Arm Kit Shift Lever W/ Shifter Pegs For 08-13 Harley Touring New



SKU: US-TGHD-FB021-BK1

## Edge Cut Brake Arm Kit Shift Lever W/ Shifter Pegs For 08-13 Harley Touring New

☆ ☆ ☆ ☆ ☆ Write Review

**$101.99**



−  1  +       **ADD TO CART**

**BUY IT NOW**

### DESCRIPTION

**Feature:**
- Each Brake Arm is CNC machined from billet aluminum with the black anodized finish
- Includes billet Shift Peg
- Replace Standard H-D Male Shift Lever and Shifter Peg
- Arm and Shifter length are 1" longer than stock
- Smooth Back Protects Toe of Your Boot From Wear While Shifting
- Comfortable and Stylish Design Upgrade Your Bike Impression
- Custom Style Makes Your Bike More Outstanding
- Easy Installation
- Condition: 100% Brand New

**Package Included:**
- 1X Front Shift Lever (Toe) & 1X Rear Shift Lever (Heel) & 2X Shifter Peg
- 1x Brake Arm Lever with Peg Pedal

**Shift Lever Size:**
- Length: 8 21/32" (22cm)
- Width: 25/32" (2cm)

**Shifter Peg Size:**
- Length: 3" (7.5cm)
- Width: 1 3/16" (3cm)

**Brake Lever Size:**
- Length: 11 13/16" (30cm)??
- Width: 3 5/32" (8cm)??
- Mounting hole size : 19mm

**Peg Pedal Size:**
- Length: 3 15/16" (10cm)??
- Width: 1 3/16" (3cm)

**Fitment:**
- Harley Touring 2008-2013 Models
- Street Glide,Road King,Road Glide,Electra Glide,Tri Glide (FLT/FLHX/FLHT/FLHR/FLTR/FLHTCUTG)

### REVIEWS



## Customer Reviews

Document title: Edge Cut Brake Arm Kit Shift Lever W/ Shifter Pegs For 08-13 Harley To – HTT Motor
Capture URL: https://www.httmotor.com/products/us-tghd-fb021-bk1?variant=14132503150644&amp;currency=USD&amp;utm_medium=product_sync&amp;utm_sourc…
Capture timestamp (UTC): Tue, 05 Apr 2022 19:38:39 GMT



- 1X Front Shift Lever (Toe) & 1x Rear Shift Lever (Heel) & 2X Shifter Peg
- 1x Brake Arm Lever with Peg Pedal

Shift Lever Size:
- Length: 8 21/32" (22cm)
- Width: 25/32" (2cm)

Shifter Peg Size
- Length: 3" (7.5cm)
- Width: 1 3/16" (3cm)

Brake Lever Size:
- Length: 11 13/16" (30cm)??
- Width: 2 5/32" (8cm)??
- Mounting hole size: 19mm

Peg Pedal Size:
- Length: 3 15/16" (10cm)??
- Width: 1 3/16" (3cm)

Fitment:
- Harley Touring 2008-2013 Models
- Street Glide,Road King,Road Glide,Electra Glide,Tri Glide
  (FLT/FLHX/FLHT/FLHR/FLTR/FLHTCUTG)

REVIEWS

## Customer Reviews

0.0

| 5 ⭐ | 0 |
| 4 ⭐ | 0 |
| 3 ⭐ | 0 |
| 2 ⭐ | 0 |
| 1 ⭐ | 0 |

Write A Review

Be the first to review this item

GET DISCOUNT CODE & NEWS:

Enter your e-mail          SUBSCRIBE

CATEGORIES
PARTS
ACCESSORIES
BODY & FRAME
LIGHTING & ELECTRICAL
TOOLS & GARAGE
CATALOG
SEARCH BY MODEL

INFORMATION
About Us
News

CUSTOMER SERVICE
Contact Us
FAQ
Return Policy

CONTACTS
Address: 3321 E Spring ST Long Beach
91701
Phone: (626) 174-7001
Hours: Monday to Friday 9:00 am to 6:00
pm
E-mail: info@httmotor.com

HTT MOTOR ©HTTMOTOR 2018. All rights reserved.

EXHIBIT 19

# ABSOLUTE NESS-ecity











- Down-N-Out Stretched Fender
- Down-N-Out Stretched Bags
- Deep Cut Latch Covers
- Deep Cut Exhaust Tips

- Ness 10 Gauge Wheels
- Deep Cut Fork Legs
- Deep Cut Fork Boots
- 23" Wrapper Front Fender

- Winged Tank Extension

- Deep Cut Floorboards
- Deep Cut Brake Arm
- Holeshot Point Cover

## Ness Road Glide™

This is what we do; it's our purpose, our passion, and our way of life for over 40 years. We strive everyday to create, test, and deliver the best motorcycle products available. Whether it's for show or go, Arlen Ness has every angle of your motorcycle covered. Check out 1000's of innovative products at ArlenNess.com, or contact us for your FREE catalog.



