Daniel M. Anderson (SBN 167652)
John Cannizzaro (SBN 305047)
Ice Miller LLP
250 West Street
Suite 700
Columbus, Ohio 43215
Tel:  614-462-2700
Fax:  614-228-4847

Counsel for Defendant/Counterclaim-Plaintiff
Arlen Ness Enterprises, Inc.

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| HTTMT GROUP LLC, SECRET EQUIPMENT INC., XKH GROUP INC., and HK MOTO INC., <br><br> Plaintiffs, <br><br> v. <br><br> ARLEN NESS ENTERPRISES, INC., <br><br> Defendant. | Case No.: 5:22-cv-01656 – NC |
| ARLEN NESS ENTERPRISE, INC., <br><br> Counterclaim-Plaintiff, <br><br> v. <br><br> HTTMT GROUP LLC, SECRET EQUIPMENT INC., XKH GROUP INC., HK MOTO INC., <br><br> Counterclaim-Defendants. | Magistrate Judge Nathanael M. Cousins <br><br> **DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES** |

**DEFENDANT ARLEN NESS ENTERPRISES, INC.'S
CERTIFICATE OF INTERESTED PARTIES**

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date other than the named Defendant, there is no such interest to report.

_ICE MILLER LLP_ (vertical, left margin)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4858-7844-0475.1

ICE MILLER LLP

Dated: <u>April 11, 2022</u>     Respectfully submitted,

<u>/s/Daniel M. Anderson</u>
Daniel M. Anderson (SBN 167652)
Email: Daniel.Anderson@IceMiller.com
John Cannizzaro (SBN 305047)
Email: John.Cannizzaro@IceMiller.com
T. Earl LeVere (*Pro Hac Vice* Motion to be filed)
Email: Earl.LeVere@IceMiller.com
Ice Miller LLP
250 West St., Suite 700
Columbus, OH 43215
Tel: 614-462-2700
Fax: 614-228-4847


Matthew R. Grothouse (*Pro Hac Vice* Motion to be filed)
Email: Matt.Grothouse@IceMiller.com
Tom Rammer (*Pro Hac Vice* Motion to be filed)
Email: tom.rammer@icemiller.com
Ice Miller LLP
200 West Madison, Suite 3500
Chicago, IL 60606
Tel: 312-726-1567
Fax: 312-726-7102
*Attorneys for Arlen Ness Enterprises, Inc.*