|   |   |
|---|---|
| 1 | John Cannizzaro (SBN 305047) |
| 2 | Daniel M. Anderson (SBN 167652) |
|   | Ice Miller LLP |
| 3 | 250 West Street |
|   | Suite 700 |
| 4 | Columbus, Ohio 43215 |
|   | Tel: 614-462-2700 |
| 5 | Fax: 614-228-4847 |

*Counsel for Defendant/Counterclaim-Plaintiff*
*Arlen Ness Enterprises, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| HTTMT GROUP LLC, SECRET EQUIPMENT INC., XKH GROUP INC., and HK MOTO INC., | Case No.: 5:22-cv-01656 – NC |
|---|---|
| Plaintiffs, | **NOTICE OF APPEARANCE OF COUNSEL** |
| v. |   |
| ARLEN NESS ENTERPRISES, INC., |   |
| Defendant. |   |
| ARLEN NESS ENTERPRISE, INC., |   |
| Counterclaim-Plaintiff, |   |
| v. |   |
| HTTMT GROUP LLC, SECRET EQUIPMENT INC., XKH GROUP INC., HK MOTO INC., |   |
| Counterclaim-Defendants. |   |

**NOTICE OF APPEARANCE OF COUNSEL**

**PLEASE TAKE NOTICE** that John C. Cannizzaro of the law firm Ice Miller LLP hereby appears as counsel for Arlen Ness Enterprises, Inc. pursuant to Federal Rule of Civil Procedure 5,

and requests that all notices given or required to be given and all papers served or required to be served in the above-captioned proceeding be given to and served upon the following:

> John C. Cannizzaro
> ICE MILLER LLP
> 250 West Street, Suite 700
> Columbus, OH 43215
> Telephone: (614) 462-1070
> Email: john.cannizzaro@icemiller.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes that John C. Cannizzaro be added to the CM/ECF electronic notice list for the above-referenced proceeding.

Dated: April 11, 2022                                    Respectfully submitted,

*/s/ John C. Cannizzaro*
John Cannizzaro (SBN 305047)
Ice Miller LLP
250 West St., Suite 700
Columbus, OH 43215
Tel: 614-462-2700
Fax: 614-228-4847
Email: John.Cannizzaro@icemiller.com

*Counsel for Arlen Ness Enterprises, Inc.*