United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HTTMT GROUP LLC, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ARLEN NESS ENTERPRISES, INC.,<br><br>　　　　Defendant. | Case No. 22-cv-01656-JST<br><br>**ORDER DENYING PRO HAC VICE APPLICATION**<br><br>Re: ECF No. 25 |

On July 26, 2022, T. Earl LeVere applied for admission to practice pro hac vice in the Northern District of California. ECF No. 25. His application states that Daniel M. Anderson, who maintains an office in Ohio, will serve as his local counsel. Under Civil Local Rule 11-3(a), however, a valid pro hac vice application must designate as co-counsel "an attorney, identified by name and office address, who is a member of the bar of this Court in good standing and who maintains an office within the State of California." LaVere's application does not show that Anderson maintains an office within California.

LeVere's citation in a footnote to "the local counsel requirement of LBR 2090-1(b)(3)" appears to refer to a local rule of the United States Bankruptcy Court for the Central District of California and is not helpful to his application.

LeVere's application for admission pro hac vice is denied.

**IT IS SO ORDERED.**

Dated: August 1, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge