1

2

3

4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7 HTTMT GROUP LLC, SECRET          )   Case Number: 22-cv-1656
   EQUIPMENT INC., XKH GROUP INC.,  )
8 AND HK MOTO INC.                  )   [PROPOSED] SCHEDULING ORDER
                                    )
9                                   )
                                    )
10        Plaintiffs,               )
                                    )
11                                  )
                                    )
12        vs.                       )
                                    )
13                                  )
   Arlen Ness Enterprises, Inc.,    )
14                                  )
                                    )
15        Defendant.

16 _____

17        After considering Parties' Consent Motion for Extension of Deadlines to Complete

18 Discovery, the Court hereby resets the case deadlines pursuant to Federal Rule of Civil

19 Procedure 16 and Civil Local Rule 16-10 as follows:

20

21

22

| Event | Deadline |
|---|---|
| Damages contentions | 1/23/2023 |
| Joint claim construction and prehearing statement and expert reports | 1/30/2023 |
| Response to damages contention | 2/21/2022 |
| Claim construction discovery cut-off | 3/1/2023 |
| Claim construction opening brief by Defendant | 3/13/2023 |
| Claim construction responsive brief by Plaintiffs | 3/27/2023 |

23

24

25

26

27

28

| Claim construction reply brief | 4/03/2023 |
| Tutorial | 4/17/2023 at 2:00 p.m. |
| Claim construction hearing | 5/08/2023 at 2:00 p.m. |

**IT IS SO ORDERED**.

Dated: November 9, 2022

_____
JON S. TIGAR
UNITED STATES DISTRICT JUDGE