**2011 Ness Catalog**
Pick up your copy at ArlenNess.com

Arlen Ness Ent. 6050 Dublin Blvd. Dublin, CA 94568  PH: 925-479-6300  **www.ARLENNESS.com**

EXHIBIT 20



| | |
|---|---|
| Document title: | Edge Cut Brake Arm Kit Shift Lever W/ Shifter Pegs For 08-13 Harley To – HTT Motor |
| Capture URL: | https://www.httmotor.com/products/us-tghd-fb021-bk1?variant=14132503150644&currency=USD&utm_medium=product_sync&utm_source=google&utm_content=sag_organic&utm_campaign=sag_organic&utm_campaign=gs-2020-09-18&utm_source=google&utm_medium=smart_campaign&gclid=CjwKCAjwopWSBhB6EiwAjxmqDan4v5g-OR52aV1DVIcdQPeOgno5q0p2M0DBqGXVPbveqvvZh7KpXRoC-M4QAvD_BwE |
| Page loaded at (UTC): | Fri, 01 Apr 2022 17:17:22 GMT |
| Capture timestamp (UTC): | Fri, 01 Apr 2022 17:17:53 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 3 |
| Capture ID: | a4002159-4b06-4193-a6f9-1cfddfd8acbc |
| User: | im-cmauney |

PDF REFERENCE #:          fxrEUf8Wfhp9AgEkTrzmef

# HTTMT

PARTS  ACCESSORIES  BODY & FRAME  LIGHTING & ELECTRICAL  TOOLS & GARAGE  CATALOG  SEARCH BY MODEL

Home / Edge Cut Brake Arm Kit Shift Lever W/ Shifter Pegs For 08-13 Harley Touring New



SKU: US-TGHD-FB021-BK1

## Edge Cut Brake Arm Kit Shift Lever W/ Shifter Pegs For 08-13 Harley Touring New

☆☆☆☆☆ Write Review

**$101.99**



1

**ADD TO CART**

**BUY IT NOW**

### DESCRIPTION

**Feature:**

- Each Brake Arm is CNC machined from billet aluminum with the black anodized finish
- Includes billet Shift Peg
- Replace Standard H-D Male Shift Lever and Shifter Peg
- Arm and Shifter length are 1" longer than stock
- Smooth Back Protects Toe of Your Boot From Wear While Shifting
- Comfortable and Stylish Design Upgrade Your Bike Impression
- Custom Style Makes Your Bike More Outstanding
- Easy Installation
- Condition: 100% Brand New

**Package Included:**

- 1X Front Shift Lever (Toe) & 1X Rear Shift Lever (Heel) & 2X Shifter Peg
- 1x Brake Arm Lever with Peg Pedal

**Shift Lever Size:**

- Length: 8 21/32" (22cm)
- Width: 25/32" (2cm)

**Shifter Peg Size:**

- Length: 3" (7.5cm)
- Width: 1 3/16" (3cm)

**Brake Lever Size:**

- Length: 11 13/16" (30cm)??
- Width: 3 5/32" (8cm)??
- Mounting hole size : 19mm

**Peg Pedal Size:**

- Length: 3 15/16" (10cm)??
- Width: 1 3/16" (3cm)

**Fitment:**

- Harley Touring 2008-2013 Models
- Street Glide,Road King,Road Glide,Electra Glide,Tri Glide (FLT/FLHX/FLHT/FLHR/FLTR/FLHTCUTG)

### REVIEWS



**Customer Reviews**

Document title: Edge Cut Brake Arm Kit Shift Lever W/ Shifter Pegs For 08-13 Harley To – HTT Motor
Capture URL: https://www.httmotor.com/products/us-tghd-fb021-bk1?variant=14132503150644&amp;currency=USD&amp;utm_medium=product_sync&amp;utm_sourc...
Capture timestamp (UTC): Fri, 01 Apr 2022 17:17:53 GMT

- 1X Front Shift Lever (Toe) & 1# Rear Shift Lever (Heel) & 2X Shifter Peg
- 1x Brake Arm Lever with Peg Pedal

Shift Lever Size:
- Length: 8 21/32" (22cm)
- Width: 25/32" (2cm)

Shifter Peg Size
- Length: 3" (7.5cm)
- Width: 1 3/16" (3cm)

Brake Lever Size:
- Length: 11 13/16" (30cm)??
- Width: 2 5/32" (8cm)??
- Mounting hole size: 19mm

Peg Pedal Size:
- Length: 3 15/16" (10cm)??
- Width: 1 3/16" (3cm)

Fitment:
- Harley Touring 2008-2013 Models
- Street Glide,Road King,Road Glide,Electra Glide,Tri Glide (FLT/FLHX/FLHT/FLHR/FLTR/FLHTCUTG)

REVIEWS



## Customer Reviews

### 0.0

| 5 ★ | 0 |
| 4 ★ | 0 |
| 3 ★ | 0 |
| 2 ★ | 0 |
| 1 ★ | 0 |

**Write A Review**

Be the first to review this item

GET DISCOUNT CODE & NEWS:

Enter your e-mail        SUBSCRIBE

**CATEGORIES**
- Parts
- Accessories
- Body & Frame
- Lighting & Electrical
- Tools & Garage
- Catalog
- Search By Model

**INFORMATION**
- About Us
- News

**CUSTOMER SERVICE**
- Contact Us
- FAQ
- Return Policy

**CONTACTS**
- **Address:** 2201 E 5 years ST Ontario CA 91761
- **Phone:** (626) 124-7001
- **Hours:** Monday to Friday/9:00 AM TO 5:30 pm
- **E-mail:** info@httmotor.com

**HTT MOTOR** © HTT MOTOR 2018 All Rights Reserved

Document title: Edge Cut Brake Arm Kit Shift Lever W/ Shifter Pegs For 08-13 Harley To – HTT Motor
Capture URL: https://www.httmotor.com/products/us-tghd-fb021-bk1?variant=14132503150644&currency=USD&utm_medium=product_sync&utm_sourc…
Capture timestamp (UTC): Fri, 01 Apr 2022 17:17:53 GMT
Page 2 of 2